UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      CR. NO. 22-20504

v.                                   Hon. Jonathan C. Grey

AWS NASER,

       Defendant.

## ORDER TO SEAL

Aws Naser, having moved to seal the exhibits for his Motion to Suppress, and the Court having been duly advised in the premises and supporting authority;

IT IS HEREBY FURTHER ORDERED that the exhibits in support of Mr. Naser's Motion to Suppress shall be filed by the Clerk under seal.

SO ORDERED.

                                           **s/Jonathan J.C. Grey**
                                           **HON. JONATHAN J.C. GREY**
Dated: February 13, 2024            United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 13, 2024.

<u>s/ **S. Osorio**</u>
Sandra Osorio
Case Manager