UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                      Case No. 2:22−cr−20504−JJCG−DRG
                                           Hon. Jonathan J.C. Grey

Aws Mohammed Naser,

                Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of IN PERSON hearing on [154] Emergency MOTION to Quash *Subpoena* as to Aws Mohammed Naser. **Motion Hearing set for 6/20/2024 09:30 AM before District Judge Jonathan J.C. Grey** (SOso)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/Sandra A Osorio
                                                    Case Manager

Dated:   June 20, 2024