UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

AWS NASER,

        Defendant.

        Case No. 22-20504
        Hon. Jonathan J.C. Grey

_____ /

## MOTION TO APPOINT COUNSEL

NOW COMES counsel, Michael Carter, on behalf of the Federal Community Defender Office, representing Defendant, Aws Naser, and moves this Court to appoint CJA counsel for defendant. In support of this motion, counsel states as follows:

1. The Federal Community Defender Office (FCDO) was appointed to represent Defendant in the above captioned case. Attorneys James Gerometta and Amanda Bashi filed appearances and have been assigned to the case since November 2022.

2. Effective June 28, 2024, Mr. Gerometta is no longer employed by the FCDO, and he is now in private practice. Undersigned counsel, Michael Carter, is the Executive Director of the FCDO. Mr. Carter has spoken with Mr. Gerometta, who has agreed to continue the representation of Mr. Naser as appointed counsel.

3. This case has voluminous discovery and presents complex legal issues. Mr. Gerometta and Ms. Bashi have invested significant time in preparing the case. Indeed, Mr. Gerometta has continued to work on this case since his departure from the FCDO.

4. Mr. Naser agrees that Mr. Gerometta's continued representation of him, along with the FCDO is in his best interest.

5. The Criminal Justice Act Plan of the Eastern District of Michigan allows the Court, under special circumstances, to appoint a member of the bar who the Court who is not a member of the CJA Panel. "Such special circumstances may include cases in which the Court determines that the appointment of a particular attorney is in the interest of justice, judicial economy, or continuity of representation, or for any other compelling reason." *See Criminal Justice Act Plan for the EDMI, XII (B)(3)* (Revised May 25, 2023).

**WHEREFORE**, counsel requests that this Court enter an order appointing James Gerometta as second counsel under the Criminal Justice Act. Further, counsel requests that the order be entered nunc pro tunc to July 1, 2024.

Respectfully Submitted,

s/Michael E. Carter
Federal Community Defender
613 Abbott, Street
Detroit, MI 48226
313-967-5868

Michael_carter@fd.org

Dated: July 12, 2024