UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                            Case No. 2:22−cr−20504−JJCG−DRG
                                                 Hon. Jonathan J.C. Grey

Aws Mohammed Naser,

                    Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Aws Mohammed Naser

The defendant(s) shall appear before District Judge Jonathan J.C. Grey at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 250, Detroit, Michigan, for the following proceeding(s):

- MISCELLANEOUS HEARING: May 21, 2025 at 02:30 PM

**ADDITIONAL INFORMATION:**   Jury Instructions Conference

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/Sandra A Osorio
                                                             Case Manager

Dated: May 16, 2025