```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MICHIGAN
 2                         SOUTHERN DIVISION

 3   UNITED STATES OF AMERICA,

 4             Plaintiff,
                                          HON. JONATHAN J.C. GREY
 5
       v.                                 No. 22-CR-20504
 6
     AWS MOHAMMED NASER,
 7
               Defendant.
 8   _____/

 9
                          JURY TRIAL - VOLUME 9
10
         BEFORE UNITED STATES DISTRICT JUDGE JONATHAN J.C. GREY
11               Theodore Levin United States Courthouse
                    231 West Lafayette Boulevard
12                        Detroit, Michigan
                      May 21, 2025 - 9:18 a.m.
13

14   APPEARANCES:

15      For the Plaintiff:        SAIMA S. MOHSIN
                                  DANIELLE ASHER
16                                U.S. Attorney's Office
                                  211 West Fort Street, Suite 2001
17                                Detroit, Michigan  48226
                                  (313) 226-9100
18
                                  DMITRIY SLAVIN
19                                Department of Justice
                                  Counterterrorism Section
20                                950 Pennsylvania Avenue NW
                                  Suite 7600
21                                Washington, D.C.  20530
                                  (202) 616-2846
22

23      (Appearances continued)
```

24            To Obtain Certified Transcript, Contact:
            Leann S. Lizza, CSR-3746, RPR, CRR, RMR, CRC, RDR
25           Christin E. Douglas, FCRR, RDR, CRR, CSR-5607
                        www.transcriptorders.com

```
 1    APPEARANCES (Continued):

 2       For the Defendant:        RIYAH BASHA
                                   AMANDA N. BASHI
 3                                 Federal Community Defender
                                   613 Abbott Street
 4                                 Fifth Floor
                                   Detroit, Michigan  48226
 5                                 (313) 967-5555

 6                                 JAMES R. GEROMETTA
                                   Law Office of James Gerometta
 7                                 27 E. Flint Street, Suite 2
                                   Lake Orion, Michigan  48362
 8                                 (313) 530-9505

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**TABLE OF CONTENTS**

Government's Case in Chief                                    Page


  **Amy Vaughan**

   Direct Examination (Cont'g)  By Ms. Mohsin         9

   Cross-Examination By Ms. Basha                    32

   Redirect Examination By Ms. Mohsin               57


  **Angela Bronson**

   Direct Examination By Mr. Slavin                  60

   Cross-Examination By Mr. Gerometta                86

   Redirect Examination By Mr. Slavin                93


  **Leslie Larsen**

   Direct Examination By Mr. Slavin                  95

   Cross-Examination By Mr. Gerometta               115


  **Mark Davidson**

   Direct Examination By Ms. Mohsin                 122

   Cross-Examination By Ms. Bashi                   176

   Redirect Examination By Ms. Mohsin               189


Defendant's Case in Chief                                    Page

| Motions/Other | Page |
|---|---|
| Sealed Proceedings | 7 |
| Government's motion to seal Exhibits 10-2, 18-3, and 18-3A - granted | 192 |
| Jury instruction conference | 193 |

| | Government's Exhibits | |
|---|---|---|
| 1 | | |
| 2 | Number | Received |
| 3 | GX 15-64 | 113 |
| 4 | GX 15-10 | 71 |
| 5 | GX 15-11 | 112 |
| 6 | GX 15-15 | 168 |
| 7 | GX 15-27.1 | 85 |
| 8 | GX 15-27.2, 15-27.4, 15-27.5, and 15-27.6 | 172 |
| 9 | GX 15-27.3 | 84 |
| 10 | GX 15-27.7 | 84 |
| 11 | GX 15-28 | 76 |
| 12 | GX 15-29.1 - 15-29.13 | 81 |
| 13 | GX 15-30, 15-31, 15-32, 15-33, 15-34, 15-41, | 149 |
| 14 | 15-45.1, 15-45.2, 15-45.3, 15-43, 15-44.1, 15-46, | |
| 15 | 15-46.2, 15-47, 15-48, 15-49, 15-50, 15-51 | |
| 16 | GX 15-35.1, 15-35.2, 15-39, 15-40, 15-42, 15-42.1, | 170 |
| 17 | and 15-42.2 | |
| 18 | GX 15-57 | 110 |
| 19 | GX 15-58 | 78 |
| 20 | GX 15-6 | 98 |
| 21 | GX 15-60 | 74 |
| 22 | GX 15-63 | 79 |
| 23 | GX 15-7 | 106 |
| 24 | GX 15-74.1 through 15-74.3 | 108 |
| 25 | GX 15-77 | 175 |

```
 1      GX 15-8                                            70

 2

 3

 4

 5    Defendant's Exhibits

 6      Number                                       Received

 7

 8

 9

10

11

12

13

14

15

16      CERTIFICATION OF REPORTERS                        211

17

18

19

20

21

22    **REPORTER'S NOTE:**  Material read into the record is
      transcribed verbatim, as read into the record, and may not
23    reflect exact quotes from documents or exhibits.

24

25
```

1                                          May 21, 2025

2                                          Detroit, Michigan

3                            -    -    -

4        (The Court, Counsel and Defendant present; 9:18 a.m.)

5             THE COURT CLERK:  All rise.  The United States

6    District Court for the Eastern District of Michigan is now in

7    session before the Honorable Jonathan J.C. Grey presiding.  You

8    may be seated.

9             The Court now calls Case Number 22-CR-20504, the

10   United States of America vs. Aws Mohammed Naser.  If counsel

11   will please place their appearances for the record, starting

12   with the government.

13            MS. MOHSIN:  Good morning, your Honor.  Saima Mohsin,

14   Assistant United States Attorney, appearing on behalf of the

15   United States.  Also with me today is Trial Attorney Dmitriy

16   Slavin of the National Security Division, as well as trial --

17   Assistant United States Attorney, Dani Asher.  Good morning.

18            THE COURT:  Good morning to each of you.

19            MR. SLAVIN:  Good morning.

20            MR. GEROMETTA:  James Gerometta on behalf of Aws

21   Naser, along with Amanda Bashi and Riyah Basha, your Honor.

22            MS. BASHI:  Good morning.

23            MS. BASHA:  Good morning.

24            THE COURT:  Good morning to you all as well.

25       (This portion of the proceeding was conducted under seal,

```
 1         9:19 a.m. - 9:20 a.m.)

 2              THE COURT:  I do want to announce that we have a late

 3    juror, who is still not here.  So we will be in recess until

 4    they arrive.  Just based upon the timing of where they live, I

 5    think it will be at least 25 minutes from now, so that would be

 6    about 9:45.  But possibly 10:00 will be our start.  So we will

 7    see.  But based on that, you all will be alerted.  And I'm not

 8    sure if the Marshals will want to transport Mr. Naser out of

 9    the courtroom until we start.

10              All right?

11              MS. MOHSIN:  Thank you, your Honor.

12              THE COURT:  Court is in recess.

13              THE COURT CLERK:  All rise.  Court is in recess.

14         (Court in recess, 9:21 a.m.)

15         (Back on the record, 9:52 a.m.)

16              THE COURT CLERK:  All rise.  The United States

17    District Court for the Eastern District of Michigan is back in

18    session.

19              THE COURT:  All right.  We will have the jury brought

20    out, and the witness may retake the stand.

21         (Brief pause.)

22              THE LAW CLERK:  All rise for the jury.

23         (Whereupon the jury entered the courtroom, 9:55 a.m.)

24              THE COURT:  Members of the jury, you all may be

25    seated.
```

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1          We are finally under way.  Everyone in the courtroom

2    may be seated.

3          Ms. Vaughan remains under oath.  And you may continue

4    with direct examination, Ms. Mohsin.

5          MS. MOHSIN:  Thank you, your Honor.

6          (**Amy Vaughan**, previously sworn, retook the stand, 9:55

7          a.m.)

8                    DIRECT EXAMINATION (Cont'g)

9    BY MS. MOHSIN:

10   Q.  Good morning.

11   A.  Good morning.

12   Q.  Ms. Vaughan, I wanted to ask you a couple more questions

13   regarding the bot that you testified about yesterday.

14   A.  Yes.

15   Q.  So you had testified that a bot -- a bot can be programmed

16   to do certain things.  Are there other uses of a bot?

17   A.  So a bot is essentially a special type of Telegram account

18   in the sense that if you're on Telegram, you can interact with

19   it like it's a user.  So in theory, you could use it as a,

20   basically like an auxiliary to your own account.

21   Q.  Can -- can or do people ever use bots to store information?

22   A.  That's certainly something you could do.  You could have it

23   accept content and, you know, put it away for you somewhere and

24   then retrieve it later.

25   Q.  And when you -- if someone were to use it for storage,

1    where would the information or content be housed?

2    A.  Since people can program bots to do whatever they, they

3    like, in theory, they could put it anywhere, right, on the

4    internet, on cloud storage.  But if they -- if they don't take

5    that extra step of programming it that way, the content is

6    still stored on Telegram's servers, as long as it's not a

7    secret chat.

8    Q.  So if somebody forwards information into a bot and it's

9    stored on Telegram's servers, and let's say they change their

10   phone number and get a new account, could they still -- as long

11   as that account is active, could they still get that content?

12   A.  If the content only resides in a one-to-one chat between

13   the bot and the specific account, and they lose access to that

14   specific account, they would no longer have access to that

15   conversation unless there was some kind of programming on the

16   bot that allowed a second account to get access to stored

17   information.

18   Q.  And if they still had access to the bot, could they access

19   that information?

20   A.  Probably not without having programmed it explicitly to

21   that purpose.

22   Q.  Now, in this case, you had testified that you saw some

23   activity related to programming the bot.

24          Did you also see activity of the user, the defendant,

25   ISxxxIS, transferring content into his bot?

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1  A.  Yes.  Like I said, we found, I think it was, 1,646 messages

2  between the bot and the defendant's account.

3  Q.  And have you examined a report, a Cellebrite report, that

4  contains the messages that were recovered from the defendant's

5  account to his bot?

6  A.  Yes, I have.

7  Q.  And is that in Exhibit 10-2, which has been admitted in

8  evidence?

9  A.  Yes.

10         MS. MOHSIN:  Your Honor, at this time, I would publish

11  Exhibit 10-2.  Page 1, please.

12         THE COURT:  Go ahead.

13         MS. MOHSIN:  If you would please highlight the top

14  portion.

15  BY MS. MOHSIN:

16  Q.  And, Ms. Vaughan, can you just tell the jury what they are

17  looking at?

18  A.  So this is a Cellebrite extraction report.  This report

19  only covers one conversation from Telegram.  And it is the

20  conversation between the defendant's account, which is the

21  211705280, AKA Abu-Hamzah, and the bot 228260044, AKA Dabiq.

22  Q.  So these are messages that are one way; is that right?

23  A.  In this sample, yes, they are all one way.

24  Q.  From the defendant's individual account with the nickname

25  Abu-Hamzah to his bot with the nickname Dabiq?

1   A.  Correct.

2   Q.  All right.

3        MS. MOHSIN:  Can we zoom back out and go to page 2,

4   please.  Can you zoom in on the top?

5   BY MS. MOHSIN:

6   Q.  So what are we looking at here, Ms. Vaughan?

7   A.  So this is a message that was forwarded by Abu-Hamzah to

8   the bot Dabiq.  There is no text.  It's just an attachment, an

9   MP4 file, the translated title of which is cut off to the

10  right -- or to the left.  Sorry.

11  Q.  Okay.

12       MS. MOHSIN:  Can you --

13       THE WITNESS:  There we go.

14  BY MS. MOHSIN:

15  Q.  Go ahead, please.

16  A.  So the translated title of that is "Victims_and

17  destruction_resulting from_the Turkish_air_strikes.mp4."  That

18  was sent December 9th, 2016, 3:12 p.m. local time.

19  Q.  Okay.

20       MS. MOHSIN:  Can you zoom back out, please?

21  BY MS. MOHSIN:

22  Q.  I'm sorry.  Did you say December 6th?

23  A.  I think it's December 9th.

24  Q.  Okay.  I need to get the clicker.  Excuse me.

25  A.  Yeah.  Thank you.

1           MS. MOHSIN:  Let's move on to the next page, please.

2    Let's start at the top.

3    BY MS. MOHSIN:

4    Q.  All right.  If you would walk us through this.

5    A.  So this is another message, a forward from Abu-Hamzah to

6    the bot.  It's another message that's just an attachment.  And

7    the translated name of this video is

8    "A video_showing_detainees_and scenes_from the city of" -- we

9    don't know, not sure what city.  Sent December 12th, 2016,

10   9:49 a.m. local time.

11   Q.  So a video like this, if the defendant sent it from his,

12   his account, and we said it's Abu-Hamzah, and this is the

13   ISxxxIS account, to his bot, would it be stored on the Telegram

14   server?

15   A.  Yes.

16   Q.  All right.

17          MS. MOHSIN:  Next slide, please.  Top slide, please --

18   or the top portion, please.

19   BY MS. MOHSIN:

20   Q.  Can you describe what's here?

21   A.  Yes.  So this is another message forwarded by Abu-Hamzah to

22   the bot.  Again, there is no -- there is no text.  It's just an

23   attachment, an MP4.  And the translated title of this file is

24   "Decapitation" and then "360," which probably refers to the

25   resolution of the video file.  And then the date this was sent

 1   is December 12, 2016, 4:31 p.m. local time.

 2   Q.  Okay.

 3         MS. MOHSIN:  Zoom back out, please.  And next page.

 4   BY MS. MOHSIN:

 5   Q.  And just again, these are all things forwarded, correct?

 6   A.  Yes.

 7         MS. MOHSIN:  Let's look at the one in the middle,

 8   please.

 9   BY MS. MOHSIN:

10   Q.  What's the title of this particular message?

11   A.  Yes.  So this is another forward from Abu-Hamzah, again, no

12   text, just attachments.  And the translated name of this

13   attachment is "And fight_all of_the polytheists," and it's

14   a.m4v.  Sent on December 18th, 2016, at 12:34 p.m. local time.

15         MS. MOHSIN:  Next page, please.  And the bottom one,

16   please.

17   BY MS. MOHSIN:

18   Q.  Go ahead, Ms. Vaughan.  What are we looking at here?

19   A.  This is another forward from Abu-Hamzah to the bot.  Again,

20   no text, just an attachment, an MP4 file, the translated title

21   of which is "The last will_of a soldier_of the Islamic

22   State_executor."  December 23rd, 2016, 11:33 a.m., local time.

23   Q.  Can you tell the jury what an MP4 is or an M4V?  Is that

24   the same thing?  A different thing?

25   A.  So those are two different file formats.  They are both for

1   videos.

2   Q.  So this is a video?

3   A.  Yes.

4   Q.  Okay.

5         MS. MOHSIN:  Next page, please?  Top one.

6   BY MS. MOHSIN:

7   Q.  Can you read that, please?

8   A.  Yes.  This is, again, another forward from Abu-Hamzah to

9   the bot.  Again, no text, just attachment.  The translated

10  title of this file is "Fighting has come right now, right now

11  720," which, again, is likely the resolution of that video.

12  Sent December 28, 2016, 1:21 a.m. local time.

13  Q.  Okay.  And so we keep seeing in red "Empty File."  Can you

14  explain why it is an empty file?

15  A.  Yes.  So when the forensic software recovers content

16  from -- from the Telegram files that are left on the phone, it

17  can see that there was a file that belonged there, but when it

18  does not find that corresponding file on the phone, that's how

19  it tells you that.  So it's basically saying, "There is --

20  there used to be something here, but I can't find it anymore.

21  It's not there anymore."

22  Q.  And so if it's stored on that, that Telegram server, right,

23  where it's been forwarded to for the bot, as long as you have

24  access to the account, can you find it on the server?

25  A.  Yes.  So you could -- you could get back into your account,

 1   you could pull up this conversation, assuming the accounts are

 2   still active, and you could scroll up until you find this file

 3   and then download it again, but, you know, intentionally.

 4   Q.  So is that what you meant by storing it on the -- on the

 5   Telegram bot account?

 6   A.  Yes.  So you, you could effectively use it as, as secondary

 7   storage because that conversation and the files that are in

 8   that conversation are going to continue to be stored on

 9   Telegram servers and, therefore, be -- you know, you can go

10   back and get it, as long as those -- as long as those accounts

11   remain active.

12           MS. MOHSIN:  Okay.  Next slide, please.

13           Let's go to the next one.  The bottom one, please.

14   BY MS. MOHSIN:

15   Q.  Earlier in your testimony, you talked about a video that

16   had essentially the same Arabic name and it had been translated

17   in two different ways.  Is this the one you were talking about?

18   A.  Yes.

19   Q.  Can you explain?

20   A.  Yes.  So, so the file that's attached to this message, it's

21   been translated as "Fight them O' monotheist."  We saw this

22   same -- exact same Arabic phrase in other situations in, in my

23   presentation translated as "Go get them O' monotheist," and

24   then I think there was an "Attack them O' monotheist," sort of

25   the same sentiment expressed in different ways.

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1    Q.   Thank you.  And this is from January 8th, 2017?

2    A.   Yes, that's correct.

3    Q.   Okay.  And it was an MP4 video file?

4    A.   Yes.

5    Q.   Okay.

6          MS. MOHSIN:  Next slide, please.  Bottom one, please.

7    BY MS. MOHSIN:

8    Q.   Okay.  Is this from January 11th, 2017?

9    A.   Yes.  3:57 a.m., local time.

10   Q.   And it was a video file that was sent from the defendant's

11   ISxxxIS account to his bot?

12   A.   Yes, that's correct.

13   Q.   And the name of it, of the file was "war and

14   steadfasstness"?

15   A.   Yes.  With "360" on the end, yes.

16   Q.   Okay.

17         MS. MOHSIN:  Next slide, please.  Bottom one, please.

18   BY MS. MOHSIN:

19   Q.   Is this another video file?

20   A.   Yes.

21   Q.   Are most of the things so far that have been transferred

22   video files?

23   A.   Yes.  I think there's some -- some audio files as well.

24   Q.   Okay.  This one is entitled "The punishment of traitors"?

25   A.   Yes.

18

1   Q.   Okay.  And it's from January of 2017?

2   A.   Yes.  January 18th.

3           MS. MOHSIN:  Next slide, please.

4   BY MS. MOHSIN:

5   Q.   Okay.  More files that are video files; is that correct?

6   A.   Yes.  There is one audio file in there, but...

7   Q.   Okay.

8           MS. MOHSIN:  Next slide, please.

9   BY MS. MOHSIN:

10  Q.   Is there one in the middle called the "The roar of the

11  lions"?

12  A.   Yes.

13  Q.   And is that an MP4 as well, a video file?

14  A.   Yes, it is.

15  Q.   All three of these are, correct?

16  A.   Yes.

17          MS. MOHSIN:  Next slide, please.

18  BY MS. MOHSIN:

19  Q.   Are these additional video files with their titles listed?

20  A.   Yes, these are all MP4s as well.  There is one that

21  actually has a message attached to it.

22  Q.   Which one is that?

23  A.   The one -- the one in the middle here [indicating].

24  Q.   Okay.

25  A.   So this is the translation of the message.

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1   Q.  Okay.  And it's "Flames of the delicate ones"?

2   A.  Yes.

3   Q.  Is that a video?

4   A.  Yes.  And it looks like it's identified as coming from a

5   Wilayah West Africa.

6   Q.  All right.

7        MS. MOHSIN:  Next slide, please.

8   BY MS. MOHSIN:

9   Q.  Is this another video, "Fight them O' monotheist" at the

10  bottom?

11  A.  Yes.

12  Q.  And is that also another -- I'm sorry.  Is that sent on a

13  different date, February 23rd of 2017?

14  A.  Yes, that's correct.

15       MS. MOHSIN:  Next slide, please.

16  BY MS. MOHSIN:

17  Q.  Okay.  Let's talk about that top one first.  What, what are

18  we looking at here?  This looks like it's something different

19  than what we've seen in the -- in the previous slides?

20  A.  Yes.  It's a little bit different.  So this is still a

21  forward from Abu-Hamzah to the bot.

22       The difference here is that there is -- there is a

23  message attached instead of just being -- or there is a message

24  with attachments instead of just being an attachment with no

25  text.

1           So the message that we have here is -- would you like

2   me to read it?

3   Q.  Sure.

4   A.  So it says, "A'maq Agency -- or A'maq [News] Agency:  A

5   video obtained by A'maq, showing the destruction of a Hummer

6   vehicle belonging to Iraqi Forces, after being hit by a bomb

7   from a drone southwest of Mosul."

8           And then the, the video title is translated

9   "A'maq_[News] Agency_A video_obtained by_A'maq."

10  Q.  And what is A'maq News Agency?

11  A.  So this is one of the official outlets of the Islamic

12  State.

13  Q.  Okay.  And this is from February of 2017?

14  A.  Yes, February 24th.

15  Q.  Thank you.

16          MS. MOHSIN:  Can you go to the bottom one?  I'm sorry,

17  the middle one.  Thank you.

18  BY MS. MOHSIN:

19  Q.  And is this another video that we've been talking about,

20  fighting the polytheists, or is it different?

21  A.  So it could very well be the same video as the "And fight

22  all of the polytheists" we saw before.

23          We, we don't have -- because we don't have the file,

24  we don't have the metadata that would confirm that or, or, you

25  know, say otherwise.

1            MS. MOHSIN:  Okay.  Next slide, please.

2    BY MS. MOHSIN:

3    Q.  Are these also videos?

4    A.  Yes, these are both MP4s.

5    Q.  First one is "Waterers of Jihad" and the second one is "The

6    Sword of Bravery"?

7    A.  Yes.

8            MS. MOHSIN:  Next slide, please.

9    BY MS. MOHSIN:

10   Q.  The top slide doesn't have a translation.  Are you familiar

11   with whether a translation was done in that -- for that

12   particular chat bubble?

13   A.  Yes.  Yes, we have translation for that.

14   Q.  All right.

15           MS. MOHSIN:  Can you publish Exhibit 10-2.18A -- or

16   2.1 -- 2.2A.

17           Sorry.  Sorry.  10-2A.

18   BY MS. MOHSIN:

19   Q.  Is this the translation?

20   A.  Yes.

21   Q.  Have you reviewed this translation?

22   A.  Yes, I have.

23   Q.  What is this about?

24   A.  So this is a message forwarded by Abu-Hamzah to the bot.

25   It says that it comes from a specific Telegram channel and --

1    which is -- the name of which is translated as "Islamic

2    History."  The user name is right here [indicating].  So

3    channels can have a user name as well to make them easier to

4    find.

5            And we actually do see content from this channel on

6    the defendant's phone, like, received directly by the

7    defendant.

8            So -- but we did not talk about it earlier because it

9    seemed sort of inoffensive.  But this message is -- because

10   it's mostly religious content.

11           But this message is, is essentially saying that, that

12   hypocrites, so Muslims who don't behave correctly, that they

13   will essentially betray other Muslims because they are afraid

14   of losing.

15           So instead of -- instead of fighting and, you know,

16   striving to succeed and, and defeat their enemies, they, they

17   switch sides and, you know, essentially saying that you should

18   not do that.

19           MS. MOHSIN:  Okay.  Next slide, please.  We're going

20   back to, I believe it's 10-2, page 19.  And page -- center of

21   that.

22   BY MS. MOHSIN:

23   Q.  You had talked earlier in your PowerPoint about a copper

24   azide recipe.  Is that that recipe?

25   A.  Yes.

```
 1              MS. MOHSIN:  Next slide, please.
 2              Next slide, please.
 3   BY MS. MOHSIN:
 4   Q.  These are more videos?  And --
 5   A.  There is one that's an image.
 6   Q.  Okay.  Is that the one in the middle?
 7   A.  Yes.
 8   Q.  Okay.  And it has a message with it?
 9   A.  Yes.
10   Q.  All right.  Can you read the message?
11   A.  Yes.  So this is another forward from Abu-Hamzah to the
12   bot.  And the message reads -- the translation of the message,
13   really, reads, "And some people tolerated fire and steel, and
14   died in jails; therefore becoming Muslim Imams.  While other
15   people let go of the truth and became the devil's allies."
16   Q.  Okay.
17   A.  "#O God_release_the imprisonment_of the_detainees."
18   Q.  All right.  This is from March 19th, 2017?
19   A.  Yes.
20              MS. MOHSIN:  All right.  Next slide, please.
21   BY MS. MOHSIN:
22   Q.  Is there another A'maq News Agency video in this slide?
23   A.  Yes, there is.
24   Q.  Okay.
25              MS. MOHSIN:  Next slide, please.
```

1   BY MS. MOHSIN:

2   Q.  Are there additional video files here?

3   A.  Yes.

4         MS. MOHSIN:  Next slide, please.

5   BY MS. MOHSIN:

6   Q.  Is there something from, from -- labeled from "Dabiq"?

7   A.  Yes.

8   Q.  Do you understand or recognize that "#Dabiq"?

9   A.  So Dabiq is a city in Syria, and it has a lot of

10  significance, religious significance.  And so it is used as

11  kind of a shorthand for the Islamic State, because their

12  control over that city is a point of pride for them because it

13  -- it has to do with the, like, end-time prophecies.

14        So you see supporter groups adopt that name as a way

15  of affiliating themselves with ISIS to, like, brand their own

16  supporter media efforts.

17  Q.  Okay.

18        MS. MOHSIN:  Next slide, please?

19  BY MS. MOHSIN:

20  Q.  More videos?

21  A.  Yes.

22        MS. MOHSIN:  Next slide, please.

23  BY MS. MOHSIN:

24  Q.  Now, there is a file at the bottom called "Arrows of the

25  monotheists."  Is that another video?

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1   A.  Yes.

2   Q.  Okay.  From April of 2017?

3   A.  Yes.  April 7th.

4           MS. MOHSIN:  Next slide, please.

5   BY MS. MOHSIN:

6   Q.  More videos?

7   A.  Yes.

8           MS. MOHSIN:  Next slide, please.

9   BY MS. MOHSIN:

10  Q.  More -- more videos?

11  A.  You've got one audio file in here as well.

12  Q.  Which one?

13  A.  The one in the middle [indicating].

14  Q.  Okay.

15  A.  So the ".ogg" which is a video -- an audio format.

16  Q.  All right.

17          MS. MOHSIN:  Next slide, please.

18  BY MS. MOHSIN:

19  Q.  Again, more videos?

20  A.  Yes, these are all videos.

21  Q.  Okay.

22          MS. MOHSIN:  Next slide, please.

23  BY MS. MOHSIN:

24  Q.  More videos?

25  A.  We've got one PDF up there.

1   Q.  All right.  Which one?

2   A.  It's the top one.

3   Q.  Okay.  Do we know what it is?

4   A.  Yes.  It says it's a "Rumiyah 9 Eng.PDF."

5   Q.  So Rumiyah is something we've talked about earlier?

6   A.  Yes.

7   Q.  So what does "Rumiyah 9" mean?

8   A.  That would be the English addition of Rumiyah, Issue 9.

9   Q.  Okay.  What is the date of that particular forwarding?

10  A.  May 4th, 2017.

11  Q.  All right.

12          MS. MOHSIN:  Next slide, please.

13  BY MS. MOHSIN:

14  Q.  Okay.  I want to focus on that bottom one for a second.

15          Do you recognize the name Ibn Taymiyyah Media Center?

16  A.  Yes.

17  Q.  What is that?

18  A.  So the Ibn Taymiyyah Media Center is a media outlet.  It's

19  affiliated with a different group.  That group is called the

20  Mujahideen Shura Council.  And that is a group of jihadist --

21  it's like a coalition of jihadist groups in Palestine.  And

22  they -- which their, their -- they did that because they do not

23  like Hamas.  They -- they differ ideologically.  So they sort

24  of started their own thing.  So the Ibn Taymiyyah Media Center

25  is their outlet.

**AMY VAUGHAN - DIRECT BY MS. MOHSIN**

1  Q.  And do they publish things like videos?

2  A.  Yes, they do.

3  Q.  Okay.  And is this one of their videos?

4  A.  Yes.

5       MS. MOHSIN:  Next slide, please.  There is a chat at

6  the top, if you could zoom in.

7  BY MS. MOHSIN:

8  Q.  What's the date of this particular chat box?

9  A.  That's May 10th, 2017.

10 Q.  Is it a video?

11 A.  Yes, it is.

12 Q.  And can you read what the video title is?

13 A.  So this, this file has a default Telegram file name.  So

14 the information is provided in the actual message, where it

15 says "Attack them O' monotheist.

16      "The making of the simplest effective explosive charge

17 at home."

18      MS. MOHSIN:  Okay.  Next slide, please.

19 BY MS. MOHSIN:

20 Q.  There is a video file -- or these are video files; is that

21 right?

22 A.  Yes.

23 Q.  And the first one is "The punishment of the traitors"; is

24 that right?

25 A.  Yes.

1    Q.   Okay.  And the second is "The convoy of martyrs"?

2    A.   Yes.

3            MS. MOHSIN:  Next slide, please.

4    BY MS. MOHSIN:

5    Q.   Okay.  There seems to be a video at the top; is that right?

6    A.   Yes.

7    Q.   And this is Al-Furqan Institute.  What is Al-Furqan

8    Institute?

9    A.   Al-Furqan, we talked about yesterday.  That is the legacy

10   media outlet for ISIS.

11   Q.   All right.  When you say "legacy," it's still being used?

12   A.   Yes.

13   Q.   Okay.

14           MS. MOHSIN:  Next slide, please.

15   BY MS. MOHSIN:

16   Q.   More videos?

17   A.   Yes.

18   Q.   Now, the bottom one is Al-Furat Media, "Avenging the

19   monotheists by killing the apostates."

20           What is Al-Furat Media?

21   A.   So this one, I actually don't recall.  But "Furat," I

22   believe that's reference to the Euphrates, so Iraq.

23   Q.   Okay.

24           MS. MOHSIN:  And next slide, please.

25   BY MS. MOHSIN:

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1    Q.   More videos?

2    A.   Yes.

3         MS. MOHSIN:  Next slide, please.

4    BY MS. MOHSIN:

5    Q.   There is a slide [sic] at the top.  Let's talk about that

6    one.  What is the date of that, and what is the title of that

7    video?

8    A.   The date of this one is July 4th, 2017.  And the title of

9    this one is "Attack where they live."

10   Q.   Okay.  And this is also a video file?

11   A.   Yes.

12   Q.   All right.  And you don't have these video files where they

13   say "empty," correct?

14   A.   Correct.

15        MS. MOHSIN:  Next slide, please.

16   BY MS. MOHSIN:

17   Q.   I want to talk about the top first.  Tell us about what

18   that is.

19   A.   So this is a, an image, a JPEG.  And the message that goes

20   along with it, it says, "#infographic #Al-Naba' Newspaper 88.

21   Rocket Launcher SPG-9."  And then there is a link to a JPEG,

22   which is possibly the same one that's actually attached.

23        And so this is a -- this is one of those -- Al-Naba is

24   one of the official media outlets of ISIS that we talked about

25   yesterday, and this is one of those infographics they -- they

1    like to make.

2    Q.  What is the https address?  Have you seen that before?

3    A.  Top4top.net.  So it's a file-sharing website that gets used

4    a lot in these groups.

5    Q.  Okay.  And when you say "these groups," you mean the

6    Telegram groups that are supporting ISIS?

7    A.  Yes.

8    Q.  Okay.

9         MS. MOHSIN:  Next -- center bubble, please.

10   BY MS. MOHSIN:

11   Q.  Can you explain what this is?

12   A.  Yes.  So, so this is a message forwarded by Abu-Hamzah to

13   the bot on July 7, 2017.  It has an attached JPEG, an image,

14   and there is some text here.  Would you like me to read it?

15   Q.  Yes, please.

16   A.  So it says, "We renew our oath of allegiance to Caliph

17   Abu-Bakr al-Baghdadi, by choice, to listen and to obey in joy

18   and in discontent, and in good times and in bad.  That we shall

19   not fight anyone about something, unless there is clear

20   blasphemy that God proves to us; and God is a witness to what

21   we say."

22         I believe this is the text, the formal text of the

23   bayat pledge that you have to say.

24   Q.  To who?

25   A.  To the Caliphate.

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1   Q.  And this is the Islamic State, ISIS?

2   A.  Yes.  So Abu Bakr al-Baghdadi is the leader of ISIS, yes.

3   Q.  And at this time of July 7, 2017, was he the leader of

4   ISIS?

5   A.  Yes.

6           MS. MOHSIN:  Okay.  Next slide, please.

7   BY MS. MOHSIN:

8   Q.  Are there more videos here?

9   A.  Yes.

10  Q.  Okay.

11          MS. MOHSIN:  Next slide, please.  Can you focus on the

12  top?

13  BY MS. MOHSIN:

14  Q.  Can you explain what this is?

15  A.  So this is a message forwarded by Abu-Hamzah to the bot.

16  There is an attached JPEG.  I believe we've actually looked at

17  that yesterday.  That's a banner ad from Al-Furqan, the media

18  outlet of ISIS.  There is a little poem, which is attributed to

19  Sheikh Abu al-Hasan al-Muhajir, who, at this time was the

20  second spokesman of ISIS after Abu Muhammad al-Adnani.

21  Q.  And this is July 27th, 2017?

22  A.  Yes.

23          MS. MOHSIN:  And then the last message, please.

24  BY MS. MOHSIN:

25  Q.  Can you tell us what we're looking at?

USA v. NASER - 22-20504

1  A.  Yes.  So this is another forward from Abu-Hamzah to the

2  bot.  There is an attached JPEG.  It is -- says it is

3  "#infographic #Al-Naba' Newspaper 91 The Oath."

4  Q.  All right.

5  A.  So that's another thing from Al-Naba.

6  Q.  All right.  And it's entitled "The Oath"?

7  A.  "The Oath."  Yeah.

8       MS. MOHSIN:  Okay.  One moment.

9       THE COURT:  We're going to have a standing stretch

10  break while you confer with counsel.

11       Everyone is free to stand and stretch.

12     (Stretch break.)

13       MS. MOHSIN:  Your Honor, nothing further from the

14  government at this time.

15       THE COURT:  All right.  Thank you.

16       If everyone would be seated.

17       You may proceed with cross-examination, Ms. Basha.

18                    CROSS-EXAMINATION

19  BY MS. BASHA:

20  Q.  Good morning, Ms. Vaughan.

21  A.  Good morning.

22  Q.  So I am going to start by reading out the user IDs that you

23  found associated with Mr. Naser's devices, and you just tell me

24  if they are correct.

25  A.  Is it all right if I consult with my notes here?

33

1   Q.   Sure.

2   A.   My apologies.   There's a lot of slides.

3        (Laughter in the courtroom.)

4   BY MS. BASHA:

5   Q.   No problem.

6   A.   Okay.

7   Q.   Okay.   So on the LG phone, you found two user IDs, right?

8   A.   So there is only one user that is logged into the phone.

9   Q.   And then one user ID associated with the bot?

10  A.   Correct.

11  Q.   Right?   And so the user ID associated with the phone starts

12  out with 211705280.

13  A.   Yes.

14  Q.   Right?   And the user name associated with that user ID is

15  capital I-S lowercase X-X-X capital I-S?

16  A.   Correct.

17  Q.   And the display name for that account is Abu-Hamzah?

18  A.   Correct.

19  Q.   And the user ID for the bot associated with that account

20  starts out with 228260044?

21  A.   Correct.

22  Q.   And those are the two user IDs on the LG phone that you

23  reviewed?

24  A.   Yes.   So the -- when I say that the bot is on the phone,

25  I'm mostly meaning there's content from the bot because you

34

1    can't log in as a bot.

2    Q.   Right.   Then on the iPhone that you reviewed, there was

3    just one user ID?

4    A.   Yes.

5    Q.   And that starts out 3 -- sorry -- 382323704?

6    A.   Correct.

7    Q.   Okay.

8         MS. BASHA:   If you wouldn't mind bringing up 10-15.

9    And page 2, if you don't mind.

10   BY MS. BASHA:

11   Q.   Okay.   And so what we have here is information from the

12   Telegram account starting 211 --

13   A.   Yes.

14   Q.   -- right?   From the LG phone?

15   A.   Yes.

16   Q.   And Mr. Naser's user ID -- that user ID, 211, was a member

17   of this group.

18   A.   Yes.

19   Q.   Right?   Mujahideen Secrets Channel Group?

20   A.   Yes.

21   Q.   I always get the acronym mixed up.

22        MS. BASHA:   And if you, Ms. Faucheux, could zoom in on

23   the bottom right?   Thank you.

24   BY MS. BASHA:

25   Q.   And, Ms. Vaughan, you see here that there were 1,387 total

AMY VAUGHAN - CROSS BY MS. BASHA

```
 1   messages that you recovered from the phone --
 2   A.  Correct.
 3   Q.  -- right?  Associated with this group?
 4   A.  Yes.
 5   Q.  And that very bottom line shows that there were two
 6   outgoing messages --
 7   A.  Yes.
 8   Q.  -- from this user ID?  Okay.
 9           Now, you recovered a lot of other messages that were
10   sent to this user ID, right?
11   A.  Yeah.  Received by, yes.
12   Q.  Received by.
13   A.  Yeah.
14   Q.  And so the information from those messages was stored on
15   Mr. Naser's phone.
16   A.  Yes.
17   Q.  But it was not sent by him.
18   A.  Yes.  So the -- in this instance for this particular group,
19   there is only two that are actually sent by him, yes.
20   Q.  Right.
21           MS. BASHA:  All right.  Thank you.
22   BY MS. BASHA:
23   Q.  I'm going to zoom back out now to talk about Telegram
24   generally.  You gave us a really nice overview of the app.
25           And just like any other app, it has particular
```

```
 1   features that promote users' engagement with the app, right?

 2   A.  Yes.

 3   Q.  Kind of incentivizes people to use the app more?

 4   A.  Yes.

 5   Q.  So Telegram sends push notifications, right?

 6   A.  Yes, it does.

 7   Q.  Can you explain what that is?

 8   A.  So a push notification is -- it's actually a feature of our

 9   phones.

10          So an app can -- can use that to send us a little

11   pop-up on our phones when -- usually you get to decide when you

12   want to receive them or not.  But the default would be, like,

13   if someone sent you a message, you'd get a little pop-up, and

14   it would tell you, "Hey, you have a message."

15   Q.  And then you can click on that notification, and it takes

16   you to the app, right?

17   A.  Yes.

18   Q.  Telegram has another feature where you can search for key

19   words.

20   A.  Yes.

21   Q.  Right?

22          And putting in a particular key word will then spit

23   back out results?

24   A.  Yes.

25   Q.  Telegram also has a feature, and I think you testified to
```

AMY VAUGHAN - CROSS BY MS. BASHA

1   this earlier, where -- or I apologize.  I don't know if it's a

2   feature of the app or the phone, but the media gets -- media

3   that you download automatically gets stored onto the phone,

4   right?

5   A.   Yes.

6   Q.   Called a cache?

7   A.   Cache.

8   Q.   "Cache" or "cache."

9        And there is also a feature on Telegram, like other

10  social media apps, where you can automatically download media

11  as it's sent to you?

12  A.   Yes.  So generally speaking, your phone does that

13  automatically without asking you.

14  Q.   Right.  But there is also a feature where sometimes on an

15  app, you have to click something to download --

16  A.   Oh.  Yes, of course.  Yes.  That's the way that -- on most

17  apps, if you actually want to keep something forever, you need

18  to click on it and download it to your, you know, documents or

19  pictures or whatever.

20  Q.   And Telegram also has a feature where you can just

21  automatically enable that, and as something is sent to you,

22  it's downloaded?

23  A.   I don't know that for certain.  I'm not familiar with that

24  feature.

25  Q.   Okay.  You testified a lot about the difference between

 1   channels versus groups.

 2   A.  Yes.

 3   Q.  Right?

 4        And channels are that one-way kind of radio style

 5   communication, like you said.

 6   A.  Yes.

 7   Q.  Right?

 8        Whereas a group is a group chat where multiple parties

 9   can engage --

10   A.  Correct.  Yes.

11   Q.  -- in communications.

12        MS. BASHA:  Now, if you could bring up 10-1, and

13   slide 36.  Yes.

14   BY MS. BASHA:

15   Q.  Okay.  So this is a slide you created to show all of the

16   different chats that the 211 Telegram account was in.

17   A.  Yes.

18   Q.  Right?

19        And that list is there on the right?

20   A.  Yes.

21   Q.  Or my right?

22        And so we can see that there were thousands of

23   channels that this account was a part of.

24   A.  So actually the numbers on the far right --

25   Q.  Oh, okay.

 1  A.  -- I'll use this [indicating].  This refers to the number

 2  of messages that were recovered.

 3  Q.  But multiple channels that this account was in.

 4  A.  Yes.

 5  Q.  And you already testified that one of those channels was

 6  called "Islamic History."

 7  A.  Yes.

 8  Q.  Right?

 9       There was another channel called "Practices of the

10  Prophet"?

11  A.  That sounds right.  I don't have the translations in front

12  of me, but that sounds right.

13  Q.  And in Telegram -- generally not, not just these channels,

14  but ISIS ran some official channel -- official news channels.

15  A.  Yes.

16  Q.  Right?  To share news to their followers, promote

17  content --

18  A.  Yes.

19  Q.  -- that kind of thing?

20       And then some channels were created organically by

21  supporters?

22  A.  Yes.  I mean, for the purpose of helping to spread that

23  ISIS content.

24  Q.  And would you say, Ms. Vaughan, that -- not particular to

25  Telegram, but in any social media outlet, the bigger a group

```
 1    that you have on any platform, the more variety there is in the
 2    people that are in that group?
 3    A.  I -- sure, I would say that's true.
 4    Q.  Just different kinds of people.
 5    A.  Yeah.
 6    Q.  Right?
 7           And so specific to a group that supports ISIS, then,
 8    some people in that group might actually be members of ISIS?
 9    A.  Yes.
10    Q.  Right?
11           Some people might be supportive of ISIS but not the
12    actual members?
13    A.  Correct.
14    Q.  Right?
15           And then some people might just be curious?
16    A.  Yeah.  Sure.  Or you have, for example, FBI agents.
17    Q.  Sure.
18       (Laughter in the courtroom.)
19           MS. BASHA:  Okay.  You can actually keep that up.
20    BY MS. BASHA:
21    Q.  You talked a lot about -- not as much, actually.  But you
22    talked about regulation on Telegram, right?  And that it was
23    relatively more lax than other public social media --
24    A.  Yes.
25    Q.  -- sites, right?
```

AMY VAUGHAN - CROSS BY MS. BASHA

1          But around this time, in 2017, Telegram was getting

2    some pressure to take down ISIS content.

3    A.  Yes.

4    Q.  Right?

5          And so at times, Telegram would shut down ISIS

6    channels?

7    A.  Yes.  They were more likely to shut people down for doing

8    things like using a VoIP number, which is -- you're not

9    supposed to.  But occasionally, when the pressure would, would

10   get to be too much on the corporation, they would take -- make

11   a token effort to demonstrate that they are at least doing what

12   people were asking them to do, and they would remove some

13   channels or users.

14   Q.  And so to get around this kind of sporadic shutting down of

15   channels, ISIS had to navigate that kind of regulation?

16   A.  Yes.  They would make plenty of backups and, you know,

17   backups to the backup, things of that nature.

18   Q.  Right.

19          And so -- I guess to phrase that differently, they

20   might create multiple versions of one channel, right?

21   A.  Yes.

22   Q.  Because they have to -- as soon as one gets shuts down,

23   they start another.

24   A.  Yes.  And that's probably why the channels we talked about,

25   like Ammunition of the Caliphate 4, that's probably why it's

 1  called Ammunition of the Caliphate 4, is because there is at

 2  least three other versions of it.

 3  Q.  Right.  And so to be a part of -- Ammunitions of the

 4  Caliphate, then?

 5  A.  Yeah.

 6  Q.  To be a part of that one channel, you would have to join it

 7  multiple times, maybe?

 8  A.  I mean, you might.  You might pick it up midstream if

 9  that's, like, a personal, you know, case-by-case issue.

10  Q.  Right.

11       Telegram -- so Telegram has shut down channels, and in

12  limited circumstances, it would also shut down bots, right?

13  A.  Yes.

14  Q.  If a bot was not performing, you know, the way it's

15  supposed to.

16  A.  Yes.  Doing something contrary to the terms of service, it

17  would, in theory, be taken down at some point?

18  Q.  Okay.  And you also talked a little bit about ISIS admin

19  self-policing their group chats, right?

20  A.  Yes.

21  Q.  Group chats and channels?

22  A.  Yes.

23  Q.  And so if there was a bot in an ISIS group chat that wasn't

24  saying the right thing or doing the right thing, the admin

25  might remove that bot.

 1   A.   Yes.

 2   Q.   Right?

 3        So -- and this is more of a hypothetical, but if there

 4   was a bot that lived for a long time, it might be because it

 5   didn't raise red flags with either Telegram or ISIS?

 6   A.   Yes.  I mean, if you make a bot and you never do anything

 7   with it, there is no reason for it to be removed.

 8   Q.   All right.  Speaking a little bit further about bots.  So

 9   bots are not intelligent --

10   A.   No --

11   Q.   -- right?

12   A.   -- they are not.

13   Q.   Like, it's not AI.

14   A.   No.  They do whatever they are told to do.

15   Q.   It can be hooked up to AI, but the bot itself is --

16   A.   Yes.  I would argue AI is not very intelligent either, but

17   yeah.

18   Q.   Okay.

19        (Laughter in the courtroom.)

20   BY MS. BASHA:

21   Q.   Bots -- so you just said you give a bot a specific command,

22   and it will do that command over and over again.

23   A.   Yes.

24   Q.   Right?

25        And you talked about the bot that Mr. Naser created.

1    A.  Yes.

2    Q.  Right?

3         And it has the display name "Dabiq," right?

4    A.  Yes.

5         MS. BASHA:  Would you mind bringing up 36, I think?

6    Yeah.

7    BY MS. BASHA:

8    Q.  Okay.  And you can see this Telegram account, Mr. Naser's

9    account, his private chat with his bot in this list, right?

10   A.  Yes.  Would you like me to point it out for you?

11   Q.  Sure.

12   A.  It is this one [indicating].

13   Q.  I trust you better with the laser pointer than --

14        (Laughter in the courtroom.)

15   BY MS. BASHA:

16   Q.  You can hold onto that.

17        And your opinion in this case, Ms. Vaughan, is that

18   one of the uses of this bot was to store content?

19   A.  I do think that's a possibility, yes.

20   Q.  Right.  You, you reviewed a bunch of -- you reviewed

21   multiple messages where Mr. Naser was sending content to the

22   bot?

23   A.  Yes.

24   Q.  Right?

25        And you never saw any messages where content was being

 1    sent by the bot somewhere else?

 2    A.  Correct.

 3    Q.  Okay.

 4         MS. BASHA:  You can remove that now.  Thank you.

 5    BY MS. BASHA:

 6    Q.  And we spoke about someone named Ayman Husayn?

 7    A.  Yes.

 8    Q.  And he used his bots differently?

 9    A.  Yes.

10    Q.  To, to actually perform commands, right?

11    A.  Or he tried, at least, yes.

12    Q.  He tried.

13    A.  Yeah.

14    Q.  And he had one account that wasn't even a bot but was

15    named --

16    A.  Called "Bot" --

17    Q.  Yeah.

18    A.  Called "Bot."

19    Q.  To look like one, right?

20         And I think you said he had nine bots running

21    simultaneously?

22    A.  That I could find, yes.

23    Q.  That you could find.

24         And he used -- the phone that the FBI was given a copy

25    of, he used that phone to operate those bots.

1    A.  Yes.

2    Q.  Right.  Okay.

3         And he was the admin of the group chat that we talked

4    a lot about, Mujahideen Secrets Channel Group?

5    A.  Yes.

6    Q.  And so the way he used the bots to operate that channel

7    was -- I think a few functions you mentioned were gatekeeping,

8    right?  Welcoming people to the chat?

9    A.  Yes.  So he, he tried various different tactics at various

10   different times using bots to help him do that.

11        MS. BASHA:  Would you bring up 10-15 again?  Thank

12   you.

13        Can you zoom in?  Thank you.

14   BY MS. BASHA:

15   Q.  So this is, once again, an image of the group chat

16   Mujahideen Secrets Channel Group, right?

17        And you can see here, Ms. Vaughan, that the type of

18   group it is, it's a Supergroup, right?

19   A.  Yes.

20   Q.  Meaning it can contain thousands of members at one time?

21   A.  Yes.

22   Q.  It had the capacity to.

23   A.  Yes.

24   Q.  Right?

25        It was not an -- one of those official ISIS media

1    outlets?

2    A.   No.

3    Q.   It was -- it was a group chat.

4    A.   Yes.

5    Q.   Right?

6         And of the messages that you reviewed, there were not

7    thousands of people in the group chat, but there were hundreds;

8    if you can recall?

9    A.   So the way that -- when we recover data from phones like

10   this, we don't get, like, a full members list.  So the only way

11   we know that someone is in a group is if they send a message.

12   Q.   So you can see the number of people the message is being

13   sent to?

14   A.   Yes.  And "hundreds" sounds more accurate.

15   Q.   Okay.

16   A.   Yeah.

17   Q.   So I'm going to call it MSCG because it's a little easier.

18   A.   That's fine.  I know what you mean.

19   Q.   MSCG is -- like any group chat that has a lot of people in

20   it, there was a range of people in, in this particular group

21   chat.

22   A.   Yes.

23   Q.   Right?

24        Did you review one of the recipients in the group chat

25   as -- had the display name Abu Harambe?

AMY VAUGHAN - CROSS BY MS. BASHA

```
 1        (The court reporter requests clarification.)
 2   BY MS. BASHA:
 3   Q.  Abu Harambe.
 4   A.  That does sound familiar.
 5   Q.  Okay.  So maybe some users were a little more serious than
 6   others?
 7   A.  Yes.  It was not uncommon for actual ISIS supporters to
 8   adopt really silly names, particularly if, if you're -- you
 9   know, this is the 20th or 30th account you've made, and you are
10   starting to get tired of thinking of names that are serious,
11   they would adopt very silly user names.
12   Q.  And just for my edification, can you explain who Harambe
13   is?
14   A.  Harambe was a gorilla.  I forget what zoo Harambe was in.
15   But if I remember correctly, there was some incident where a
16   kid fell in the enclosure, and the gorilla approached the kid,
17   and the zookeeper shot the gorilla.  And for whatever reason,
18   the internet just idolized this gorilla that got shot.
19   Q.  "RIP Harambe" was a popular meme?
20   A.  Yes.  It became a meme; that's correct.
21   Q.  So in this -- going back to the group chat, some people --
22   again, as in any group chat, some users talked more than other
23   users, right?
24   A.  Yes.
25   Q.  Some users were what we might call lurkers, right?
```

1    A.   Yes.

2    Q.   They received content and rarely replied.

3    A.   Yes.

4    Q.   Right?

5         But if a user said something that was off topic in the

6    group chat, then the admin would crack down.

7    A.   Yes.  If not the admin, then, as I demonstrated in my

8    presentation, other users would -- they would self-police.

9    Q.   Right.  And I want to look at some of those messages now.

10        If you wouldn't mind bringing up 10-13.

11   BY MS. BASHA:

12   Q.   So, okay, this is a message, Ms. Vaughan, that conforms to

13   the topic of the group chat.

14   A.   Yes.

15   Q.   It's asking for information on making explosives.

16   A.   Yes.

17   Q.   Can you read out the user ID that sent that message?

18   A.   It is 267398743.

19   Q.   And that is not one of the user IDs that you found

20   associated with Mr. Naser's devices?

21   A.   That's correct.

22   Q.   Okay.  Thank you.

23        MS. BASHA:  If we could move to 10-11.  And we can

24   start with page 2.

25   BY MS. BASHA:

AMY VAUGHAN - CROSS BY MS. BASHA

1  Q.  I am not going to make you read all of these messages

2  again.

3  A.  Thank you.

4  Q.  We're just going to go page by page.

5          And I want to ask, the user ID that sent this message

6  was not one of the user IDs associated with Mr. Naser?  I know

7  it's real small.

8  A.  I actually have a paper copy of this, if I can just refer

9  to that.

10  Q.  Oh, absolutely.

11  A.  It will be a little easier to read.

12          Okay.  So, yes, this is not one of -- this is Abu

13  Ayman Al-Yemani.

14  Q.  And that user ID, whatever the number is, is not one of Mr.

15  Naser's user IDs?

16  A.  Correct.

17  Q.  Thank you.

18          MS. BASHA:  Page 2, please -- or 3.

19  BY MS. BASHA:

20  Q.  If you can just scan these messages, Ms. Vaughan, and

21  confirm that none of these user IDs are associated with Mr.

22  Naser.

23  A.  Yes, I can confirm that.

24  Q.  Okay.  Thank you.

25          MS. BASHA:  Next page.

1   BY MS. BASHA:

2   Q.  And the same is true here?

3   A.  Yes.  That's true.

4   Q.  None of these user IDs are associated with Mr. Naser?

5   A.  Yes.

6          MS. BASHA:  Thank you.  Next page.

7   BY MS. BASHA:

8   Q.  And, Ms. Vaughan, none of these messages were sent by Mr.

9   Naser's user IDs?

10  A.  That's correct.

11         MS. BASHA:  Next page.

12  BY MS. BASHA:

13  Q.  And the messages that we see here, Ms. Vaughan, none of

14  them were sent by Mr. Naser's users -- user IDs?

15  A.  Yes, that's correct.

16         MS. BASHA:  Next page.

17  BY MS. BASHA:

18  Q.  And would you say the same is true here, that none of these

19  messages were sent by Mr. Naser's accounts?

20  A.  Yes, that's correct.

21         MS. BASHA:  Next page, please?

22  BY MS. BASHA:

23  Q.  And I think we're on --

24         MS. BASHA:  Page 8, right?

25  BY MS. BASHA:

1    Q.   So of these messages, none were sent by Mr. Naser's

2    accounts?

3    A.   That's correct.

4         MS. BASHA:   Thank you.  Next page.

5    BY MS. BASHA:

6    Q.   And the same thing is true here, Ms. Vaughan, that none of

7    these were sent by Mr. Naser?

8    A.   Yes, that's correct.

9         MS. BASHA:   Thank you.  Next page.

10   BY MS. BASHA:

11   Q.   Of these messages you see on this page, none were sent by

12   Mr. Naser?

13   A.   Correct.

14        MS. BASHA:   Thank you.  Next page.

15   BY MS. BASHA:

16   Q.   And is the same thing true here, Ms. Vaughan?

17   A.   Yes.  That's true.

18   Q.   Okay.

19        MS. BASHA:   Next page.

20   BY MS. BASHA:

21   Q.   And the same -- the same is true here as well?

22   A.   Yes.

23   Q.   None of these were sent by Mr. Naser?

24   A.   That's correct.

25   Q.   Okay.

53

```
 1              MS. BASHA:  And then the last page.  Thank you.
 2    BY MS. BASHA:
 3    Q.  None of these messages were sent by Mr. Naser either?
 4    A.  Correct.
 5    Q.  Okay.  Thank you.
 6              MS. BASHA:  If we -- and if we could go back to page
 7    3, if you don't mind?
 8    A.  Sorry.  What page are you on?
 9    BY MS. BASHA:
10    Q.  Three.  Thank you.
11              MS. BASHA:  Can you zoom in just a little bit?  On the
12    whole page.
13    BY MS. BASHA:
14    Q.  Okay.  I'm not going to ask you, again, to read these
15    messages or to translate them.  But on this whole page, Ms.
16    Vaughan, you do see some repetitive message -- identical
17    messages.
18    A.  Yes.
19    Q.  Right?
20              And would those be the kinds of messages sent by a
21    bot?
22    A.  Yes.  So there is, there is two bots that are active in
23    this chat that we see in these messages:  Group Butler, and
24    then the, the gatekeeper bot, the Mujahideen_Secrets_bot that I
25    mentioned.
```

1  Q.  So as we see in these messages, some percentage of all of

2  the messages that you recovered from Mr. Naser's phone were

3  these kind of automated messages?

4  A.  Yes.  That's true.

5  Q.  Okay.

6          MS. BASHA:  If we could bring up 10-6, please?

7          Oh, I'm sorry.  I might mean 10-7.

8      (Brief pause.)

9          MS. BASHA:  Okay.

10 BY MS. BASHA:

11 Q.  So this is another message that was sent in the group chat.

12 A.  Yes.

13 Q.  Right?

14          And it's sent by a user with the display name Basel?

15 A.  Yes.

16 Q.  That's not a display name associated with Mr. Naser's

17 accounts?

18 A.  That's correct.

19 Q.  Right?

20          And this is an example of the kind of informal content

21 moderation?

22 A.  Yes.  This is what I would call self-policing.

23 Q.  Self-policing.

24          So someone sent a message, presumably before this,

25 that was off topic, right?

 1   A.  Yes.

 2   Q.  And then Basel responded and said, "You guys got to stay,

 3   stay on -- stay on task," right?

 4   A.  Yes.

 5   Q.  Okay.  And this was not a message that was sent by Mr.

 6   Naser?

 7   A.  That's correct.

 8   Q.  Right?

 9        MS. BASHA:  If we could move to 10-14.  Thank you.

10   And page 2.  Page 3, actually.  Thank you.

11   BY MS. BASHA:

12   Q.  So this is one of the two messages that Mr. Naser did send.

13   A.  Yes.

14   Q.  Right?

15        And the text of the message reads, "Publisher of the

16   Caliphate Channel, if you please."

17   A.  Yes.

18        MS. BASHA:  And then the next page?

19   BY MS. BASHA:

20   Q.  And this is that second message that he sent, right?

21   A.  Yes.

22   Q.  And it reads, "Possibly the latest release"?

23   A.  Yes.

24   Q.  So Mr. Naser is not asking for explosives -- instructions

25   to create explosives, it seems like.

AMY VAUGHAN - CROSS BY MS. BASHA

1    A.   No.   It looks like he's asking for official ISIS media.

2    Q.   So he's not really sticking to the topic of the group chat,

3    then, of creating explosives?

4    A.   No.   If -- if the administrators had been a little more on

5    top of things, he might have been reprimanded for this.

6    Q.   Okay.

7              MS. BASHA:   And if we could bring up --

8    BY MS. BASHA:

9    Q.   I'm going to show you the same thing again but in a

10   different form.

11             MS. BASHA:   -- 10-1, slide 52.

12   BY MS. BASHA:

13   Q.   And so we see here again those messages in a different

14   format, right?

15   A.   Yes.

16   Q.   The two green messages on the right are the messages sent

17   directly by Mr. Naser to the group chat?

18   A.   Yes.   The ones we just looked at.

19   Q.   Uh-huh.   And then the message in the top right is one he

20   sent to the bot associated with that group chat?

21   A.   Yes.   And then the bot forwarded that to the group chat.

22   Q.   Okay.   And in that message, he's not asking for

23   instructions on explosives?

24   A.   That's correct.

25   Q.   He is sending the group chat a song.

AMY VAUGHAN - REDIRECT BY MS. MOHSIN

1    A.  Yes.

2           MS. BASHA:  One moment, your Honor?

3           THE COURT:  All right.

4       (Brief pause.)

5           MS. BASHA:  Thank you, Ms. Vaughan.  No further

6    questions.

7           THE COURT:  Thank you, Ms. Basha.

8           Any redirect, Ms. Mohsin?

9           MS. MOHSIN:  Thank you, your Honor.

10          THE COURT:  You may proceed.

11                     REDIRECT EXAMINATION

12   BY MS. MOHSIN:

13   Q.  The purpose of the Mujahideen Secrets Channel Group, you

14   testified earlier, involved obtaining information on how to do

15   attacks, correct?

16   A.  Yes.

17   Q.  And there were a lot of chats that we saw that Ms. Basha --

18   Basha went through -- I apologize -- Ms. Basha went through

19   that were not associated with his user ID; is that right?

20   A.  Yes, that's correct.

21   Q.  So when somebody wants to get explosives information on

22   that Mujahideen Secrets Channel Group, can they search for it

23   within the -- within the group?

24   A.  Yes.  And as Basel reminded everyone so sharply, that's

25   what you're supposed to do.

AMY VAUGHAN - REDIRECT BY MS. MOHSIN

```
 1   Q.  And so can you explain what that means?  How can you get
 2   that information without asking for it or sending a message?
 3   A.  So with the Telegram search function, you could search the
 4   content of the group.  So you would, you know, type in whatever
 5   it is you were looking for, and it would show you results, and
 6   you could -- you could jump to that message to see the results
 7   of your search.
 8   Q.  And didn't the -- that individual, Basel, I think you said,
 9   caution people not to be sending requests for this information;
10   to check to see if it was there first?
11   A.  That's correct.
12   Q.  And so was it also the case that people were asking for
13   things like acetone peroxide recipes?
14   A.  Yes.
15   Q.  So if someone were to send a response, you could just click
16   on that response.
17   A.  Yes.  You could just read that and get the information you
18   need.
19   Q.  Okay.  And download it, view it, do whatever you wanted?
20   A.  Forward it.
21   Q.  So I just want to talk briefly about lurkers.  You
22   indicated that it's possible people were in this group that
23   were lurkers, and then you made a reference to FBI.
24       Were there people in these groups that sort of, you
25   know, were curious about the purpose of Mujahideen Secrets
```

1    Channel Group, and that would lurk there for periods of time?

2    A.   I, I don't know that specifically, but it's very, very

3    typical of a big, you know, somewhat -- well, somewhat in this

4    community well-known group that you'd have people who join and

5    never say anything and you have no idea who they are or what

6    they want.

7    Q.   Okay.  And sometimes they are law enforcement.

8    A.   Sometimes.

9    Q.   Okay.  But the people who are communicating are interested

10   in the topic; is that a fair statement?

11   A.   Yes.

12   Q.   All right.  And this was a very narrow topic, wasn't it?

13   A.   Yes.

14        MS. MOHSIN:  Okay.  Thank you.

15        MS. BASHA:  Your Honor, may I -- may I just ask one

16   question on recross?

17        THE COURT:  No, you may not.

18        MS. BASHA:  Okay.  Thank you.

19        THE COURT:  This concludes your testimony.  You're

20   excused.  You may step down.

21     (Witness excused, 10:55 a.m.)

22        THE COURT:  We're going to have our standard morning

23   break, members of the jury.  You may retire to the jury room at

24   this time.  This will be a 10-minute break.

25        THE LAW CLERK:  All rise for the jury.

AMY VAUGHAN - REDIRECT BY MS. MOHSIN

```
 1        (Whereupon the jury was excused, 10:56 a.m.)

 2              THE COURT CLERK:  Court is in recess for ten minutes.

 3        (Court in recess, 10:56 a.m.)

 4        (Back on the record, 11:09 a.m.)

 5              THE COURT CLERK:  All rise.  The United States

 6   District Court for the Eastern District of Michigan is back in

 7   session.

 8              THE COURT:  We'll have the jury brought out.

 9        (Brief pause.)

10              THE LAW CLERK:  All rise for the jury.

11        (Whereupon the jury entered the courtroom, 11:10 a.m.)

12              THE COURT:  Members of the jury, you may be seated.

13              We are about an hour to our lunch break.  Everyone in

14   the courtroom may be seated.

15              And the government may call its next witness.

16              MR. SLAVIN:  The government calls Special Agent Angela

17   Bronson.

18              THE COURT:  If she would approach and be sworn?

19              THE COURT CLERK:  Good morning.  Please raise your

20   right hand.

21        (**Angela Bronson**, sworn, 11:11 a.m.)

22              THE COURT CLERK:  Thank you.  You may be seated.

23              THE COURT:  You may proceed, Mr. Slavin.

24              MR. SLAVIN:  Thank you.

25                              DIRECT EXAMINATION
```

ANGELA BRONSON - DIRECT BY MR. SLAVIN

1  BY MR. SLAVIN:

2  Q.  Good morning.

3  A.  Good morning.

4  Q.  Could you please introduce yourself to the jury.

5  A.  Yes.  Hi.  My name is Angela Bronson, and I'm a special

6  agent with the FBI in the Pittsburgh field office.

7          THE COURT:  Can you pull the microphone closer to you?

8          THE WITNESS:  Is that better?  Okay.

9  BY MR. SLAVIN:

10  Q.  Speak directly into that microphone.

11  A.  Okay.  Sounds good.

12          My name is Angela Bronson.  I'm an agent with the FBI,

13  assigned to the Pittsburgh field office.

14  Q.  Could you spell your last name?

15  A.  Sure.  It's B-R-O-N-S-O-N.

16  Q.  How long have you been in that Pittsburgh field office?

17  A.  I've been in the Pittsburgh field office for five years.

18  Q.  How long have you been with the FBI?

19  A.  I have been a special agent with the FBI for 21 years.

20  Q.  And where were you before you went to Pittsburgh?

21  A.  I was assigned to the Detroit field office.

22  Q.  And how long were you in Detroit?

23  A.  I was in Detroit for 17 years.

24  Q.  Did you go to school?

25  A.  I did, yes.

ANGELA BRONSON - DIRECT BY MR. SLAVIN

1   Q.  What degrees did you get?

2   A.  I have a bachelor's degree in mechanical engineering and a

3   bachelor's degree in physics and mathematics.

4   Q.  And did you do anything between graduating from college and

5   joining the FBI?

6   A.  Yes.  I worked as a mechanical engineer for ten years.

7   Q.  Where was that?

8   A.  It was for a company called Siemens Westinghouse Power

9   Corporation.

10  Q.  And what are your current duties as a special agent?

11  A.  So I am currently, as I said, assigned to the Pittsburgh

12  field office where I work drug investigations.  And I also have

13  collateral duty as being an ERT -- or Evidence Response Team

14  member.

15  Q.  Are those the same things that you did when you were here

16  in Detroit?

17  A.  Yes.  I worked investigations when I was in Detroit, and I

18  did join the Evidence Response Team while here.

19  Q.  Can you explain what the Evidence Response Team is?

20  A.  Sure.  So these are individuals who join the Evidence

21  Response Team, and we are dispatched, usually, to a location in

22  order to collect evidence in a particular investigation.

23  Q.  Now, by that, you mean that the FBI is -- has a search

24  warrant and is searching a location.  Do you go and make sure

25  the evidence is properly collected?

1   A.  Yes, that's correct.  It's usually based on a search

2   warrant or sometimes through a consent search, but yes.

3   Q.  Okay.  When you're doing this work, are you working, you

4   know, the same cases that you work as an agent, or do you come

5   in and help with cases that other agents are working?

6   A.  You come in and -- helping other agents with their

7   investigations.  It's not a case you're working.

8   Q.  Now, you said you're responsible for proper collection of

9   evidence.  Are there special procedures that you have to

10  follow?

11  A.  Yes, there are, when you collect evidence.

12  Q.  Okay.  I ask you to speak kind of directly into the mic, if

13  you can speak up a little.

14  A.  Yes.  There are particular procedures in collecting

15  evidence properly.

16  Q.  Okay.  Do you get any special training to learn what those

17  procedures are?

18  A.  Yes.  Anyone that becomes a member of the Evidence Response

19  Team is required to do a two-week training in Quantico, where

20  they teach you how to collect evidence, how to document the

21  evidence that you find, how to process a scene when you're

22  collecting evidence.

23  Q.  Is that on top of the standard FBI training that all agents

24  do?

25  A.  Yes, that's correct.

64

ANGELA BRONSON - DIRECT BY MR. SLAVIN

1  Q.  Okay.  Walk us through what proper collection procedures

2  are when you show up to execute a search warrant.

3  A.  So when we are executing a search warrant and we're in a

4  location and we find evidence that we're allowed to collect

5  based on the search warrant, we -- there is a procedure that we

6  follow.  And what that is, is we call the photographer over,

7  the photographer will take a picture of the item in place, if

8  possible, and then we will then remove that item, and we --

9  they can photograph it a second time, usually with a scale.

10       And then from there, it goes to the evidence

11  custodian, where it will be packaged and then labeled.

12  Q.  Do you collect every single thing in the location you're

13  searching?

14  A.  No.  We're only allowed to collect what is permitted in the

15  attachment to the search warrant.

16  Q.  Okay.  So you leave some things be?

17  A.  That's correct, yes.

18  Q.  Now, when you're actually doing a search and you come upon

19  an item that you're going to be collecting, what are you

20  supposed to do?  You mentioned photographing it.  What happens

21  next?

22  A.  So once the item has been photographed, we then take that

23  item over to the evidence custodian, and then they will record

24  the item, and then we package the evidence accordingly.

25  Q.  And are there paperwork requirements that come alongside

ANGELA BRONSON - DIRECT BY MR. SLAVIN

1    this?

2    A.   Yes.   There is a lot of paperwork, and there is a lot of

3    redundancy built into the system.

4    Q.   Okay.   What kind of paperwork?

5    A.   So there are -- there is an evidence collected item log,

6    which lists the evidence item that was found, a description of

7    it, the location that it was found, such as the room that it

8    was located in.   It will be a little more specific as to where

9    in the room it was found, and then who collected it and who

10   witnessed the evidence being collected.

11   Q.   Okay.   You mentioned "witnessed."   Is it required to have

12   someone else, a second person witness every item you collect?

13   A.   Yes, it is required.

14   Q.   Turning your attention to the investigation of Aws Naser,

15   were you a part of that investigation?

16   A.   I was not a part of the investigation.

17   Q.   Were you a part of a search team?

18   A.   Yes.   I was part of the search team.

19   Q.   Okay.   And was that October 30th, 2017?

20   A.   Yes, that's correct.

21   Q.   Was that search memorable for you?

22   A.   It was, yes.

23   Q.   And why is that?

24   A.   Because that was my first search as an Evidence Response

25   Team member.

ANGELA BRONSON - DIRECT BY MR. SLAVIN

1   Q.  And you'll always remember your first one?

2   A.  Yeah, I think so.  Yes.

3   Q.  All right.  Let's start kind of from the beginning.

4        Do you remember the house, what it looked like from

5   the outside?

6   A.  Yes, I do.

7   Q.  Can you describe it?

8   A.  Sure.  It looked like a typical home you would find in

9   Westland, Michigan.  It was a ranch-style home with brick and

10  what appeared to be vinyl siding on the home.

11  Q.  Okay.

12       MR. SLAVIN:  Can we please pull up Exhibit 15-1.2,

13  which is in evidence.

14  BY MR. SLAVIN:

15  Q.  It should also appear on the screen in front of you.

16  A.  It does.

17  Q.  Okay.  Is this the house you're referring to?

18  A.  Yes, it is.

19  Q.  And is this how you remember it looking that day?

20  A.  Yes.

21  Q.  All right.  Now, when you walked into the --

22       MR. SLAVIN:  You we can take that down.

23  BY MR. SLAVIN:

24  Q.  When you walked into the house, where did you go?

25  A.  I went to what would have been the basement.

ANGELA BRONSON - DIRECT BY MR. SLAVIN

1  Q.  And was that your area of responsibility for the search?

2  A.  Yes.  I was there the whole time.

3  Q.  You mean, the entire time you were in the house, you were

4  in the basement?

5  A.  That's correct, yes.

6  Q.  What was your initial impression of the basement when you

7  walked in?

8  A.  It was pretty messy.  There was a lot of things everywhere.

9  There appeared to be typical things that you would find in a

10  basement, but also there was bedding on the floor which looked

11  like somebody was sleeping there, there were some items that

12  belonged to children, and then there was also what looked like

13  a workshop, more like an electrical workshop.

14  Q.  Say more about that.  Why -- what makes you compare that to

15  -- compare it to an electrical workshop?

16  A.  Well, there were -- there were things were like small

17  little devices.  There were some wires.  There were wire

18  cutters, things like X-ACTO knives, so things that you would

19  use for, you know, something electrical.

20  Q.  Were some of these things familiar to you from your

21  previous career as an engineer?

22  A.  They were, was.

23  Q.  Let's talk about some of the things you seized or

24  witnessed.

25          First of all, what does it mean to say that you

 1   "seized" a specific item?

 2   A.  That means that you have actually found an item of evidence

 3   that you believe is -- is evidence, and then you've taken that

 4   item; you've collected it, and you've done the proper packaging

 5   for that item.

 6   Q.  Okay.  And what does it mean if you witness a seizure?

 7   A.  That means that I saw someone else seize the item.

 8   Q.  And do you -- do you have multiple partners throughout the

 9   day that you worked with?

10   A.  Yes.  There were several of us in one particular room, so

11   any one of us could have been the witness, depending on where

12   you were at that time where the item was found.

13   Q.  And you -- during your time in the basement, you had -- did

14   you get a good view of most of the things going on in the

15   basement?

16   A.  Yes.

17   Q.  Did you recall seizing an Apple desktop computer?

18   A.  Yes, I did.

19   Q.  Do you remember where it was located?

20   A.  Yes.  It was on what looked like a desk, small table.

21   Q.  I'm going to show you Exhibit 15-1.32.

22        MR. SLAVIN:  Ms. Faucheux, please?  It's in evidence.

23   BY MR. SLAVIN:

24   Q.  It will appear.

25        All right.  Is that -- is this what you're talking

ANGELA BRONSON - DIRECT BY MR. SLAVIN

1   about?

2   A.  Yes.

3   Q.  And can you tell us where the computer you're talked about

4   is on this screen?

5   A.  You can see the computer there on that desk, the Apple

6   monitor that you see on top of what looked like that table or

7   desk-type thing.

8   Q.  Okay.

9        MR. SLAVIN:  We can go ahead and take this down.

10  BY MR. SLAVIN:

11  Q.  I'm going to ask you to turn to your right.

12       Do you see that item on the floor there?  Sorry, your

13  left.  My right.

14  A.  Yeah.

15  Q.  Yes.  Do you recognize that?

16  A.  I do, yes.

17  Q.  And what is it?

18  A.  That is the Apple computer that was pictured in the photo.

19  Q.  Okay.  And is it in substantially the same condition as it

20  was when you saw it that day?

21  A.  Yes, it was.

22       MR. SLAVIN:  This is Exhibit 15-10.  I'm going to move

23  to admit it at this time.

24       MR. GEROMETTA:  No objection.

25       THE COURT:  Admitted.

1    BY MR. SLAVIN:

2    Q.  Can -- I don't know how heavy it is.  Can you pick it up

3    and show it to the jury?

4    A.  [Displaying exhibit.]

5    Q.  Thank you.

6        (Attorney conference.)

7    BY MR. SLAVIN:

8    Q.  I'm sorry.  Is that Exhibit 15-8?  There should be a

9    sticker on it, the bottom.

10   A.  Yes, it's 15-8.

11       MR. SLAVIN:  Your Honor, I amend my, my motion to

12   admit Exhibit 15-8, not 15-10.

13       MR. GEROMETTA:  No objection.

14       THE COURT:  Yes.  Exhibit 15-8 is admitted.

15       (GX 15-8 received in evidence.)

16       MR. SLAVIN:  Thank you, your Honor.

17   BY MR. SLAVIN:

18   Q.  Do you recall whether there was something plugged into that

19   computer?

20   A.  Yes.  There was a thumb drive that was plugged in.

21       THE COURT:  You said something called a what?

22       What was it?

23       MR. SLAVIN:  A thumb drive --

24       THE COURT:  Thumb drive.

25       MR. SLAVIN:  -- plugged into the computer.

71

```
 1              THE COURT:  Thank you.  Go ahead.

 2              MR. SLAVIN:  I'm sorry.

 3              Ms. Faucheux, can we show Exhibit 15-1.102?

 4              Right to the microphone.  Pull it closer to yourself.

 5   BY MR. SLAVIN:

 6   Q.  Can you tell us what we're looking at?

 7   A.  We're looking at the thumb drive on the back of the

 8   computer plugged into the, the Apple computer.

 9   Q.  And is that the computer you just picked up?

10   A.  Yes, it is.

11              MR. SLAVIN:  We can take that down.

12   BY MR. SLAVIN:

13   Q.  You should have Exhibit 15-10 in front of you.  This is

14   actually 10.

15   A.  Yes.  It's right here.

16   Q.  Okay.  And what is that?

17   A.  It is the thumb drive that was pictured in the photo that

18   was just up.

19   Q.  And, again, is it in substantially the same condition as it

20   was on that day?

21   A.  Yes, it was.

22              MR. SLAVIN:  Move to admit Exhibit 15-10.

23              MR. GEROMETTA:  No objection.

24              THE COURT:  Admitted.

25        (GX 15-10 received in evidence.)
```

72

```
 1              MR. SLAVIN:  Actual 15-10.  I think if it was typed, I
 2   would be better at reading.
 3   BY MR. SLAVIN:
 4   Q.  Can you please show that to the jury?
 5   A.  [Displaying exhibit.]
 6   Q.  Thank you.
 7              Now, do you remember witnessing the seizure of a
 8   folding knife?
 9   A.  Yes.
10   Q.  Do you recall where that folding knife was found?
11   A.  I believe it was on the floor next to some of the bedding.
12              MR. SLAVIN:  Ms. Faucheux, can we show Exhibit
13   15-1.97, which is in evidence.
14   BY MR. SLAVIN:
15   Q.  Special Agent Bronson, what are we looking at?
16   A.  We're looking at the folding knife.
17   Q.  And can you, again, speak directly into the microphone?
18   A.  Sorry.  We are looking at the folding knife.
19   Q.  Okay.  And is this where it was located?
20   A.  Yes.
21   Q.  What's that to the right of it?
22   A.  It looks like that's some bedding, possibly a pillow and
23   some blankets.
24              MR. SLAVIN:  Can we move to Exhibit -- .98?  It's just
25   the next exhibit.
```

ANGELA BRONSON - DIRECT BY MR. SLAVIN

1    BY MR. SLAVIN:

2    Q.  And is this showing that knife where -- in place, as you

3    said, earlier?

4    A.  Yes, that's correct.

5              MR. SLAVIN:  And then 99, please.

6    BY MR. SLAVIN:

7    Q.  Is this the same knife?

8    A.  Yes, it is.

9    Q.  Okay.  Once it was --

10   A.  Yes.  Once it was opened, and a photo was taken with a

11   scale.

12             MR. SLAVIN:  You can take that down.

13   BY MR. SLAVIN:

14   Q.  Do you have Exhibit 15-60 in front of you?

15      (Attorney conference.)

16             THE WITNESS:  I don't -- I don't see it here.

17             MR. SLAVIN:  60?

18   BY MR. SLAVIN:

19   Q.  I apologize.  Would it be on the stand there?

20             THE COURT:  Mr. Slavin, I'll allow you a moment to

21   approach if you need to go and check the items.

22      (Brief pause.)

23             MR. SLAVIN:  I apologize for that.

24   BY MR. SLAVIN:

25   Q.  Okay.  Do you now see what's Exhibit 15-60?

ANGELA BRONSON - DIRECT BY MR. SLAVIN

1   A.   Yes.

2   Q.   And what is it?

3   A.   It is a Voyager Cold Steel high-performance knife.

4   Q.   And is that the same knife you just testified about?

5   A.   Yes, it is.

6   Q.   And is it in substantially the same condition as it was on

7   that day?

8   A.   I would believe so, but it is in this box.

9           MR. SLAVIN:  Move to admit Exhibit 15-60.

10          MR. GEROMETTA:  No objection.

11          THE COURT:  Admitted.

12      (GX 15-60 received in evidence.)

13  BY MR. SLAVIN:

14  Q.   Can you go ahead and take it out of the bag?  Show the

15  jury?

16          I believe there's scissors up there if you need them.

17  A.   [Displaying exhibit.]

18  Q.   And when it was -- when you saw it at the house that day?

19  A.   Hm--hmm.

20  Q.   What -- was it in -- was it folded down?

21  A.   It was, yes.

22  Q.   Was it in the box?

23  A.   No, it was not.

24  Q.   Was the box found separately?

25  A.   Yes, it was.

1    Q.  Okay.  You can go ahead and return that carefully, please.

2             Now, did you also witness the seizure of a sword

3    hidden inside a cane?

4    A.  I did, yes.

5    Q.  Where was that located?

6    A.  I, I don't recall 100 percent, because I remember seeing it

7    and then somebody opening it and showing me that it was a sword

8    with a cane.

9    Q.  Did you seize a black Tarot brand -- T-A-R-O-T -- drone

10   frame?

11   A.  I did, yes.

12   Q.  Do you remember where it was found?

13   A.  Yes.  That was actually folded and propped up against the

14   wall in the basement.

15             MR. SLAVIN:  Ms. Faucheux, can we put up -- bring up

16   Exhibit 15-1.36, please.  36.

17   BY MR. SLAVIN:

18   Q.  Do we see it in this picture?

19   A.  Yes, we do.

20   Q.  Where is it?

21   A.  So it is propped up against the yellow wall.  And then

22   there looks like there is something kind of covering it a

23   little bit in the picture.

24   Q.  Do you have a -- you should have a laser pointer there on

25   the witness stand.

ANGELA BRONSON - DIRECT BY MR. SLAVIN

```
1              If you press that middle button, can you show us where
2     in the picture it is?
3     A.   Right there [indicating].
4     Q.   Thank you.
5     A.   Mh-hmm.
6              MR. SLAVIN:  And then .147, please, Ms. Faucheux.
7     BY MR. SLAVIN:
8     Q.   Is this that same drone?
9     A.   Yes, it is.
10    Q.   Once it was picked up?
11    A.   That's correct, yes.
12    Q.   All right.  If you look to your left, do you see what's
13    been marked as Exhibit 15-28?
14    A.   I do, yes.
15    Q.   Do you recognize it?
16    A.   I do.
17    Q.   Is that that same drone?
18    A.   Yes, it is.
19    Q.   And other than now being unfolded, is it in the same
20    condition as it was on that day?
21    A.   Yes.
22             MR. SLAVIN:  Move to admit Exhibit 15-28.
23             MR. GEROMETTA:  No objection.
24             THE COURT:  Admitted.
25        (GX 15-28 received in evidence.)
```

**ANGELA BRONSON - DIRECT BY MR. SLAVIN**

1   BY MR. SLAVIN:

2   Q.  Can you go ahead and -- sorry to make you get up, but pick

3   it up and show the jury?

4   A.  [Displaying exhibit.]

5   Q.  And can you tell us what -- what's the brand that's written

6   on that?

7   A.  Tarot.

8   Q.  Can you answer in the microphone?

9        You can put it down.

10       (Laughter in the courtroom.)

11  A.  The brand is Tarot, T-A-R-O-T.

12  Q.  Did you also find an X-Acto knife?

13  A.  I did, yes.

14  Q.  What is an X-Acto knife?

15  A.  So it is a -- it's a tool that is used to cut things.

16       MR. SLAVIN:  Can we please bring up .159, please?

17  15-1.159.

18  BY MR. SLAVIN:

19  Q.  Is this the X-Acto knife?

20  A.  Yes.

21  Q.  Okay.  Do you have 15-58 in front of you?

22  A.  Yes, I do.

23  Q.  Do you recognize it?

24  A.  Yes.

25  Q.  Is that this X-Acto knife?

1    A.  Yes.

2    Q.  And once again, is it in substantially similar condition to

3    that day?

4    A.  Yes.

5             MR. SLAVIN:  Move to admit Exhibit 15-58.

6             MR. GEROMETTA:  No objection.

7             THE COURT:  Admitted.

8        (GX 15-58 received in evidence.)

9    BY MR. SLAVIN:

10   Q.  Okay.  Can you go ahead and show that to the jury, please.

11   A.  [Displaying exhibit.]

12   Q.  Thank you.  Go ahead and put that down.

13            And did you also seize an adhesive mount kit?

14   A.  I did, yes.

15            MR. SLAVIN:  Can we show 15-1.160.

16   BY MR. SLAVIN:

17   Q.  Is that the mount kit?

18   A.  Yes, it is.

19   Q.  Okay.  What's the company brand on that?

20   A.  Drift.

21   Q.  All right.  Do you have 15-63 in front of you?

22   A.  I do, yes.

23   Q.  Is that the same, that same mount kit?

24   A.  Yes, it is.

25   Q.  Okay.  Do you recognize it from that day?

1   A.   I do, yes.

2   Q.   Okay.  Is it substantially in similar condition to that

3   day?

4   A.   It is, yes.

5        MR. SLAVIN:  Move to admit 15-63.

6        MR. GEROMETTA:  No objection.

7        THE COURT:  That exhibit is also admitted.

8      (GX 15-63 received in evidence.)

9   BY MR. SLAVIN:

10  Q.   And once again, if you could you just pull it up and kind

11  of show it.

12  A.   [Displaying exhibit.]

13  Q.   All right.  Go ahead and put that down.

14       Now, did you witness the seizure of a black plastic

15  box with remote controls and a -- racing drone accessories in

16  it?

17  A.   Yes, I did.

18       MR. SLAVIN:  Can we please show Exhibits 15-1.88.

19  BY MR. SLAVIN:

20  Q.   Is that a view of inside that plastic black box?

21  A.   Yes, it was.

22       MR. SLAVIN:  And then 89, please.

23  BY MR. SLAVIN:

24  Q.   Were these the containers of that -- of that box?

25  A.   Yes.

ANGELA BRONSON - DIRECT BY MR. SLAVIN

1    Q.  So you have several remotes in here; is that right?

2    A.  That's correct, yes.

3    Q.  And then what is that in the top middle?

4    A.  That's a drone.

5    Q.  And can you read the, the name of that drone, the model?

6    A.  It says "Aurora 90."

7    Q.  To your right, below that, the -- below the white box, is

8    that that same black plastic tote?

9    A.  Yes.

10   Q.  Okay.  Can you go ahead and open it up, please?

11        If you could just look through what's in there and

12   tell us all the things that are in that box.

13   A.  Okay.  So this looks --

14        (Laughter in the courtroom.)

15   A.  So this box here is labeled "Aurora 90," and it's likely

16   the box that you see at the top of the photo.

17        This is the remote control.  And that's the item that

18   is going to be pictured on the left at the top.

19        MR. GEROMETTA:  Your Honor, can I have the witness

20   read the exhibit numbers?  I think that might be helpful --

21   BY MR. SLAVIN:

22   Q.  Yes, please.  If you could read the exhibit numbers as you

23   do this.

24   A.  Sure.  Let me read the exhibit number on the first.

25   Q.  Actually, before you do that, looking through all these

```
 1   items, are all these items, you know, the same items that were
 2   in that box on that day?
 3   A.  Yes.
 4   Q.  Okay.  And are they in substantially similar condition?
 5   A.  Yes.
 6   Q.  Okay.
 7            MR. SLAVIN:  I'm going to go ahead and move to admit
 8   these, and we'll go through these individually.  I think that
 9   will speed things up.
10            MR. GEROMETTA:  No objections, your Honor.
11            MR. SLAVIN:  They are Exhibits 15-29.1 through .13,
12   inclusive.
13            THE COURT:  Those exhibits are each admitted.
14       (GX 15-29.1 - 15-29.13 received in evidence.)
15   BY MR. SLAVIN:
16   Q.  Okay.  If you can go ahead and, as you go through, read
17   each individual exhibit number that's written on them.
18   A.  Okay.  So the Aurora box is Exhibit 15-29.1.
19            The controller is Exhibit 15-29.6.
20            This controller is labeled "DX-2" in the photo, and
21   the exhibit number is 15-29.7.
22            This item contains cables and, you know, electrical
23   boxes, and the exhibit here is 15-29.12.
24            This is also another controller, and it's pictured in
25   the photo, the center on the bottom, and it is Exhibit
```

1   Number 15-29.3.

2          This is the -- another controller, which is pictured

3   on the left in the bottom, and it is Exhibit Number 15-29.4.

4          This item is the white box that you see pictured here,

5   and the exhibit number is 15-29.8.  And in fact, the item that

6   was in the box is the monitor that you see just below it.  It

7   looks like that [displaying exhibit].

8          This item is not pictured.  It is Exhibit Number

9   15-29.2, and it looks like it's propellers to a drone.

10          This item here are manuals for a drone, and it is

11   Exhibit item 15-29.11.

12          The items that are in this exhibit, which is 15-29.10,

13   contain a variety of items, some propellers, it looks like some

14   cleaners, some string, just various components for the -- for

15   the drone.

16          There are also -- it looks like there might be some

17   straws and just a few other things in here.  It's all packaged

18   together [displaying exhibit].

19          Okay.  This item, Exhibit Number 15-29.13, appears to

20   be chargers for the drone as well as what might be some small

21   battery packs [displaying exhibit].

22          And this last item is 15-29.9, and it is a -- what

23   looks to be like a small, little SIM card, right here in the

24   corner.

25          That's all the items that were in that box.

ANGELA BRONSON - DIRECT BY MR. SLAVIN

1  Q.  Okay.  And to be clear, they were originally located in

2  that box on October 30th, 2017?

3  A.  That's correct, yes.

4  Q.  And so they were -- were they taken out of the box,

5  packaged in those bags, and then put back in?

6  A.  That's correct, yes.

7  Q.  All right.  Just one more box of things to get through.

8  A.  Do you want me to -- do you want me to put these back in

9  the box?

10  Q.  Maybe not right now, but at some point we will.

11  A.  Okay.

12  Q.  Can you grab the white box now?

13  A.  Sure.

14  Q.  Can you go ahead, and one at time, just tell us about the

15  items in that white box and how you recognize them and their

16  exhibit numbers, please.

17  A.  Sure.  This first item is Exhibit Number 15-27.3, and it

18  looks like they are boxes for motors for drones.

19  Q.  And it is, like the other items, in the same condition as

20  it was on that day?

21  A.  Yes.

22       MR. SLAVIN:  Okay.  Move to admit -- sorry.  Was that

23  15-27 point?

24       THE WITNESS:  3.

25       MR. SLAVIN:  3.

1          MR. GEROMETTA:  No objection.

2          THE COURT:  Admitted.

3      (GX 15-27.3 received in evidence.)

4  BY MR. SLAVIN:

5  Q.  Let's move on to the next one.

6  A.  The next exhibit number is 15-27.7, and it's a bag that

7  contains things like spark plugs, shrink tubing, fuses, some

8  small light bulbs, electrical tape, screwdrivers, tie wraps,

9  and a black bag.

10 Q.  Okay.  And again, is it in the same condition as it was on

11 that day?

12 A.  Yes.

13 Q.  Okay.  Again, remind me, 15-27.7, did you say?

14 A.  That's correct.

15         MR. SLAVIN:  Move to admit that exhibit.

16         MR. GEROMETTA:  No objection.

17         THE COURT:  That exhibit is also admitted.

18     (GX 15-27.7 received in evidence.)

19 BY MR. SLAVIN:

20 Q.  And just one quick question.  All these exhibits that you

21 are going through here, the 15-27s, were these found on a

22 specific table?

23 A.  It was.

24 Q.  Which table was that?

25 A.  It was the work table that was looks like -- I think it

ANGELA BRONSON - DIRECT BY MR. SLAVIN

 1  kind of looked like a folding table, if I remember correctly,

 2  where he had all his other drone parts.

 3  Q.  Did you say where there were other drone parts?

 4  A.  Yeah.  Other things to -- you know, other small wires,

 5  tools, that sort of thing.  It looked like a work table.

 6  Q.  Okay.  Please continue.

 7       Which exhibit is this?

 8  A.  So this is Exhibit 15-27.1, and it appears to be a

 9  controller for a drone.

10  Q.  Okay.  Same question:  Same condition?

11  A.  Yes.

12       MR. SLAVIN:  Move to admit.

13       MR. GEROMETTA:  No objection.

14       THE COURT:  Admitted.

15  (GX 15-27.1 received in evidence.)

16  A.  These other items that are in here are just the packaging.

17  BY MR. SLAVIN:

18  Q.  From those items?

19  A.  Yeah, from the items we've already discussed.

20  Q.  Okay.  Does that have an exhibit number?

21  A.  No.

22  Q.  Okay.  Is there anything else in that box that we missed?

23  A.  Just the power cord for the computer.

24  Q.  Okay.  And that's the computer that's been admitted into

25  evidence?

ANGELA BRONSON - CROSS BY MR. GEROMETTA

1    A.  Correct.

2    Q.  All right.  One more final question for you.

3         As you walked around the basement, did you see a

4    coffee maker anywhere?

5    A.  I did not, no.

6    Q.  Okay.

7         MR. SLAVIN:  No further questions.

8         THE COURT:  Thank you, Mr. Slavin.

9         MR. GEROMETTA:  Can I have one moment?

10        THE COURT:  You may.

11      (Brief pause.)

12        MR. GEROMETTA:  Mr. Slavin, can I ask you a question

13   real quick?

14        MR. SLAVIN:  Absolutely.

15      (Attorney conference.)

16        THE COURT:  This is a good time for a standing stretch

17   break, members of the jury.

18      (Stretch break.)

19        THE COURT:  And everyone in the courtroom is also

20   welcome to stand.

21      (Stretch break.)

22                        CROSS-EXAMINATION

23   BY MR. GEROMETTA:

24   Q.  Good morning.

25   A.  Good morning.

```
 1              THE COURT:  You may proceed, Mr. Gerometta.

 2              MR. GEROMETTA:  Thank you, Judge.

 3    BY MR. GEROMETTA:

 4    Q.  So could I ask you to get out 29.2?  I think you said that

 5    was propellers?

 6              I'm sorry to make you look through that.  Got it?

 7              MR. GEROMETTA:  Could I approach, your Honor, and

 8    retrieve the exhibit?

 9              THE COURT:  You may.

10              MR. GEROMETTA:  Thank you.

11    BY MR. GEROMETTA:

12    Q.  So I think you testified you thought this was propellers to

13    the drone, correct?

14    A.  To a drone, yes.

15    Q.  Okay.  Could I have you take another look at it and just

16    double-check what it is?

17    A.  Sure.

18    Q.  Is that a complete drone?

19              If you flip it over, you could see it's clear.  It's a

20    lot easier.

21    A.  It doesn't -- I don't know.  I'm not a drone expert.

22    Q.  Okay.

23    A.  It does not appear to be a complete drone, but there are

24    propellers on it.  I would assume that you would need something

25    to make those propellers turn.
```

1    Q.   Sure.  That thing in the middle?

2    A.   Mh-hmm.

3    Q.   You don't think that's the engine or anything to that

4    drone?

5    A.   Well, it doesn't look that way to me.

6    Q.   Not to you.  Okay.

7         Go ahead.  You can set that back.

8         MR. GEROMETTA:  Actually, your Honor, could I have the

9    jury take a look at that and pass it around?

10        THE COURT:  Any objection?

11        MR. SLAVIN:  No objection.

12        THE COURT:  Yes.  You may proceed.

13   (Brief pause.)

14   BY MR. GEROMETTA:

15   Q.   Thank you.

16   A.   Sure.

17   (Brief pause.)

18        MR. GEROMETTA:  Thank you.

19        THE COURT:  You may proceed, Mr. Gerometta.  All the

20   jurors have viewed that exhibit.

21        MR. GEROMETTA:  Thank you.

22   BY MR. GEROMETTA:

23   Q.   Now if I can have you look at 29.10 and 29.13.  I think

24   they were both sort of miscellaneous bags, if that helps you

25   find them.

ANGELA BRONSON - CROSS BY MR. GEROMETTA

1   A.   13 and --

2   Q.   10.  Thank you.  I think that's the last time I'll make you

3   get out of your chair.

4        So those are both -- 10, you said, was cleaner strings

5   and, you thought, components for the drone, correct?

6   A.   That's correct.

7   Q.   So were those things separate that you gathered up, or were

8   they found together in a bag?

9   A.   They were on the table, it appears, individually.

10  Q.   Okay.  And then .13, that was some chargers and battery

11  backs.  Same question:  Were those sort of bundled together

12  when you found them, or were those individual?

13  A.   They were also on the table.

14  Q.   Those were on the table.

15       All right.  So -- you can set them down or keep them

16  up there if it's easier if you don't want to get out of your --

17  A.   That's fine.

18  Q.   -- seat again.

19       MR. GEROMETTA:  Would you bring up 15 or -- yeah,

20  15.1.63, please?

21  BY MR. GEROMETTA:

22  Q.   So when you talked about that workshop table, this is what

23  you're talking about, correct?

24  A.   That's correct, yes.

25  Q.   And I think when you testified about coming down the

1    stairs -- let me get this right here -- you said it looked like

2    an electrical workshop, correct?

3    A.  Correct.

4    Q.  Okay.  And this is when you -- when you said that, this is

5    the area you were talking about, correct?

6    A.  Correct.

7    Q.  All right.  And it looks like maybe two or three --

8    depending how they fold, two or three folding tables kind of

9    smushed together?

10   A.  Sure.

11   Q.  All right.  And you spent -- how long were you in that

12   basement for?

13   A.  I was there the whole time during the search.

14   Q.  Okay.  So how long do you think that was?  Just best guess.

15   A.  We were there at least one to two hours.

16   Q.  Okay.

17   A.  Maybe a little longer, but...

18   Q.  All right.  So you were pretty familiar with that basement,

19   correct?

20   A.  That's correct, yes.

21   Q.  All right.  So if you look sort of behind there, you can

22   see some of those kids' stuff and the other totes that you

23   mentioned when you described the basement initially, correct?

24   A.  Correct.

25   Q.  Did you go through all those totes?

1    A.   Somebody went through all of those totes.

2    Q.   And I apologize.  When I said "you," I meant the FBI in

3    general.  Somebody went through all of those totes?

4    A.   Yes, that's correct.

5    Q.   And you seized --

6            MR. GEROMETTA:  Could you go to 15 -- strike that.

7    Sorry.

8            Can you go to 15.1.70 -- or 15-1.70?  Sorry.

9    BY MR. GEROMETTA:

10   Q.   You're familiar with that?

11   A.   Yes.  I recall seeing that table.

12   Q.   You didn't search this table, though?

13   A.   No, I did not.

14   Q.   But you did see it there, correct?

15   A.   Yes.

16   Q.   Is that what it looked like when you came down into the

17   basement?

18   A.   I would believe so, yes.

19           MR. GEROMETTA:  And then 15-1.21.

20   BY MR. GEROMETTA:

21   Q.   You can see -- if you go to the upper left-hand corner of

22   that picture?

23   A.   Yes.

24   Q.   Does there appear to be a cane -- cane, C-A-N-E, cane --

25   hanging there?

ANGELA BRONSON - CROSS BY MR. GEROMETTA

1    A.  Yes, there is.

2    Q.  Okay.  Did you -- do you know if that was seized or not?

3    A.  Not to my knowledge.

4    Q.  Okay.

5    A.  And just to be clear, because of earlier testimony, that is

6    not the cane sword that was confiscated.

7    Q.  I understand.  If you could wait until there is a question

8    before you, though, I'd appreciate it.

9    A.  Sure.

10   Q.  No problem.

11           And finally, you were responsible -- you seized the

12   computer, that Apple computer, correct?

13   A.  Yes.

14   Q.  And so you were responsible for sort of searching that

15   desk/table down there?

16   A.  Correct.

17   Q.  Okay.

18           MR. GEROMETTA:  So if you go to 15-1-100, please.

19   BY MR. GEROMETTA:

20   Q.  Okay.  And is that what the table looked like when you

21   entered the home?

22   A.  Yes.

23   Q.  Okay.  Everything that was on the table was there on the

24   table?

25   A.  That's correct.

ANGELA BRONSON - REDIRECT BY MR. SLAVIN

1   Q.  Okay.  And next to the computer, you can see a book on the

2   left-hand side?

3   A.  Yes.

4   Q.  Okay.  What's the title of that book?

5   A.  "14 [sic] Things to Be Happy" -- I want to say "About."

6   Q.  About?  Best guess is "About"?

7   A.  Mh-hmm.

8   Q.  All right.  And finally, when you talked about the drone in

9   that box when you first started going through the exhibits, you

10  called it a racing drone?

11  A.  I don't think I referred to it as a racing drone.

12  Q.  You didn't?

13  A.  I don't think so.

14  Q.  Okay.  All right.

15          MR. GEROMETTA:  Thank you.  No further questions.

16          THE COURT:  Any redirect?

17          MR. SLAVIN:  Just one brief clarifying question.

18          THE COURT:  All right.  Go ahead, Mr. Slavin.

19                      REDIRECT EXAMINATION

20  BY MR. SLAVIN:

21  Q.  When the team was searching the basement, were you all

22  split up into different groups?

23  A.  Yes, it was a large area, and there were multiple people

24  searching.  And so we typically will take a corner or an area,

25  and we start searching.  And then, eventually people say, "What

 1   hasn't been searched" and you'll move to that location.

 2           MR. SLAVIN:  No further questions.

 3           THE COURT:  This concludes your testimony.  You are

 4   excused.  You may step down.

 5           THE WITNESS:  Thank you.

 6        (Witness excused, 11:54 a.m.)

 7           THE COURT:  Are you utilizing these items for the next

 8   witness?

 9           MR. SLAVIN:  Your Honor, I was just going to ask.  I

10   don't know if it's a good time for lunch or if we could just

11   take a quick stretch break to collect all those items.

12           THE COURT:  Well, I will allow you to collect those

13   items.  We are about 15 minutes from our lunch break.

14           MR. SLAVIN:  Okay.

15        (Brief pause.)

16           THE COURT:  Members of the jury, you're welcome to

17   stand and stretch during this break.

18           And the government may call its next witness.

19           MR. SLAVIN:  Thank you.  The United States calls

20   Special Agent Leslie Larsen.

21           THE COURT:  If he would approach and be sworn.  If she

22   would approach and be sworn.  Pardon me.

23           THE COURT CLERK:  Good morning.

24           MS. LARSEN:  Good morning.

25        (**Leslie Larsen,** sworn, 11:55 p.m.)

95

```
 1              THE COURT CLERK:  Thank you.  You may be seated.
 2                        DIRECT EXAMINATION
 3   BY MR. SLAVIN:
 4   Q.  Good morning.
 5   A.  Good morning.
 6   Q.  Can you please introduce yourself to the jury, spelling
 7   your last name.
 8   A.  My name is Special Agent Leslie Larsen.  Spell my last
 9   name, L-A-R-S-E-N.
10   Q.  And what is your -- you mentioned special agent.  Where do
11   you currently work?
12   A.  With the FBI on our Detroit, Michigan, office.
13   Q.  And do you have any special positions within that office?
14   A.  Yes.  I'm the senior team leader for the Evidence Response
15   Team.
16   Q.  And what do you do as the team leader?
17   A.  As a senior team leader, I'm responsible for organizing
18   searches, coordinating those searches, maintaining training
19   standards, and ordering equipment and supplies.
20   Q.  How long have you been with the FBI?
21   A.  I've been with the FBI since 1997.
22   Q.  Okay.  And what roles have you had in that time?
23   A.  I was an honors intern.  Then I became a civilian employee
24   where I held several positions from mail clerk, file clerk,
25   intelligence analyst, and then finally a special agent.
```

LESLIE LARSEN - DIRECT BY MR. SLAVIN

1   Q.  How long have you been a special agent?

2   A.  Since 2004.

3   Q.  All that time in Detroit?

4   A.  No.

5   Q.  Where else have you been?

6   A.  Milwaukee, Wisconsin.  And then I was assigned to Quantico,

7   Virginia, in the profiling and behavioral assessment unit.

8   Q.  And what other areas -- what areas have been your focus

9   during your time at the FBI?

10  A.  My primary focus has been with the Evidence Response Team.

11  Q.  Did you go to school?

12  A.  Yes.

13  Q.  What degrees do you hold?

14  A.  I have an undergraduate degree from Carthage College in

15  Kenosha, Wisconsin, in psychology and criminal justice.  And I

16  have a master's in public service from Marquette University in

17  Milwaukee, Wisconsin.

18  Q.  Now, were you in your position -- in the position of head

19  of the Evidence Response Team on October 30th of 2017?

20  A.  Yes, I was.

21  Q.  In that role, did you lead the team in the search of the

22  home and vehicle of Aws Naser?

23  A.  Yes, I did.

24  Q.  Did you have any role in the -- in the investigation before

25  this?

LESLIE LARSEN - DIRECT BY MR. SLAVIN

```
 1   A.  No, I did not.

 2   Q.  Take us through that day.  Did you start with the house or

 3   the vehicle?

 4   A.  That day, I started with the house.

 5   Q.  Okay.  What's the first thing that happened when you

 6   arrived on the scene?

 7   A.  When I arrived on scene, I met with the special agent bomb

 8   technicians outside the house, and we talked about the contents

 9   of the house.

10   Q.  Did you then go into the house?

11   A.  Yes.

12   Q.  Where did you go first?

13   A.  I entered the house through the kitchen-living room area.

14   Q.  Did you walk around that entire floor?

15   A.  Yes.  I conducted a walk-around of the entire first floor

16   first.

17   Q.  Okay.  What did you do after that?

18   A.  After that, I went to the basement area and walked around

19   the basement area.

20   Q.  Okay.  During your walk-around, did you cover the entire

21   property?

22   A.  Yes.

23   Q.  After you finished walking around the property, what --

24   what did you do next?

25   A.  Next, I got the photographer started, and the sketch -- the
```

LESLIE LARSEN - DIRECT BY MR. SLAVIN

1   sketcher started sketching the property.

2   Q.   Okay.  Do you recall who the photographer was on that day?

3   A.   The photographer was Special Agent Dave Banach.

4   Q.   Okay.  You mentioned a sketch.  What do you mean by

5   "sketch"?

6   A.   On the Evidence Response Team, we sketch every scene that

7   we go on.  So it's a hand sketch.  It's not to scale.  It's

8   often drawn with a pencil.  And it incorporates multiple sheets

9   of paper that covers the -- what the floor plan and the overall

10  property looks like from the bird's-eye view, which means the

11  top down.

12  Q.   Okay.  Have you seen that sketch before coming into court

13  today?

14  A.   Yes.

15  Q.   Okay.  And has that been mark as Exhibit 15-6?

16  A.   Yes.

17  Q.   Okay.

18          MR. SLAVIN:  Move to admit Exhibit 15-6 into evidence.

19          MR. GEROMETTA:  No objection.

20          THE COURT:  Admitted.

21     (GX 15-6 received in evidence.)

22          MR. SLAVIN:  Could we go ahead and pull that up,

23  please?

24  BY MR. SLAVIN:

25  Q.   Is this the sketch?

**LESLIE LARSEN - DIRECT BY MR. SLAVIN**

 1   A.   Yes.

 2   Q.   Okay.  So what are we looking at here?

 3   A.   This is the first floor of the search location.

 4   Q.   And each of the rooms marked with a letter?

 5   A.   Yes.

 6   Q.   And why do you do that?

 7   A.   We designate each room with its own independent label so

 8   that we can refer to that when we're collecting evidence and

 9   refer back to what items were taken from what rooms.

10   Q.   Okay.  So just to go through, what is Room A on this

11   sketch?

12   A.   A on the sketch is the kitchen.

13   Q.   Okay.  And then next to it is Room C.  What is that?

14   A.   Room C is a living room area.

15   Q.   Okay.  Why is there no Room B between A and C?

16   A.   Room B was the basement area.

17   Q.   Okay.  So "B" is just for basement?

18   A.   I'm not sure why we picked "B" for basement.  That's not

19   normal, not a normal practice.  But it was designated -- the

20   basement area was designated as alpha letter B.

21   Q.   Well, at it's least memorable, right?

22   A.   Right.

23   Q.   Okay.  And then what's next to C there?

24   A.   To the left is G.

25   Q.   Okay.  And what is that?

1    A.  G was a bedroom.

2    Q.  And then what's below it?

3    A.  Alpha letter F.  That was also a bedroom.

4    Q.  And below that?

5    A.  Alpha letter E, also a bedroom.

6    Q.  And then to the right of E we have something marked D?

7    A.  Alpha letter D was a bathroom.

8    Q.  Okay.

9         MR. SLAVIN:  Can we move to the next page in this

10   exhibit, please?

11   BY MR. SLAVIN:

12   Q.  Okay.  What are we looking at now?

13   A.  This is the basement area, also known as alpha letter B.

14   Q.  And is this marked -- oh, down at the bottom, now on the

15   right.  What, what -- what is marked on the right side there?

16   A.  "2 of 4."

17   Q.  I'm sorry.  No.  On the right side within the drawing of

18   the actual basement.

19   A.  Stairs.

20   Q.  Okay.  So you have the stairs.  And what's above the stairs

21   there?

22   A.  Oh, the D square is the dryer, the W square is a washer,

23   and then above that is a sink.

24        Is that what you're referring to?

25   Q.  Yes.

LESLIE LARSEN - DIRECT BY MR. SLAVIN

1           Okay.  And on the bottom of the screen there -- or the
2    bottom of that sketch, you have a cabinet and a table?
3    A.  Yes.
4    Q.  Okay.  Is that located in the corner there?
5    A.  Yes.
6    Q.  And then you have some more items, then, on the top there,
7    right?
8    A.  Yes.
9           MR. SLAVIN:  Could we go on to the next page of this,
10   please?
11   BY MR. SLAVIN:
12   Q.  What does this sketch show?
13   A.  So this is a view that we refer to as the bird's-eye view,
14   or the top-down view of the entire search property.  So it
15   includes the house, the driveway area, where the vehicle was
16   located, and then the backyard area.
17   Q.  Okay.  Where on this picture would the car have been
18   located?
19   A.  The car is designated as alpha letter I, and on the sketch,
20   you can see the I as the capital letter I in a rectangle toward
21   the sidewalk.
22   Q.  Okay.  And is that -- the road is down at the bottom of the
23   picture?
24   A.  Yes.
25   Q.  Okay.  Was there a backyard?

1    A.  Yes.

2    Q.  Is that pictured here?

3    A.  Yes.

4    Q.  Okay.  Where is that?  Can you just orient the jury,

5    please?

6    A.  Sure.  The backyard is at the top of the page.  You can

7    note the hash line lines indicating a fence line or a property

8    area for the backyard.

9    Q.  Okay.  Was there a shed in this backyard?

10   A.  Yes.

11   Q.  Okay.  Where, where generally would that -- was that shed?

12   A.  It was in the backyard.  I think it is labeled as alpha

13   letter H.

14        MR. SLAVIN:  Could you move on to the next page,

15   please?

16   BY MR. SLAVIN:

17   Q.  And what is this?

18   A.  This is a sketch template of the vehicle that was searched

19   that day.

20   Q.  Okay.  So there's letters on this.  Do those mark different

21   parts of the car?

22   A.  Yes.

23   Q.  Okay.  And did you look through the car as well?

24   A.  Yes, I did.

25        MR. SLAVIN:  All right.  We can go ahead and bring

1    that down.

2    BY MR. SLAVIN:

3    Q.  After the sketch and photography was done, what happens

4    next?

5    A.  After that is done, team assignments are made with the

6    search personnel that are available for that day.  I assign

7    them to different rooms or spaces within the house and

8    property, and the search actually begins.

9    Q.  Okay.  And do you assign different people to different

10   parts of the property?

11   A.  Yes.

12   Q.  As this is going on, are you participating in the search

13   yourself or just supervising everybody else doing it?

14   A.  I also participated in this search.

15   Q.  Okay.  Is that normal?

16   A.  Yes.

17   Q.  Where did you personally conduct searches?

18   A.  I personally conducted searches in the first floor area.

19   Q.  Okay.  Does that -- does that include the living room?

20   A.  Yes.

21   Q.  All right.  Did you also personally search the car?

22   A.  Yes, I did.

23   Q.  And did you go into one of the bedrooms?

24   A.  Yes.

25   Q.  Okay.  What -- what did you do in that bedroom?

1  A.  I entered Bedroom E on the sketch, after the bomb techs had

2  completed their protective sweep, to retrieve a firearm from

3  the lower basement drawer.

4  Q.  Did you say "lower basement drawer"?

5  A.  Oh, the lower drawer, the bottom drawer of the dresser.

6  Q.  Of a dresser in that bedroom?

7  A.  Correct.  Sorry.

8  Q.  Not a problem.

9       Are you responsible for the entire search?

10  A.  Yes.

11  Q.  And what does that mean, to be responsible for the search?

12  A.  It means I direct agents and search personnel to the

13  different areas, make sure that their searching was completed,

14  and that all areas of the search that day were documented

15  correctly.

16  Q.  Now, do you remember, during the search, seizing an

17  iPhone 7?

18  A.  Yes.

19  Q.  Where was it located?

20  A.  I believe that was in the kitchen.

21       MR. SLAVIN:  Can we bring up 15-1.43, please, which is

22  in evidence?

23  BY MR. SLAVIN:

24  Q.  Is this that iPhone?

25  A.  Yes.

1   Q.  Okay.  And can you better remember now where you found it?

2   A.  Yes.

3   Q.  Can you explain?

4   A.  This was in Room A, the kitchen area, on the countertop.

5   Q.  Okay.

6           MR. SLAVIN:  Your Honor, I'm just going to ask for

7   blanket permission to approach this witness with different

8   exhibits?

9           THE COURT:  You may.

10  BY MR. SLAVIN:

11  Q.  I'm going to hand you what's been marked Exhibit 15-7.

12          Do you recognize that?

13  A.  Yes.

14  Q.  Is that the phone you just testified about that's pictured

15  here?

16  A.  Yes, it is.

17  Q.  And is it in substantially the same condition as when you

18  saw it that day?

19  A.  Can I open the packaging?

20  Q.  Yes.

21  A.  Yes.

22  Q.  Only the exterior, which you can see.

23  A.  Right.

24          MR. SLAVIN:  Move to admit Exhibit 15-7.

25          MR. GEROMETTA:  No objection.

LESLIE LARSEN - DIRECT BY MR. SLAVIN

```
1              THE COURT:  Admitted.

2         (GX 15-7 received in evidence.)

3    BY MR. SLAVIN:

4    Q.  Can you please show it to the jury?

5    A.  [Displaying exhibit.]

6    Q.  Go ahead and put that down.

7              Now, you mentioned getting what you called a firearm

8    from one of those rooms.  What kind of firearm was it?

9    A.  It was a BB gun.

10   Q.  Did it have -- did it have anything inside it?

11   A.  Yes.

12   Q.  What was that?

13   A.  A magazine with BBs.

14   Q.  Okay.

15        MR. SLAVIN:  Can we pull up Exhibit 15-1.51, please?

16   BY MR. SLAVIN:

17   Q.  Can you tell us what we're looking at?

18   A.  This is a picture of Room E.  And you can see on the left

19   side of the picture is a dresser.  There was a bottom drawer

20   pulled out of the dresser showing where the BB gun was located.

21        MR. SLAVIN:  And then 1.108, please?  15-1.108.

22   BY MR. SLAVIN:

23   Q.  What are we looking at here?

24   A.  This is a close-up photograph of the BB gun.

25        MR. SLAVIN:  And 15-109 -- 15-1.109.  I'm sorry.
```

LESLIE LARSEN - DIRECT BY MR. SLAVIN

1    BY MR. SLAVIN:

2    Q.  And what is this?

3    A.  This is a close-up photograph of the magazine, which was

4    inside of the BB gun.

5    Q.  Okay.  I'm going to hand you what's been marked as Exhibits

6    15-74.1, .2, and .3.

7           Can you look inside that box and tell us if you

8    recognize the items within it?

9    A.  Yes.  I recognize them.

10   Q.  What are they?

11   A.  The first one is the BB gun.  The second one is a CO

12   cartridge, and the third is a BB gun magazine.

13   Q.  Okay.  Is the BB gun -- I'm sorry.  I lost my place.

14          Is the BB gun 15-74.1?

15   A.  Yes.

16   Q.  And 15-74.2 is what?

17   A.  The magazine.

18   Q.  And .3 is?

19   A.  The CO cartridge.

20   Q.  Okay.  And was that CO cartridge with that BB gun as well?

21   A.  Yes.

22   Q.  Okay.  And are all of these items in the same condition as

23   they were on that day?

24   A.  Yes.

25          MR. SLAVIN:  Move to admit Exhibits 15-74.1, .2, and

USA v. NASER - 22-20504

LESLIE LARSEN - DIRECT BY MR. SLAVIN

1    .3.

2         MR. GEROMETTA:  No objection.

3         THE COURT:  Those three exhibits are admitted.

4    (GX 15-74.1 through 15-74.3 received in evidence.)

5         MR. SLAVIN:  Okay.

6    (Attorney conference.)

7    BY MR. SLAVIN:

8    Q.  Were the BBs loaded in the gun when you found it?

9    A.  Yes.

10   Q.  Can you show the jury the BB gun, please?

11   A.  Just the -- just the gun?

12   Q.  Well, show all three items.  We can do them one at a time,

13   please.

14   A.  [Displaying exhibits.]

15   Q.  That's the BB gun [being shown?

16   A.  Yes.

17   Q.  And can you show us the magazine, please.

18   A.  [Displaying exhibit.]

19   Q.  And were there BBs in there at the time?

20   A.  Yes.  [Displaying exhibit.]

21   Q.  And the $CO_2$ cartridge, please.

22   A.  [Displaying exhibit.]

23   Q.  Thank you.

24        You said you searched the car.  Did you find a folding

25   knife in the car?

USA v. NASER - 22-20504

1    A.  Yes, I did.

2    Q.  Do you recall where it was?

3    A.  The folding knife was in the driver area in the -- in the

4    door, interior door pocket of the driver door.

5            MR. SLAVIN:  Ms. Faucheux, can we pull up 15-1.177,

6    please.

7    BY MR. SLAVIN:

8    Q.  Is this -- what is this a picture of?

9    A.  This is the driver door pocket.

10   Q.  And is the folding knife visible in this picture?

11   A.  No, it's not.

12   Q.  Where was the folding knife found?

13   A.  It was below the items that you can see in the door pocket.

14           MR. SLAVIN:  Can we move to 192, please.

15   BY MR. SLAVIN:

16   Q.  What are we looking at here?

17   A.  This is the knife that I seized.

18   Q.  Okay.  I'm going to hand you Exhibit 15-57 now.

19           Do you recognize that?

20   A.  Yes, I do.

21   Q.  What is it?

22   A.  This is the same knife in the photograph, the one that I

23   seized that day.

24   Q.  Is it still in that -- in the same condition it was on that

25   day?

1    A.  Yes.

2           MR. SLAVIN:  Move to admit Exhibit 15-57.

3           MR. GEROMETTA:  No objection.

4           THE COURT:  Admitted.

5      (GX 15-57 received in evidence.)

6    BY MR. SLAVIN:

7    Q.  Can you go ahead and take it out of the bag and show it to

8    the jury, please?

9    A.  This one is sealed.

10   Q.  I think there's scissors up there on the stand.  At least

11   there were.

12   A.  [Displaying exhibit.]

13   Q.  Does it flip open?

14   A.  Yes.  [Displaying exhibit.]

15   Q.  Thank you.  Please, carefully return it.

16           Now, in that car, did you also find a thumb drive?

17   A.  Yes, I did.

18   Q.  Where was that located?

19   A.  The thumb drive was located in the center console.

20           MR. SLAVIN:  Ms. Faucheux, I'm going to ask you to

21   show 15-1.197.

22   BY MR. SLAVIN:

23   Q.  Special Agent Larsen, can you tell us what we're looking

24   at?

25   A.  This is a photograph of the contents in the center console

1   of the vehicle.

2   Q.  Okay.  What's on the left side there?

3   A.  In the -- down in the container?

4   Q.  Sorry.  Bottom left corner of that picture.  It's a little

5   hard to see, but can you see what's there?

6   A.  The thumb drive is in there.

7   Q.  Okay.  There should be a laser pointer on that -- can you

8   -- on the stand.  Can you press that center button and show us

9   where the thumb drive is?

10  A.  Right there [indicating].

11  Q.  And then what is to the left of there?  Near the bottom of

12  the picture.

13  A.  Here?

14  Q.  Yes.  What's that?

15  A.  These are BBs and CO cartridges.

16  Q.  And were those found in that same area as well?

17  A.  Yes, they were.

18          MR. SLAVIN:  Can we go to 203, please?

19  BY MR. SLAVIN:

20  Q.  Is this a close-up of that same thumb drive?

21  A.  Yes, it is.

22  Q.  After it was removed from the car?

23  A.  Yes.

24  Q.  I'm going to hand you Exhibit 15-11.

25          Do you recognize it?

LESLIE LARSEN - DIRECT BY MR. SLAVIN

1   A.  Yes, I do.

2   Q.  What is that?

3   A.  This is the thumb drive from the center console.

4   Q.  Okay.  Is it in the same condition as it was on that day?

5   A.  Yes, it is.

6            MR. SLAVIN:  Move to admit 15-11.

7            MR. GEROMETTA:  No objection.

8            THE COURT:  Admitted.

9        (GX 15-11 received in evidence.)

10  BY MR. SLAVIN:

11  Q.  Go ahead and show that.  Thank you.

12  A.  [Displaying exhibit.]

13  Q.  And finally, did you also seize the keys to that car?

14  A.  Yes, I did.

15  Q.  Where were they located?

16  A.  They were located in the kitchen on a countertop.

17  Q.  Okay.  I'm going to hand you Exhibit 15-64.

18           Once you get it open, please let us know if you

19  recognize it.

20  A.  Okay.

21  Q.  Do you recognize it?

22  A.  Yes.

23  Q.  What is it?

24  A.  These are keys to the Saturn.

25  Q.  And once again, are they in the same condition as they were

1   on that day?

2   A.  Yes.

3           MR. SLAVIN:  Move to admit Exhibit 15-64.

4           MR. GEROMETTA:  No objection.

5           THE COURT:  That exhibit is admitted.

6       (GX 15-64 received in evidence.)

7   BY MR. SLAVIN:

8   Q.  Can you please just show those to the jury.

9   A.  [Displaying exhibit.]

10          MR. SLAVIN:  I have no further questions for this

11  witness.

12          THE COURT:  All right.  Thank you.

13          Will there be cross-examination?

14          MR. GEROMETTA:  I think there will be, your Honor,

15  probably about 10 minutes.

16          THE COURT:  That will take place after our lunch

17  break.

18          Members of the jury, remember you cannot discuss this

19  case in any way.  You cannot do any research about anyone or

20  any item connected to this case.  And if you hear of anyone

21  violating the Court's instructions, you must report it to me

22  immediately, or to a member of my staff immediately.  You must

23  follow the instructions that I have given you, as well as

24  instructions of my staff.

25          This will be a 35-minute lunch break, and you all are

LESLIE  LARSEN  -  DIRECT  BY  MR.  SLAVIN

1  excused at this time.

2      THE LAW CLERK:  All rise for the jury.

3    (Whereupon the jury was excused, 12:16 p.m.)

4      THE COURT CLERK:  Court is in recess for lunch.

5    (Court in recess, 12:17 p.m.)

6    (Back on the record, 12:50 p.m.)

7      THE LAW CLERK:  All rise.

8      THE COURT CLERK:  The United States District Court for

9  the Eastern District of Michigan is back in session.

10    (Brief pause.)

11      THE COURT:  All right.  It looks like everyone's

12  returned, and we will have the jury brought back out.  And

13  Mr. Gerometta may proceed with cross-examination.

14      MR. GEROMETTA:  Thank you, Judge.

15      MS. MOHSIN:  Judge, are we going to go extra today?

16      THE COURT:  We are not.

17      MS. MOHSIN:  Yes?

18      THE COURT:  We are not, since we have the other

19  discussion at 2:30 regarding jury instructions.

20      MS. MOHSIN:  Okay.  Thank you.

21      THE COURT:  If they are late tomorrow, we will add

22  time tomorrow.

23      THE LAW CLERK:  All rise for the jury.

24    (Whereupon the jury entered the courtroom, 12:53 p.m.)

25      THE COURT:  Members of the jury, you may be seated.

1      Everyone in the courtroom may be seated.

2      Agent Larsen remains under oath, and Mr. Gerometta,

3  you may proceed with cross-examination.

4      MR. GEROMETTA:  Thank you.

5                    CROSS-EXAMINATION

6  BY MR. GEROMETTA:

7  Q.  Good afternoon, Agent Larsen.

8  A.  Good afternoon.

9  Q.  So -- make sure everyone is settled in here.

10     You were the team lead for the Evidence Response Team,

11 correct?

12 A.  Correct.

13 Q.  So we went over some things that you seized, but you were

14 aware of everything that was going on that day during that

15 search, correct?

16 A.  I was aware of some things going on that day.

17 Q.  Maybe not every little detail, but in general, who was

18 searching where and what they seized, correct?

19 A.  Generally, yes.

20 Q.  Okay.  And I want to talk about -- you were the one who

21 actually seized the BB gun with the magazine and BBs, correct?

22 A.  Correct.

23 Q.  And there was also a $CO_2$ cartridge with that?

24 A.  Yes.

25 Q.  I just want to be -- you already stated that the B -- the

1    magazine with the BBs was loaded in the BB gun, correct?

2    A.  Correct.

3    Q.  And was the $CO_2$ cartridge also in the BB gun?

4    A.  I don't recall exactly where it was.

5    Q.  But you were aware that it went with the BB gun, correct?

6    A.  Yes.

7    Q.  It was the, sort of, power for the BBs, right?

8    A.  Correct.

9         MR. GEROMETTA:  And if we go to 15-1.177, please?

10   BY MR. GEROMETTA:

11   Q.  That's that sort of driver's side door pocket --

12   A.  Yes.

13   Q.  -- in the car?

14        And you talked about the knife that was in the bottom

15   of that?

16   A.  Yes.

17   Q.  Okay.  You can see, it looks like, some instructions or a

18   diagram for a drone behind the things there?

19   A.  I see some paperwork back there, yes.

20   Q.  Okay.  And that looks like there's a drone on it, correct?

21   A.  I can't tell what that is.

22   Q.  Okay.

23        MR. GEROMETTA:  And if we could go to 15-1.197,

24   please.

25   BY MR. GEROMETTA:

1    Q.  That's the center console of the car?

2    A.  Yes, that's correct.

3    Q.  So these are all things that were in the car, correct?

4    A.  Correct.

5    Q.  And you pointed out the thumb drive in the middle there?

6    A.  Yes, I did.

7    Q.  And it's sort of resting on top of a lottery ticket?

8    A.  Yes, there is a lottery ticket there.

9    Q.  And then above that you can see a flyer, correct?

10   A.  Yes.

11   Q.  Okay.  And it looks like for some sort of -- it's kind of

12   hard to read because the water bottle's on top of it, but it's

13   some kind of landscaping service?

14   A.  I do see the word "lawn" on the paper.

15   Q.  And then below the pictures, it says "Snow employee T"?

16   A.  Yes, I see "Snow employee."

17   Q.  Okay.  So does that look like some sort of employment flyer

18   for a landscape service to you?

19   A.  I can't read what it is.

20   Q.  Okay.  You can't tell from what is up there?

21   A.  Correct.

22   Q.  All right.  If we go to the bottom left-hand corner of that

23   picture, you pointed out that those were the $CO_2$ cartridges and

24   BBs, correct?

25   A.  Correct.

1   Q.  Do you know, were those $CO_2$ cartridges open or not?

2   A.  Are you asking --

3   Q.  Was the package open, of $CO_2$ cartridges?  Were there any

4   missing?

5   A.  I don't recall if any were missing.

6   Q.  Okay.  I was going to say, if you don't remember, that's

7   okay.  I know it's a long time ago.

8        And so the same thing with the BBs, you don't

9   recall -- obviously you weren't going to count them all, but

10  you don't recall if it was sealed or not?

11  A.  I don't recall that.

12  Q.  And were those in the middle console of the car?  Where

13  exactly were those found?

14  A.  Yes, they are.

15  Q.  So like down, with the flap shut, I guess, door shut to it?

16  A.  Those two items were seated on top of where the thumb drive

17  is.  So they were moved out, in stages, for photography.

18  Q.  For photos.  Okay.

19       And that middle console has got like a sort of armrest

20  that comes up and down and opens up?

21  A.  Yes.

22  Q.  So you can close it up and it's all covered up, correct?

23  A.  Yes.

24  Q.  All right.  And just to clarify, those $CO_2$ cartridges is

25  the same kind of thing that was found with the BB gun, correct?

1  A.  Like the same style?

2  Q.  The same style.

3  A.  Yes.

4  Q.  Okay.  Now, you didn't search the basement, correct?

5  A.  That's correct.

6  Q.  But you did go down into the basement?

7  A.  Yes.

8  Q.  And you're aware of what was recovered from the basement,

9  generally?

10 A.  Yes, generally.

11        MR. GEROMETTA:  If we could go to 1 -- or, excuse me,

12 15-1.70.

13 BY MR. GEROMETTA:

14 Q.  Are you aware of this -- do you remember this table in the

15 basement?

16 A.  Yes.

17 Q.  Were -- do you see all the glass jars kind of on the front

18 half of the table?

19 A.  Yes.

20 Q.  Were those seized?

21 A.  I do not recall if those were seized.

22 Q.  Okay.  Whose decision would it be to seize those or not?

23 A.  This would have been a decision mostly made by the bomb

24 technicians.

25 Q.  Okay.  The bomb technicians would have decided whether to

1    seize those or not?

2    A.  Yes.

3    Q.  Okay.  And those were in the far corner of the basement.

4    They weren't in the car with the BBs or the $CO_2$, correct?

5    A.  The glass jars?

6    Q.  The glass jars.

7    A.  No.

8    Q.  Okay.  And -- so you said those would be up to the bomb

9    technicians.  Did you have a leadership role over the bomb

10   technicians that day, since you were the lead ERT person?

11   A.  No, I do not have a leadership role over them.

12   Q.  Okay.  They're sort of independent from you?

13   A.  That's correct.

14   Q.  Okay.  I'm sure you coordinate, but -- but you don't

15   have --

16   A.  We talk back and forth, yes.

17   Q.  But opposed to the rest of the ERT, they're sort of under

18   your command at least for the time being?

19   A.  Yes.

20   Q.  Okay.  And was every box in the basement opened and

21   searched?

22   A.  I do not know that.

23   Q.  Okay.  Was everything found in the house inventoried, if it

24   wasn't taken?

25   A.  No.

1   Q.  So there might have been a lot of stuff that you didn't

2   think had evidentiary value and it wasn't recorded that it was

3   there, correct?

4   A.  Correct.

5   Q.  And in the search, no one found any, like, printed-out

6   instructions for a bomb or explosives in print, did they?

7   A.  I do not recall anything like that.

8   Q.  Okay.  And that would be fairly notable to you, correct?

9   A.  Not necessarily.

10  Q.  Not necessarily?

11  A.  Because I don't see all of the items coming in.

12  Q.  Okay.  But to your knowledge, nothing like that was found?

13  A.  I do not have any knowledge of that.

14          MR. GEROMETTA:  Okay.  Just a moment, please.

15          THE COURT:  All right.

16      (Attorney conference.)

17          MR. GEROMETTA:  No further questions.  Thank you.

18          THE COURT:  Thank you, Mr. Gerometta.

19          Any requested redirect?

20          MR. SLAVIN:  No, your Honor.

21          THE COURT:  All right.  This concludes your testimony,

22  Agent Larsen.  You're excused, and you may step down.

23          THE WITNESS:  Thank you.

24      (Witness excused, 1:02 p.m.)

25          THE COURT:  And the government may call its next

MARK DAVIDSON - DIRECT BY MS. MOHSIN

```
 1    witness.
 2           MS. MOHSIN:  Thank you, your Honor.  We're calling
 3    Mark Davidson.
 4           THE COURT:  If he would approach and be sworn.
 5           If you would just pause at the witness box.
 6           THE COURT CLERK:  Please raise your right hand.
 7           MR. DAVIDSON:  Mark E. Davidson.  Last name spelling,
 8    D-A-V-I-D-S-O-N.
 9           THE COURT CLERK:  Thank you.  May you please raise
10    your right hand.
11       (Mark Davidson, sworn, 1:02 p.m.)
12           THE COURT CLERK:  Thank you.  You may be seated.
13           THE COURT:  You may proceed, Ms. Mohsin.
14           MS. MOHSIN:  Thank you, your Honor.
15                        DIRECT EXAMINATION
16    BY MS. MOHSIN:
17    Q.  Good afternoon.
18    A.  Good afternoon, ma'am.
19    Q.  Could you please state your name, spell your last name, and
20    then I'm going to ask questions about where you're employed.
21    A.  Thank you.  My name is Mark Davidson.  Last name spelling,
22    D-A-V-I-D-S-O-N.
23    Q.  Sir, are you currently employed?
24    A.  Yes, ma'am.
25    Q.  What do you do?
```

123

1   A.   I'm the Sanilac County prosecutor.

2   Q.   The prosecutor, the elected prosecutor?

3   A.   I'm the elected prosecutor as of January 1st of this year,

4   ma'am.

5   Q.   And how long have you done that?

6   A.   I've been at the prosecutor's office in total 11 years.

7   Q.   Okay.  Did you go to law school?

8   A.   I went to Thomas M. Cooley Law School.

9   Q.   And what did you do your undergraduate degree in?

10  A.   I have a bachelor's degree from Michigan State University

11  in agricultural economics.

12  Q.   Now, after you graduated law school and -- or undergrad,

13  what did you do next?

14  A.   After I graduated law school, I worked for a judge in Port

15  Huron, Michigan, Judge Peter Deegan.

16  Q.   Okay.

17  A.   And then in 1989 I was hired as an assistant prosecutor in

18  Sanilac County, Michigan.  I worked as an assistant prosecutor

19  from 1989 to 1995.  And then October 29th, 1995, I started with

20  the FBI.

21  Q.   And you were a special agent with the FBI?

22  A.   Yes, ma'am.

23  Q.   How long were you a special agent with the FBI?

24  A.   Nearly 25 years.  I retired at the end of December of 2019.

25  Q.   After you retired, is that when you went back to Sanilac

1    County?

2    A.  Yes.  I -- I was actually living there before, but I went

3    back and ran as a -- for a circuit court judge position, did

4    not get elected.  But in 2021 I was hired again as an assistant

5    prosecutor in the same office I left years before.

6    Q.  All right.  So today I want to focus on your time as an FBI

7    agent.

8            What type of work did you do with the FBI?

9    A.  I initially started working organized crime cases here in

10   the Detroit office, and then shortly thereafter I was assigned

11   to counterterrorism matters and worked primarily

12   counterterrorism the last 23 years of my career.

13   Q.  Were you given any collateral responsibilities?

14   A.  Yes, ma'am.

15   Q.  What were those responsibilities?

16   A.  I was trained and certified as a special agent bomb

17   technician, I was trained and certified as a hazmat operator,

18   and I was also trained and certified as an evidence response

19   technician, ERT team member, and worked in those functions

20   throughout my career.

21   Q.  Now, I want to talk about your bomb technician duties.  Did

22   you have additional duties other than being a bomb technician?

23   A.  Yes.  I was the weapons of mass destruction, WMD,

24   coordinator for FBI Detroit.

25   Q.  Does the bomb technician program at the FBI require

1    training?

2    A.  Yes, it does.

3    Q.  Can you summarize for the members of the jury the type of

4    training you received?

5    A.  The initial training is a five-week program at Huntsville

6    Arsenal in Huntsville, Alabama -- or, excuse me, the Redstone

7    Arsenal at Huntsville, Alabama.  It's an FBI-sponsored school

8    that trains all the civilian bomb techs in the country, both

9    FBI as well as state and local law enforcement partners.

10   Q.  And does it require training beyond that initial five-week

11   program?

12   A.  Yes.  You're required to do annual certifications, and then

13   every three years you have to actually go back to Huntsville to

14   be recertified as a bomb technician.

15   Q.  As a bomb technician, are you required to stay abreast of

16   the issues that arise in that space?

17   A.  Yes.

18   Q.  And is that what that training is designed for?

19   A.  That is -- that training deals with that as well as

20   training regarding ongoing targets, ongoing threat matters.

21   There's informational briefings that come from the Intelligence

22   folks that talk about what's happening in various parts of the

23   world.  And that's part of what we learn, and enhance our jobs

24   based upon that.

25   Q.  Did you attend additional trainings internationally?

126

1    A.   Yes.   I attended a number of classes overseas.   I -- the

2    first one I attended was a five-week program that was sponsored

3    by the British army.   It was a NATO class, and it was actually

4    put on by the British army's bomb technician programs.   And it

5    had members from across Europe, NATO force members basically.

6    Q.   How long was that training?

7    A.   That was a five-week class.

8    Q.   All right.   When did you first become a bomb technician for

9    the FBI?

10   A.   May -- actually Memorial weekend of 1999.

11   Q.   All right.   So did you maintain your certification

12   throughout the time that you were with the FBI?

13   A.   Yes, ma'am.

14   Q.   When did you become a WMD coordinator?

15   A.   I became the FBI Detroit WMD coordinator October 1st, 2001.

16   Q.   What does a bomb technician do?

17   A.   A bomb technician is trained to recognize, identify, and do

18   what are called "render safe operations" with suspected

19   improvised explosive devices.

20   Q.   And what do you mean by "render safe operations"?

21   A.   Render safe operations are essentially techniques and tools

22   that are used to disable a device without it going high order

23   or essentially functioning as designed.

24   Q.   Okay.   What about "WMD," what is that?

25   A.   Weapons of mass destruction includes chem, bio-rad,

```
 1   nuclear, and explosive threats and hazards.  And my

 2   responsibility was to do outreach with our federal, state, and

 3   local partners as well as industry partners that had materials

 4   that may be of concern.

 5        If it was a chemical, is it a type of gas that might

 6   be used, for instance, in water treatment facilities that could

 7   be deployed as a weapon?  If it's an explosive material, what

 8   are the precursors that go into explosive materials?

 9        I did outreach to farm fertilizer facilities.  I did

10   outreach to hair care products, Sally's Beauty Supplies,

11   because they sell peroxide-based hair care products, and

12   developed liaison contact so that if they had found something

13   to be amiss, they would hopefully reach out to myself or one of

14   my state or local partners.

15   Q.  Did you also collect evidence at the scenes of bombings?

16   A.  Yes.

17   Q.  And so how often did you do that type of work?

18   A.  I don't have an exact number on the number of responses,

19   but it was a daily function, if appropriate.  I did that both

20   here in the United States as well as during overseas

21   deployments.

22   Q.  Okay.  Did you work on the Christmas Day bomber case?

23   A.  I was the agent who was responsible for collection of

24   evidence down at the Delta terminal when Northwest Flight 253

25   arrived.
```

1  Q.  Okay.  And that was here in Detroit, right?

2  A.  Yes, ma'am.

3  Q.  I want to direct your attention now to October of 2017.

4  What was your assignment then?

5  A.  I was assigned as a bomb technician and the WMD

6  coordinator.  And on that particular day I was assisting a

7  squad from Detroit with a search at a residence in Westland,

8  Michigan.

9  Q.  And so were you a member of the -- the case team, in other

10  words, the folks investigating the defendant?

11  A.  I was not one of the investigative squad members.  I was

12  working that day as a bomb technician and ERT person.

13  Q.  All right.  What was your role upon arriving at that

14  location?

15  A.  Upon arrival on the location, myself and Special Agent Bomb

16  Technician Stephen Haug performed a protective sweep of the

17  building to look and see if there are any obvious hazards that

18  we needed to be aware of and be responsible for prior to the

19  rest of the response team that was going to do the search.  So

20  we went in the house, split, and basically did a protective

21  sweep.

22  Q.  So what's a protective sweep?  You said it's for any

23  obvious hazards.  How quickly do you do that?

24  A.  It took me -- I did the basement.  It took me between 15 to

25  20 minutes, and I did a walk-around looking for the obvious

```
 1    things.  If it was a ticking timepiece that wasn't a clock on
 2    the wall, if it was a kettle or a pot that was boiling or
 3    cooking that wasn't related, you know, to something on a stove
 4    or something like that.
 5            If there was some type of ongoing threat or
 6    observation, it would be my responsibility to recognize it and
 7    then take appropriate action to make sure the responders were
 8    safe before they entered the house.
 9    Q.  Was this because people were going to be coming in to
10    search the house and execute a search warrant?
11    A.  Yes.
12    Q.  And so you said you were assigned to the basement?
13    A.  Yes.
14    Q.  And did you go to the basement before anyone else did --
15    A.  Yeah.
16    Q.  -- meaning to do the search?
17    A.  I'm sorry.  I should ask -- wait for your questions.
18            Yes, ma'am.
19    Q.  Did you go to the basement before anyone else was searching
20    that room?
21    A.  Before it was searched, there was a physical sweep for
22    people that was done by the squad prior to us, where they were
23    looking for human threats, human hazards.  That was done prior
24    to us being in the house.
25    Q.  All right.  And then before any search was conducted, did
```

1   you do that sweep?

2   A.   Yes, ma'am.

3   Q.   When you went downstairs into the basement, did something

4   catch your eye from a bomb tech perspective?

5   A.   Yes, ma'am.

6   Q.   Can you just briefly describe what that was?

7   A.   During my protective sweep, I started out with a pattern

8   that led me to the right and around the perimeter of the

9   basement.  When I got to essentially my left in the corner of

10  the room, I -- it appeared to be someone was assembling

11  improvised explosives.

12          There were a number of drones that were disassembled

13  on the top of a table.  There were electrical components that

14  were various items and tools that caused me to be concerned.

15  Q.   And you indicated that you did -- and now I forgot the

16  word.  You looked around the room.  You used a word.  Can you

17  tell me what you meant by a "circuit"?  I think --

18  A.   I have a pattern.  And when I'm doing a protective sweep,

19  it's my responsibility to be able to do a sweep in a consistent

20  manner so I know I've covered what I'm supposed to cover and

21  report back what I might find that might be out of -- either

22  out of -- a hazard or the fact that what I observed in the

23  corner.

24  Q.   So when you went down in the basement, you did this

25  pattern?

1   A.  Yes.

2   Q.  And then you noticed these items?

3   A.  Yes.

4   Q.  Okay.  After you noticed these items, what did you do next?

5   A.  Myself and Steve Haug assembled upstairs.  We discussed

6   what we had found and met with the ERT team leader, Leslie

7   Larsen, and there -- you know, what we had seen and what we

8   observed, and a plan came up to divide members of the team to

9   do upstairs, downstairs, to do a further deep dive of what was

10  there.

11  Q.  Now, as a special agent bomb tech, once you've conducted

12  the protective sweep and you've identified items of interest,

13  what is your role?

14  A.  My role is to be there to assist with the sweep.  If there

15  are things that they're not certain what might be or should not

16  be included, you know, we have that discussion.  You know, what

17  might be not obvious to them but may be of concern to me, we

18  talk about those things.

19          I'm also looking for a plan as to, in this particular

20  case, if there are any chemicals that were found, what are we

21  going to do next with those, how are they going to be packaged,

22  how are they going to be removed from the site.

23  Q.  So just so the jury's clear, one of the roles of a bomb

24  tech is to identify items that may be related to explosives.

25  And then you said the other is how to seize them?

1   A.   Yep.  I mean, if there are things that are of a hazardous

2   nature, we have to come up with a plan.  How are they going to

3   be contained?  How are they going to be numbered?  Are they

4   going to go into typical evidence storage?

5          Most FBI evidence goes into the evidence -- into the

6   FBI headquarters building, but we have alternate locations

7   where hazardous chemicals or other hazards are stored, as well

8   as explosives.

9   Q.   Okay.  So on this date, October 30th of 2017, when you

10  noticed these items, did you have that meeting with special --

11  or Special Agent Bomb Tech Haug?

12  A.   Yes.

13  Q.   Did anyone else participate?

14  A.   We probably briefed Ms. Larsen, Special Agent Larsen, as to

15  what we saw and what our plan was to deal with it.  We have to

16  make sure that it's documented appropriately and the paperwork

17  goes where -- is at a flow so it can be accounted for.

18          THE COURT REPORTER:  Sir, would you please slow down.

19          THE WITNESS:  All right.  Thank you, ma'am.

20  BY MS. MOHSIN:

21  Q.   So what we will do is let's talk about after you had the

22  conversation --

23          MS. MOHSIN:  And I will slow down as well.  I'm sorry.

24  BY MS. MOHSIN:

25  Q.   After you had that conversation with Haug and Leslie

1    Larsen, did you -- do you know what happened next, meaning in

2    the basement?

3    A.   Team's assembled -- or assignments were given and team

4    members came downstairs.  Before anything was taken -- my

5    apologies.  Before anything was taken from that search, there's

6    overall pictures that are taken.  A photographer would come in,

7    and he would take overall pictures of the exterior, the

8    interior, how the rooms are lettered and numbered.

9            And as he's doing that, we are briefed, as team

10   members, and then the team is given their assignments upstairs,

11   downstairs, where they're supposed to go.

12   Q.   All right.  So the photographer takes pictures.

13           Now, I just want to fast-forward.  When was the first

14   time you saw those pictures?

15   A.   The first time I saw them?

16   Q.   Yes.

17   A.   It's been a while ago, but I did review them recently.

18   Q.   All right.  But was it at -- was it in the days after the

19   search?

20   A.   No.

21   Q.   So you didn't see those pictures until later?

22   A.   Yes, about -- approximately a year ago, when we were doing

23   trial prep for today.

24   Q.   Okay.  So between the time the photos were taken until now,

25   you don't know what those pictures look -- other than the

1  review you're talking about, you didn't see them to see what

2  the layout of various things was?

3  A.  No.

4  Q.  Okay.  I want to go back to where we were.  You -- the

5  photographs were taken.  Did you return to the basement?

6  A.  Yes.

7  Q.  And at this point, where did you go to participate or to be

8  of assistance?

9  A.  I focused in that corner area.

10  Q.  And were other agents there seizing items?

11  A.  Yes.

12  Q.  Did you identify items that were of interest?

13  A.  Yes.

14  Q.  Did you seize any of those items?

15  A.  I specifically seized some chemicals and was present when

16  other items were seized.

17  Q.  All right.  So I want to direct your attention now to some

18  photographs, the ones we were talking about.

19          MS. MOHSIN:  And if you would, please, Ms. Faucheux,

20  5-1.20.

21  BY MS. MOHSIN:

22  Q.  So there is a laser pointer in front of you --

23  A.  Yep.

24  Q.  -- that has a dot in the center, which you can use at

25  appropriate times to identify items of interest.

```
 1              MS. MOHSIN:  5-1.20, please.  15-1.20.  Apologies.
 2    BY MS. MOHSIN:
 3    Q.  Okay.  What are we looking at here?
 4    A.  Downstairs.  Stairs to the basement.
 5    Q.  All right.  And the next is 15-1.21.
 6    A.  Right-hand turn from the stairs to the wall, toward the
 7    laundry.
 8    Q.  All right.  And is this part of that sort of sweep that you
 9    do --
10    A.  Yes.
11    Q.  -- the way -- the pattern that you discussed?
12              Do you start on one side and move around?
13    A.  Yes.
14    Q.  I want to ask you about the items that are in the center,
15    between the washer and the dryer.
16              MS. MOHSIN:  Ms. Faucheux, could you zoom in on
17    that -- that rack or -- between the washer and the dryer,
18    please?  Thank you.
19    BY MS. MOHSIN:
20    Q.  Can you describe what is depicted in this photograph?
21    A.  They appear to be common household products, cleaning
22    products and chemicals that would be with the laundry.
23    Q.  Now, I want to direct your attention to the bottom shelf.
24    There appears to be three different bottles.  There's a large
25    bottle with the letter "O-X" at the back.  Do you see that?
```

MARK DAVIDSON - DIRECT BY MS. MOHSIN

1  A.  Yes, I do.

2  Q.  And do you know what that is?

3  A.  I did not open it specifically, but it appears to be a

4  Clorox bleach bottle.

5  Q.  All right.  Did you seize that bottle?

6  A.  No.

7  Q.  Did you identify that bottle as a potential explosives

8  precursor?

9  A.  No.

10  Q.  Do you know whether Clorox bleach could, in some

11  circumstances, be used as an explosive?

12  A.  I'm not a chemist -- explosive chemist, ma'am, and it's not

13  something on my list.

14  Q.  All right.  Are there other items there that you recognize

15  that are in that particular space?

16  A.  So I -- I must admit, I don't do laundry at my house.  My

17  wife is very gracious.  So this is fabric softener.  These are

18  some type of cleaning products, Arm & Hammer detergent, another

19  brand of detergents, dryer sheets [indicating].

20  Q.  And any of those items identified as potential cleaning --

21  I'm sorry -- explosives-related items?

22  A.  No, ma'am.

23  Q.  Thank you.

24          Directing your attention now to Exhibit 15-1.22.  What

25  is depicted in this photo?

1   A.  It's a further step.  If you're going to the -- through

2   that right-hand swing, you're moving, now looking at the back

3   wall of the ga -- excuse me -- of the basement itself.

4   Q.  Does this track your progression?

5   A.  Yes.  Yes.

6   Q.  Directing your attention to 15-1.25.  What is depicted in

7   this photo?

8   A.  Another -- further around the corner.  You've got another

9   corner here.  So it's further along that same wall.

10          MS. MOHSIN:  And I want you to zoom in now,

11  Ms. Faucheux, on that back corner.

12  BY MS. MOHSIN:

13  Q.  Was this the corner -- tell the jury about this particular

14  corner and whether you found it of interest.

15  A.  So this is a corner I observed in my initial walk-through,

16  protective sweep, and there were things on the table that I was

17  concerned about and I knew that needed to be addressed further

18  when the other team members got downstairs.

19  Q.  All right.  And did you disturb any of the items when you

20  did your first walk-through?

21  A.  I didn't touch anything during my first walk-through.

22  Q.  Is this what it looked like when you saw it first?

23  A.  Yes.

24          MS. MOHSIN:  Okay.  Exhibit 15-1.27.

25  A.  This is just -- oh, sorry.  That's a close-up shot of the

1     corner.  There's a white cabinet on the side.  There were two

2     tables here, and then a third table in the corner.

3     BY MS. MOHSIN:

4     Q.  Do you know how much distance was between the cabinet and

5     the table directly to the right of it?

6     A.  I -- I would say less than five feet.

7     Q.  Okay.  And the ta -- you said there were two tables.  How

8     were they configured?  In other words, were they in a T

9     formation, an L formation, or any other type of --

10    A.  I don't recall specifically, but there are better pictures

11    of the tables themselves that would indicate that.

12    Q.  All right.  And then in the corner, you said that there was

13    a table in the back.  How --

14    A.  There's a -- right.

15    Q.  How close was that table to the cabinet?

16    A.  Next to it.  Right next to it.  Within a couple feet of the

17    table.

18    Q.  All right.  Directing your attention now to 15-1.28.

19            So are these the two tables that you referenced

20    earlier?

21    A.  Yes, ma'am.

22    Q.  And so the configuration is depicted in this photo?

23    A.  Yes.

24    Q.  Okay.  And was there any item on this table, from an

25    explosives perspective, specifically related to explosives that

1    caught your attention?

2    A.  This particular item right here, which is a coffee filter

3    on top of some type of glass container, caught my attention.

4    And then the other things involved were -- there are several

5    drones here, and there's tools and wiring and different things

6    like that.

7    Q.  Directing your attention to 15-1.29.  Did this table also

8    attract your attention?

9    A.  Yes, ma'am.

10   Q.  And why?

11   A.  The table has additional jars and containers.  It has

12   coffee filters.  There are countdown timer boxes and a

13   countdown timer container.

14   Q.  Okay.  Now, I believe there's a close-up picture of that

15   coffee filter.  Did you observe anything in that -- the coffee

16   filters?

17   A.  There were, like, replacement light bulb-type things for

18   Christmas tree lights.

19   Q.  All right.  Directing your attention to 63, which is

20   15-1.63.  This is just another view of that table; is that

21   right?

22   A.  That's correct.

23   Q.  Okay.  Let's move to Exhibit 15-1.124.  What are we looking

24   at here?

25   A.  That's an overall picture of the cabinet, with the door

1    open.

2    Q.  And there are five shelves?

3    A.  Yes, ma'am.

4    Q.  So were there items in these shelves that you observed that

5    were of interest?

6    A.  Yeah, a number of items.  But upon initial observation,

7    this particular shelf right here had bottles of acetone.  There

8    are packages of matches, tools, hot glue guns, things like

9    that.

10   Q.  And were those -- why were those interesting to you?

11   A.  Acetone is a precursor material to an explosive known as

12   triacetone triperoxide, TATP.  And on the bottom shelf here,

13   there was a container with acid in it, and that is -- could be

14   used as a precursor as well.

15   Q.  So you were able to visually identify two precursors?

16   A.  Yes, ma'am.

17   Q.  Directing your attention now to Exhibit 5-1.126 [sic].  Is

18   this one of the shelves in that cabinet?

19   A.  Yes, ma'am.

20   Q.  And did you identify items of interest in this shelf?

21   A.  There is -- there are FMRs, family mobile radios,

22   walkie-talkies.  There is a hacksaw.  Those are some of the

23   items in that particular shelf.

24   Q.  Okay.  Directing your attention to 15-1.128.  Is this the

25   shelf we were talking about just a few minutes ago?

1  A.  Yes, ma'am.

2  Q.  Can you identify the various items of concern on this

3  particular shelf?

4  A.  Yeah.  There are a number of boxes of matches.  There are

5  Christmas tree lights.  There's a container that has a

6  unidentified liquid in it, no tagging on it; hot glue sticks;

7  and those containers of acetone.

8  Q.  Is there an item inside of that gray duct tape?

9  A.  There's a syringe.

10  Q.  Okay.

11  A.  Yep.

12  Q.  And then in the very back, behind the Super Clean, are

13  there any items there?

14  A.  I believe that was a bag of, like, wires and electrical

15  components and things like that.

16  Q.  Okay.  And then to the left and behind it, I don't know if

17  you can -- yeah, right back there.

18  A.  That -- that was recovered, and it was a -- like a hobby

19  box of utility wires.  Different-colored small-gauge wires.

20  Q.  Were there some additional items as well?

21  A.  There were, yes.

22     MS. MOHSIN:  Okay.  Ms. Faucheux, would you zoom in on

23  the bottle, with the red tip, of unknown liquid that -- yes,

24  please.

25  BY MS. MOHSIN:

1   Q.  All right.  Now, this bottle with the red tip, can you

2   identify from this photograph whether this bottle had a liquid

3   in it?

4   A.  I can see a liquid level, and I can see also it looks like

5   either bubbles or condensation on the side of it.

6   Q.  All right.  And so can you show the jury where the line is

7   where you see liquid?

8   A.  [Indicating.]

9   Q.  So the red laser pointer -- yeah.

10  A.  Yeah, I -- I'm sorry.  Right there [indicating].

11  Q.  All right.  So that was a quantity of liquid that you

12  observed as it was sitting there?

13  A.  Correct.

14  Q.  You didn't touch any of these things before they were

15  photographed?

16  A.  No.

17  Q.  This is how they were placed?

18  A.  Yes.

19  Q.  All right.  And all of the items that you have described,

20  were they of interest to you?

21  A.  Yes.

22  Q.  And there's a couple of items behind the Christmas tree

23  lights and that bottle.  Do you know what those items are?

24  A.  I don't recall specifically, but everything was brought

25  out, so there should be a picture of the things that were

```
 1   brought out.
 2   Q.  All right.  And in a few minutes we're going to introduce
 3   these items.
 4            So were all of the items on this shelf seized?
 5   A.  I believe so.  Yes.
 6   Q.  All right.  I want to direct your attention now to
 7   15-1.129.  Can you describe what is depicted in this photo?
 8   A.  There is a container of acid, typically used to replenish
 9   batteries.  If anybody has old-style batteries that you put
10   battery acid in, that would be what it was.
11   Q.  And then is there -- or are there items inside the
12   Styrofoam on the right?
13   A.  I -- appears to be some plastic or vinyl gloves.
14   Q.  Okay.  Directing your attention now to Exhibit 15-1.137.
15   What are we looking at here?
16   A.  That's the container of battery acid, with the hose
17   attached.  Typically you do a transfer with it by attaching the
18   hose and squeezing the bottle.  That way, you're not spilling
19   it and burning your clothes or yourself.
20   Q.  Okay.  And what's the item to the left?
21   A.  The item to the left is a package of sandpaper.
22   Q.  Were these items seized?
23   A.  Yes.
24   Q.  Directing your attention to the next photograph, 15-1.138.
25   Can you describe what is depicted here?
```

1  A.  This is the third corner that's in the table by itself, and

2  these are the items, the various items.  When we saw the first

3  picture, there were -- these bags were tied -- or closed.  And

4  they were opened to reveal the contents of the bags and things

5  like that.

6          You've got a countdown timer -- a countdown timer in a

7  container; the lights -- bulbs that we talked about inside

8  coffee filters; several other squeeze-type containers similar

9  to the one that was in the closet; wooden dowels; different

10  types of glass jars; and then two additional coffee filter

11  packs.

12  Q.  In the very back, can you see some items at the top of the

13  screen with the green lid?

14  A.  With a green lid?

15  Q.  There's --

16  A.  Oh, here, this container [indicating]?

17  Q.  Yeah, below that.  What are those things?

18  A.  From that, I can't see very well from where I'm viewing.

19  Q.  All right.  We'll move on to --

20  A.  Oh, I'm sorry.  I can look at this screen.  This is a

21  better view.  The angle was poor.

22          Under that green lid are measuring cups essentially.

23  Q.  Okay.

24  A.  Yeah.

25          MS. MOHSIN:  Let's go to 139.

1    BY MS. MOHSIN:

2    Q.  Can you tell us if this is a close-up view of some of the

3    items on that table?

4    A.  Yes, ma'am --

5            THE COURT:  Before you answer that, just for the

6    record, this is 15-1.139, right?

7            MS. MOHSIN:  Yes.

8            THE COURT:  All right.

9            Go ahead.

10           THE WITNESS:  Thank you, your Honor.

11   A.  Yes, that's a close-up of a -- would be the front left of

12   that table from your view.

13   BY MS. MOHSIN:

14   Q.  And the photo, if you can talk about what you see in the

15   center, inside of that plastic bag with the coffee filters.

16   A.  There are -- so when you buy Christmas tree lights, you get

17   replacements for them because you know when you plug them in

18   you're going to have burnouts on them.  So those are

19   essentially lights to put back in the -- keep it working.

20   Q.  Are those the type of lights that, in your training as a

21   bomb technician, were identified as significant?

22   A.  Yes.

23   Q.  Do you know why?

24   A.  Yes.  Christmas tree lights and syringes have been deployed

25   in a number of situations as improvised detonators, explosives,

1  or blasting caps.

2  Q.  All right.  So they're used in the manufacture of

3  explosives?

4  A.  Used to make an improvised detonator, which is another name

5  for a blasting cap.

6        MS. MOHSIN:  All right.  And if you can zoom back out.

7  BY MS. MOHSIN:

8  Q.  Are timers also used in explosives?

9  A.  Countdown timers have been routinely deployed by folks that

10  are using improvised explosive devices to either set off a

11  device or function, have some type of circuit with it.

12  Q.  Were the plastic bottles with the red tips similar to the

13  bottle you had seen inside of that shelf in the cupboard?

14  A.  They appeared to be, ma'am.

15  Q.  And then were the wooden dowels significant?

16  A.  Wooden dowels, in my training and experience, are a

17  nonstriking nonmetallic.  If you're doing something that you're

18  worried about creating a spark with and you would -- we have

19  used wooden dowels for that purpose, to mix or to break up

20  things.

21        MS. MOHSIN:  Okay.  The next photograph, please,

22  15-1.140.

23  BY MS. MOHSIN:

24  Q.  And there's a close-up photo again of the Christmas tree

25  lights.

1              15-1.141.  What are we looking at here?

2  A.  That's moving to the right across the table, a close-up of

3  the squeeze bottles, the dowels, coffee filters; and then in

4  the right-hand corner, there are a number of glass jars.

5  Q.  All right.  15-1.142, please.

6  A.  That's a close-up of the item that was seized from the two

7  tables that were in front of the white cabinet.

8  Q.  And you had identified this earlier in an earlier

9  photograph?

10  A.  Yep.  That's a coffee filter that's placed inside some type

11  of glass container.

12  Q.  Now, not all of the items from that back table were seized

13  in this case?

14  A.  That's correct.

15  Q.  Do you know why?

16  A.  You know, you -- you do your best to grab the things, and

17  you have a caveat that you're not supposed to grab everything

18  under the sun.  But there were some things that were not taken.

19  I don't believe a large number of the glass jars, the empty

20  glass jars, were taken.

21  Q.  Okay.  What about the dowels?

22  A.  I'm not certain.  I apologize, ma'am.

23  Q.  All right.  I want to move on now to some of the physical

24  evidence.

25              You indicated that you seized some of the evidence in

1   this case.

2   A.  Yes, ma'am.

3   Q.  Did you -- well, let's go through that evidence and then

4   we'll talk about it.

5   A.  Okay.

6   Q.  During the lunch break, did you go through the evidence

7   that was collected in this case?

8   A.  Yes, ma'am.

9   Q.  And did you segregate items that were found inside that

10  cabinet so that you could testify about them right now?

11  A.  Correct.

12  Q.  I'm going to hand you a box that has exhibits, and I'm

13  going to ask you to lift -- look at these items, give the

14  number, indicate where it was found, and then we're going to

15  display it for the jury.

16      (Exhibits given to witness.)

17          MS. MOHSIN:  And if you'll give me a moment, Judge,

18  I'm going to just confer with counsel regarding any objections.

19          THE COURT:  All right.  This is a good time for a

20  standing stretch break, members of the jury, and anyone in the

21  courtroom.

22      (Attorney conference/stretch break.)

23          THE COURT:  Everyone may be seated.

24          You may proceed, Ms. Mohsin.

25          MS. MOHSIN:  Judge, it's a little unorthodox, but

MARK DAVIDSON - DIRECT BY MS. MOHSIN

```
1    after conferring with counsel, my understanding -- and counsel
2    can confirm that there's no objection to the admission of these
3    items.  So we will identify the item and then move for the
4    admission of it.
5         MS. BASHI:  There won't be any objection, your Honor.
6         THE COURT:  All right.  Each of these items will be
7    admitted without objection, and you will state the numbers on
8    the record.  Go ahead.
9         MS. MOHSIN:  Thank you, your Honor.  And it's in the
10   interest of saving time.  Thank you so much.
11        THE COURT:  All right.
12        (GX 15-30, 15-31, 15-32, 15-33, 15-34, 15-41, 15-45.1,
13        15-45.2, 15-45.3, 15-43, 15-44.1, 15-46, 15-46.2, 15-47,
14        15-48, 15-49, 15-50, 15-51 received in evidence.)
15   BY MS. MOHSIN:
16   Q.  So, Mr. Davidson, what I would ask for you to do is
17   identify the item by its exhibit number first, describe what
18   the item is, and where it was located.
19   A.  Are you -- what are you going to call an exhibit number?
20   There are lots of numbers.
21   Q.  The yellow sticker.
22   A.  Yellow sticker.  Oh, "government exhibit," very good.
23        So Government Exhibit 15-47 is a hot glue gun.
24   Q.  15-47?
25   A.  Yes, ma'am.
```

1    Q.  It's a hot glue gun?

2    A.  Yep.  Came from inside the white cabinet.

3    Q.  And it was in the photographs, and it was in that cabinet?

4    A.  Correct.

5    Q.  It was on that -- one of those shelves?

6    A.  Correct.

7    Q.  All right.  And if you need to open one of the exhibits,

8    you can do that.  There's some scissors right in front.

9    A.  All right.  Do you mind if I tear?

10   Q.  You can tear it.  There's --

11       (Laughter in the courtroom.)

12   A.  Old school.

13       Government Exhibit 15-48 is a container with Stanley

14   DuelMelt glue sticks, and that was in the cabinet as well.

15   Q.  And there are scissors if you need them.

16   A.  I'm sorry?

17   Q.  There are scissors there if you need them.

18   A.  I know.  I saw that afterwards.

19       (Laughter in the courtroom.)

20       Got a great dentist.

21       Government Exhibit 1.5-41 is the container with the

22       Christmas tree lights.

23   Q.  Let me get that number again.

24   A.  15-41.

25   Q.  15-41.  Can you take it out and show it to the jury?

1  A.  Yep.

2  Q.  Was that item also found on the shelf -- on the shelf in

3  that cabinet?

4  A.  Yes, ma'am.

5  Q.  Are all of these items from that cabinet?

6  A.  Yes, ma'am.

7       Government Exhibit 15-43 is the two-pack of

8  walkie-talkies.  I know them as FMRs, family mobile radios,

9  from my training.

10 Q.  Okay.  You can open it and show it to the jury.

11      THE COURT:  For these series of exhibits -- are you

12 saying 1.5 or 15-43?

13      THE WITNESS:  15-43, sir, no -- I can call them

14 15-43 --

15      THE COURT:  So I want to make sure that the record's

16 clear, and I guess I'll leave it to Ms. Mohsin to clarify.

17      MS. MOHSIN:  Yes.  These are all 15 dash.  So we will

18 refer to them as 15 dash.

19      THE COURT:  Okay.  And that was 15-4.3?

20      MS. MOHSIN:  43.

21      THE COURT:  15-43.  Thank you.  Go ahead.

22      MS. MOHSIN:  So for the record so far, we've looked at

23 15-47, 48; 15-4 [sic]; and 15-43.

24      THE COURT:  Thank you.  Go ahead.

25 BY MS. MOHSIN:

1   Q.  And that was the two radios or "walkie-talkies," would that

2   be the right word?

3   A.  You can call them that, yes.

4   Q.  Okay.

5       MS. MOHSIN:  Your Honor, if I may, I'm going to

6   collect some of those to declutter.

7       THE COURT:  You may.

8   A.  This is Government Exhibit 15.44.1 [sic], and these are

9   essentially hobby kit parts for electronics.  LED blinker set

10  is what they're called.  I don't want to open it because

11  there's -- got small parts in there, but those were in the

12  cabinet as well.

13  Q.  So that was also in the cabinet.  And what was that number

14  again?  15 dash?

15  A.  No, it's 15.44.1 is what the sticker says.

16      (Brief pause.)

17  A.  Okay.  Thank you.  15-44.1?

18  Q.  Yes.

19  A.  Okay.

20  Q.  15-44 --

21  A.  15-50 is a hacksaw.

22      15-49 is the packet of sandpaper.

23  Q.  Okay.

24  A.  15-51 is the box that contains the hobby wire.

25  Q.  Can you open that one up?

1    A.   Yep.

2    Q.   Can you flip open the lid, please?

3              And so that's spools of wiring?

4    A.   Yes.  It's actually spools, but this box is a -- lets you

5    take it out in pieces so you don't have to drop the whole roll.

6    There's holes in the box.  It's for dispensing it.

7    Q.   So those are the holes in the front of that box?

8    A.   Front or back.

9    Q.   Okay.  Thank you.

10   A.   And both sides, so front and back.

11   Q.   And I put that lid on the floor there so you can...

12   A.   All right.

13   Q.   So I see that you're removing a lot of packaging.  Why is

14   there a lot of packaging in there?

15   A.   Well, they're initially packaged at the scene, and if there

16   are -- when they're sent to the laboratory, if they're sent to

17   the laboratory, they are -- go into separate packaging when

18   they hit the laboratory.  And then they're repackaged after the

19   laboratory finishes whatever examination they're going to

20   finish on it.

21   Q.   So every time someone opens the sealed package, and it is

22   repackaged, the earlier packaging is enclosed?

23   A.   That's correct.

24   Q.   And is that so that the chain of evidence can be

25   maintained?

1   A.   Yes.

2   Q.   And that's so that when it's time to testify, you can

3   explain what has happened to this particular item?

4   A.   Right.

5   Q.   Okay.

6   A.   And this one is actually identified as the packaging for

7   other things, and it's got a green sticker that says "packaging

8   only."  So this was something that had contained other products

9   that were taken out.

10  Q.   So what did you get out of that big package, the Russian

11  doll package that you had there?

12  A.   I'd have to look at the pictures specifically.

13  Q.   No, in the evidence.  What --

14  A.   This is just the bag.

15  Q.   Okay.

16  A.   Yeah.  And with that, in that bag as well -- excuse me --

17  in that bag as well is a syringe.  Ooh, sorry.  It is a --

18  looks like a 10 ml, milliliter, syringe.

19  Q.   And what was the exhibit number for that syringe?

20  A.   It does not have a separate exhibit number.

21  Q.   The bag had one?

22  A.   The bag itself had one, yes.

23  Q.   What was -- is it 15-33?

24  A.   Correct.  15-33.

25  Q.   Okay.  Thank you.

1    A.   Yep.

2    Q.   What exhibit number is that?

3    A.   This is Government Exhibit 15-46, and it is a bag that has

4    a number of electrical components and screws and wires.  It

5    looks like a couple of different circuit boards.

6    Q.   Were these items spread out in the cabinet, or were they

7    contained in any type of a --

8    A.   I believe they were contained inside a bag that was sitting

9    on that back shelf.

10   Q.   So in the shelf that had the chemicals in it, was there a

11   bag behind the chemicals?

12   A.   Ooh, here you go.

13   Q.   And that's the bag?

14   A.   Correct.

15   Q.   And so it's a yellow bag?

16   A.   Yes.

17   Q.   Now, there's an exhibit sticker that's hanging at the

18   bottom.  Can you tell me what the number of that exhibit

19   sticker is?

20   A.   15-46.

21   Q.   Okay.  So that item has the sticker on it, but all of those

22   items were contained in that yellow bag?

23   A.   Yeah.  There -- this is on the exterior part of the bag,

24   but it's got a magnet.  It's a speaker.  It's got a magnet, so

25   it's actually hooked onto the other metal components that are

1    within the bag itself.

2    Q.  But they were all contained inside the bag, correct?

3    A.  I believe so, yes.

4    Q.  All right.  Thank you.

5    A.  15-34 is a glove, vinyl or plastic glove.

6    Q.  Okay.  Was that also found in that shelf?

7    A.  Yes.

8    Q.  Okay.

9    A.  15-31 is the empty sulfuric acid container.

10   Q.  All right.  I'm going to ask you to just put that on the

11   side.  Is that one of the items that you sent to the lab?

12   A.  The contents as well as the container, yes.

13   Q.  All right.  So please proceed.

14   A.  15-32.

15   Q.  What is 15-32?

16   A.  This is the empty container that was on the shelf that had

17   a liquid in it.

18   Q.  With the red tip?

19   A.  With the red tip.

20   Q.  All right.  Did you also seize the container and send the

21   contents to the lab?

22   A.  Yes.

23   Q.  All right.

24   A.  15-46.2.  It's another project -- hobby-type box that has

25   an LED -- or spinning wheel LED light.

MARK DAVIDSON - DIRECT BY MS. MOHSIN

1   Q.  Okay.

2   A.  This is 15-451, 452, and 453.

3   Q.  So 15-45.1, .2, and .3?

4   A.  Correct.

5   Q.  Are they all matches?

6   A.  There are boxes of matches, and then there are matches that

7   are alone, empty from a box.  I believe two of the boxes were

8   sent to the lab for further analysis on the boxes themself.  So

9   that would have been the contents of the two empty boxes.

10  Q.  So when you observed these items and when these items were

11  seized, they were contained with -- inside boxes, correct?

12  A.  (No audible response.)

13  Q.  And when it was sent to the lab, the lab removed certain

14  matches and then repackaged them in plastic?

15  A.  Yes.

16  Q.  And those packages have been marked with a .1, 2, and 3?

17  A.  Yes.

18  Q.  All right.  Thank you.

19  A.  And then 15-30 are the empty Cutex acetone containers.

20  Q.  Okay.  Were those also sent to the lab?

21  A.  Both the containers and the contents, yes.

22  Q.  All right.  Anything else inside that box?

23  A.  No, we're empty.

24  Q.  All right.  With the exception of the three containers for

25  the three chemicals, I'm going to ask you to set those aside.

1  A.  Okay.

2  Q.  Now, all of these items were found in that cabinet,

3  correct?

4  A.  Yes, ma'am.

5  Q.  And you indicated that part of your responsibilities as a

6  special agent bomb tech are to collect the actual chemicals?

7  A.  I'm sorry.

8  Q.  Is to collect the chemicals?

9  A.  Correct.

10  Q.  How did you do that here?

11  A.  At the scene, the contents of this bottle were put into

12  what is known as an I-Chem jar.

13  Q.  And what is that?

14  A.  This is the container with the red top on it.

15  Q.  And what's the exhibit number, please?

16  A.  And that would be Exhibit Number 15-32.

17  Q.  All right.  So 15-32 --

18  A.  Yep.

19  Q.  -- had an unknown chemical.  What did you do with that?

20  You said you put it in an I-Chem jar?

21  A.  Yep.

22  Q.  What is an I-Chem jar?

23  A.  An I-Chem jar is a glass jar that we are issued -- excuse

24  me, when I was working, we were issued to store chemicals in.

25  It has a top on it, and then there is a material called

 1  Parafilm, which is a sealing wax-type paper that you put over,
 2  and then you put the top on, and then you seal the exterior as
 3  well.
 4  Q.  And so when you do that, why do you use an I-Chem jar?  Why
 5  did you have to use a special jar?
 6  A.  The I-Chem jar is a jar that is clean, and then it is
 7  something that we are issued that is supposed to be sealable so
 8  you can transport it if it's going to a laboratory.
 9  Q.  And when you say it's clean, what does that mean?
10  A.  It's not sterile, but I get them out of a box.  I get
11  them -- they come to us clean.  They are not used.  They're not
12  like the pickle jars on the table that have had pickle juices
13  in them.  They're a clean jar that the lab sends, and we send
14  back with materials.
15  Q.  So does your training require you to use those jars?
16  A.  Yes.
17  Q.  And when you -- in this case, when did you put the contents
18  of that liquid with the -- you know, with that container 15-32,
19  when did you put the contents of that liquid into the I-Chem
20  jar?
21  A.  At the site.
22  Q.  At the house?
23  A.  Yes.
24  Q.  And where -- did you have an I-Chem jar with you?
25  A.  I had several.

1   Q.  All right.  And then what did you do after you put it in

2   there?

3   A.  The I-Chem jar and the other chemical materials are then

4   placed in five-gallon plastic pails that have screw tops on

5   them, and they're separated as far as the types, fuel sources

6   versus oxidizers.  And then I would have put some type of paper

7   in them hopefully to hold them upright or to capture anything

8   if they should spill.

9   Q.  So let's go back.  You pour the liquid into this jar.  It's

10  a glass jar.  Do you screw the lid on or you put some other

11  type of material?

12  A.  There's this Par- -- it's called Parafilm, and it's like a

13  stretchy -- not a wax paper but like Saran wrap.  A stretchy,

14  heavier Saran wrap that's stretched over the lid.  The top is

15  put on, and then there's some that goes around the outside.

16  Q.  So the top is like a screw stop?

17  A.  Yes.

18  Q.  And then what goes on the outside of that screw stop?

19  A.  A same -- a wrap of the Parafilm.

20  Q.  The Parafilm?

21  A.  Yes.

22  Q.  Now, have you done this process or this procedure in other

23  cases?

24  A.  Yes.

25  Q.  Prior to that, how many times would you say you had put

1   chemicals inside of I-Chem jars?

2   A.   Between actual responses and training, over my career,

3   probably a hundred-plus.

4   Q.   Okay.  And so what did you do with the other items of

5   evidence?  Let's take a look at the acetone, which, I believe,

6   is Exhibit 15-30.

7   A.   Yep.  The acetone was placed in a -- in bags and then

8   placed in an overpack container as well.  I didn't take them

9   out of their container.

10  Q.   Why not?

11  A.   They appeared to be consistent with the labeling, and they

12  were sealable tops.  I wasn't so concerned about them spilling

13  or not being identified.

14  Q.   So when you're trained as a special agent bomb tech to

15  collect chemicals, is that part of your training?

16  A.   To store it in that fashion?

17  Q.   Yes.

18  A.   Yes.

19  Q.   Are you trained to store some things or -- are you trained

20  that some things can be stored in the container in which they

21  are originally packaged?

22  A.   Yes.

23  Q.   Under what circumstances?

24  A.   I mean, if I'm fairly certain that they're -- the content

25  is consistent with the labeling and I can do -- store these in

1  a fashion that I'm not worried about spilling, yes, I would do

2  it that way.

3  Q.  And then the third item, which, I believe, is the -- is the

4  acid?

5  A.  Correct.

6  Q.  Remind me of that exhibit number, please.

7  A.  The acid is Exhibit Number 15-31.

8  Q.  31.  So with respect to the acid, did you take the contents

9  of 15-31, that battery acid, and pour them into an I-Chem jar,

10  or did you leave that container intact?

11  A.  That was left intact.

12  Q.  All right.  And why was that?

13  A.  Because it appeared to be the material that was in the

14  container, and I could -- I believed I could store it safely in

15  the fashion it was.

16  Q.  And so after you had identified how you were going to

17  transport these items, did you transport them?

18  A.  Yes.

19  Q.  Where did you transport them to?

20  A.  I transported them to a secure storage location in the city

21  of Detroit.  It's -- essentially it's a big hazardous chemical

22  locker, flame proof.

23  Q.  Okay.  And, again, is that consistent with the training you

24  received as a bomb tech?

25  A.  Yes.

1   Q.  Upon arriving at the location where they were going to be

2   stored, what happened next?

3   A.  I have access to it through a padlock.  There's paperwork

4   that goes with the pails, and then the pails are placed in, and

5   then the paperwork would go to our evidence folks at the office

6   to document what was collected, who collected, and where it

7   went.

8   Q.  Now, did they get sent to the lab?

9   A.  Yes.

10  Q.  Is there a process or a procedure associated with

11  explosives and the lab?

12  A.  Yes.

13  Q.  What laboratory are we talking about?

14  A.  The FBI laboratory in Quantico, Virginia.

15  Q.  What's the name of that laboratory?

16  A.  The FBI forensic science -- well, it's the Laboratory

17  Division.  But it's the science -- FBI laboratory at Quantico.

18  I'm not sure if it has a specific building name or --

19  Q.  I was referring to the Explosives Unit.

20  A.  Well, the Explosive Unit is one of the divisions within the

21  laboratory itself.  I'm sorry.

22  Q.  No.  It was not properly -- I didn't ask the question well.

23          So when you bring the materials back, is there

24  communication -- or did you communicate with the Explosives

25  Unit or anyone else at the laboratory?

1   A.  I did not specifically, but SABT -- Special Agent Bomb

2   Technician Stephen Haug spoke to one of the examiners and folks

3   at the Explosives Unit at the FBI laboratory to coordinate what

4   they wanted, how they wanted it, and then tell us how we were

5   going to get it to them.

6   Q.  Now, are there any sort of preliminary tests that can be

7   performed on unknown liquids?

8   A.  Yes.

9   Q.  And do special agent bomb techs often do those type of

10  tests on unknown liquids?

11  A.  Yes.

12  Q.  Why would you do a test of that kind on an unknown liquid?

13  A.  Gives me some idea what it is.

14  Q.  Now, did you have an idea in this case of what that unknown

15  liquid might contain?

16  A.  Not immediately, but we later determined, through the use

17  of an instrument called an Ahura, that it was peroxide.

18  Q.  All right.  So when you did that, did you remove all of the

19  packaging and sort of do some sort of test to the liquid, or

20  was it done another way?

21  A.  The Ahura is an instrument that uses -- and -- there's a

22  technology called Raman spectroscopy, and that's as far as I go

23  on that.  You'll have to talk to the chemist.  But essentially

24  uses a laser light that can go through the container,

25  packaging, and glass and actually focus on the liquid itself.

1   Q.   And do you know -- and so when you do that, you're not

2   actually damaging, touching, or otherwise disturbing the

3   liquid?

4   A.   No, that's the whole purpose of it, is it's contained

5   within whatever is keeping it tight.

6   Q.   So after you removed that liquid from Exhibit 15-32, the

7   red-tip bottle, and you placed it -- or you poured it into the

8   I-Chem jar, did you ever open that jar again?

9   A.   I did not, no.

10  Q.   And do you know if it was opened again before it was sent

11  to the lab?

12  A.   I'm not aware that it was.

13  Q.   All right.  Would that have been something that would be

14  normal or unusual for that to have occurred?

15  A.   It would not -- it would be normal for it not to be opened,

16  unless we were given specific instructions differently.

17  Q.   So based upon the work that you did, that liquid, when it

18  was poured in and it was sealed, that's the last time that you

19  were aware that it was opened?

20  A.   That's correct.

21  Q.   Now, did you measure the liquid at any time?  And by that I

22  mean either by weight or by volume.

23  A.   No, ma'am.

24  Q.   Why not?

25  A.   It didn't seem to be necessary at the time.  There was a

1    small amount of liquid.

2    Q.   Okay.  Did you know how much there was?

3    A.   It was estimated to be 2 to 3 ounces.

4    Q.   Okay.  And then after you provided the -- or you entered

5    the liquids, the I-Chem jar and the other exhibits, 15-30 and

6    15-31, into evidence, did you see these items again?

7    A.   Yes.

8    Q.   When was that?

9    A.   There came a time where Special Agent Bomb Technician Haug

10   and myself -- he had instructions from the Explosives Unit

11   laboratory, and they wanted certain things to be sampled and

12   repackaged.  And we did that, and then he took care of getting

13   them in the appropriate containers and packaging for shipping.

14   Q.   So when you're talking about repackaged and sampling, did

15   that apply to the Exhibit 15-32, the one we were talking about

16   in the I-Chem jar?

17   A.   The I-Chem jar was not opened.

18   Q.   All right.  So were the entire contents of the liquid that

19   had been contained in 15-32 sent to the lab?

20   A.   To the best of my knowledge, yes.

21   Q.   All right.  And then when you're talking about sampling,

22   are you referring to Exhibit 15-30, the acetone, and 15-31, the

23   battery acid?

24   A.   There were samples that were taken from them, and there's

25   documentation that says how much and what was done with those.

1    Q.   Okay.  I want to direct your attention to Proposed Exhibit

2    15-15.

3         MS. MOHSIN:  One moment, please.

4      (Brief pause.)

5    BY MS. MOHSIN:

6    Q.   Do you recognize that photo?

7    A.   Yes, ma'am.

8    Q.   What do you recognize it to be?

9    A.   It is a photograph of the container -- I-Chem container,

10   essentially, in a bag.

11   Q.   All right.  Now, before you testified here today, did you

12   take a look at that picture?

13   A.   Yes, I did.

14   Q.   And did you recognize any of the writings on the item in

15   the picture?

16   A.   It appears to be my handwriting on the labeling.  This is a

17   photograph that was taken at the Explosives Unit, at the

18   laboratory, so it was something they took once they got there.

19   But that's consistent with what I observed on the day we

20   collected and the day SABT Haug took custody for transfer.

21   Q.   So is the I-Chem jar that is depicted in photo 15-15, are

22   you testifying that it's consistent with what you sent to the

23   lab?

24   A.   Correct.

25   Q.   For the peroxide-based materials that you had tested,

1    suspected peroxide?

2    A.   Correct.

3    Q.   15 -- that was in Exhibit 15-32, the red-tip bottle?

4    A.   I'm sorry?

5    Q.   For Exhibit 15-32, the red-tip bottle, the contents?

6    A.   Yes, ma'am.

7              MS. MOHSIN:  At this time I move for the admission of

8    Proposed Exhibit 15-15.

9              MS. BASHI:  No objection.

10             THE COURT:  Admitted.

11       (GX 15-15 received in evidence.)

12             MS. MOHSIN:  Can you publish that, please?

13             THE WITNESS:  Ooh.  Got way too much stuff.

14             MS. MOHSIN:  So...

15             Thank you, Ms. Faucheux.

16   BY MS. MOHSIN:

17   Q.   Is this what we're looking at here on the screen?

18   A.   Yes.

19   Q.   So the I-Chem jar, can you just identify where your

20   initials are, where the I-Chem jar is?

21   A.   Well, my initials would have been on the labeling on the

22   outside, but SABT Haug would have initialed them as well.  And

23   I don't know what other numbers or initials were put on them

24   when they got to the laboratory.  My initials are MED.

25   Q.   And so these are kind of not easy to read?

1    A.   Yes.

2    Q.   Do you know -- but this is the jar that you --

3    A.   I'm sorry?

4    Q.   This is the jar that you said that you recognize?

5    A.   I believe it to be, yes, ma'am.

6    Q.   Thank you.

7              Now, there were some additional items seized that day

8    from that basement area, and we had seen pictures of.  I want

9    to draw your attention to the next series of exhibits.

10             MS. MOHSIN:  And if I may have a moment with counsel?

11             THE COURT:  You may.

12        (Attorney conference.)

13             THE COURT:  This is another good time for a standing

14   stretch break.  Everyone in the courtroom is welcome to stand

15   and stretch.

16        (Stretch break.)

17             THE COURT:  All right.  Everyone may be seated.

18             You may continue with direct examination, Ms. Mohsin.

19             MS. MOHSIN:  Your Honor, I'm going to move at this

20   time to preadmit certain items, with agreement with counsel.

21             MS. BASHI:  That's correct, your Honor.  No objection.

22             THE COURT:  Thank you, Ms. Bashi.

23             These items will be admitted when they are identified.

24             MS. MOHSIN:  And I will do that now for the record.

25             THE COURT:  All right.

1    MS. MOHSIN:  Item number -- the first item is Exhibit

2  15-35.2; 15-35.1; 15-39; 15-40; and then 15-42, which contains

3  two items:  15-42.1 and 15-42.2.

4    THE COURT:  Noted for the record.

5    (GX 15-35.1, 15-35.2, 15-39, 15-40, 15-42, 15-42.1, and

6    15-42.2 received in evidence.)

7  BY MS. MOHSIN:

8  Q.  Mr. Davidson, if you would please tell me, where were these

9  items found?

10 A.  These are items that were collected off the third table

11 that was in the back corner.

12 Q.  This was the brown table.  Is that what you're referring

13 to?

14 A.  Yes, I believe it was brown.

15 Q.  All right.  So there were two tables connected and one in

16 the corner.  Which one?

17 A.  The single one, table by itself.

18 Q.  All right.  And so if you could identify the item by its

19 number and then what it is, please.

20 A.  This particular bag is numbered 15.42 and contains 15.41

21 and 15 -- or excuse me.  Let me start back.

22    This bag is identified as 15-42, and it contains

23 15-421 and 15-422.

24 Q.  What are those?

25 A.  They are two countdown timers that we saw in pictures

1    earlier, that were on the table.  One is contained in the box

2    and the other one is alone.

3    Q.  Can you show the jury those items?  Maybe open that bag up?

4    A.  Use the scissors.  [Displaying exhibit.]

5    Q.  All right.  Thank you very much.

6    A.  The next item is 15-35.2, and that is a red-top bottle

7    similar to the -- what was recovered from inside the white

8    cabinet.

9    Q.  Okay.  Did that one appear to have been used when it was

10   seized?

11   A.  It did not appear to have been used.

12   Q.  Okay.

13   A.  15.351 [sic] is two additional similar containers,

14   Celebrate-brand squeeze bottles, 6-fluid-ounce capacity.

15   Q.  All right.  And those, are they in some sort of packaging,

16   like original packaging, or --

17   A.  It appears to be in their original packaging, yes, ma'am.

18   Q.  So they appear to be new?

19   A.  Yes, ma'am.

20   Q.  All right.  And you said they were 6 ounces?

21   A.  Yep, two-count, 6 fluid ounces, 177.4 ml.

22   Q.  177.4 ml?

23   A.  Correct.

24   Q.  Okay.  Please continue.

25   A.  And then 15-39, which is additional coffee filters that

1    were on the table as well.

2    Q.  All right.

3    A.  And the final is 15-40, which are the -- you saw in the

4    picture.  They're similar to that.  They're replacement light

5    bulbs.  And there's actually a fuse in there as well, Christmas

6    tree light fuse.

7    Q.  Okay.  And is that the conclusion of those exhibits?

8    A.  Yes, ma'am.

9    Q.  Okay.  I'm going to show you one final set of exhibits.

10   A.  Oh, okay.  Do you want to get your bag?

11         MS. MOHSIN:  Your Honor, we're going to move to

12   preadmit the following exhibits, with agreement from counsel.

13         MS. BASHI:  That's correct.  No objection.

14         MS. MOHSIN:  Specifically, Exhibit 15-27.6, 15-27.5,

15   15-27.4, and 15-27.2.

16         THE COURT:  Each of those exhibits will be admitted

17   without objection once they are identified.

18      (GX 15-27.2, 15-27.4, 15-27.5, and 15-27.6 received in

19      evidence.)

20   BY MS. MOHSIN:

21   Q.  Were these found in a specific location, these four items?

22   A.  These were on the two tables that were L-shaped.

23   Q.  So the same corner of the basement?

24   A.  Yes.

25   Q.  But the tables that were L-shaped?

1   A.   Correct.

2   Q.   All right.  Please describe, starting with the exhibit

3   number, what the items are.

4   A.   I have to open the bag for this one.

5        This is 15-27-2 [sic].  It is a small Syma-brand

6   drone.

7   Q.   Okay.

8        MS. BASHI:  I'm sorry, can you say that exhibit number

9   again?

10       THE WITNESS:  What?

11       MS. BASHI:  Can you say that exhibit number again?

12       THE WITNESS:  It is 15-27.2, ma'am.

13       MS. BASHI:  Thank you.

14       THE WITNESS:  Yes, ma'am.

15  A.   This is 15-27.4, and these are labeled "Syma camera" and

16  "Syma legs."

17  BY MS. MOHSIN:

18  Q.   Okay.

19  A.   This is 15.2 -- excuse me -- 15-27.6, and this is a digital

20  scale that's in a box.

21       And then 15-27.5 is another camera transceiver.

22  Q.   All right.  Thank you.

23       Can you show that camera transceiver just quickly,

24  please?

25  A.   [Displaying exhibit.]

1    Q.  Now, Mr. Davidson, did you participate in the seizure of

2    additional items from a closet upstairs?  I'm talking about

3    chemicals.

4    A.  I did not.

5    Q.  You did not.  Did you see those items become seized?

6    A.  I did not see them being seized.  I did take custody of

7    them at the end and transported them.

8    Q.  What were those items?

9    A.  It was a pool starter kit, essentially, from -- HTH is the

10   brand.

11   Q.  All right.  I want to show you Exhibit 15-76 --

12           MR. SLAVIN:  77.

13           MS. MOHSIN:  77?  Hang on one second.

14   BY MS. MOHSIN:

15   Q.  You took custody of the items?

16   A.  Yes.

17   Q.  Do you know who seized them?

18   A.  I believe Special Agent Bomb Technician Haug and Special

19   Agent Larsen did.

20   Q.  All right.  So I'm going to show you what's been marked,

21   actually, as Proposed Exhibit 15-77 and ask if this is the item

22   that you took custody of.

23   A.  It appears to be, ma'am, yes.

24   Q.  And when did you take custody of it?

25   A.  That day.

MARK DAVIDSON - DIRECT BY MS. MOHSIN

1   Q.  And what was the purpose of taking custody of it?

2   A.  The chemicals that were in -- contained within the kit were

3   of concern.

4   Q.  Were they submitted to the lab as well?

5   A.  Yes.

6         MS. MOHSIN:  I move for the admission of 15-77.

7         MS. BASHI:  No objection.

8         THE COURT:  Admitted.

9      (GX 15-77 received in evidence.)

10  BY MS. MOHSIN:

11  Q.  All right.  Now, did you take the items that were inside

12  that box out?

13  A.  They were later taken out by Mr. -- Special Agent Haug and

14  myself.

15  Q.  All right.  What was in that box?

16  A.  There were three packets with phase 1, 2, 3 of the kit.

17  Q.  All right.  Did you send any of the contents of those three

18  items, or three packets, to the lab?

19  A.  I believe Special Agent Bomb Tech Haug did, yes.

20  Q.  All right.

21         MS. MOHSIN:  One moment, please.

22      (Brief pause.)

23  BY MS. MOHSIN:

24  Q.  Now, you said that you had sent chemicals to the lab.  What

25  did you do with the containers?

```
 1   A.   The containers were -- the chemicals were removed from the

 2   containers for submission for chemical analysis, and the

 3   containers, I believe, were submitted for latent prints and DNA

 4   testing.

 5   Q.   All right.  So those things happened separately?

 6   A.   Correct.

 7            MS. MOHSIN:  All right.  I have no further questions

 8   for this witness.  Thank you.

 9            THE COURT:  Thank you, Ms. Mohsin.

10            Ms. Bashi, will you be utilizing the items that this

11   witness has been provided?

12            MS. BASHI:  Some of them, yes.

13            THE COURT:  All right.

14            And you may proceed.

15            MS. BASHI:  Thank you.

16                         CROSS-EXAMINATION

17   BY MS. BASHI:

18   Q.   Good afternoon, Mr. --

19   A.   Good afternoon, ma'am.

20   Q.   So at the scene -- at the search on October 30th, it was

21   you and Agent Haug --

22   A.   Haug.

23   Q.   Haug.

24   A.   H-A-U-G.

25   Q.   Okay.  And you too were the two bomb techs on the scene
```

1   that day; is that right?

2   A.  Correct.

3   Q.  No one else was a bomb tech on the scene that you know of?

4   A.  Not that I'm aware of.

5   Q.  So it was you and Agent Haug's responsibility to identify

6   things that might be of interest from a bomb tech perspective?

7   A.  Correct.

8   Q.  And to collect items that -- like you said, maybe to

9   potentially precursor chemicals?

10  A.  Correct.

11  Q.  Okay.  And this is something you've been doing for a long

12  time by that point?

13  A.  It was something I did for a long time, yes.

14  Q.  Right.  You're right.  You're not doing that anymore?

15  A.  I'm no longer allowed to do that.

16  Q.  But back in 2017 you still had at that point been doing it

17  for --

18  A.  Since 1999.

19  Q.  Right.  So almost 20 years at that point?

20  A.  Okay.  How about 18?

21  Q.  18 years.  I'm rounding up.

22  A.  I understand, ma'am.

23  Q.  Okay.  And you discussed a bit about your training -- your

24  bomb tech training in particular, right?

25  A.  Correct.

1    Q.   But you also got training just generally in evidence

2    collection, right?

3    A.   Yes.

4    Q.   Okay.  Like to be -- to wear the ERT hat, the Evidence

5    Response Team hat, you had to do, was it two-week training or

6    something?

7    A.   I did some training, but my -- primarily was to support in

8    either a fashion as a hazmat or a bomb tech, so, yeah.

9    Q.   Okay.  And, yeah, with the hazmat training, you probably

10   covered evidence collection in that as well?

11   A.   Oh, yeah.

12   Q.   Okay.  So a lot of training about collecting evidence?

13   A.   Correct.

14   Q.   And you've collected a lot of evidence?

15   A.   I wouldn't necessarily say that.  I've collected evidence,

16   yes.

17   Q.   You wouldn't say a lot?

18   A.   I'm sorry?

19   Q.   You would not say a lot?

20   A.   No.  I'm sure there are people that have done far more than

21   I have.

22   Q.   Okay.  And so I'd like to bring up -- well, actually before

23   we do that, you discussed the pool shock, just that last

24   thing --

25   A.   Right.

MARK DAVIDSON - CROSS BY MS. BASHI

1  Q.  -- that you either saw or you -- you weren't there when it

2  was collected, but you took it off the scene?

3  A.  It went in another pail to go to the hazmat locker, yep.

4  Q.  Okay.  And that went with the battery acid?

5  A.  Yes.

6  Q.  And the nail polish remover?

7  A.  Acetone, yes.

8  Q.  Yep.  And the plastic squeeze bottle with that red tip?

9  A.  Yes.

10  Q.  And then the jar of the liquid from that bottle?

11  A.  Correct.  Right.

12  Q.  Okay.  And when you collected the liquid from that bottle

13  with the squeeze -- with the red tip --

14  A.  Yes.

15  Q.  -- you did that at the scene?

16  A.  Yes.

17  Q.  Okay.  Did you -- you said there was a photographer on the

18  scene for the search warrant that day, right?

19  A.  There was an ERT photographer assigned, yes.

20  Q.  So when you were collecting that liquid from the bottle,

21  did you ever call the photographer over to capture any of that?

22  A.  No, I did not.

23  Q.  Okay.  And you didn't take any pictures that day, right?

24  A.  I did not, no.

25  Q.  But you documented your seizure of that liquid?

 1   A.   I wrote a 302 indicating -- or excuse me, an AC indicating

 2   what I did and what I did with it, yes.

 3   Q.   And you didn't take any measurements of that liquid?

 4   A.   Not any specifically of that, no.

 5   Q.   Okay.  Not at the scene?

 6   A.   Not -- no.

 7   Q.   And then not later?

 8   A.   Correct.

 9   Q.   Okay.  And you said, I think, on direct you didn't measure

10   it because it was such a small amount you didn't feel the need

11   to?

12   A.   No, I just didn't measure it.

13   Q.   Okay.  Are you saying it wasn't a small amount now?

14   A.   "Small" is a relative term.  There was no reason that I did

15   not specifically measure it other than, you know, other

16   containers and things like that.

17   Q.   Okay.  You collected it because you were collecting

18   potentially precursors for a bomb, right?

19   A.   Correct.

20   Q.   And you and Haug are the two people on the scene who are

21   going to do that, right?

22   A.   Correct.

23   Q.   So no one else is going to measure it?

24   A.   No one else is there doing that, no, correct.

25   Q.   And this is potentially evidence of a bomb?

1    A.  Yes.  Evidence of an explosive material.

2    Q.  Okay.

3    A.  Yes.

4    Q.  Evidence of an explosive material?

5    A.  Correct.

6    Q.  And that's your main role on the scene that day, right?

7    A.  Yes.

8    Q.  And you did not measure that, that liquid?

9    A.  I'm sorry?

10   Q.  You didn't measure that liquid?

11   A.  I did not, ma'am, no.

12   Q.  You just didn't think it was necessary?

13          MS. MOHSIN:  Judge, this has been asked and answered,

14   like, three times now.

15          THE COURT:  Is that an objection?

16          MS. MOHSIN:  Yes.  I'm so sorry, Judge.  That's an

17   objection.

18          THE COURT:  All right.  It's overruled.

19          Go ahead.

20          MS. BASHI:  Thank you.

21          I'd like to bring up Government Exhibit 15-1.128, if

22   you wouldn't mind, Ms. Faucheux.  Thank you.

23          And if you could -- I think you did this already on

24   direct, but if you could zoom in on the plastic squeeze bottle

25   for me.  Thank you.

```
 1   BY MS. BASHI:
 2   Q.  And I think you have that laser pointer up there still?
 3   A.  I do.
 4   Q.  And earlier you pointed to kind of approximately where that
 5   liquid level is?
 6   A.  Right there [indicating].
 7   Q.  It's almost, like, right by where the end of the tape is.
 8   Is that fair to say?
 9   A.  Near the top of the roll, yep.
10   Q.  And do you still have the -- the -- the other bottles like
11   that that were unopened in their packaging?
12          MS. BASHI:  Can I approach, your Honor, to try to help
13   him find it?
14          THE COURT:  You may.
15          MS. BASHI:  There's just a lot of boxes now.
16      (Brief pause.)
17   BY MS. BASHI:
18   Q.  Can you read that exhibit number for us again so we're
19   talking about the right thing?
20   A.  This is Exhibit 15-35.1.
21   Q.  15-35.1.
22   A.  Yes.
23   Q.  Thank you.  And does that look similar to the squeeze
24   bottles that were on the scene that day?
25   A.  Yes.
```

183

1    Q.   Yeah.   And that squeeze bottle right there?

2    A.   It's similar, yes.

3    Q.   Okay.   What is the -- the -- I think you read it earlier.

4    Did you say it was 6 ounces --

5    A.   Yes.

6    Q.   -- capacity?

7    A.   6 fluid ounces, 177.4 ml.

8    Q.   Okay.   So looking at that picture there, would you say that

9    the liquid line is below the halfway mark on that bottle?

10   A.   Yes.

11   Q.   Would be, like, halfway below the halfway mark?

12   A.   It could be.

13   Q.   Okay.   And so if it's a 6-ounce bottle, it would be below

14   the 3-ounce mark?

15   A.   Well, it has a volume capacity, but you never fill the

16   bottle's capacity.   If you put 6 ounces of material in, I don't

17   think it would hit the top or -- to be at the -- in the neck or

18   anything like that.   So...

19   Q.   So I guess what I'm asking is, is if you were to put the

20   halfway mark there, we're just guesstimating, right?

21   A.   We are.

22   Q.   Because you didn't measure it, so --

23   A.   That's correct.

24   Q.   -- we're just guessing based on the picture?

25   A.   Right.

**MARK DAVIDSON - CROSS BY MS. BASHI**

1   Q.  So if we did the halfway mark of that, if it's a 6-ounce

2   bottle, it would be roughly 3 ounces, right?

3   A.  It could be.

4   Q.  Do you have a different interpretation of half of 6 ounces?

5   A.  Bottles are not filled to their total volume --

6   Q.  Okay.  So it would potentially be less, is what you're

7   saying?

8   A.  Correct.  They're filled to a capacity that's, I presume,

9   what the bottle can take and how much can expand or contract or

10  things like that, so...

11  Q.  Okay.  You can go ahead and set that down.  Thank you.

12          MS. BASHI:  Can you please bring up photo 15-15?

13  Thank you.

14  BY MS. BASHI:

15  Q.  You recognize this from earlier?

16  A.  Yes.

17  Q.  This is that liquid potentially in this container, right?

18  A.  That's correct.

19  Q.  So did you become aware that that liquid had leaked out of

20  that container when --

21  A.  I was made aware during conversations about three and a

22  half weeks ago, yes.

23  Q.  Okay.  So you didn't learn that, when it arrived to the

24  lab, that it had leaked?

25  A.  I did not learn that until we did a team talk maybe three

185

```
 1   and a half, four weeks ago, and it was explained to me that
 2   that had happened, yes.
 3   Q.  Okay.  Can you see any liquid in this picture?
 4   A.  I can't from that picture, but that's -- what happened at
 5   the lab, that would be consistent, yes.  If it arrived there
 6   empty and this is a laboratory picture, that would be
 7   consistent with that.
 8   Q.  Okay.
 9        MS. BASHI:  Thank you.  You can take that one down.
10   BY MS. BASHI:
11   Q.  You mentioned earlier that before you sent these to the lab
12   you did a -- like, a test on the liquid?
13   A.  It's an instrument called an Ahura.
14   Q.  Hura (phonetic)?
15   A.  A-H-U-R-A, Ahura.
16   Q.  Okay.  And did you document that anywhere?
17   A.  You know, I did not, but that would have been how we would
18   have determined what it was.
19   Q.  Okay.
20   A.  Yep.
21   Q.  So you ran a test to determine what the liquid was?
22   A.  It's not a test.  It's an investigative tool.  It's
23   something that you shine, essentially, a light and it sends
24   back a reading as to what -- based upon its library.
25   Q.  And you used that to determine what the liquid was?
```

1    A.   I believe we did, yes.

2    Q.   Okay.  And this is the liquid that potentially was a

3    precursor for an explosive?

4    A.   It was, yes, peroxide, yes.

5    Q.   And you made that determination of peroxide by using this

6    test?

7    A.   That's correct.

8    Q.   And you didn't write that down anywhere?

9    A.   I did not, no.

10   Q.   Okay.  I'm going to, unfortunately, ask you to get some

11   exercise --

12   A.   That's fine.  That's fine.

13   Q.   -- by bringing up some more of those items.

14   A.   What -- what are you looking for?

15   Q.   Let's see here.  You could start with the walkie-talkies,

16   if you know where those are.

17            Are those still in their original packaging?

18   A.   They appear to be, ma'am, yes.

19   Q.   Do they appear to have been opened at any point?

20   A.   Does not appear.  And the batteries appear to be inside

21   them as well.

22   Q.   Okay.  Thank you.

23            If you could, then, pull out the long box of the hobby

24   wire rolls, with the different colors.  And when you open

25   those, do they have, like, a clear plastic film around --

MARK DAVIDSON - CROSS BY MS. BASHI

1   A.   Yes, ma'am --

2   Q.   -- each roll?

3   A.   -- they do still have the cellophane wrap.

4   Q.   Every single one does?

5   A.   Yes, ma'am.

6   Q.   Okay.  Thank you.  You can put that one away, too.

7        And then if you could find the syringe.  I think it

8   was in a really big bag for a really small syringe, if that

9   helps.

10       Okay.  Do you see the labeling on the syringe?

11  A.   The label on the syringe?

12  Q.   Yeah.

13  A.   Yes.

14  Q.   Does it say "Meijer brand" or something, "Meijer pharmacy"?

15  A.   It certainly does.

16  Q.   Okay.  Have you ever picked up a kid's prescription at

17  Meijer pharmacy before?

18  A.   No.  I don't live close to a Meijer store, unfortunately.

19  Q.   Okay.  You can put that one away.  Thank you.

20       MS. BASHI:  Now if we could bring up 15 --

21  BY MS. BASHI:

22  Q.   I think you can sit down now.  I think I'm done asking you

23  to exercise.

24  A.   That's fine.  Exercise is good.

25       MS. BASHI:  If we could bring up 15-1.124.  Thank you,

1    Ms. Faucheux.

2    BY MS. BASHI:

3    Q.   This is a picture of that cabinet that was kind of a focus

4    earlier, right?

5    A.   Yep.  The overall shot of it, yes.

6    Q.   Yes.

7           MS. BASHI:  Ms. Faucheux, if you could zoom in on the

8    top shelf for me, please.

9    BY MS. BASHI:

10   Q.   Do you see other items there?

11   A.   There's a green container, looks like an iron.  Container,

12   Pine-Sol in a bag, yes.

13   Q.   Okay.  And I'm just assuming you guys took all this stuff

14   off of these shelves when -- and looked through it, right?

15   A.   I did not personally, but someone did, yes.

16   Q.   Were you there witnessing it?

17   A.   Yes.

18          MS. BASHI:  Okay.  If you could move to the second

19   shelf, please.  Thank you.  And if you could actually zoom in,

20   in that back right corner, on those two containers.

21   BY MS. BASHI:

22   Q.   I know we talked about some of the other stuff on this

23   shelf already.  Are you able to tell what the label on that

24   container looks like it is?

25   A.   The one in front?

MARK DAVIDSON - REDIRECT BY MS. MOHSIN

1   Q.  Yeah.

2   A.  Looks like a Nestle product item.  I'm not sure what type.

3   Q.  Looks like there may be some, like, white milk splashing

4   right there?

5   A.  Yep.

6   Q.  Okay.  And we --

7   A.  Might be Nestle's Quik.  Who knows.

8   Q.  It might be.

9        And we can't tell what's in the container behind

10  there, right?

11  A.  That's correct.

12       MS. BASHI:  And then if you could move to -- actually,

13  you can take that one down.  Thank you.

14       If I can have one moment, your Honor?

15       THE COURT:  You may.

16     (Attorney conference.)

17       MS. BASHI:  I have nothing further.

18       THE COURT:  All right.

19       MS. MOHSIN:  Briefly?

20       THE COURT:  Will it be less than two or three minutes?

21       MS. MOHSIN:  It sure will.

22       THE COURT:  Okay.  Go ahead, Ms. Mohsin.

23                    REDIRECT EXAMINATION

24  BY MS. MOHSIN:

25  Q.  Were you trained not to measure the items that you seized?

1   A.  Not necessarily not to train [sic] them.  But if there was

2   a small amount, I was not going to move it to another

3   container, to risk possibly losing or contaminating it.

4   Q.  All right.  So was that a factor in your decision not to

5   measure it here?

6   A.  Yes.

7   Q.  Okay.  Now, the 15-15, that photo, when was the first time

8   you saw that photo?

9   A.  Of the bottle?

10  Q.  Of the Chem jar from the lab.

11  A.  You shared it with me before we had our team meeting.

12  Q.  All right.  So just within the last couple weeks?

13  A.  Yeah.

14  Q.  But you don't have any idea how much liquid was in that

15  bottle, do you?

16  A.  No.

17  Q.  So --

18  A.  Well, when we originally sealed it, there was -- whatever

19  was in the bottle was in the jar, yes.

20  Q.  When you put it in the jar, in the I-Chem jar, after you

21  found it, it had liquid in it?

22  A.  Yes.

23  Q.  And your approximation is 2 to 3 ounces?

24  A.  Yes, ma'am.

25  Q.  And then you sent it off?

MARK DAVIDSON - REDIRECT BY MS. MOHSIN

1  A.  SABT Haug sent it off.  It was packaged and sent off, yes.

2  Q.  You have no idea how much leaked, or if any leaked, or what

3  quantity was remaining?

4  A.  I, no, do not.

5  Q.  So when you looked at that picture and you said, "If it was

6  empty, it would be consistent," do you know if it was empty?

7  A.  I -- it appears to be empty, but I can't tell from the

8  picture.  It's not a very good picture.

9  Q.  All right.  And then finally, you talked about the fact

10  that you did this test before you sent it to the lab.

11        Why do you do a test, if you're going to send it to

12  the lab?

13  A.  Just to help to identify what it might be and how they

14  would deal with it.

15  Q.  So is it a conclusive test?

16  A.  It is a lab -- it is a test that's presumptive, and then

17  they -- they have their chemist do their stuff with it, yeah.

18  Q.  All right.  So --

19  A.  It just helps us classify stuff.

20  Q.  Is that because you're putting it in the mail?

21  A.  Yes.  Well, yes.  It actually goes in the mail, you're

22  right.

23  Q.  So does it go through FedEx?

24  A.  I believe we ship FedEx because it's a -- and it goes FedEx

25  ground because you don't put that stuff in the airplanes.  Yes.

 1          MS. MOHSIN:  All right.  Thank you.

 2          THE COURT:  This concludes your testimony.  You are

 3   excused, and you may step down.

 4          THE WITNESS:  Thank you, sir.  Have a good day.

 5      (Witness excused, 2:31 p.m.)

 6          THE COURT:  Members of the jury, this concludes our

 7   trial day.  Please be on time tomorrow.  Remember not to do any

 8   research about this case, not to discuss this case with anyone.

 9   You must follow the Court's instructions, and if you learn of

10   anyone not following the Court's instructions, you must report

11   it to me or a member of my staff immediately.

12          You-all are excused.  Thank you.

13          THE LAW CLERK:  All rise for the jury.

14      (Whereupon the jury was excused, 2:31 p.m.)

15          THE COURT:  Court is in recess for 15 minutes.

16      (Court in recess, 2:32 p.m.)

17      (Back on the record, 2:50 p.m.)

18          THE COURT CLERK:  All rise.  The United States

19   District Court for the Eastern District of Michigan is back in

20   session.  You may be seated.

21          MS. MOHSIN:  Judge, before we begin, I have a request.

22   Exhibit 10-2, which was presented in court, has a copper azide

23   explosives recipe.  We're asking that that exhibit be sealed.

24   We're concerned about, you know, the public having access to

25   those materials.  So we're going to ask for that to be sealed.

1          We're also going to play an exhibit, which is the TATP

2    explosives video.  We're going to play it in court, but we're

3    also going to ask the video to be sealed.  I didn't want to do

4    it in front of the jury, but I wanted to do it now.

5          MR. GEROMETTA:  No objections.

6          THE COURT:  All right.  Those matters will be sealed.

7          MS. MOHSIN:  And the exhibit number --

8          THE COURT:  The exhibits.

9          MS. MOHSIN:  Yes.  The exhibit number for the first

10   item with the copper azide recipe was 15-2.  Let me just verify

11   that, because I seem to be unable to get these numbers right.

12   Hang on.

13         MR. SLAVIN:  10-2.

14         MS. MOHSIN:  10-2.  See, I knew I was wrong.

15         THE COURT:  That's what you said initially.

16         MS. MOHSIN:  Oh, I did say that initially?  Okay.

17   10-2.  And then the video -- the TATP video is in Exhibit 18,

18   and it's Exhibit 18-3 and 18-3A.

19         THE COURT:  Exhibits 10-2, 18-3, and 18-3A --

20         MS. MOHSIN:  Yes, please.

21         THE COURT:  -- will be sealed.

22         MS. MOHSIN:  Thank you, your Honor.

23         THE COURT:  All right.

24         We are here regarding jury instructions and verdict

25   forms.  And before I turn to jury instructions, I believe the

1    parties are in agreement regarding the verdict form.  Is that

2    right?

3              MR. SLAVIN:  Yes.  I believe so, your Honor.

4              MS. BASHA:  Yes, your Honor.

5              THE COURT:  All right.  The only change that I noted

6    was -- to the jury instructions and the verdict form is there

7    doesn't need to be a reference to third superseding indictment.

8    The Court will simply have the word "indictment," lower case,

9    that the jury doesn't need to know there were two prior -- or

10   infer that there were two prior indictments.

11             Mr. Carroll, would you approach.

12        (Conference with court staff.)

13             THE COURT:  All right.  I'm going to start where I see

14   disputed instructions, and if I miss something, please let me

15   know, and I'll go backwards.

16             Starting on page 22 of the new -- newly submitted

17   joint draft, use of the word "and" in the indictment, and it

18   appears that the government wants this --

19             MR. GEROMETTA:  Your Honor, could we have one moment?

20             MS. BASHA:  To confer?

21             THE COURT:  Yes.  All right.

22        (Attorney conference.)

23             MR. GEROMETTA:  We may have resolved that, Judge, if

24   we could just have a second to double-check our notes.

25             THE COURT:  Okay.

1        (Attorney conference.)

2            MR. SLAVIN:  It appears we've agreed to keep that

3    instruction -- or have that instruction in the -- this jury

4    instructions.

5            THE COURT:  Ms. Basha, are you sure?

6            MS. BASHA:  One more moment, your Honor.

7            THE COURT:  Okay.  And for the record, the Court's

8    understanding is that the government would like this

9    instruction and the defense believes it should be deleted.

10           MR. GEROMETTA:  That's correct, your Honor.

11           THE COURT:  So there is no agreement.

12           MR. SLAVIN:  We're trying to remember which way we

13   compromised on this and another instruction.

14           THE COURT:  All right.  We can also come back to this.

15       (Attorney conference.)

16           MR. SLAVIN:  So we agreed that this stays in.  We

17   removed something else as a compromise.

18           THE COURT:  All right.  Is that accurate, Ms. Basha,

19   that --

20           MS. BASHA:  Yes, your Honor.

21           THE COURT:  -- that page 22, as drafted, you agree

22   should be included?  That's right, Ms. Basha?

23           MS. BASHA:  Yes, your Honor.

24           THE COURT:  All right.  Page 28, Roman numeral X.  And

25   this is all underneath the -- attempt to provide material

1    support instruction, the elements for counts 1 and 2.  It

2    currently reads:  "There's no requirement that the defendant

3    provide any specific amount of support for it to be considered

4    material," in quotation marks.

5            The government believes that this sentence should

6    remain and the defense should -- the defense believes that it

7    should be deleted.  Is there supporting authority to include

8    this sentence?  I don't believe the Court's been provided with

9    any.

10           MR. SLAVIN:  Your Honor, it's in the cases that are

11   listed at the end of the instruction, *Alebbini* and others.

12   It's not -- it's not -- they're not disputes over that

13   instruction itself, but what they do cover is that there is no

14   de minimis exception to material support.  So there's no -- to

15   the extent that the jury may be asking, "How much support is

16   material?" we feel that there needs to be an answer to that

17   question, which is there's no minimum amount of support for it

18   to be considered material.  Any support fits.  So that's why we

19   are requesting that language.

20           THE COURT:  Any -- that any support is material, or

21   any material support is sufficient?

22           MR. SLAVIN:  That any --

23           THE COURT:  Because those are two different things.

24           MR. SLAVIN:  That the -- so what the cases say,

25   *Alebbini* and others, is that there's no de minimis exception.

1    So just a little support fulfills the -- the requirement.  So

2    there's not a -- even though the word "material" is in there,

3    it's not materiality in that there needs to be a certain amount

4    of it for it to be -- for it to amount to material support.

5              THE COURT:  Was there support or not.

6              MR. SLAVIN:  Right.

7              THE COURT:  Ms. Basha?

8              MS. BASHA:  Yes, your Honor.  Those are all cases --

9    or, rather, courts reviewing sufficiency-of-the-evidence

10   claims, which, I think, as the government agreed, is different

11   from the propriety of an instruction or not.  Our position is

12   that the word "material" must mean something -- it's in the

13   statute -- and that this phrasing runs the risk of confusing

14   the jury into thinking that the word "material" is canceled out

15   or has no meaning at all because this -- this phrasing provides

16   something of an antidefinition and is basically defining

17   "material support" to be as close to little support or even no

18   support, as close to nothing as it could get.  It's important

19   that the jury understands that "material" has meaning, and that

20   it shouldn't be read out of the statute.

21             And while *Holder* -- you know, one of the seminal

22   Supreme Court cases on material support, the majority opinion

23   does not go into the discussion of -- or the definition,

24   rather, of "material support."  Justice Sotomayor's dissent in

25   that opinion does at length consider the definition of

1    "material" and "materiality," which is that "material" means

2    being of real importance or great consequence, meaning that

3    that adjective, that modifier, has to be linked to the support

4    in some type of meaningful way.  And the support must be of the

5    type as it is defined by the statute, which is material.  Any

6    quantity of material support could be material, but not any

7    support at all.

8              THE COURT:  Do you agree with counsel that *Alebbini*

9    supports or mentions "de minimis"?

10             MS. BASHA:  I don't believe that *Alebbini*, from my

11   recollection, uses that phrasing.  There's a case -- pulling it

12   up -- *United States versus Carpenter* --

13             THE COURT:  And I'm looking at *Alebbini*, and I don't

14   see that language in *Alebbini*.  Go ahead, Ms. Basha.

15             MS. BASHA:  The -- when I typed that phrasing into

16   Westlaw, the case that came back was *United States versus*

17   *Carpenter*, which is an unreported case out of the Eastern

18   District of Tennessee -- and the Westlaw cite is 2022 WL

19   17834330 -- which discusses that in that court's view of the

20   case law, that there is no de minimis requirement in the

21   quantity of material support, that material goes to the

22   quality.

23             But as we see it, the phrasing that the government has

24   proposed might lead the jury to think that, again, "material"

25   has no meaning, whether it's quantity or quality.

```
 1           MR. SLAVIN:  Your Honor, I think the language
 2   specifically uses the word "amount," so it directly goes to
 3   quantity.  So it directly answers the question of how much is
 4   enough.
 5           THE COURT:  I do not see the word "amount" in the
 6   Alebbini case.
 7           MR. SLAVIN:  I mean -- I'm sorry.  What I mean is that
 8   in the instruction, proposed instruction.  So --
 9           THE COURT:  But where is it coming from is what the
10   Court is --
11           MR. SLAVIN:  I'm double-checking that.  Unfortunately,
12   the --
13           THE COURT:  All right.  Well, I don't see it, so we'll
14   move on for now.  If you find something, I will --
15           MR. SLAVIN:  Yes, your Honor.
16           THE COURT:  -- consider it.  But for now we'll move
17   on.  For now it's not going to be included, but we'll see.
18           I'm going to move on to -- and let me just note for
19   the record that Alebbini is the case citation 979 F.3d 537 (6th
20   Cir. 2020).
21           And we're moving on to page 32.  "Once the defendant
22   has the requisite intent and has taken a substantial step, the
23   crime is complete.  No defense of withdrawal, abandonment, or
24   renunciation exists after the crime of attempt is complete."
25   And this is language that appears to be offered by the defense.
```

1    And previously the government had proposed different language,

2    that "once the defendant has taken a substantial step, the

3    crime is complete, and it is too late for the defendant to

4    abandon or renounce the crime.

5         MR. SLAVIN:  Your Honor, I believe we -- we changed

6    the language to the language that the defense preferred for

7    that second sentence, so we actually will accept the language

8    that's listed here.  But I believe the defense is -- still

9    wants to just have this entire instruction taken out.

10        Is that correct?

11        MS. BASHA:  If we could have a moment to confer, your

12   Honor?

13        THE COURT:  All right.

14      (Attorney conference.)

15        MR. SLAVIN:  My apologies.  I misremembered.  I

16   thought Mr. Gorgon was going to be here to argue this, so I'm

17   stepping in for him.

18        THE COURT:  All right.  I presume Mr. Gorgon won't be

19   coming back for any of our arguments.

20        MR. SLAVIN:  He was really excited about this one.

21        MS. MOHSIN:  He was supposed to be here, Judge.  I'm

22   trying to figure out where he is now, because he was prepared

23   for this.

24        THE COURT:  Well --

25        MR. SLAVIN:  But you're right.  The -- so here, now I

1    remember.  Thank you, Ms. Basha, for reminding me.

2           So this instruction is within the explanation of what

3    a substantial step is.  So are --

4           THE COURT:  Where?  In the *Alebbini* case or elsewhere?

5           MR. SLAVIN:  No, no.  I mean, within the instructions.

6           THE COURT:  All right.

7           MR. SLAVIN:  Right.  So it's under C, right, of this

8    instruction.  I know it's a very long instruction.  But it's

9    under part C, which defined "substantial step."  And so we

10   don't believe that the intent should be within the definition

11   of a "substantial step."  The intent is elsewhere within this

12   instruction.

13          So we -- a cleaner instruction would not include the

14   words about intent with it.  So, in other words, "once the

15   defendant has taken a substantial step, the crime is complete"

16   is the instruction that we would request.

17          THE COURT:  And to take out "no defense of withdrawal,

18   abandonment, or renunciation exists"?

19          MR. SLAVIN:  No, we can keep that.  It's just taking

20   out -- the government would ask to remove the words "has the

21   requisite intent and."  So just "once the defendant," and then

22   the next words be "has taken a substantial step."

23          And, again, the reason for that is intent is covered

24   elsewhere within the instruction.  This is just a definition of

25   "substantial step."  The definition of "substantial step"

1    should not also have a second intent requirement to aban- --

2         THE COURT:  All right.  So you still want the last

3    sentence of "no defense of withdrawal"?

4         MR. SLAVIN:  Yes, and that was just a rephrasing we

5    agreed to for -- for that part of the instruction.

6         THE COURT:  Are both parts agreed to, Ms. Basha, with

7    the modification as stated by Mr. Slavin?  "Once the defendant

8    has taken a substantial step, the crime is complete," period.

9    New sentence:  "No defense of withdrawal, abandonment, or

10   renunciation exists after the crime of attempt is complete."

11        MS. BASHA:  Your Honor, the parties agree on the

12   second sentence of that subsection, starting with "no defense

13   of" all the way to "is complete."

14        THE COURT:  So you disagree that "once the defendant

15   has taken a substantial step, the crime is complete"?

16        MS. BASHA:  Correct.  The --

17        THE COURT:  Well, wasn't that in the prior draft, and

18   is it also supported by *Alebbini*?

19        MS. BASHA:  I --

20        THE COURT:  And Pattern Instruction 5.01?

21        MS. BASHA:  Right.  I think the parties are taking --

22   taking from the pattern in the overall scheme, I guess, of the

23   instruction on attempt.  And because this subsection refers to

24   the overall crime, the crime -- the overall crime being

25   complete, the definition of "attempt" is "intent plus

1     substantial step."  And so we think this is a more complete and

2     fulsome definition of when the crime was complete.

3               THE COURT:  What do you think should not be here?

4               MS. BASHA:  I think what the -- and correct me if I'm

5     wrong, Mr. Slavin.  What the government thinks shouldn't be

6     here is "has the requisite intent and," which we would request

7     be read back into the sentence.

8               THE COURT:  Okay.

9               MR. SLAVIN:  I wonder, your Honor, if there's a way to

10    make both of these make sense now that they -- if we take that

11    out of C and make it essentially D and then renumber so that

12    it's not within the substantial step part of the instruction.

13    Because that's our concern, that it muddles up the substantial

14    step instruction.

15              If that then become -- if this entire paragraph

16    becomes its own D so it's not in the substantial step

17    instruction, I think that resolves our concern.

18              MS. BASHA:  That makes sense to us, your Honor.

19              THE COURT:  All right.  We'll see if you all can come

20    to an agreement.

21              MR. SLAVIN:  I think --

22              MS. BASHA:  I think we --

23              THE COURT:  You're saying you have?  All right.  Give

24    it to the Court and make sure that it's clear.  Thank you.

25              MR. SLAVIN:  For the record, instead of being C sub

1  (ii), it becomes D.  The current C sub (iii) becomes C sub

2  (ii).  The current C sub (iv) becomes C sub (iii).  And then

3  the current D becomes E and so on.

4         MS. BASHA:  That's correct.

5         THE COURT:  You're going to have to say that one more

6  time and slower.

7         MR. SLAVIN:  My apologies.  So pull that sentence

8  that's currently in C little (ii), for two, take that out from

9  there; move the next two subparagraphs, which are (iii) and

10  (iv).

11         THE COURT:  (i), (iii), and (iv).

12         MR. SLAVIN:  Right.  Make them (ii) and (iii), just

13  renumber them.  And then paste that (ii) that we've removed as

14  a -- the next section.

15         THE COURT:  All right.

16         MR. SLAVIN:  As section D.

17         THE COURT:  So we'd be skipping from (i), (iii), and

18  (iv), and (ii) would be the new section D.

19         MR. SLAVIN:  Yes, exactly.  And then obviously D --

20         THE COURT:  All right.  But changing the number.

21  Okay.  Thank you.

22         Is that -- you agree with that?

23         MS. BASHA:  Yes, your Honor.

24         THE COURT:  Thank you, Ms. Basha.

25         All right.  The next dispute is -- and I believe this

 1    may be the last dispute, unless something else has arisen --

 2    pages 43 to 44.

 3              MR. SLAVIN:  Your Honor, one quick note --

 4              THE COURT:  Go ahead.

 5              MR. SLAVIN:  -- on pages 35 and 36.  This is not a

 6    dispute.  I believe the parties agree on it.  But the Court

 7    specifically issued an order on this instruction, and there are

 8    two requested changes to the instruction that the Court wrote.

 9    I believe the parties agree on them, but I want to point them

10    out.

11              THE COURT:  The changes on 35 and 36 that have been

12    stricken through?

13              MR. SLAVIN:  Yes.

14              THE COURT:  There's a red line?

15              MR. SLAVIN:  There's a strike-through on 35, and then

16    on 36 it's a strike-through and then an addition.

17              THE COURT:  All right.

18              MR. SLAVIN:  They're two minor language changes, which

19    I can explain, but I believe the parties agree on them.

20              THE COURT:  You don't have to.  I see it.  So I'm only

21    going to disputed language.  But thank you.

22              MR. SLAVIN:  I just wanted to explain why it was

23    there.

24              THE COURT:  All right.  Thank you, Mr. Slavin.

25              Page 43.  And this is capital F.  And it -- from my

1   view of this, this appears to be basically the defense just

2   wanting to preserve its prior objection.  Is that right?

3            MS. BASHA:  That's correct, your Honor.

4            THE COURT:  Okay.  So I ruled on it, and it will

5   remain as -- as stated.

6            MR. SLAVIN:  And to be clear, your Honor, the

7   instruction the government requests is without the changes that

8   are within that paragraph.

9            THE COURT:  Correct.

10            MS. BASHA:  And, your Honor, just for the record,

11   would the Court mind clarifying which prior ruling it's

12   referencing on the definition of the component theory?

13            THE COURT:  Well, let me just say this.  I guess I

14   haven't exactly ruled on it, but you are disputing the

15   circuit's interpretation of the law and you want to be able to

16   raise that later.

17            MS. BASHA:  Yes, that's right.

18            THE COURT:  I'm bound by the Sixth Circuit, so --

19            MS. BASHA:  We understand.

20            THE COURT:  -- I have to implement it.  Thank you for

21   that clarification.

22            And I do note for the record that other circuits have

23   it -- haven't done the same thing.

24            MS. BASHA:  Yes.  And just for the record, your Honor,

25   that case that we would be citing on the circuit split is

1    *United States versus Malone*, 546 F.2d 1182 from the Fifth

2    Circuit in 1990 -- 1977, sorry.

3              THE COURT:  Thank you.  I do see that.

4              All right.  Anything else, Mr. Slavin?

5              MR. SLAVIN:  Just double-checking, your Honor.

6        (Brief pause.)

7              THE COURT:  And just to clarify, Mr. Slavin, your view

8    is that these alterations on 43 and 44 should not be there?

9              MR. SLAVIN:  Correct, your Honor.

10             THE COURT:  All right.  Thank you.

11             MR. SLAVIN:  I don't believe there's anything else

12   from the government.

13             THE COURT:  All right.  Ms. Basha?

14             MS. BASHA:  Not from us, your Honor.

15             THE COURT:  Okay.  And I just want to remind you-all

16   to make sure anyone whose name would be listed in the opinion

17   with this instruction, that we have all the names right.

18             MR. SLAVIN:  Yes, your Honor.  I did also send

19   Mr. Carroll last night a potential First Amendment instruction.

20   We are not requesting it at this point.  If something comes up

21   during the rest of this trial that would necessitate that

22   instruction, and necessitate us asking for that instruction, we

23   just want to provide it to the Court so the Court has it ahead

24   of time, so it's not starting from scratch.

25             But at this point, the way the trial has come in, the

 1    arguments have been made, we don't think that instruction is

 2    necessary.

 3              THE COURT:  All right.  Ms. Basha?

 4              MS. BASHA:  Yes, your Honor.  We are also in receipt

 5    of the proposed instruction.  And if the Court does entertain

 6    giving it, then we would raise any dispute --

 7              THE COURT:  And I guess we will see.  And it will be

 8    some very quick statements from counsel and hopefully a quick

 9    ruling.

10              Is there anything else for the Court's consideration

11    right now?

12              MS. MOHSIN:  We don't have anything further.  I can

13    update the Court regarding scheduling, if the Court would like

14    that.

15              THE COURT:  Yes.  Thank you, Ms. Mohsin.

16              MR. MOON:  So --

17              THE COURT:  Well, before you proceed.

18              Ms. Basha, anything further?

19              MS. BASHA:  Not on jury instructions, thank you, your

20    Honor.

21              THE COURT:  Thank you.

22              Ms. Mohsin.

23              MS. MOHSIN:  Given the current pace and the

24    government's ability to move quickly, we are expecting that it

25    is likely that we will be able to wrap up our case-in-chief

1   probably on Tuesday, maybe Wednesday.  But I just wanted to

2   give the Court the heads-up.

3        We do have a witness who is going to be seeing his

4   doctor tomorrow -- Friday, rather.  He's not able to travel as

5   yet.  He has had a medical procedure, and his doctor has to

6   allow him to travel.  We are optimistic that, given how he

7   feels, that he will be able to be here on Tuesday.

8        If he is not able to be here on Tuesday, he is a very

9   important witness for us, and so we will revisit this issue

10  with the Court next week.  But, again, I am optimistic, given

11  our discussions, that we will be able to produce him in court

12  for live testimony.

13       So I just wanted to give the Court that update.  But

14  we are hoping that we will be able to complete Tuesday, maybe

15  Wednesday.

16       THE COURT:  All right.  That is helpful.  And, of

17  course you all are aware that we won't be in trial on Monday,

18  given the holiday.  There will be an extended lunch break on

19  Tuesday.  I do have a matter that must be attended to, and the

20  break will be just about an hour and a half.  So it will be our

21  longest break that we have had.  And I will get the time to

22  you-all, just so you're able to plan.

23       MS. MOHSIN:  Thank you, your Honor.

24       THE COURT:  I think it will be about -- either 11:15

25  or 11:30, sometime around there, for an hour and a half.

1          I appreciate you-all, and we are adjourned on this

2     matter.  The Court is in recess for a couple minutes until the

3     next matter.

4          THE COURT CLERK:  All rise.  Court is in recess.

5       (Proceedings adjourned, 3:17 p.m.)

6                            -   -   -

```
 1                    CERTIFICATION OF REPORTERS

 2

 3      I, Leann S. Lizza/Christin E. Douglas, do hereby certify

 4   that the above-entitled matter was taken before me at the time

 5   and place hereinbefore set forth; that the proceedings were

 6   duly recorded by me stenographically and reduced to computer

 7   transcription; that this is a true, full and correct transcript

 8   of my stenographic notes so taken; and that I am not related

 9   to, nor of counsel to either party, nor interested in the event

10   of this cause.

11

12

13   S/Leann S. Lizza S/Christin E. Douglas              5/21/2025

14   Leann S. Lizza, CSR-3746, RPR, CRR, RMR, RDR        Date

15   Christin E. Douglas, RDR, CRR, FCRR, CSR

16

17

18

19

20

21

22

23

24

25
```

# #

**#Dabiq** [1] - 24:8
**#infographic** [2] - 29:20, 32:3
**#O** [1] - 23:17

# 1

**1** [5] - 11:11, 119:11, 157:16, 175:16, 196:1
**1,387** [1] - 34:25
**1,646** [1] - 11:1
**1.108** [1] - 106:21
**1.5** [1] - 151:12
**1.5-41** [1] - 150:21
**10** [5] - 71:14, 89:2, 89:4, 113:15, 154:18
**10-1** [2] - 38:12, 56:11
**10-11** [1] - 49:23
**10-13** [1] - 49:10
**10-14** [1] - 55:9
**10-15** [2] - 34:8, 46:11
**10-2** [9] - 4:3, 11:7, 11:11, 22:20, 192:22, 193:13, 193:14, 193:17, 193:19
**10-2.18A** [1] - 21:15
**10-2A** [1] - 21:17
**10-6** [1] - 54:6
**10-7** [1] - 54:7
**10-minute** [1] - 59:24
**100** [1] - 75:6
**106** [1] - 5:23
**108** [1] - 5:24
**10:00** [1] - 8:6
**10:55** [1] - 59:21
**10:56** [2] - 60:1, 60:3
**10th** [1] - 27:9
**11** [1] - 123:6
**110** [1] - 5:18
**112** [1] - 5:5
**113** [1] - 5:3
**115** [1] - 3:16
**1182** [1] - 207:1
**11:09** [1] - 60:4
**11:10** [1] - 60:11
**11:11** [1] - 60:21
**11:15** [1] - 209:24
**11:30** [1] - 209:25
**11:33** [1] - 14:22
**11:54** [1] - 94:6
**11:55** [1] - 94:25
**11th** [1] - 17:8
**12** [1] - 14:1
**122** [1] - 3:19
**12:16** [1] - 114:3

**12:17** [1] - 114:5
**12:34** [1] - 14:14
**12:50** [1] - 114:6
**12:53** [1] - 114:24
**12th** [1] - 13:9
**13** [3] - 81:11, 89:1, 89:10
**139** [1] - 144:25
**14** [1] - 93:5
**147** [1] - 76:6
**149** [1] - 5:13
**15** [11] - 89:19, 91:6, 94:13, 128:24, 151:17, 151:18, 152:14, 168:3, 170:21, 187:20, 192:15
**15-1-100** [1] - 92:18
**15-1.102** [1] - 71:3
**15-1.108** [1] - 106:21
**15-1.109** [1] - 106:25
**15-1.124** [2] - 139:23, 187:25
**15-1.128** [2] - 140:24, 181:21
**15-1.129** [1] - 143:7
**15-1.137** [1] - 143:14
**15-1.138** [1] - 143:24
**15-1.139** [1] - 145:6
**15-1.140** [1] - 146:22
**15-1.141** [1] - 147:1
**15-1.142** [1] - 147:5
**15-1.159** [1] - 77:17
**15-1.160** [1] - 78:15
**15-1.177** [2] - 109:5, 116:9
**15-1.197** [2] - 110:21, 116:23
**15-1.2** [1] - 66:12
**15-1.20** [1] - 135:1
**15-1.21** [2] - 91:19, 135:5
**15-1.22** [1] - 136:24
**15-1.25** [1] - 137:6
**15-1.27** [1] - 137:24
**15-1.28** [1] - 138:18
**15-1.29** [1] - 139:7
**15-1.32** [1] - 68:21
**15-1.36** [1] - 75:16
**15-1.43** [1] - 104:21
**15-1.51** [1] - 106:15
**15-1.63** [1] - 139:20
**15-1.70** [2] - 91:8, 119:12
**15-1.88** [1] - 79:18
**15-1.97** [1] - 72:13
**15-10** [7] - 5:4, 69:22, 70:12, 71:13, 71:22, 71:25, 72:1

**15-109** [1] - 106:25
**15-11** [4] - 5:5, 111:24, 112:6, 112:9
**15-15** [7] - 5:6, 167:2, 167:21, 168:8, 168:11, 184:12, 190:7
**15-2** [1] - 193:10
**15-27** [1] - 83:23
**15-27-2** [1] - 173:5
**15-27.1** [3] - 5:7, 85:8, 85:15
**15-27.2** [1] - 5:8, 172:15, 172:18, 173:12
**15-27.3** [3] - 5:9, 83:17, 84:3
**15-27.4** [1] - 5:8, 172:15, 172:18, 173:15
**15-27.5** [1] - 5:8, 172:14, 172:18, 173:21
**15-27.6** [1] - 5:8, 172:14, 172:18, 173:19
**15-27.7** [4] - 5:10, 84:6, 84:13, 84:18
**15-27s** [1] - 84:21
**15-28** [4] - 5:11, 76:13, 76:22, 76:25
**15-29.1** [4] - 5:12, 81:11, 81:14, 81:18
**15-29.10** [1] - 82:12
**15-29.11** [1] - 82:11
**15-29.12** [1] - 81:23
**15-29.13** [3] - 5:12, 81:14, 82:19
**15-29.2** [1] - 82:9
**15-29.3** [1] - 82:1
**15-29.4** [1] - 82:3
**15-29.6** [1] - 81:19
**15-29.7** [1] - 81:21
**15-29.8** [1] - 82:5
**15-29.9** [1] - 82:22
**15-30** [6] - 5:13, 149:12, 157:19, 161:6, 166:5, 166:22
**15-31** [7] - 5:13, 149:12, 156:9, 162:7, 162:9, 166:6, 166:22
**15-32** [12] - 5:13, 149:12, 156:14, 156:15, 158:16, 158:17, 159:18, 165:6, 166:15, 166:19, 168:3, 168:5
**15-33** [4] - 5:13, 149:12, 154:23,

154:24
**15-34** [3] - 5:13, 149:12, 156:5
**15-35.1** [1] - 5:16, 170:2, 170:5, 182:20, 182:21
**15-35.2** [4] - 5:16, 170:2, 170:5, 171:6
**15-39** [4] - 5:16, 170:2, 170:5, 171:25
**15-4** [1] - 151:23
**15-4.3** [1] - 151:19
**15-40** [4] - 5:16, 170:2, 170:5, 172:3
**15-41** [4] - 5:13, 149:12, 150:24, 150:25
**15-42** [4] - 5:16, 170:2, 170:5, 170:22
**15-42.1** [3] - 5:16, 170:3, 170:5
**15-42.2** [3] - 5:17, 170:3, 170:6
**15-421** [1] - 170:23
**15-422** [1] - 170:23
**15-43** [8] - 5:14, 149:13, 151:7, 151:12, 151:13, 151:14, 151:21, 151:23
**15-44** [1] - 152:20
**15-44.1** [3] - 5:14, 149:13, 152:17
**15-45.1** [3] - 5:14, 149:12, 157:3
**15-45.2** [2] - 5:14, 149:13
**15-45.3** [2] - 5:14, 149:13
**15-451** [1] - 157:2
**15-46** [4] - 5:14, 149:13, 155:3, 155:20
**15-46.2** [3] - 5:15, 149:13, 156:24
**15-47** [5] - 5:15, 149:13, 149:23, 149:24, 151:23
**15-48** [3] - 5:15, 149:14, 150:13
**15-49** [3] - 5:15, 149:14, 152:22
**15-50** [3] - 5:15, 149:14, 152:21
**15-51** [3] - 5:15, 149:14, 152:24
**15-57** [4] - 5:18, 109:18, 110:2, 110:5
**15-58** [4] - 5:19, 77:21, 78:5, 78:8

**15-6** [4] - 5:20, 98:15, 98:18, 98:21
**15-60** [5] - 5:21, 73:14, 73:25, 74:9, 74:12
**15-63** [4] - 5:22, 78:21, 79:5, 79:8
**15-64** [4] - 5:3, 112:17, 113:3, 113:6
**15-7** [4] - 5:23, 105:11, 105:24, 106:2
**15-74.1** [3] - 5:24, 107:6, 107:14, 107:25, 108:4
**15-74.2** [1] - 107:16
**15-74.3** [2] - 5:24, 108:4
**15-76** [1] - 174:11
**15-77** [4] - 5:25, 174:21, 175:6, 175:9
**15-8** [6] - 6:1, 70:8, 70:10, 70:12, 70:14, 70:15
**15.1.63** [1] - 89:20
**15.1.70** [1] - 91:8
**15.2** [1] - 173:19
**15.351** [1] - 171:13
**15.41** [1] - 170:20
**15.42** [1] - 170:20
**15.44.1** [2] - 152:8, 152:15
**159** [1] - 77:16
**168** [1] - 5:6
**17** [1] - 61:23
**170** [1] - 5:16
**172** [1] - 5:8
**175** [1] - 5:25
**176** [1] - 3:20
**177.4** [3] - 171:21, 171:22, 183:7
**17834330** [1] - 198:19
**18** [3] - 177:20, 177:21, 193:17
**18-3** [3] - 4:3, 193:18, 193:19
**18-3A** [3] - 4:4, 193:18, 193:19
**189** [1] - 3:21
**18th** [2] - 14:14, 18:2
**19** [1] - 22:20
**192** [2] - 4:3, 109:14
**193** [1] - 4:5
**1977** [1] - 207:2
**1989** [2] - 123:17, 123:19
**1990** [1] - 207:2
**1995** [2] - 123:19
**1997** [1] - 95:21
**1999** [2] - 126:10, 177:18

**19th** [1] - 23:18
**1:02** [2] - 121:24, 122:11
**1:21** [1] - 15:12
**1st** [2] - 123:3, 126:15

## 2

**2** [15] - 2:7, 12:3, 34:9, 49:24, 50:18, 55:10, 100:16, 107:6, 107:25, 157:3, 157:16, 166:3, 175:16, 190:23, 196:1
**2.1** [1] - 21:16
**2.2A** [1] - 21:16
**20** [2] - 128:25, 177:19
**2001** [2] - 1:16, 126:15
**2004** [1] - 96:2
**2016** [6] - 12:18, 13:9, 14:1, 14:14, 14:22, 15:12
**2017** [20] - 17:1, 17:8, 18:1, 19:13, 20:13, 23:18, 25:2, 26:10, 27:9, 29:8, 30:13, 31:3, 31:21, 41:1, 65:19, 83:2, 96:19, 128:3, 132:9, 177:16
**2019** [1] - 123:24
**202** [1] - 1:21
**2020)** [1] - 199:20
**2021** [1] - 124:4
**2022** [1] - 198:18
**2025** [2] - 1:12, 7:1
**203** [1] - 111:18
**20530** [1] - 1:21
**20th** [1] - 48:9
**21** [3] - 1:12, 7:1, 61:19
**211** [5] - 1:16, 6:16, 34:12, 34:16, 38:16
**211705280** [2] - 11:21, 33:12
**22** [2] - 194:16, 195:21
**22-CR-20504** [2] - 1:5, 7:9
**226-9100** [1] - 1:17
**228260044** [2] - 11:21, 33:20
**23** [1] - 124:12
**231** [1] - 1:11
**23rd** [2] - 14:22, 19:13
**24th** [1] - 20:14
**25** [2] - 8:5, 123:24
**253** [1] - 127:24
**267398743** [1] - 49:18
**27** [1] - 2:7
**27th** [1] - 31:21

**28** [2] - 15:12, 195:24
**29.10** [1] - 88:23
**29.13** [1] - 88:23
**29.2** [1] - 87:4
**29th** [1] - 123:19
**2:30** [1] - 114:19
**2:31** [2] - 192:5, 192:14
**2:32** [1] - 192:16
**2:50** [1] - 192:17

## 3

**3** [15] - 34:5, 50:18, 53:7, 55:10, 83:24, 83:25, 107:6, 107:18, 108:1, 157:3, 157:16, 166:3, 175:16, 184:2, 190:23
**3-ounce** [1] - 183:14
**302** [1] - 180:1
**30th** [6] - 48:9, 65:19, 83:2, 96:19, 132:9, 176:20
**31** [1] - 162:8
**313** [3] - 1:17, 2:5, 2:8
**32** [2] - 3:6, 199:21
**35** [3] - 205:5, 205:11, 205:15
**35-minute** [1] - 113:25
**36** [6] - 38:13, 44:5, 75:16, 205:5, 205:11, 205:16
**360** [2] - 13:24, 17:15
**382323704** [1] - 34:5
**3:12** [1] - 12:18
**3:17** [1] - 210:5
**3:57** [1] - 17:9

## 4

**4** [3] - 41:25, 42:1, 100:16
**43** [4] - 151:20, 205:2, 205:25, 207:8
**44** [2] - 205:2, 207:8
**452** [1] - 157:2
**453** [1] - 157:2
**48** [1] - 151:23
**48226** [2] - 1:17, 2:4
**48362** [2] - 2:7
**4:31** [1] - 14:1
**4th** [2] - 26:10, 29:8

## 5

**5-1.126** [1] - 140:17
**5-1.20** [2] - 134:20, 135:1

**5.01** [1] - 202:20
**5/21/2025** [1] - 211:13
**52** [1] - 56:11
**530-9505** [1] - 2:8
**537** [1] - 199:19
**546** [1] - 207:1
**57** [1] - 3:7

## 6

**6** [6] - 171:20, 171:21, 183:4, 183:7, 183:16, 184:4
**6-fluid-ounce** [1] - 171:14
**6-ounce** [2] - 183:13, 184:1
**60** [2] - 3:10, 73:17
**613** [1] - 2:3
**616-2846** [1] - 1:21
**63** [1] - 139:19
**6th** [2] - 12:22, 199:19

## 7

**7** [4] - 4:2, 30:13, 31:3, 104:17
**70** [1] - 6:1
**71** [1] - 5:4
**720** [1] - 15:11
**74** [1] - 5:21
**76** [1] - 5:11
**7600** [1] - 1:20
**77** [2] - 174:12, 174:13
**78** [1] - 5:19
**79** [1] - 5:22
**7th** [1] - 25:3

## 8

**8** [1] - 51:24
**81** [1] - 5:12
**84** [2] - 5:9, 5:10
**85** [1] - 5:7
**86** [1] - 3:11
**88** [1] - 29:20
**89** [1] - 79:22
**8th** [1] - 17:1

## 9

**9** [5] - 1:9, 3:5, 26:4, 26:7, 26:8
**90** [2] - 80:6, 80:15
**91** [1] - 32:3
**93** [1] - 3:12
**95** [1] - 3:15
**950** [1] - 1:20
**967-5555** [1] - 2:5
**979** [1] - 199:19

**98** [2] - 5:20, 72:24
**99** [1] - 73:5
**9:18** [2] - 1:12, 7:4
**9:19** [1] - 8:1
**9:20** [1] - 8:1
**9:21** [1] - 8:14
**9:45** [1] - 8:6
**9:49** [1] - 13:10
**9:52** [1] - 8:15
**9:55** [2] - 8:23, 9:6
**9th** [2] - 12:18, 12:23

## A

**A'maq** [5] - 20:4, 20:5, 20:10, 23:22
**A'maq_[News** [1] - 20:9
**a.m** [19] - 1:12, 7:4, 8:1, 8:14, 8:15, 8:23, 9:7, 13:10, 14:22, 15:12, 17:9, 59:21, 60:1, 60:3, 60:4, 60:11, 60:21, 94:6
**a.m4v** [1] - 14:14
**aban** [1] - 202:1
**abandon** [1] - 200:4
**abandonment** [3] - 199:23, 201:18, 202:9
**Abbott** [1] - 2:3
**ability** [1] - 208:24
**able** [11] - 130:19, 140:15, 188:23, 206:15, 208:25, 209:4, 209:7, 209:8, 209:11, 209:14, 209:22
**above-entitled** [1] - 211:4
**abreast** [1] - 125:15
**absolutely** [2] - 50:10, 86:14
**Abu** [23] - 11:21, 11:25, 12:7, 13:5, 13:12, 13:21, 14:11, 14:19, 15:8, 19:21, 21:24, 23:11, 30:12, 30:17, 31:2, 31:15, 31:19, 31:20, 32:1, 33:17, 47:25, 48:3, 50:12
**Abu-Bakr** [1] - 30:17
**Abu-Hamzah** [16] - 11:21, 11:25, 12:7, 13:5, 13:12, 13:21, 14:11, 14:19, 15:8, 19:21, 21:24, 23:11, 30:12, 31:15, 32:1, 33:17

**AC** [1] - 180:1
**accept** [2] - 9:23, 200:7
**access** [8] - 10:13, 10:14, 10:16, 10:18, 15:24, 163:3, 192:24
**accessories** [1] - 79:15
**accordingly** [1] - 64:24
**account** [27] - 9:17, 9:20, 10:10, 10:11, 10:13, 10:14, 10:16, 11:2, 11:5, 11:20, 11:24, 13:12, 13:13, 15:24, 15:25, 16:5, 17:11, 33:17, 33:19, 34:12, 38:16, 38:23, 39:3, 44:8, 44:9, 45:14, 48:9
**accounted** [1] - 132:17
**accounts** [5] - 16:1, 16:10, 51:19, 52:2, 54:17
**accurate** [2] - 47:14, 195:18
**acetone** [9] - 58:13, 140:7, 140:11, 141:7, 157:19, 161:5, 161:7, 166:22, 179:7
**acid** [11] - 140:13, 143:8, 143:10, 143:16, 156:9, 162:4, 162:7, 162:8, 162:9, 166:23, 179:4
**acronym** [1] - 34:21
**action** [1] - 129:7
**active** [4] - 10:11, 16:2, 16:11, 53:22
**activity** [2] - 10:23, 10:24
**ACTO** [1] - 67:18
**Acto** [4] - 77:12, 77:14, 77:19, 77:25
**actual** [7] - 27:14, 40:12, 48:7, 72:1, 100:18, 158:6, 161:2
**ad** [1] - 31:17
**add** [1] - 114:21
**addition** [2] - 26:8, 205:16
**additional** [11] - 18:19, 24:2, 124:22, 125:25, 139:11, 141:20, 144:10, 169:7, 171:13, 171:25, 174:2
**address** [1] - 30:2

**addressed** [1] - 137:17
**adhesive** [1] - 78:13
**adjective** [1] - 198:3
**adjourned** [2] - 210:1, 210:5
**admin** [5] - 42:18, 42:24, 46:3, 49:6, 49:7
**administrators** [1] - 56:4
**admission** [4] - 149:2, 149:4, 168:7, 175:6
**admit** [18] - 69:23, 70:12, 71:22, 74:9, 76:22, 78:5, 79:5, 81:7, 83:22, 84:15, 85:12, 98:18, 105:24, 107:25, 110:2, 112:6, 113:3, 136:16
**admitted** [24] - 11:7, 69:25, 70:14, 71:24, 74:11, 76:24, 78:7, 79:7, 81:13, 84:2, 84:17, 85:14, 85:24, 98:20, 106:1, 108:3, 110:4, 112:8, 113:5, 149:7, 168:10, 169:23, 172:16, 175:8
**Adnani** [1] - 31:20
**adopt** [3] - 24:14, 48:8, 48:11
**affiliated** [1] - 26:19
**affiliating** [1] - 24:15
**afraid** [1] - 22:13
**Africa** [1] - 19:5
**afternoon** [6] - 115:7, 115:8, 122:17, 122:18, 176:18, 176:19
**afterwards** [1] - 150:18
**Agency** [4] - 20:4, 20:10, 23:22
**Agency_A** [1] - 20:9
**Agent** [20] - 60:16, 72:15, 94:20, 95:8, 98:3, 110:23, 115:2, 115:7, 121:22, 128:15, 132:11, 132:14, 164:1, 166:9, 174:18, 174:19, 175:13, 175:19, 176:21, 177:5
**agent** [18] - 61:6, 61:12, 61:19, 62:10, 63:4, 95:10, 95:25,

96:1, 97:7, 123:21, 123:23, 124:7, 124:16, 127:23, 131:11, 158:6, 161:14, 164:9
**agents** [6] - 40:16, 63:5, 63:6, 63:23, 104:12, 134:10
**ago** [6] - 118:7, 133:17, 133:22, 140:25, 184:22, 185:1
**agree** [5] - 195:21, 198:8, 202:11, 204:22, 205:6, 205:9, 205:19
**agreed** [5] - 195:2, 195:16, 197:10, 202:5, 202:6
**agreement** [5] - 169:20, 172:12, 194:1, 195:11, 203:20
**agricultural** [1] - 123:11
**ahead** [32] - 11:12, 12:15, 14:18, 69:9, 71:1, 74:14, 75:1, 77:2, 78:10, 78:12, 79:13, 80:10, 81:7, 81:16, 83:14, 88:7, 93:18, 98:22, 102:25, 106:6, 110:7, 112:11, 145:9, 149:8, 151:21, 151:24, 181:19, 184:11, 189:22, 198:14, 205:4, 207:23
**AHURA** [1] - 185:15
**Ahura** [4] - 164:17, 164:21, 185:13, 185:15
**AI** [3] - 43:13, 43:15, 43:16
**airplanes** [1] - 191:25
**AKA** [2] - 11:21
**AI** [11] - 28:7, 28:9, 28:18, 28:20, 29:20, 29:23, 31:17, 32:3, 32:5, 50:13
**al** [5] - 30:17, 31:2, 31:19, 31:20
**al-Adnani** [1] - 31:20
**al-Baghdadi** [2] - 30:17, 31:2
**Al-Furat** [2] - 28:18, 28:20
**Al-Furqan** [4] - 28:7, 28:9, 31:17

**al-Hasan** [1] - 31:19
**al-Muhajir** [1] - 31:19
**Al-Naba** [2] - 29:23, 32:5
**Al-Naba'** [2] - 29:20, 32:3
**Al-Yemani** [1] - 50:13
**Alabama** [2] - 125:6, 125:7
**Alebbini** [10] - 196:11, 196:25, 198:8, 198:10, 198:13, 198:14, 199:6, 199:19, 201:4, 202:18
**alerted** [1] - 8:7
**allegiance** [1] - 30:16
**allies** [1] - 23:15
**allow** [3] - 73:20, 94:12, 209:6
**allowed** [4] - 10:16, 64:4, 64:14, 177:15
**almost** [2] - 177:19, 182:7
**alone** [2] - 157:7, 171:2
**alongside** [1] - 64:25
**alpha** [7] - 99:20, 100:3, 100:5, 100:7, 100:13, 101:19, 102:12
**alterations** [1] - 207:8
**alternate** [1] - 132:6
**Amanda** [1] - 7:21
**AMANDA** [1] - 2:2
**amend** [1] - 70:11
**Amendment** [1] - 207:19
**AMERICA** [1] - 1:3
**America** [1] - 7:10
**amiss** [1] - 127:13
**Ammunition** [2] - 41:25, 42:1
**Ammunitions** [1] - 42:3
**amount** [10] - 166:1, 180:10, 180:13, 190:2, 196:3, 196:17, 197:3, 197:4, 199:2, 199:5
**Amy** [2] - 3:4, 9:6
**analysis** [2] - 157:8, 176:2
**analyst** [1] - 95:25
**Angela** [5] - 3:9, 60:16, 60:21, 61:5, 61:12
**angle** [1] - 144:21
**announce** [1] - 8:2
**annual** [1] - 125:12

**answer** [3] - 77:8, 145:5, 196:16
**answered** [1] - 181:13
**answers** [1] - 199:3
**antidefinition** [1] - 197:16
**apologies** [5] - 33:2, 133:5, 135:1, 200:15, 204:7
**apologize** [6] - 37:1, 57:18, 73:19, 73:23, 91:2, 147:22
**apostates** [1] - 28:19
**app** [8] - 35:24, 35:25, 36:1, 36:3, 36:10, 36:16, 37:2, 37:15
**appear** [12] - 66:15, 68:24, 87:23, 91:24, 135:21, 171:9, 171:11, 171:18, 186:18, 186:19, 186:20
**Appearances** [1] - 1:23
**appearances** [2] - 1:14, 7:11
**APPEARANCES** [1] - 2:1
**appeared** [6] - 66:10, 67:9, 130:10, 146:14, 161:11, 162:13
**appearing** [1] - 7:14
**Apple** [5] - 68:17, 69:5, 69:18, 71:8, 92:12
**apply** [1] - 166:15
**appreciate** [2] - 92:8, 210:1
**approach** [9] - 60:18, 73:21, 87:7, 94:21, 94:22, 105:7, 122:4, 182:12, 194:11
**approached** [1] - 48:16
**appropriate** [4] - 127:19, 129:7, 134:25, 166:13
**appropriately** [1] - 132:16
**approximation** [1] - 190:23
**apps** [2] - 37:10, 37:17
**April** [2] - 25:2, 25:3
**Arabic** [2] - 16:16, 16:22
**area** [20] - 67:1, 90:5, 93:23, 93:24, 97:13, 97:18, 97:19, 99:14, 99:16, 99:20,

100:13, 101:15, 101:16, 102:8, 103:18, 105:4, 109:3, 111:16, 134:9, 169:8
**areas** [4] - 96:8, 104:13, 104:14
**argue** [2] - 43:16, 200:16
**arguments** [2] - 200:19, 208:1
**arise** [1] - 125:16
**arisen** [1] - 205:1
**Arm** [1] - 136:18
**armrest** [1] - 118:19
**army** [1] - 126:3
**army's** [1] - 126:4
**arrival** [1] - 128:15
**arrive** [1] - 8:4
**arrived** [5] - 97:6, 97:7, 127:25, 184:23, 185:5
**arriving** [2] - 128:13, 163:1
**Arrows** [1] - 24:24
**Arsenal** [2] - 125:6, 125:7
**Asher** [1] - 7:17
**ASHER** [1] - 1:15
**aside** [1] - 157:25
**assembled** [2] - 131:5, 133:3
**assembling** [1] - 130:10
**assessment** [1] - 96:7
**assign** [2] - 103:6, 103:9
**assigned** [8] - 61:13, 61:21, 62:11, 96:6, 124:10, 128:5, 129:12, 179:19
**assignment** [1] - 128:4
**assignments** [3] - 103:5, 133:3, 133:10
**assist** [1] - 131:14
**assistance** [1] - 134:8
**assistant** [3] - 123:17, 123:18, 124:4
**Assistant** [2] - 7:14, 7:17
**assisting** [1] - 128:6
**associated** [14] - 32:23, 33:9, 33:11, 33:14, 33:19, 35:3, 49:20, 50:6, 50:21, 51:4, 54:16, 56:20, 57:19, 163:10
**assume** [1] - 87:24
**assuming** [2] - 16:1,

188:13
**attached** [8] - 16:20, 18:21, 19:23, 29:22, 30:13, 31:16, 32:2, 143:17
**attaching** [1] - 143:17
**attachment** [8] - 12:8, 13:6, 13:23, 14:13, 14:20, 15:9, 19:24, 64:15
**attachments** [2] - 14:12, 19:24
**Attack** [3] - 16:24, 27:15, 29:9
**attacks** [1] - 57:15
**attempt** [5] - 195:25, 199:24, 202:10, 202:23, 202:25
**attend** [1] - 125:25
**attended** [3] - 126:1, 126:2, 209:19
**attention** [19] - 65:14, 128:3, 134:17, 135:23, 136:24, 137:6, 138:18, 139:1, 139:3, 139:7, 139:8, 139:19, 140:17, 140:24, 143:6, 143:14, 143:24, 167:1, 169:9
**Attorney** [11] - 7:14, 7:15, 7:17, 121:16, 148:22, 169:12, 189:16, 194:22, 195:1, 195:15, 200:14
**attorney** [4] - 70:6, 73:15, 86:15, 108:6
**Attorney's** [1] - 1:16
**attract** [1] - 139:8
**attributed** [1] - 31:18
**audible** [1] - 157:12
**audio** [4] - 17:23, 18:6, 25:11, 25:15
**Aurora** [3] - 80:6, 80:15, 81:18
**authority** [1] - 196:7
**automated** [1] - 54:3
**automatically** [4] - 37:3, 37:10, 37:13, 37:21
**auxiliary** [1] - 9:20
**available** [1] - 103:6
**Avenging** [1] - 28:18
**Avenue** [1] - 1:20
**aware** [12] - 115:14, 115:16, 116:5, 119:8, 119:14, 128:18, 165:12, 165:19, 177:4,

184:19, 184:21, 209:17
**Aws** [4] - 7:10, 7:20, 65:14, 96:22
**AWS** [1] - 1:6
**Ayman** [2] - 45:6, 50:13
**azide** [3] - 22:24, 192:22, 193:10

## B

**B-R-O-N-S-O-N** [1] - 61:15
**bachelor's** [3] - 62:2, 62:3, 123:10
**backs** [1] - 89:11
**backup** [1] - 41:17
**backups** [2] - 41:16, 41:17
**backwards** [1] - 194:15
**backyard** [6] - 101:16, 101:25, 102:6, 102:8, 102:9, 102:12
**bad** [1] - 30:18
**bag** [29] - 74:14, 84:6, 84:9, 89:8, 110:7, 141:14, 145:15, 154:14, 154:16, 154:17, 154:21, 154:22, 155:3, 155:8, 155:11, 155:13, 155:15, 155:22, 155:23, 156:1, 156:2, 167:10, 170:20, 170:22, 171:3, 172:10, 173:4, 187:8, 188:12
**Baghdadi** [2] - 30:17, 31:2
**bags** [5] - 83:5, 88:24, 144:3, 144:4, 161:7
**Bakr** [2] - 30:17, 31:2
**Banach** [1] - 98:3
**banner** [1] - 31:17
**based** [10] - 8:4, 8:7, 63:1, 64:5, 125:24, 127:11, 165:17, 167:25, 183:24, 185:24
**Basel** [4] - 54:14, 55:2, 57:24, 58:8
**basement** [42] - 66:25, 67:4, 67:6, 67:10, 68:13, 68:15, 75:14, 86:3, 90:12, 90:18, 90:23, 91:17, 93:21, 97:18, 97:19, 99:16,

99:17, 99:18, 99:20, 100:13, 100:18, 104:3, 104:4, 119:4, 119:6, 119:8, 119:15, 120:3, 120:20, 128:24, 129:12, 129:14, 129:19, 130:3, 130:9, 130:24, 133:2, 134:5, 135:4, 137:3, 169:8, 172:23
**BASHA** [95] - 2:2, 7:23, 32:19, 33:4, 34:8, 34:10, 34:22, 34:24, 35:21, 35:22, 38:12, 38:14, 40:19, 40:20, 43:20, 44:5, 44:7, 44:15, 45:4, 45:5, 46:11, 46:14, 48:2, 49:11, 49:23, 49:25, 50:18, 50:19, 50:25, 51:1, 51:6, 51:7, 51:11, 51:12, 51:16, 51:17, 51:21, 51:22, 51:24, 51:25, 52:4, 52:5, 52:9, 52:10, 52:14, 52:15, 52:19, 52:20, 53:1, 53:2, 53:6, 53:9, 53:11, 53:13, 54:6, 54:9, 54:10, 55:9, 55:11, 55:18, 55:19, 56:7, 56:8, 56:11, 56:12, 57:2, 57:5, 59:15, 59:18, 194:4, 194:20, 195:6, 195:20, 195:23, 197:8, 198:10, 198:15, 200:11, 202:11, 202:16, 202:19, 202:21, 203:4, 203:18, 203:22, 204:4, 204:23, 206:3, 206:10, 206:17, 206:19, 206:24, 207:14, 208:4, 208:19
**Basha** [18] - 3:6, 7:21, 32:17, 57:7, 57:17, 57:18, 195:5, 195:18, 195:22, 197:7, 198:14, 201:1, 202:6, 204:24, 207:13, 208:3, 208:18
**BASHI** [32] - 2:2, 7:22, 149:5, 168:9, 169:21, 172:13, 173:8, 173:11, 173:13, 175:7,

176:12, 176:15, 176:17, 181:20, 182:1, 182:12, 182:15, 182:17, 184:12, 184:14, 185:9, 185:10, 187:20, 187:21, 187:25, 188:2, 188:7, 188:9, 188:18, 188:21, 189:12, 189:17
**Bashi** [4] - 3:20, 7:21, 169:22, 176:10
**bathroom** [1] - 100:7
**batteries** [3] - 143:9, 186:20
**battery** [7] - 82:21, 89:10, 143:10, 143:16, 162:9, 166:23, 179:4
**bayat** [1] - 30:23
**BB** [16] - 106:9, 106:20, 106:24, 107:4, 107:11, 107:12, 107:13, 107:14, 107:20, 108:10, 108:15, 115:21, 116:1, 116:3, 116:5, 118:25
**BBs** [10] - 106:13, 108:8, 108:19, 111:15, 115:21, 116:1, 116:7, 117:24, 118:8, 120:4
**Beauty** [1] - 127:10
**became** [4] - 23:15, 48:20, 95:23, 126:15
**become** [5] - 126:8, 126:14, 174:5, 184:19, 203:15
**becomes** [6] - 63:18, 203:16, 204:1, 204:2, 204:3
**becoming** [1] - 23:14
**bedding** [2] - 67:10, 72:11, 72:22
**bedroom** [5] - 100:1, 100:3, 100:5, 103:25, 104:6
**Bedroom** [1] - 104:1
**bedrooms** [1] - 103:23
**BEFORE** [1] - 1:10
**begin** [1] - 192:21
**beginning** [1] - 66:3
**begins** [1] - 103:8
**behalf** [2] - 7:14, 7:20
**behave** [1] - 22:12
**behavioral** [1] - 96:7
**behind** [7] - 90:21, 116:18, 141:12,

141:16, 142:22, 155:11, 189:9
**believes** [3] - 195:9, 196:5, 196:6
**belonged** [2] - 15:17, 67:12
**belonging** [1] - 20:6
**below** [11] - 80:7, 82:6, 100:2, 100:4, 109:13, 117:15, 144:17, 183:9, 183:11, 183:13
**best** [4] - 90:14, 93:6, 147:16, 166:20
**betray** [1] - 22:13
**better** [6] - 44:13, 61:8, 72:2, 105:1, 138:10, 144:21
**between** [12] - 10:12, 11:2, 11:20, 37:25, 62:4, 99:15, 128:24, 133:24, 135:15, 135:17, 138:4, 161:2
**beyond** [1] - 125:10
**big** [4] - 59:3, 154:10, 162:21, 187:8
**bigger** [1] - 39:25
**bio** [1] - 126:25
**bio-rad** [1] - 126:25
**bird's** [2] - 98:10, 101:13
**bird's-eye** [2] - 98:10, 101:13
**bit** [6] - 19:20, 42:18, 43:8, 53:11, 75:23, 177:23
**black** [5] - 75:9, 79:14, 79:20, 80:8, 84:9
**blanket** [1] - 105:7
**blankets** [1] - 72:23
**blasphemy** [1] - 30:20
**blasting** [2] - 146:1, 146:5
**bleach** [2] - 136:4, 136:10
**blinker** [1] - 152:9
**boards** [1] - 155:5
**boiling** [1] - 129:2
**bomb** [36] - 20:6, 97:7, 104:1, 119:23, 119:25, 120:8, 120:9, 121:6, 124:16, 124:21, 124:22, 124:25, 125:8, 125:14, 125:15, 126:4, 126:8, 126:16, 126:17, 128:5, 128:12, 130:4, 131:11, 131:23,

145:21, 158:6,
161:14, 162:24,
164:9, 176:25,
177:3, 177:6,
177:24, 178:8,
180:18, 180:25
**Bomb** [6] - 128:15,
132:11, 164:1,
166:9, 174:18,
175:19
**bomber** [1] - 127:22
**bombings** [1] - 127:15
**book** [2] - 93:1, 93:4
**bot** [52] - 9:13, 9:15,
9:16, 9:17, 10:8,
10:13, 10:16, 10:18,
10:23, 10:25, 11:2,
11:5, 11:21, 11:25,
12:8, 13:6, 13:13,
13:22, 14:19, 15:9,
15:23, 16:5, 17:11,
19:21, 21:24, 23:12,
30:13, 31:15, 32:2,
33:9, 33:19, 33:24,
33:25, 34:1, 42:14,
42:23, 42:25, 43:4,
43:6, 43:15, 43:21,
43:25, 44:9, 44:18,
44:22, 45:1, 45:14,
53:21, 53:24, 56:20,
56:21
**Bot** [2] - 45:16, 45:18
**bots** [12] - 9:21, 10:2,
42:12, 43:8, 43:9,
43:21, 45:8, 45:20,
45:25, 46:6, 46:10,
53:22
**bottle** [28] - 135:25,
136:4, 136:5, 136:7,
141:23, 142:1,
142:2, 142:23,
143:18, 146:13,
158:11, 165:7,
168:3, 168:5, 171:6,
179:8, 179:10,
179:12, 179:20,
181:24, 183:1,
183:9, 183:13,
184:2, 184:9, 190:9,
190:15, 190:19
**bottle's** [2] - 117:12,
183:16
**bottles** [8] - 135:24,
140:7, 146:12,
147:3, 171:14,
182:10, 182:24,
184:5
**bottom** [27] - 14:15,
16:13, 17:6, 17:17,
19:10, 20:16, 24:24,

26:14, 28:18, 34:23,
35:5, 70:9, 81:25,
82:3, 100:14, 101:1,
101:2, 101:22,
104:5, 106:19,
111:4, 111:11,
116:14, 117:22,
135:23, 140:12,
155:18
**Boulevard** [1] - 1:11
**bound** [1] - 206:18
**box** [42] - 27:8, 74:8,
74:22, 74:24, 79:15,
79:20, 79:24, 80:7,
80:12, 80:15, 80:16,
81:2, 81:18, 82:4,
82:6, 82:25, 83:2,
83:4, 83:7, 83:9,
83:12, 83:15, 85:22,
93:9, 107:7, 120:20,
122:5, 141:19,
148:12, 152:24,
153:4, 153:6, 153:7,
156:24, 157:7,
157:22, 159:10,
171:1, 173:20,
175:12, 175:15,
186:23
**boxes** [10] - 81:23,
83:18, 139:12,
141:4, 157:6, 157:7,
157:8, 157:9,
157:11, 182:15
**brand** [10] - 24:15,
75:9, 77:5, 77:11,
78:19, 136:19,
171:14, 173:5,
174:10, 187:14
**Bravery** [1] - 21:6
**break** [22] - 32:10,
32:12, 59:23, 59:24,
60:13, 86:17, 86:18,
86:21, 94:11, 94:13,
94:17, 113:17,
113:25, 146:19,
148:6, 148:20,
148:22, 169:14,
169:16, 209:18,
209:20, 209:21
**brick** [1] - 66:9
**brief** [10] - 8:21, 54:8,
57:4, 60:9, 73:22,
86:11, 88:13, 88:17,
93:17, 94:15
**Brief** [6] - 114:10,
152:16, 167:4,
175:22, 182:16,
207:6
**briefed** [2] - 132:14,
133:9

**briefings** [1] - 125:21
**briefly** [3] - 58:21,
130:6, 189:19
**bring** [15] - 38:12,
46:11, 54:6, 56:7,
75:15, 77:16, 89:19,
102:25, 104:21,
163:23, 178:22,
181:21, 184:12,
187:20, 187:25
**bringing** [4] - 34:8,
44:5, 49:10, 186:13
**British** [2] - 126:3,
126:4
**Bronson** [6] - 3:9,
60:17, 60:21, 61:5,
61:12, 72:15
**brought** [5] - 8:19,
60:8, 114:12,
142:24, 143:1
**brown** [2] - 170:12,
170:14
**bubble** [2] - 21:12,
30:9
**bubbles** [1] - 142:5
**building** [3] - 128:17,
132:6, 163:18
**built** [1] - 65:3
**bulb** [1] - 139:17
**bulb-type** [1] - 139:17
**bulbs** [3] - 84:8,
144:7, 172:5
**bunch** [1] - 44:20
**bundled** [1] - 89:11
**burning** [1] - 143:19
**burnouts** [1] - 145:18
**but..** [2] - 18:6, 90:17
**Butler** [1] - 53:23
**button** [2] - 76:1,
111:8
**buy** [1] - 145:16
**BY** [181] - 9:9, 11:15,
12:5, 12:14, 12:21,
13:3, 13:19, 14:4,
14:9, 14:17, 15:6,
16:14, 17:7, 17:18,
18:4, 18:9, 18:18,
19:8, 19:16, 20:18,
21:2, 21:9, 21:18,
22:22, 23:3, 23:21,
24:1, 24:5, 24:19,
24:23, 25:5, 25:9,
25:18, 25:23, 26:13,
27:7, 27:19, 28:4,
28:15, 28:25, 29:4,
29:16, 30:10, 31:7,
31:13, 31:24, 32:19,
33:4, 34:10, 34:24,
35:22, 38:14, 40:20,
43:20, 44:7, 44:15,

45:5, 46:14, 48:2,
49:11, 49:25, 50:19,
51:1, 51:7, 51:12,
51:17, 51:22, 51:25,
52:5, 52:10, 52:15,
52:20, 53:2, 53:9,
53:13, 54:10, 55:11,
55:19, 56:8, 56:12,
57:12, 61:1, 61:9,
66:14, 66:23, 68:23,
69:10, 70:1, 70:7,
70:17, 71:5, 71:12,
72:3, 72:14, 73:1,
73:6, 73:13, 73:18,
73:24, 74:13, 75:17,
76:7, 77:1, 77:18,
78:9, 78:16, 79:9,
79:19, 79:23, 80:21,
81:15, 84:4, 84:19,
85:17, 86:23, 87:3,
87:11, 88:14, 88:22,
89:21, 91:9, 91:20,
92:19, 93:20, 95:3,
98:24, 100:11,
101:11, 102:16,
103:2, 104:23,
105:10, 106:3,
106:16, 106:22,
107:1, 108:7, 109:7,
109:15, 110:6,
110:22, 111:19,
112:10, 113:7,
115:6, 116:10,
116:25, 119:13,
121:16, 132:20,
132:24, 134:21,
135:2, 135:19,
137:12, 138:3,
141:25, 145:1,
145:13, 146:7,
146:23, 149:15,
151:25, 167:5,
168:16, 170:7,
172:20, 173:17,
174:14, 175:10,
175:23, 176:17,
182:1, 182:17,
184:14, 185:10,
187:21, 188:2,
188:9, 188:21,
189:24
**by_A'maq** [1] - 20:9

**C**

**cabinet** [19] - 101:2,
138:1, 138:4,
138:15, 139:25,
140:18, 147:7,
148:10, 150:2,
150:3, 150:14,

151:3, 151:5,
152:12, 152:13,
155:6, 158:2, 171:8,
188:3
**cables** [1] - 81:22
**cache** [3] - 37:6, 37:7,
37:8
**Cache** [1] - 37:8
**Caliph** [1] - 30:16
**Caliphate** [5] - 30:25,
41:25, 42:1, 42:4,
55:16
**camera** [3] - 173:15,
173:21, 173:23
**can..** [1] - 153:11
**canceled** [1] - 197:14
**cane** [6] - 75:3, 75:8,
91:24, 92:6
**CANE** [1] - 91:24
**cannot** [2] - 113:18,
113:19
**cap** [1] - 146:5
**capacity** [6] - 46:22,
171:14, 183:6,
183:15, 183:16,
184:8
**capital** [4] - 33:15,
101:20, 205:25
**caps** [1] - 146:1
**capture** [2] - 160:7,
179:21
**car** [15] - 101:17,
101:19, 102:21,
102:23, 103:21,
108:24, 108:25,
110:16, 111:22,
112:13, 116:13,
117:1, 117:3,
118:12, 120:4
**card** [1] - 82:23
**care** [3] - 127:10,
127:11, 166:12
**career** [4] - 67:21,
124:12, 124:20,
161:2
**carefully** [2] - 75:1,
110:15
**Carpenter** [2] -
198:12, 198:17
**Carroll** [2] - 194:11,
207:19
**Carthage** [1] - 96:14
**cartridge** [6] - 107:12,
107:19, 107:20,
108:21, 115:23,
116:3
**cartridges** [5] -
111:15, 117:23,
118:1, 118:3, 118:24
**case** [28] - 10:22, 42:9,

44:17, 58:12, 63:7, 113:19, 113:20, 127:22, 128:9, 131:20, 147:13, 148:1, 148:7, 159:17, 164:14, 192:8, 194:8, 198:11, 198:16, 198:17, 198:20, 199:6, 199:19, 201:4, 206:25, 208:25
**Case** [3] - 3:2, 3:23, 7:9
**case-by-case** [1] - 42:9
**case-in-chief** [1] - 208:25
**cases** [8] - 63:4, 63:5, 124:9, 160:23, 196:10, 196:24, 197:8, 197:22
**catch** [1] - 130:4
**caught** [2] - 139:1, 139:3
**caused** [1] - 130:14
**caution** [1] - 58:9
**caveat** [1] - 147:17
**Celebrate** [1] - 171:14
**Celebrate-brand** [1] - 171:14
**Cellebrite** [2] - 11:3, 11:18
**cellophane** [1] - 187:3
**center** [11] - 22:20, 30:9, 81:25, 110:19, 110:25, 111:8, 112:3, 117:1, 134:24, 135:14, 145:15
**Center** [3] - 26:15, 26:18, 26:24
**certain** [9] - 9:16, 37:23, 131:15, 147:22, 157:13, 161:24, 166:11, 169:20, 197:3
**certainly** [2] - 9:22, 187:15
**CERTIFICATION** [2] - 6:16, 211:1
**certification** [1] - 126:11
**certifications** [1] - 125:12
**Certified** [1] - 1:24
**certified** [3] - 124:16, 124:17, 124:18
**certify** [1] - 211:3
**chain** [1] - 153:24

**chair** [1] - 89:3
**change** [2] - 10:9, 194:5
**changed** [1] - 200:5
**changes** [4] - 205:8, 205:11, 205:18, 206:7
**changing** [1] - 204:20
**Channel** [7] - 34:19, 46:4, 46:16, 55:16, 57:13, 57:22, 59:1
**channel** [7] - 21:25, 22:5, 39:9, 39:14, 41:20, 42:6, 46:6
**channels** [15] - 22:3, 38:1, 38:4, 38:23, 39:3, 39:5, 39:13, 39:14, 39:20, 41:6, 41:13, 41:15, 41:24, 42:11, 42:21
**charge** [1] - 27:16
**chargers** [2] - 82:20, 89:10
**chat** [27] - 10:7, 10:12, 21:12, 27:5, 27:8, 38:8, 42:23, 44:9, 46:3, 46:8, 46:15, 47:3, 47:7, 47:19, 47:21, 47:24, 48:21, 48:22, 49:6, 49:13, 53:23, 54:11, 56:2, 56:17, 56:20, 56:21, 56:25
**chats** [4] - 38:16, 42:19, 42:21, 57:17
**check** [4] - 58:10, 73:21, 87:16, 194:24
**checking** [2] - 199:11, 207:5
**chem** [1] - 126:25
**Chem** [21] - 158:12, 158:20, 158:22, 158:23, 159:4, 159:6, 159:19, 159:24, 160:3, 161:1, 162:9, 165:8, 166:5, 166:16, 166:17, 167:9, 167:21, 168:19, 168:20, 190:10, 190:20
**chemical** [5] - 127:5, 158:19, 160:3, 162:21, 176:2
**chemicals** [17] - 131:20, 132:7, 134:15, 135:22, 155:10, 155:11, 157:25, 158:6, 158:8, 158:24,

161:1, 161:15, 174:3, 175:2, 175:24, 176:1, 177:9
**chemist** [4] - 136:12, 164:23, 191:17
**chief** [1] - 208:25
**Chief** [2] - 3:2, 3:23
**children** [1] - 67:12
**choice** [1] - 30:17
**Christin** [2] - 1:25, 211:15
**Christmas** [9] - 127:22, 139:18, 141:5, 142:22, 145:16, 145:24, 146:24, 150:22, 172:5
**Cir** [1] - 199:20
**circuit** [5] - 124:3, 130:17, 146:11, 155:5, 206:25
**Circuit** [2] - 206:18, 207:2
**circuit's** [1] - 206:15
**circuits** [1] - 206:22
**circumstances** [3] - 42:12, 136:11, 161:23
**citation** [1] - 199:19
**cite** [1] - 198:18
**citing** [1] - 206:25
**city** [5] - 13:8, 13:9, 24:9, 24:12, 162:20
**civilian** [2] - 95:23, 125:8
**claims** [1] - 197:10
**clarification** [2] - 48:1, 206:21
**clarify** [3] - 118:24, 151:16, 207:7
**clarifying** [2] - 93:17, 206:11
**class** [2] - 126:3, 126:7
**classes** [1] - 126:1
**classify** [1] - 191:19
**Clean** [1] - 141:12
**clean** [4] - 159:6, 159:9, 159:11, 159:13
**cleaner** [2] - 89:4, 201:13
**cleaners** [1] - 82:14
**cleaning** [3] - 135:21, 136:18, 136:20
**clear** [9] - 30:19, 83:1, 87:19, 92:5, 131:23, 151:16, 186:25, 203:24, 206:6
**clerk** [2] - 95:24

**CLERK** [23] - 7:5, 8:13, 8:16, 8:22, 59:25, 60:2, 60:5, 60:10, 60:19, 60:22, 94:23, 95:1, 114:2, 114:4, 114:7, 114:8, 114:23, 122:6, 122:9, 122:12, 192:13, 192:18, 210:4
**click** [4] - 36:15, 37:15, 37:18, 58:15
**clicker** [1] - 12:24
**clock** [1] - 129:1
**Clorox** [2] - 136:4, 136:10
**close** [15] - 106:24, 107:3, 111:20, 118:22, 137:25, 138:15, 139:14, 145:2, 145:11, 146:24, 147:2, 147:6, 187:18, 197:17, 197:18
**close-up** [10] - 106:24, 107:3, 111:20, 137:25, 139:14, 145:2, 145:11, 146:24, 147:2, 147:6
**closed** [1] - 144:3
**closer** [2] - 61:7, 71:4
**closet** [2] - 144:9, 174:2
**clothes** [1] - 143:19
**cloud** [1] - 10:4
**CO** [4] - 107:11, 107:19, 107:20, 111:15
**CO2** [8] - 108:21, 115:23, 116:3, 117:23, 118:1, 118:3, 118:24, 120:4
**coalition** [1] - 26:21
**coffee** [11] - 86:4, 139:2, 139:12, 139:15, 144:8, 144:10, 145:15, 147:3, 147:10, 171:25
**Cold** [1] - 74:3
**collateral** [2] - 62:13, 124:13
**collect** [15] - 62:22, 63:11, 63:20, 64:4, 64:12, 64:14, 65:12, 94:11, 94:12, 127:15, 152:6, 158:6, 158:8, 161:15, 177:8
**collected** [15] - 62:25,

65:5, 65:9, 65:10, 68:4, 148:7, 163:6, 167:20, 170:10, 178:14, 178:15, 179:2, 179:12, 180:17
**collecting** [7] - 63:14, 63:22, 64:19, 99:8, 178:12, 179:20, 180:17
**collection** [5] - 63:8, 64:1, 127:23, 178:2, 178:10
**college** [1] - 62:4
**College** [1] - 96:14
**colored** [1] - 141:19
**colors** [1] - 186:24
**coming** [7] - 19:4, 89:25, 98:12, 121:11, 129:9, 199:9, 200:19
**command** [3] - 43:21, 43:22, 120:18
**commands** [1] - 45:10
**common** [1] - 135:21
**communicate** [1] - 163:24
**communicating** [1] - 59:9
**communication** [2] - 38:5, 163:24
**communications** [1] - 38:11
**Community** [1] - 2:3
**community** [1] - 59:4
**company** [2] - 62:8, 78:19
**compare** [2] - 67:14, 67:15
**complete** [14] - 87:18, 87:23, 199:23, 199:24, 200:3, 201:15, 202:8, 202:10, 202:13, 202:15, 202:25, 203:1, 203:2, 209:14
**completed** [2] - 104:2, 104:13
**component** [1] - 206:12
**components** [6] - 82:14, 89:5, 130:13, 141:15, 155:4, 155:25
**compromise** [1] - 195:17
**compromised** [1] - 195:13
**computer** [15] - 68:17, 69:3, 69:5, 69:18,

70:19, 70:25, 71:8, 71:9, 85:23, 85:24, 92:12, 93:1, 211:6
**concern** [6] - 127:4, 131:17, 141:2, 175:3, 203:13, 203:17
**concerned** [4] - 130:14, 137:17, 161:12, 192:24
**concludes** [5] - 59:19, 94:3, 121:21, 192:2, 192:6
**conclusion** - 172:7
**conclusive** [1] - 191:15
**condensation** [1] - 142:5
**condition** [15] - 69:19, 71:19, 74:6, 76:20, 78:2, 79:2, 81:4, 83:19, 84:10, 85:10, 105:17, 107:22, 109:24, 112:4, 112:25
**conduct** [1] - 103:17
**conducted** [5] - 7:25, 97:15, 103:18, 129:25, 131:11
**confer** [4] - 32:10, 148:18, 194:20, 200:11
**Conference** [1] - 194:12
**conference** [12] - 4:5, 70:6, 73:15, 86:15, 108:6, 121:16, 169:12, 189:16, 194:22, 195:1, 195:15, 200:14
**conference/stretch** [1] - 148:22
**conferring** [1] - 149:1
**configuration** [1] - 138:22
**configured** [1] - 138:8
**confirm** [4] - 20:24, 50:21, 50:23, 149:2
**confiscated** [1] - 92:6
**conforms** [1] - 49:12
**confusing** [1] - 197:13
**connected** [2] - 113:20, 170:15
**consent** [1] - 63:2
**consequence** [1] - 198:2
**consider** [2] - 197:25, 199:16
**consideration** [1] - 208:10

**considered** [2] - 196:3, 196:18
**consistent** [9] - 130:19, 161:11, 161:25, 162:23, 167:19, 167:22, 185:5, 185:7, 191:6
**console** [6] - 110:19, 110:25, 112:3, 117:1, 118:12, 118:19
**consult** [1] - 32:25
**Cont'g** [2] - 3:5, 9:8
**contact** [1] - 127:12
**Contact** [1] - 1:24
**contain** [3] - 46:20, 82:13, 164:15
**contained** [11] - 132:3, 154:8, 155:7, 155:8, 155:22, 156:2, 157:11, 165:4, 166:19, 171:1, 175:2
**container** [33] - 111:3, 139:3, 139:13, 140:13, 141:5, 143:8, 143:16, 144:7, 144:16, 147:11, 150:13, 150:21, 156:9, 156:12, 156:16, 156:20, 158:14, 159:18, 161:8, 161:9, 161:20, 162:10, 162:14, 164:24, 167:9, 184:17, 184:20, 188:11, 188:24, 189:9, 190:3
**containers** [15] - 79:24, 139:11, 141:7, 144:8, 157:19, 157:21, 157:24, 166:13, 171:13, 175:25, 176:1, 176:2, 176:3, 180:16, 188:20
**contains** [7] - 11:4, 81:22, 84:7, 152:24, 170:2, 170:20, 170:22
**contaminating** [1] - 190:3
**content** [20] - 9:23, 10:1, 10:5, 10:11, 10:12, 10:25, 15:15, 22:5, 22:10, 33:25, 39:17, 39:23, 41:2, 44:18, 44:21, 44:25, 49:2, 54:20, 58:4, 161:24

**CONTENTS** [1] - 3:1
**contents** [14] - 97:8, 110:25, 144:4, 156:12, 156:21, 157:9, 157:21, 158:11, 159:17, 159:19, 162:8, 166:18, 168:5, 175:17
**continue** [5] - 9:3, 16:8, 85:6, 169:18, 171:24
**continued** [1] - 1:23
**Continued** [1] - 2:1
**contract** [1] - 184:9
**contrary** [1] - 42:16
**control** [2] - 24:12, 80:17
**controller** [5] - 81:19, 81:20, 81:24, 82:2, 85:9
**controls** [1] - 79:15
**conversation** [8] - 10:15, 11:19, 11:20, 16:1, 16:7, 16:8, 132:22, 132:25
**conversations** [1] - 184:21
**convoy** [1] - 28:1
**cooking** [1] - 129:3
**Cooley** [1] - 123:8
**coordinate** [2] - 120:14, 164:3
**coordinating** [1] - 95:18
**coordinator** [4] - 124:24, 126:14, 126:15, 128:6
**copper** [3] - 22:23, 192:22, 193:10
**copy** [2] - 45:24, 50:8
**cord** [1] - 85:23
**corner** [25] - 82:24, 91:21, 93:24, 101:4, 111:4, 117:22, 120:3, 130:9, 130:23, 134:9, 137:8, 137:9, 137:11, 137:13, 137:14, 137:15, 138:1, 138:2, 138:12, 144:1, 147:4, 170:11, 170:16, 172:23, 188:20
**corporation** [1] - 41:10
**Corporation** [1] - 62:9
**correct** [142] - 12:1, 14:5, 17:2, 17:12,

18:5, 18:15, 19:14, 29:13, 29:14, 32:24, 33:10, 33:16, 33:18, 33:21, 34:6, 35:2, 38:10, 40:13, 45:2, 48:20, 49:21, 50:16, 51:10, 51:15, 51:20, 52:3, 52:8, 52:13, 52:24, 53:4, 54:18, 55:7, 56:24, 57:15, 57:20, 58:11, 63:1, 63:25, 64:17, 65:20, 67:5, 73:4, 76:11, 80:2, 83:3, 83:6, 84:14, 86:1, 87:13, 89:5, 89:6, 89:23, 89:24, 90:2, 90:3, 90:5, 90:6, 90:19, 90:20, 90:23, 90:24, 91:4, 91:14, 92:12, 92:16, 92:25, 104:7, 115:11, 115:12, 115:15, 115:18, 115:21, 115:22, 116:1, 116:2, 116:5, 116:8, 116:20, 117:2, 117:3, 117:4, 117:9, 117:21, 117:24, 117:25, 118:22, 118:25, 119:4, 119:5, 120:4, 120:13, 121:3, 121:4, 121:8, 139:22, 142:13, 147:14, 148:11, 150:4, 150:6, 153:23, 154:24, 155:14, 156:2, 157:4, 157:11, 158:3, 158:9, 162:5, 165:20, 167:24, 168:2, 169:21, 171:23, 172:13, 173:1, 176:6, 177:2, 177:7, 177:10, 177:25, 178:13, 179:11, 180:8, 180:19, 180:22, 180:24, 181:5, 183:23, 184:8, 184:18, 186:7, 189:11, 195:10, 200:10, 202:16, 203:4, 204:4, 206:3, 206:9, 207:9, 211:7
**correctly** [4] - 22:12, 48:15, 85:1, 104:15
**corresponding** [1] - 15:18
**Council** [1] - 26:20
**Counsel** [1] - 7:4

**counsel** [11] - 7:10, 32:10, 148:18, 149:1, 169:10, 169:20, 172:12, 198:8, 208:8, 211:9
**count** [2] - 118:9, 171:21
**countdown** [6] - 139:12, 139:13, 144:6, 146:9, 170:25
**Counterterrorism** [1] - 1:19
**counterterrorism** [2] - 124:11, 124:12
**countertop** [2] - 105:4, 112:16
**country** [1] - 125:8
**counts** [1] - 196:1
**County** [3] - 123:1, 123:18, 124:1
**couple** [6] - 9:12, 138:16, 142:22, 155:5, 190:12, 210:2
**course** [2] - 37:16, 209:17
**COURT** [193] - 1:1, 7:5, 7:18, 7:24, 8:2, 8:12, 8:13, 8:16, 8:19, 8:24, 11:12, 32:9, 32:15, 57:3, 57:7, 57:10, 59:17, 59:19, 59:22, 60:2, 60:5, 60:8, 60:12, 60:18, 60:19, 60:22, 60:23, 61:7, 69:25, 70:14, 70:21, 70:24, 71:1, 71:24, 73:20, 74:11, 76:24, 78:7, 79:7, 81:13, 84:2, 84:17, 85:14, 86:8, 86:10, 86:16, 86:19, 87:1, 87:9, 88:10, 88:12, 88:19, 93:16, 93:18, 94:3, 94:7, 94:12, 94:16, 94:21, 94:23, 95:1, 98:20, 105:9, 106:1, 108:3, 110:4, 112:8, 113:5, 113:12, 113:16, 114:4, 114:8, 114:11, 114:16, 114:18, 114:21, 114:25, 121:15, 121:18, 121:21, 121:25, 122:4, 122:6, 122:9, 122:12, 122:13, 132:18, 145:5, 145:8, 148:19, 148:23, 149:6,

149:11, 151:11, 151:15, 151:19, 151:21, 151:24, 152:7, 168:10, 169:11, 169:13, 169:17, 169:22, 169:25, 170:4, 172:16, 175:8, 176:9, 176:13, 181:15, 181:18, 182:14, 189:15, 189:18, 189:20, 189:22, 192:2, 192:6, 192:15, 192:18, 193:6, 193:8, 193:15, 193:19, 193:21, 193:23, 194:5, 194:13, 194:21, 194:25, 195:5, 195:7, 195:11, 195:14, 195:18, 195:21, 195:24, 196:20, 196:23, 197:5, 197:7, 198:8, 198:13, 199:5, 199:9, 199:13, 199:16, 200:13, 200:18, 200:24, 201:4, 201:6, 201:17, 202:2, 202:6, 202:14, 202:17, 202:20, 203:3, 203:8, 203:19, 203:23, 204:5, 204:11, 204:15, 204:17, 204:20, 204:24, 205:4, 205:11, 205:14, 205:17, 205:20, 205:24, 206:4, 206:9, 206:13, 206:18, 206:20, 207:3, 207:7, 207:10, 207:13, 207:15, 208:3, 208:7, 208:15, 208:17, 208:21, 209:16, 209:24, 210:4

**court** [13] - 8:12, 8:13, 48:1, 60:2, 98:12, 114:4, 124:3, 192:15, 192:22, 193:2, 194:12, 209:11, 210:4

**Court** [27] - 7:4, 7:6, 7:9, 8:14, 8:17, 60:3, 60:6, 114:5, 114:8, 192:16, 192:19, 194:8, 197:22,

199:10, 203:24, 205:6, 205:8, 206:11, 207:23, 208:5, 208:13, 209:2, 209:10, 209:13, 210:2

**Court's** [6] - 113:21, 192:9, 192:10, 195:7, 196:8, 208:10

**court's** [1] - 198:19

**Courthouse** [1] - 1:11

**courtroom** [18] - 8:9, 8:23, 9:1, 33:3, 40:18, 43:19, 44:14, 60:11, 60:14, 77:10, 80:14, 86:19, 114:24, 115:1, 148:21, 150:11, 150:19, 169:14

**courts** [1] - 197:9

**cover** [3] - 97:20, 130:20, 196:13

**covered** [4] - 118:22, 130:20, 178:10, 201:23

**covering** [1] - 75:22

**covers** [2] - 11:19, 98:9

**crack** [1] - 49:6

**CRC** [1] - 1:24

**create** [2] - 41:20, 55:25

**created** [3] - 38:15, 39:20, 43:25

**creating** [2] - 56:3, 146:18

**crime** [13] - 124:9, 199:23, 199:24, 200:3, 200:4, 201:15, 202:8, 202:10, 202:15, 202:24, 203:2

**criminal** [1] - 96:15

**Cross** [4] - 3:6, 3:11, 3:16, 3:20

**cross** [4] - 32:17, 113:13, 114:13, 115:3

**CROSS** [4] - 32:18, 86:22, 115:5, 176:16

**Cross-Examination** [4] - 3:6, 3:11, 3:16, 3:20

**cross-examination** [4] - 32:17, 113:13, 114:13, 115:3

**CROSS-EXAMINATION** [4] - 32:18, 86:22, 115:5, 176:16

**CRR** [4] - 1:24, 1:25, 211:14, 211:15

**CSR** [1] - 211:15

**CSR-3746** [2] - 1:24, 211:14

**CSR-5607** [1] - 1:25

**cupboard** [1] - 146:13

**cups** [1] - 144:22

**curious** [2] - 40:15, 58:25

**current** [5] - 62:10, 204:1, 204:2, 204:3, 208:23

**custodian** [2] - 64:11, 64:23

**custody** [6] - 167:20, 174:6, 174:15, 174:22, 174:24, 175:1

**cut** [2] - 12:9, 77:15

**Cutex** [1] - 157:19

**cutters** [1] - 67:18

# D

**D-A-V-I-D-S-O-N** [2] - 122:8, 122:22

**D.C** [1] - 1:21

**Dabiq** [6] - 11:21, 11:25, 12:8, 24:6, 24:9, 44:3

**daily** [1] - 127:19

**damaging** [1] - 165:2

**Dani** [1] - 7:17

**DANIELLE** [1] - 1:15

**dash** [3] - 151:17, 151:18, 152:14

**data** [1] - 47:9

**Date** [1] - 211:14

**date** [7] - 13:25, 19:13, 26:9, 27:8, 29:6, 29:8, 132:9

**Dave** [1] - 98:3

**DAVIDSON** [1] - 122:7

**Davidson** [8] - 3:18, 122:3, 122:7, 122:11, 122:21, 149:16, 170:8, 174:1

**days** [1] - 133:18

**de** [4] - 196:14, 196:25, 198:9, 198:20

**deal** [2] - 132:15, 191:14

**deals** [1] - 125:19

**decapitation** [1] - 13:24

**December** [9] - 12:18, 12:22, 12:23, 13:9, 14:1, 14:14, 14:22,

15:12, 123:24

**decide** [1] - 36:11

**decided** [1] - 119:25

**decision** [2] - 119:22, 119:23, 190:4

**declutter** [1] - 152:6

**Deegan** [1] - 123:15

**deep** [1] - 131:9

**default** [2] - 27:13, 36:12

**defeat** [1] - 22:16

**Defendant** [3] - 1:7, 2:2, 7:4

**defendant** [12] - 10:24, 13:11, 22:7, 128:10, 196:2, 199:21, 200:2, 200:3, 201:15, 201:21, 202:7, 202:14

**Defendant's** [2] - 3:23, 6:5

**defendant's** [6] - 11:2, 11:4, 11:20, 11:24, 17:10, 22:6

**Defender** [1] - 2:3

**defense** [12] - 195:9, 196:6, 199:23, 199:25, 200:6, 200:8, 201:17, 202:3, 202:9, 202:12, 206:1

**defined** [2] - 198:5, 201:9

**defining** [1] - 197:16

**definition** [8] - 197:23, 197:25, 201:10, 201:24, 201:25, 202:25, 203:2, 206:12

**degree** [5] - 62:2, 62:3, 96:14, 123:9, 123:10

**degrees** [2] - 62:1, 96:13

**deleted** [2] - 195:9, 196:7

**delicate** [1] - 19:1

**Delta** [1] - 127:24

**demonstrate** [1] - 41:11

**demonstrated** [1] - 49:7

**dentist** [1] - 150:20

**Department** [1] - 1:19

**depicted** [7] - 135:20, 136:25, 137:6, 138:22, 143:7, 143:25, 167:21

**deployed** [3] - 127:7,

145:24, 146:9

**deployments** [1] - 127:21

**describe** [8] - 13:20, 66:7, 130:6, 135:20, 143:7, 143:25, 149:17, 173:2

**described** [2] - 90:23, 142:19

**description** [1] - 65:6

**designate** [1] - 99:7

**designated** [3] - 99:19, 99:20, 101:19

**designed** [2] - 125:18, 126:23

**desk** [3] - 68:20, 69:5, 69:7

**desk-type** [1] - 69:7

**desk/table** [1] - 92:15

**desktop** [1] - 68:17

**destruction** [3] - 20:5, 124:23, 126:25

**destruction_resulting** [1] - 12:17

**detail** [1] - 115:17

**detergent** [1] - 136:18

**detergents** [1] - 136:19

**determination** [1] - 186:5

**determine** [2] - 185:21, 185:25

**determined** [2] - 164:16, 185:18

**detonator** [1] - 146:4

**detonators** [1] - 145:25

**Detroit** [17] - 1:12, 1:17, 2:4, 7:2, 61:21, 61:22, 61:23, 62:16, 62:17, 95:12, 96:3, 124:10, 124:24, 126:15, 128:1, 128:7, 162:21

**developed** [1] - 127:12

**device** [2] - 126:22, 146:11

**devices** [5] - 32:23, 49:20, 67:17, 126:19, 146:10

**devil's** [1] - 23:15

**diagram** [1] - 116:18

**died** [1] - 23:14

**differ** [1] - 26:23

**difference** [2] - 19:22, 37:25

**different** [32] - 14:24, 14:25, 16:17, 16:25, 19:13, 19:18, 19:20,

20:20, 26:19, 38:16, 40:4, 46:9, 46:10, 56:10, 56:13, 93:22, 102:20, 103:7, 103:9, 104:13, 105:7, 135:24, 139:5, 141:19, 144:9, 155:5, 184:4, 186:24, 196:23, 197:10, 200:1
**different-colored** [1] - 141:19
**differently** [3] - 41:19, 45:8, 165:16
**digital** [1] - 173:19
**direct** [10] - 9:4, 104:12, 128:3, 134:17, 135:23, 143:6, 167:1, 169:18, 180:9, 181:24
**Direct** [4] - 3:5, 3:10, 3:15, 3:19
**DIRECT** [4] - 9:8, 60:25, 95:2, 122:15
**directing** [9] - 136:24, 137:6, 138:18, 139:7, 139:19, 140:17, 140:24, 143:14, 143:24
**directly** [8] - 22:6, 56:17, 61:10, 63:12, 72:17, 138:5, 199:2, 199:3
**disable** [1] - 126:22
**disagree** [1] - 202:14
**disassembled** [1] - 130:12
**discontent** [1] - 30:18
**discuss** [2] - 113:18, 192:8
**discussed** [5] - 85:19, 131:5, 135:11, 177:23, 178:23
**discusses** [1] - 198:19
**discussion** [3] - 114:19, 131:16, 197:23
**discussions** [1] - 209:11
**dispatched** [1] - 62:21
**dispensing** [1] - 153:6
**display** [6] - 33:17, 44:3, 47:25, 54:14, 54:16, 148:15
**displaying** [18] - 70:4, 72:5, 74:17, 77:4, 78:11, 79:12, 82:7, 82:18, 82:21, 106:5, 108:14, 108:18,

108:20, 108:22, 110:12, 110:14, 112:12, 113:9
**Displaying** [2] - 171:4, 173:25
**dispute** [4] - 204:25, 205:1, 205:6, 208:6
**disputed** [2] - 194:14, 205:21
**disputes** [1] - 196:12
**disputing** [1] - 206:14
**dissent** [1] - 197:24
**distance** [1] - 138:4
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [11] - 7:6, 8:17, 60:6, 114:8, 114:9, 192:19, 198:18
**disturb** [1] - 137:19
**disturbing** [1] - 165:2
**dive** [1] - 131:9
**divide** [1] - 131:8
**DIVISION** [1] - 1:2
**Division** [2] - 7:16, 163:17
**divisions** [1] - 163:20
**Dmitriy** [1] - 7:15
**DMITRIY** [1] - 1:18
**DNA** [1] - 176:3
**doctor** [2] - 209:4, 209:5
**document** [3] - 63:20, 163:6, 185:16
**documentation** [1] - 166:25
**documented** [3] - 104:14, 132:16, 179:25
**documents** [2] - 6:23, 37:18
**doll** [1] - 154:11
**done** [13] - 21:11, 68:4, 103:3, 103:5, 123:5, 129:22, 129:23, 160:22, 164:20, 166:25, 178:20, 187:22, 206:23
**door** [8] - 109:4, 109:9, 109:13, 116:11, 118:15, 139:25
**dot** [1] - 134:24
**double** [4] - 87:16, 194:24, 199:11, 207:5
**double-check** [2] - 87:16, 194:24
**double-checking** [2] -

199:11, 207:5
**Douglas** [4] - 1:25, 211:3, 211:13, 211:15
**dowels** [6] - 144:9, 146:15, 146:16, 146:19, 147:3, 147:21
**down** [44] - 41:2, 41:5, 41:7, 41:14, 41:22, 42:11, 42:12, 42:17, 49:6, 59:20, 66:22, 69:9, 71:11, 73:12, 74:20, 77:9, 78:12, 79:13, 89:15, 89:25, 91:16, 92:15, 94:4, 98:11, 100:14, 101:14, 101:22, 103:1, 106:6, 111:3, 118:15, 118:20, 119:6, 121:22, 127:24, 130:24, 132:18, 132:23, 184:11, 185:9, 186:8, 187:22, 189:13, 192:3
**download** [6] - 16:3, 37:3, 37:10, 37:15, 37:18, 58:19
**downloaded** [1] - 37:22
**downstairs** [6] - 130:3, 131:9, 133:4, 133:11, 135:4, 137:18
**draft** [2] - 194:17, 202:17
**drafted** [1] - 195:21
**draw** [1] - 169:9
**drawer** [5] - 104:3, 104:4, 104:5, 106:19
**drawing** [1] - 100:17
**drawn** [1] - 98:8
**dresser** [4] - 104:5, 104:6, 106:19, 106:20
**Drift** [1] - 78:20
**drive** [13] - 70:20, 70:23, 70:24, 71:7, 71:17, 110:16, 110:19, 111:6, 111:9, 111:20, 112:3, 117:5, 118:16
**driver** [3] - 109:3, 109:4, 109:9
**driver's** [1] - 116:11
**driveway** [1] - 101:15
**drone** [27] - 20:7, 75:9, 76:8, 76:17, 79:15, 80:4, 80:5, 82:9,

82:10, 82:15, 82:20, 85:2, 85:3, 85:9, 87:13, 87:14, 87:18, 87:21, 87:23, 88:4, 89:5, 93:8, 93:10, 93:11, 116:18, 116:20, 173:6
**drones** [3] - 83:18, 130:12, 139:5
**drop** [1] - 153:5
**drug** [1] - 62:12
**dryer** [4] - 100:22, 135:15, 135:17, 136:19
**duct** [1] - 141:8
**DuelMelt** [1] - 150:14
**duly** [1] - 211:6
**during** [13] - 68:13, 90:13, 94:17, 96:9, 97:20, 104:16, 115:14, 127:20, 130:7, 137:21, 148:6, 184:21, 207:21
**duties** [3] - 62:10, 124:21, 124:22
**duty** [1] - 62:13
**DX-2** [1] - 81:20

## E

**easier** [5] - 22:3, 47:17, 50:11, 87:20, 89:16
**EASTERN** [1] - 1:1
**Eastern** [5] - 7:6, 8:17, 60:6, 114:9, 192:19, 198:17
**easy** [1] - 168:25
**economics** [1] - 123:11
**edification** [1] - 48:12
**effective** [1] - 27:16
**effectively** [1] - 16:6
**effort** [1] - 41:11
**efforts** [1] - 24:16
**either** [11] - 43:5, 43:16, 53:3, 130:21, 142:5, 146:10, 165:22, 178:8, 179:1, 209:24, 211:9
**elected** [3] - 123:2, 123:3, 124:4
**electrical** [9] - 67:13, 67:15, 67:19, 81:22, 84:8, 90:2, 130:13, 141:14, 155:4
**electronics** [1] - 152:9
**elements** [1] - 196:1
**elsewhere** [3] - 201:4,

201:11, 201:24
**employed** [2] - 122:20, 122:23
**employee** [3] - 95:23, 117:15, 117:16
**employment** [1] - 117:17
**Empty** [1] - 15:13
**empty** [13] - 15:14, 29:13, 147:19, 156:9, 156:16, 157:7, 157:9, 157:19, 157:23, 185:6, 191:6, 191:7
**enable** [1] - 37:21
**enclosed** [1] - 153:22
**enclosure** [1] - 48:16
**end** [6] - 17:15, 24:13, 123:24, 174:7, 182:7, 196:11
**end-time** [1] - 24:13
**enemies** [1] - 22:16
**enforcement** [2] - 59:7, 125:9
**Eng.PDF** [1] - 26:4
**engage** [1] - 38:9
**engagement** [1] - 36:1
**engine** [1] - 88:3
**engineer** [2] - 62:6, 67:21
**engineering** [1] - 62:2
**English** [1] - 26:8
**enhance** [1] - 125:23
**entered** [8] - 8:23, 60:11, 92:21, 97:13, 104:1, 114:24, 129:8, 166:4
**entertain** [1] - 208:5
**entire** [9] - 67:3, 97:14, 97:15, 97:20, 101:14, 104:9, 166:18, 200:9, 203:15
**entitled** [3] - 17:24, 32:6, 211:4
**equipment** [1] - 95:19
**ERT** [8] - 62:13, 120:10, 120:17, 124:19, 128:12, 131:6, 178:4, 179:19
**essentially** [17] - 9:17, 16:16, 22:11, 22:13, 22:17, 126:21, 126:23, 130:9, 144:22, 145:19, 152:9, 162:21, 164:23, 167:10, 174:9, 185:23, 203:11
**estimated** [1] - 166:3

**Euphrates** [1] - 28:22
**Europe** [1] - 126:5
**event** [1] - 211:9
**eventually** [1] - 93:25
**everywhere** [1] - 67:8
**Evidence** [12] - 62:13,
62:18, 62:19, 62:20,
63:18, 65:24, 95:14,
96:10, 96:19, 98:6,
115:10, 178:4
**evidence** [70] - 11:8,
62:22, 62:25, 63:9,
63:11, 63:15, 63:20,
63:21, 63:22, 64:4,
64:10, 64:23, 64:24,
65:5, 65:6, 65:10,
66:13, 68:2, 68:3,
68:22, 70:15, 71:25,
72:13, 74:12, 76:25,
78:8, 79:8, 81:14,
84:3, 84:18, 85:15,
85:25, 98:18, 98:21,
99:8, 104:22, 106:2,
108:4, 110:5, 112:9,
113:6, 124:18,
127:15, 127:24,
132:4, 132:5,
147:24, 147:25,
148:3, 148:6,
149:14, 153:24,
154:13, 161:5,
163:5, 166:6,
168:11, 170:6,
172:19, 175:9,
178:1, 178:10,
178:12, 178:14,
178:15, 180:25,
181:1, 181:4, 197:9
**evidentiary** [1] - 121:2
**exact** [3] - 6:23, 16:22,
127:18
**exactly** [4] - 116:4,
118:13, 204:19,
206:14
**Examination** [11] -
3:5, 3:6, 3:7, 3:10,
3:11, 3:12, 3:15,
3:16, 3:19, 3:20,
3:21
**examination** [7] - 9:4,
32:17, 113:13,
114:13, 115:3,
153:19, 169:18
**EXAMINATION** [11] -
9:8, 32:18, 57:11,
60:25, 86:22, 93:19,
95:2, 115:5, 122:15,
176:16, 189:23
**examined** [1] - 11:3
**examiners** [1] - 164:2

**example** [2] - 40:16,
54:20
**exception** [3] -
157:24, 196:14,
196:25
**excited** [1] - 200:20
**excuse** [9] - 12:24,
119:11, 125:6,
137:3, 154:16,
158:23, 170:21,
173:19, 180:1
**excused** [13] - 59:20,
59:21, 60:1, 94:4,
94:6, 114:1, 114:3,
121:22, 121:24,
192:3, 192:5,
192:12, 192:14
**execute** [2] - 64:2,
129:10
**executing** [1] - 64:3
**exercise** [3] - 186:11,
187:23, 187:24
**Exhibit** [70] - 11:7,
11:11, 21:15, 66:12,
68:21, 69:22, 70:8,
70:12, 70:14, 71:3,
71:13, 71:22, 72:12,
72:24, 73:14, 73:25,
74:9, 75:16, 76:13,
76:22, 78:5, 81:18,
81:19, 81:25, 82:3,
82:8, 82:11, 82:19,
83:17, 85:8, 98:15,
98:18, 105:11,
105:24, 106:15,
109:18, 110:2,
111:24, 112:17,
113:3, 136:24,
137:24, 139:23,
140:17, 143:14,
149:23, 150:13,
150:21, 151:7,
152:8, 155:3,
158:16, 161:6,
162:7, 165:6,
166:15, 166:22,
167:1, 168:3, 168:5,
168:8, 170:1,
172:14, 174:11,
174:21, 181:21,
182:20, 192:22,
193:17, 193:18
**exhibit** [54] - 70:4,
72:5, 72:25, 74:17,
77:4, 78:11, 79:7,
79:12, 80:20, 80:22,
80:24, 81:17, 81:21,
81:23, 82:5, 82:12,
83:16, 84:6, 84:15,
84:17, 85:7, 85:20,

87:8, 88:20, 100:10,
106:5, 108:18,
108:20, 108:22,
110:12, 110:14,
112:12, 113:5,
113:9, 149:17,
149:19, 149:22,
154:19, 154:20,
155:2, 155:17,
155:18, 158:15,
162:6, 171:4, 173:2,
173:8, 173:11,
173:25, 182:18,
192:23, 193:1,
193:7, 193:9
**exhibit]** [3] - 82:7,
82:18, 82:21
**exhibits** [18] - 6:23,
81:13, 84:20, 93:9,
105:8, 108:3,
108:14, 148:12,
150:7, 151:11,
166:5, 169:9, 172:7,
172:9, 172:12,
172:16, 193:8,
193:19
**Exhibits** [8] - 4:3, 5:1,
6:5, 79:18, 81:11,
107:5, 107:25,
148:16
**exists** [3] - 199:24,
201:18, 202:10
**expand** [1] - 184:9
**expecting** [1] - 208:24
**experience** [1] -
146:16
**expert** [1] - 87:21
**explain** [12] - 15:14,
16:19, 30:11, 31:14,
36:7, 48:12, 58:1,
62:19, 105:3, 154:3,
205:19, 205:22
**explained** [1] - 185:1
**explanation** [1] -
201:2
**explicitly** [1] - 10:20
**Explosive** [1] - 163:20
**explosive** [12] - 27:16,
126:19, 127:1,
127:7, 127:8,
136:11, 136:12,
140:11, 146:10,
181:1, 181:4, 186:3
**explosives** [20] -
49:15, 55:24, 55:25,
56:3, 56:23, 57:21,
121:6, 130:11,
131:24, 132:8,
136:7, 136:21,
138:25, 145:25,

146:3, 146:8,
163:11, 192:23,
193:2
**Explosives** [5] -
163:19, 163:24,
164:3, 166:10,
167:17
**explosives-related** [1]
- 136:21
**expressed** [1] - 16:25
**extended** [1] - 209:18
**extent** [1] - 196:15
**exterior** [4] - 105:22,
133:7, 155:23, 159:2
**extra** [2] - 10:5, 114:15
**extraction** [1] - 11:18
**eye** [3] - 98:10,
101:13, 130:4

**F**

**F.2d** [1] - 207:1
**F.3d** [1] - 199:19
**fabric** [1] - 136:17
**facilities** [2] - 127:6,
127:9
**fact** [3] - 82:5, 130:22,
191:9
**factor** [1] - 190:4
**fair** [2] - 59:10, 182:8
**fairly** [2] - 121:8,
161:24
**familiar** [6] - 21:10,
37:23, 48:4, 67:20,
90:18, 91:10
**family** [2] - 140:21,
151:8
**far** [7] - 17:21, 38:24,
120:3, 151:22,
160:5, 164:22,
178:20
**farm** [1] - 127:9
**fashion** [4] - 161:16,
162:1, 162:15, 178:8
**fast** [1] - 133:13
**fast-forward** [1] -
133:13
**Faucheux** [16] - 34:22,
68:22, 71:3, 72:12,
75:15, 76:6, 109:5,
110:20, 134:19,
135:16, 137:11,
141:22, 168:15,
181:22, 188:1, 188:7
**FBI** [33] - 40:16, 45:24,
58:23, 61:6, 61:12,
61:18, 61:19, 62:5,
62:23, 63:23, 91:2,
95:12, 95:20, 95:21,
96:9, 123:20,

123:21, 123:23,
124:6, 124:8,
124:24, 124:25,
125:7, 125:9, 126:9,
126:12, 126:15,
132:5, 132:6,
163:14, 163:16,
163:17, 164:3
**FBI-sponsored** [1] -
125:7
**FCRR** [2] - 1:25,
211:15
**feature** [6] - 36:8,
36:18, 36:25, 37:2,
37:9, 37:14, 37:20,
37:24
**features** [1] - 36:1
**February** [3] - 19:13,
20:13, 20:14
**federal** [1] - 127:2
**Federal** [1] - 2:3
**FedEx** [3] - 191:23,
191:24
**feet** [2] - 138:6, 138:16
**fell** [1] - 48:16
**fence** [1] - 102:7
**fertilizer** [1] - 127:9
**few** [4] - 46:7, 82:17,
140:25, 143:2
**field** [6] - 61:6, 61:13,
61:16, 61:17, 61:21,
62:12
**Fifth** [2] - 2:4, 207:1
**fight** [2] - 20:21, 30:19
**Fight** [2] - 16:21, 19:9
**fight_all** [1] - 14:13
**Fighting** [1] - 15:10
**fighting** [2] - 20:20,
22:15
**figure** [1] - 200:22
**file** [26] - 12:9, 13:23,
13:25, 14:20, 14:25,
15:10, 15:14, 15:17,
15:18, 16:2, 16:20,
17:3, 17:10, 17:13,
17:19, 18:6, 18:13,
20:23, 24:24, 25:11,
27:13, 27:20, 29:10,
30:3, 95:24
**File** [1] - 15:13
**file-sharing** [1] - 30:3
**files** [10] - 15:16, 16:7,
17:22, 17:23, 18:5,
18:19, 24:2, 27:20,
29:12
**fill** [1] - 183:15
**filled** [2] - 184:5, 184:8
**film** [1] - 186:25
**filter** [4] - 139:2,
139:15, 144:10,

147:10
**filters** [6] - 139:12, 139:16, 144:8, 145:15, 147:3, 171:25
**final** [3] - 86:2, 172:3, 172:9
**finally** [6] - 9:1, 92:11, 93:8, 95:25, 112:13, 191:9
**fine** [5] - 47:18, 89:17, 186:12, 187:24
**finish** [1] - 153:20
**finished** [1] - 97:23
**finishes** [1] - 153:19
**fire** [1] - 23:13
**firearm** [3] - 104:2, 106:7, 106:8
**first** [30] - 19:17, 21:5, 27:23, 29:17, 58:10, 65:24, 66:1, 67:25, 80:24, 83:17, 93:9, 97:5, 97:12, 97:15, 97:16, 99:3, 103:18, 107:11, 126:2, 126:8, 133:13, 133:15, 137:20, 137:21, 137:22, 144:2, 149:17, 170:1, 190:7, 193:9
**First** [1] - 207:19
**fits** [1] - 196:18
**five** [8] - 61:17, 125:5, 125:10, 126:2, 126:7, 138:6, 140:2, 160:4
**five-gallon** [1] - 160:4
**five-week** [4] - 125:5, 125:10, 126:2, 126:7
**flags** [1] - 43:5
**flame** [1] - 162:22
**Flames** [1] - 19:1
**flap** [1] - 118:15
**Flight** [1] - 127:24
**Flint** [1] - 2:7
**flip** [3] - 87:19, 110:13, 153:2
**floor** [9] - 67:10, 69:12, 72:11, 97:14, 97:15, 98:9, 99:3, 103:18, 153:11
**Floor** [1] - 2:4
**flow** [1] - 132:17
**fluid** [2] - 171:21, 183:7
**flyer** [2] - 117:9, 117:17
**FMRs** [2] - 140:21, 151:8
**focus** [7] - 26:14,

31:11, 96:8, 96:10, 124:6, 164:25, 188:3
**focused** [1] - 134:9
**fold** [1] - 90:8
**folded** [2] - 74:20, 75:13
**folding** [10] - 72:8, 72:10, 72:16, 72:18, 85:1, 90:8, 108:24, 109:3, 109:10, 109:12
**folks** [5] - 125:22, 128:10, 146:9, 163:5, 164:2
**follow** [4] - 63:10, 64:6, 113:23, 192:9
**followers** [1] - 39:16
**following** [2] - 172:12, 192:10
**force** [1] - 126:5
**Forces** [1] - 20:6
**forensic** [2] - 15:15, 163:16
**forever** [1] - 37:17
**forget** [1] - 48:14
**forgot** [1] - 130:15
**form** [3] - 56:10, 194:1, 194:6
**formal** [1] - 30:22
**format** [2] - 25:15, 56:14
**formation** [2] - 138:9
**formats** [1] - 14:25
**forms** [1] - 193:25
**Fort** [1] - 1:16
**forth** [2] - 120:16, 211:5
**forward** [9] - 13:5, 14:11, 14:19, 15:8, 19:21, 23:11, 32:1, 58:20, 133:13
**forwarded** [8] - 12:7, 13:21, 14:5, 15:23, 21:24, 30:12, 31:15, 56:21
**forwarding** [1] - 26:9
**forwards** [1] - 10:8
**four** [2] - 172:21, 185:1
**frame** [1] - 75:10
**free** [1] - 32:11
**Friday** [1] - 209:4
**from_the** [1] - 12:17
**front** [16] - 39:11, 66:15, 71:13, 73:14, 77:21, 78:21, 119:17, 134:22, 145:11, 147:7, 150:8, 153:7, 153:8, 153:10, 188:25,

193:4
**fuel** [1] - 160:5
**fulfills** [1] - 197:1
**full** [2] - 47:10, 211:7
**fulsome** [1] - 203:2
**function** [3] - 58:3, 127:19, 146:11
**functioning** [1] - 126:23
**functions** [2] - 46:7, 124:19
**Furat** [3] - 28:18, 28:20, 28:21
**Furqan** [4] - 28:7, 28:9, 31:17
**fuse** [2] - 172:5, 172:6
**fuses** [1] - 84:7

## G

**ga** [1] - 137:3
**gallon** [1] - 160:4
**gas** [1] - 127:5
**gatekeeper** [1] - 53:24
**gatekeeping** [1] - 46:7
**gathered** [1] - 89:7
**gauge** [1] - 141:19
**general** [2] - 91:3, 115:17
**generally** [8] - 35:24, 37:12, 39:13, 102:11, 115:19, 119:9, 119:10, 178:1
**GEROMETTA** [58] - 2:6, 7:20, 69:24, 70:13, 71:23, 74:10, 76:23, 78:6, 79:6, 80:19, 81:10, 84:1, 84:16, 85:13, 86:9, 86:12, 86:23, 87:2, 87:3, 87:7, 87:10, 87:11, 88:8, 88:14, 88:18, 88:21, 88:22, 89:19, 89:21, 91:6, 91:9, 91:19, 91:20, 92:18, 92:19, 93:15, 98:19, 105:25, 108:2, 110:3, 112:7, 113:4, 113:14, 114:14, 115:4, 115:6, 116:9, 116:10, 116:23, 116:25, 119:11, 119:13, 121:14, 121:17, 193:5, 194:19, 194:23, 195:10
**Gerometta** [9] - 2:6, 3:11, 3:16, 7:20, 87:1, 88:19, 114:13,

115:2, 121:18
**given** [11] - 45:24, 113:23, 124:13, 133:3, 133:10, 148:16, 165:16, 208:23, 209:6, 209:10, 209:18
**glass** [12] - 119:17, 120:5, 120:6, 139:3, 144:10, 147:4, 147:11, 147:19, 147:20, 158:23, 160:10, 164:25
**glove** [2] - 156:5
**gloves** [1] - 143:13
**glue** [5] - 140:8, 141:6, 149:23, 150:1, 150:14
**God** [2] - 30:20
**God_release_the** [1] - 23:17
**Gorgon** [2] - 200:16, 200:18
**gorilla** [4] - 48:14, 48:16, 48:17, 48:18
**government** [19] - 7:12, 32:14, 60:15, 60:16, 94:18, 121:25, 149:22, 150:21, 151:7, 194:18, 195:8, 196:5, 197:10, 198:23, 200:1, 201:20, 203:5, 206:7, 207:12
**Government** [5] - 149:23, 150:13, 152:8, 155:3, 181:21
**government's** [1] - 208:24
**Government's** [3] - 3:2, 4:3, 5:1
**grab** [2] - 83:12, 147:16, 147:17
**gracious** [1] - 136:17
**graduated** [2] - 123:12, 123:14
**graduating** [1] - 62:4
**granted** [1] - 4:4
**gray** [1] - 141:8
**great** [2] - 150:20, 198:2
**green** [6] - 56:16, 144:13, 144:14, 144:22, 154:7, 188:11
**GREY** [2] - 1:4, 1:10
**Grey** [1] - 7:7
**ground** [1] - 191:25
**group** [39] - 26:19,

26:20, 34:17, 35:3, 35:18, 38:8, 39:25, 40:2, 40:7, 40:8, 42:19, 42:21, 42:23, 46:3, 46:15, 46:18, 47:3, 47:7, 47:11, 47:19, 47:20, 47:24, 48:21, 48:22, 49:6, 49:13, 53:23, 54:11, 56:2, 56:17, 56:20, 56:21, 56:25, 57:23, 58:4, 58:22, 59:4
**Group** [6] - 34:19, 46:4, 46:16, 57:13, 57:22, 59:1
**groups** [8] - 24:14, 26:21, 30:4, 30:5, 30:6, 38:1, 58:24, 93:22
**guess** [9] - 41:19, 90:14, 93:6, 118:15, 151:16, 183:19, 202:22, 206:13, 208:7
**guessing** [1] - 183:24
**guesstimating** [1] - 183:20
**gun** [20] - 106:9, 106:20, 106:24, 107:4, 107:11, 107:12, 107:13, 107:14, 107:20, 108:8, 108:10, 108:11, 108:15, 115:21, 116:1, 116:3, 116:5, 118:25, 149:23, 150:1
**guns** [1] - 140:8
**guys** [2] - 55:2, 188:13
**GX** [42] - 5:3, 5:4, 5:5, 5:6, 5:7, 5:8, 5:9, 5:10, 5:11, 5:12, 5:13, 5:16, 5:18, 5:19, 5:20, 5:21, 5:22, 5:23, 5:24, 5:25, 6:1, 70:15, 71:25, 74:12, 76:25, 78:8, 79:8, 81:14, 84:3, 84:18, 85:15, 98:21, 106:2, 108:4, 110:5, 112:9, 113:6, 149:12, 168:11, 170:5, 172:18, 175:9

## H

**H-A-U-G** [1] - 176:24
**hacksaw** [2] - 140:22, 152:21

**hair** [2] - 127:10, 127:11
**half** [6] - 119:18, 184:4, 184:22, 185:1, 209:20, 209:25
**halfway** [5] - 183:9, 183:11, 183:20, 184:1
**Hamas** [1] - 26:23
**Hammer** [1] - 136:18
**Hamzah** [16] - 11:21, 11:25, 12:7, 13:5, 13:12, 13:21, 14:11, 14:19, 15:8, 19:21, 21:24, 23:11, 30:12, 31:15, 32:1, 33:17
**hand** [16] - 60:20, 91:21, 93:2, 98:7, 105:11, 107:5, 109:18, 111:24, 112:17, 117:22, 122:6, 122:10, 135:6, 137:2, 147:4, 148:12
**handwriting** [1] - 167:16
**hang** [2] - 174:13, 193:12
**hanging** [2] - 91:25, 155:17
**Happy** [1] - 93:5
**Harambe** [6] - 47:25, 48:3, 48:12, 48:14, 48:19
**hard** [2] - 111:5, 117:12
**Hasan** [1] - 31:19
**hash** [1] - 102:7
**hat** [2] - 178:4, 178:5
**Haug** [16] - 128:16, 131:5, 132:11, 132:25, 164:2, 166:9, 167:20, 168:22, 174:18, 175:13, 175:19, 176:21, 176:22, 176:23, 180:20, 191:1
**Haug's** [1] - 177:5
**hazard** [1] - 130:22
**hazardous** [3] - 132:1, 132:7, 162:21
**hazards** [5] - 127:1, 128:17, 128:23, 129:23, 132:7
**hazmat** [4] - 124:17, 178:8, 178:9, 179:3
**head** [1] - 96:18
**headquarters** [1] -

132:6
**heads** [1] - 209:2
**heads-up** [1] - 209:2
**hear** [1] - 113:20
**heavier** [1] - 160:14
**heavy** [1] - 70:2
**held** [1] - 95:24
**help** [4] - 46:10, 63:5, 182:12, 191:13
**helpful** [2] - 80:20, 209:16
**helping** [1] - 39:22, 63:6
**helps** [3] - 88:24, 187:9, 191:19
**hereby** [1] - 211:3
**hereinbefore** [1] - 211:5
**hi** [1] - 61:5
**hidden** [1] - 75:3
**high** [2] - 74:3, 126:22
**high-performance** [1] - 74:3
**highlight** [1] - 11:13
**hired** [2] - 123:17, 124:4
**History** [2] - 22:2, 39:6
**hit** [3] - 20:6, 153:18, 183:17
**hm** [1] - 74:19
**hmm** [4] - 74:19, 76:5, 88:2, 93:7
**hobby** [5] - 141:18, 152:9, 152:24, 156:24, 186:23
**hobby-type** [1] - 156:24
**hold** [3] - 44:16, 96:13, 160:7
**Holder** [1] - 197:21
**holes** [2] - 153:6, 153:7
**holiday** [1] - 209:18
**home** [6] - 27:17, 66:8, 66:9, 66:10, 92:21, 96:22
**HON** [1] - 1:4
**Honor** [60] - 7:13, 7:21, 8:11, 9:5, 11:10, 32:13, 57:2, 57:9, 59:15, 70:11, 70:16, 80:19, 81:10, 87:7, 88:8, 94:9, 105:6, 113:14, 121:20, 122:2, 122:14, 145:10, 149:5, 149:9, 152:5, 169:19, 169:21, 172:11, 182:12, 189:14, 193:22,

194:3, 194:4, 194:19, 195:6, 195:10, 195:20, 195:23, 196:10, 197:8, 199:1, 199:15, 200:5, 200:12, 202:11, 203:9, 203:18, 204:23, 205:3, 206:3, 206:6, 206:10, 206:24, 207:5, 207:9, 207:14, 207:18, 208:4, 208:20, 209:23
**Honorable** [1] - 7:7
**honors** [1] - 95:23
**hooked** [2] - 43:15, 155:25
**hopefully** [3] - 127:13, 160:7, 208:8
**hoping** [1] - 209:14
**hose** [2] - 143:16, 143:18
**hot** [4] - 140:8, 141:6, 149:23, 150:1
**hour** [3] - 60:13, 209:20, 209:25
**hours** [1] - 90:15
**house** [20] - 66:4, 66:17, 66:24, 67:3, 74:18, 97:2, 97:4, 97:8, 97:9, 97:10, 97:13, 101:15, 103:7, 120:23, 128:20, 129:8, 129:10, 129:24, 136:16, 159:22
**housed** [1] - 10:1
**household** [1] - 135:21
**HTH** [1] - 174:9
**https** [1] - 30:2
**human** [2] - 129:23
**Hummer** [1] - 20:5
**hundred** [1] - 161:3
**hundred-plus** [1] - 161:3
**hundreds** [2] - 47:7, 47:14
**Huntsville** [4] - 125:5, 125:6, 125:7, 125:13
**hura** [1] - 185:14
**Huron** [1] - 123:15
**Husayn** [1] - 45:6
**hypocrites** [1] - 22:12
**hypothetical** [1] - 43:3

# I

**I-Chem** [20] - 158:12, 158:20, 158:22, 158:23, 159:4, 159:6, 159:19, 159:24, 160:3, 161:1, 162:9, 165:8, 166:5, 166:16, 166:17, 167:9, 167:21, 168:19, 168:20, 190:20
**Ibn** [3] - 26:15, 26:18, 26:24
**ID** [13] - 33:9, 33:11, 33:14, 33:19, 34:3, 34:16, 35:8, 35:10, 49:17, 50:5, 50:14, 57:19
**idea** [5] - 59:5, 164:13, 164:14, 190:14, 191:2
**identical** [1] - 53:16
**identified** [11] - 19:4, 131:12, 136:20, 145:21, 147:8, 154:6, 161:13, 162:16, 169:23, 170:22, 172:17
**identify** [15] - 126:17, 131:24, 134:12, 134:25, 136:7, 140:15, 140:20, 141:2, 142:2, 149:3, 149:17, 168:19, 170:18, 177:5, 191:13
**ideologically** [1] - 26:23
**idolized** [1] - 48:18
**IDs** [10] - 32:22, 33:7, 33:22, 49:19, 50:6, 50:15, 50:21, 51:4, 51:9, 51:14
**ii** [5] - 204:1, 204:8, 204:12, 204:13, 204:18
**ii)** [1] - 204:2
**iii** [5] - 204:1, 204:9, 204:11, 204:12, 204:17
**iii)** [1] - 204:2
**image** [4] - 23:5, 29:19, 30:13, 46:15
**Imams** [1] - 23:14
**immediately** [4] - 113:22, 164:16, 192:11
**implement** [1] - 206:20

**importance** [1] - 198:2
**important** [2] - 197:18, 209:9
**impression** [1] - 67:6
**imprisonment_of** [1] - 23:17
**improvised** [5] - 126:19, 130:11, 145:25, 146:4, 146:10
**incentivizes** [1] - 36:3
**incident** [1] - 48:15
**include** [3] - 103:19, 196:7, 201:13
**included** [3] - 131:16, 195:22, 199:17
**includes** [2] - 101:15, 126:25
**inclusive** [1] - 81:12
**incorporates** [1] - 98:8
**independent** [2] - 99:7, 120:12
**indicate** [2] - 138:11, 148:14
**indicated** [4] - 58:22, 130:15, 147:25, 158:5
**indicating** [5] - 102:7, 142:8, 144:16, 180:1
**indicating]** [10] - 18:23, 22:2, 25:13, 39:1, 44:12, 76:3, 111:10, 136:19, 142:10, 182:6
**indictment** [3] - 194:7, 194:8, 194:17
**indictments** [1] - 194:10
**individual** [4] - 11:24, 58:8, 81:17, 89:12
**individually** [2] - 81:8, 89:9
**individuals** [1] - 62:20
**industry** [1] - 127:3
**infer** [1] - 194:10
**infographics** [1] - 29:25
**informal** [1] - 54:20
**information** [14] - 9:21, 10:1, 10:8, 10:17, 10:19, 27:14, 34:11, 35:14, 49:15, 57:14, 57:21, 58:2, 58:9, 58:17
**informational** [1] - 125:21
**initial** [5] - 67:6, 125:5, 125:10, 137:15, 140:6

**initialed** [1] - 168:22
**initials** [4] - 168:20, 168:21, 168:23, 168:24
**inoffensive** [1] - 22:9
**inside** [21] - 75:3, 79:20, 106:10, 107:4, 107:7, 141:8, 143:11, 144:7, 145:15, 146:13, 147:10, 148:9, 150:2, 155:8, 156:2, 157:11, 157:22, 161:1, 171:7, 175:11, 186:20
**instance** [2] - 35:18, 127:6
**instead** [5] - 19:23, 19:24, 22:15, 203:25
**Institute** [2] - 28:7, 28:8
**Instruction** [1] - 202:20
**instruction** [33] - 4:5, 195:3, 195:9, 195:13, 196:1, 196:11, 196:13, 197:11, 199:8, 200:9, 201:2, 201:8, 201:12, 201:13, 201:16, 201:24, 202:5, 202:23, 203:12, 203:14, 203:17, 205:7, 205:8, 206:7, 207:17, 207:19, 207:22, 208:1, 208:5
**instructions** [19] - 55:24, 56:23, 113:21, 113:23, 113:24, 114:19, 116:17, 121:6, 165:16, 166:10, 192:9, 192:10, 193:24, 193:25, 194:6, 194:14, 195:4, 201:5, 208:19
**instrument** [3] - 164:17, 164:21, 185:13
**intact** [2] - 162:10, 162:11
**intelligence** [1] - 95:25
**Intelligence** [1] - 125:21
**intelligent** [2] - 43:9, 43:16
**intent** [9] - 199:22, 201:10, 201:11,

201:14, 201:21, 201:23, 202:1, 202:25, 203:6
**intentionally** [1] - 16:3
**interact** [1] - 9:18
**interest** [9] - 131:12, 134:12, 134:25, 137:14, 140:5, 140:20, 142:20, 149:10, 177:6
**interested** [2] - 59:9, 211:9
**interesting** [1] - 140:10
**interior** [2] - 109:4, 133:8
**intern** [1] - 95:23
**internationally** [1] - 125:25
**internet** [2] - 10:4, 48:18
**interpretation** [2] - 184:4, 206:15
**introduce** [3] - 61:4, 95:6, 143:2
**inventoried** [1] - 120:23
**investigating** [1] - 128:10
**investigation** [5] - 62:22, 65:14, 65:15, 65:16, 96:24
**investigations** [3] - 62:12, 62:17, 63:7
**investigative** [2] - 128:11, 185:22
**involved** [2] - 57:14, 139:4
**iPhone** [3] - 34:2, 104:17, 104:24
**Iraq** [1] - 28:22
**Iraqi** [1] - 20:6
**iron** [1] - 188:11
**IS** [2] - 33:15
**ISIS** [23] - 24:15, 28:10, 29:24, 30:6, 31:1, 31:2, 31:4, 31:18, 31:20, 39:14, 39:23, 40:7, 40:8, 40:11, 41:2, 41:5, 41:15, 42:18, 42:23, 43:5, 46:25, 48:7, 56:1
**Islamic** [6] - 14:21, 20:11, 22:1, 24:11, 31:1, 39:6
**Issue** [1] - 26:8
**issue** [2] - 42:9, 209:9
**issued** [4] - 158:23, 158:24, 159:7, 205:7

**issues** [1] - 125:16
**ISxxxIS** [3] - 10:25, 13:13, 17:11
**item** [48] - 64:7, 64:8, 64:19, 64:22, 64:23, 64:24, 65:5, 65:6, 65:12, 68:1, 68:2, 68:4, 68:5, 68:7, 68:12, 69:12, 80:17, 81:22, 82:4, 82:5, 82:8, 82:10, 82:11, 82:19, 82:22, 83:17, 113:20, 138:24, 139:2, 141:8, 143:20, 143:21, 147:6, 149:3, 149:17, 149:18, 151:2, 154:3, 155:21, 162:3, 167:14, 170:1, 170:18, 171:6, 174:21, 189:2, 190:10
**items** [93] - 67:11, 73:21, 81:1, 82:12, 82:13, 82:25, 83:15, 83:19, 85:16, 85:18, 85:19, 94:7, 94:11, 94:13, 99:9, 101:6, 107:8, 107:22, 108:12, 109:13, 118:16, 121:11, 130:14, 131:2, 131:4, 131:12, 131:24, 132:10, 134:10, 134:12, 134:14, 134:16, 134:25, 135:14, 136:14, 136:20, 136:21, 137:19, 140:4, 140:6, 140:20, 140:23, 141:2, 141:13, 141:20, 142:19, 142:22, 142:23, 143:3, 143:4, 143:11, 143:22, 144:2, 144:12, 145:3, 147:12, 148:9, 148:13, 149:3, 149:6, 151:5, 155:6, 155:22, 156:11, 157:10, 158:2, 161:4, 162:17, 166:6, 169:7, 169:20, 169:23, 170:3, 170:9, 170:10, 171:3, 172:21, 173:3, 174:2, 174:5, 174:8, 174:15,

175:11, 175:18, 176:10, 177:8, 186:13, 188:10, 189:25
**itself** [9] - 43:15, 137:3, 144:1, 154:22, 156:1, 163:21, 164:25, 170:17, 196:13
**iv** [2] - 204:2, 204:18
**iv)** [2] - 204:10, 204:11

## J

**J.C** [3] - 1:4, 1:10, 7:7
**jails** [1] - 23:14
**JAMES** [1] - 2:6
**James** [2] - 2:6, 7:20
**January** [5] - 17:1, 17:8, 18:1, 18:2, 123:3
**jar** [31] - 158:12, 158:20, 158:22, 158:23, 159:4, 159:5, 159:6, 159:13, 159:20, 159:24, 160:3, 160:9, 160:10, 162:9, 165:8, 166:5, 166:16, 166:17, 167:21, 168:19, 168:20, 169:2, 169:4, 179:10, 190:10, 190:19, 190:20
**jars** [11] - 119:17, 120:5, 120:6, 139:11, 144:10, 147:4, 147:19, 147:20, 159:12, 159:15, 161:1
**Jihad** [1] - 21:5
**jihadist** [2] - 26:20, 26:21
**jobs** [1] - 125:23
**join** [4] - 42:6, 59:4, 62:18, 62:20
**joining** [1] - 62:5
**joint** [1] - 194:17
**Jonathan** [1] - 7:7
**JONATHAN** [2] - 1:4, 1:10
**joy** [1] - 30:17
**JPEG** [5] - 29:19, 29:21, 30:13, 31:16, 32:2
**Judge** [7] - 87:2, 114:14, 123:15, 148:17, 181:16, 194:23, 200:21

**judge** [6] - 114:15, 123:14, 124:3, 148:25, 181:13, 192:21
**JUDGE** [1] - 1:10
**juices** [1] - 159:12
**July** [4] - 29:8, 30:13, 31:3, 31:21
**jump** [1] - 58:6
**juror** [1] - 8:3
**jurors** [1] - 88:20
**Jury** [1] - 4:5
**JURY** [1] - 1:9
**jury** [59] - 8:19, 8:22, 8:23, 8:24, 11:16, 14:23, 59:23, 59:25, 60:1, 60:8, 60:10, 60:11, 60:12, 61:4, 70:3, 72:4, 74:15, 77:3, 78:10, 86:17, 88:9, 94:16, 95:6, 102:4, 106:4, 108:10, 110:8, 113:8, 113:18, 114:2, 114:3, 114:12, 114:19, 114:23, 114:24, 114:25, 125:3, 137:13, 142:6, 148:15, 148:20, 150:25, 151:10, 171:3, 192:6, 192:13, 192:14, 193:4, 193:24, 193:25, 194:6, 194:9, 195:3, 196:15, 197:14, 197:19, 198:24, 208:19
**jury's** [1] - 131:23
**justice** [2] - 96:15, 197:24
**Justice** [1] - 1:19

## K

**keep** [7] - 15:13, 37:17, 40:19, 89:15, 145:19, 195:2, 201:19
**keeping** [1] - 165:5
**Kenosha** [1] - 96:15
**kettle** [1] - 129:2
**key** [2] - 36:18, 36:22
**keys** [2] - 112:13, 112:24
**kid** [2] - 48:16
**kid's** [1] - 187:16
**kids'** [1] - 90:22
**killing** [1] - 28:19

**kind** [25] - 10:15, 24:11, 36:3, 38:4, 39:19, 41:14, 41:15, 54:3, 54:20, 63:12, 65:4, 66:3, 75:22, 79:10, 85:1, 90:8, 106:8, 117:11, 117:13, 118:25, 119:17, 164:12, 168:25, 182:4, 188:3
**kinds** [2] - 40:4, 53:20
**kit** [7] - 78:13, 78:17, 78:23, 152:9, 174:9, 175:2, 175:16
**kitchen** [5] - 97:13, 99:12, 104:20, 105:4, 112:16
**kitchen-living** [1] - 97:13
**knife** [19] - 72:8, 72:10, 72:16, 72:18, 73:2, 73:7, 74:3, 74:4, 77:12, 77:14, 77:19, 77:25, 108:25, 109:3, 109:10, 109:12, 109:17, 109:22, 116:14
**knives** [1] - 67:18
**knowledge** [4] - 92:3, 121:12, 121:13, 166:20
**known** [4] - 59:4, 100:13, 140:11, 158:12
**knows** [1] - 189:7

**L**

**L-A-R-S-E-N** [1] - 95:9
**L-shaped** [2] - 172:22, 172:25
**lab** [22] - 156:11, 156:21, 157:8, 157:13, 157:20, 159:13, 163:8, 163:11, 165:11, 166:19, 167:23, 175:4, 175:18, 175:24, 184:24, 185:5, 185:11, 190:10, 191:10, 191:12, 191:16
**label** [3] - 99:7, 187:11, 188:23
**labeled** [6] - 24:6, 64:11, 80:15, 81:20, 102:12, 173:15
**labeling** [5] - 161:11, 161:25, 167:16,

168:21, 187:10
**laboratory** [16] - 153:16, 153:17, 153:18, 153:19, 159:8, 163:13, 163:14, 163:15, 163:17, 163:21, 163:25, 164:3, 166:11, 167:18, 168:24, 185:6
**Laboratory** [1] - 163:16
**Lafayette** [1] - 1:11
**Lake** [1] - 2:7
**landscape** [1] - 117:18
**landscaping** [1] - 117:13
**language** [10] - 196:19, 198:14, 199:1, 199:25, 200:1, 200:6, 200:7, 205:18, 205:21
**large** [3] - 93:23, 135:24, 147:19
**Larsen** [3] - 3:14, 94:20, 94:25, 95:8, 110:23, 115:2, 115:7, 121:22, 131:7, 132:14, 133:1, 174:19
**LARSEN** [1] - 94:24
**laser** [7] - 44:13, 75:24, 111:7, 134:22, 142:9, 164:24, 182:2
**last** [18] - 14:21, 31:23, 53:1, 61:14, 82:22, 89:2, 95:7, 95:8, 122:7, 122:19, 122:21, 124:12, 165:18, 178:23, 190:12, 202:2, 205:1, 207:19
**late** [3] - 8:2, 114:21, 200:3
**latent** [1] - 176:3
**latest** [1] - 55:22
**laughter** [6] - 33:3, 40:18, 43:19, 44:14, 77:10, 80:14
**Laughter** [2] - 150:11, 150:19
**Launcher** [1] - 29:21
**laundry** [3] - 135:7, 135:22, 136:16
**Law** [2] - 2:6, 123:8
**law** [7] - 59:7, 123:7, 123:12, 123:14, 125:9, 198:20,

206:15
**LAW** [7] - 8:22, 59:25, 60:10, 114:2, 114:7, 114:23, 192:13
**lawn** [1] - 117:14
**lax** [1] - 40:23
**layout** [1] - 134:2
**lead** [4] - 96:21, 115:10, 120:10, 198:24
**leader** [6] - 31:2, 31:3, 95:14, 95:16, 95:17, 131:6
**leadership** [2] - 120:9, 120:11
**leaked** [4] - 184:19, 184:24, 191:2
**Leann** [3] - 1:24, 211:3, 211:14
**learn** [5] - 63:16, 125:23, 184:23, 184:25, 192:9
**least** [8] - 8:5, 41:11, 42:2, 45:11, 90:15, 99:21, 110:10, 120:18
**leave** [3] - 64:16, 151:16, 162:10
**LED** [3] - 152:9, 156:25
**led** [1] - 130:8
**left** [21] - 12:10, 15:16, 69:13, 76:12, 80:18, 82:3, 91:21, 93:2, 99:24, 106:18, 111:2, 111:4, 111:11, 117:22, 124:5, 130:9, 141:16, 143:20, 143:21, 145:11, 162:11
**left-hand** [3] - 91:21, 93:2, 117:22
**legacy** [2] - 28:9, 28:11
**legs** [1] - 173:16
**length** [1] - 197:25
**Leslie** [6] - 3:14, 94:20, 94:25, 95:8, 131:6, 132:25
**less** [3] - 138:6, 184:6, 189:20
**letter** [10] - 99:4, 99:20, 100:3, 100:5, 100:7, 100:13, 101:19, 101:20, 102:13, 135:25
**lettered** [1] - 133:8
**letters** [1] - 102:20
**level** [2] - 142:4, 182:5

**Levin** [1] - 1:11
**LG** [3] - 33:7, 33:22, 34:14
**liaison** [1] - 127:12
**library** [1] - 185:24
**lid** [7] - 144:13, 144:14, 144:22, 153:2, 153:11, 160:10, 160:14
**lift** [1] - 148:13
**light** [7] - 84:8, 139:17, 156:25, 164:24, 172:4, 172:6, 185:23
**lights** [10] - 139:18, 141:5, 142:23, 144:7, 145:16, 145:19, 145:20, 145:24, 146:25, 150:22
**likely** [4] - 15:11, 41:7, 80:15, 208:25
**limited** [1] - 42:12
**line** [6] - 35:5, 102:7, 142:6, 183:9, 205:14
**lines** [1] - 102:7
**link** [1] - 29:21
**linked** [1] - 198:3
**lions** [1] - 18:11
**liquid** [38] - 141:6, 141:23, 142:2, 142:4, 142:7, 142:11, 156:17, 159:18, 159:19, 160:9, 164:12, 164:15, 164:19, 164:25, 165:3, 165:6, 165:17, 165:21, 166:1, 166:18, 179:10, 179:12, 179:20, 179:25, 180:3, 181:8, 181:10, 182:5, 183:9, 184:17, 184:19, 185:3, 185:12, 185:21, 185:25, 186:2, 190:14, 190:21
**liquids** [3] - 164:7, 164:10, 166:5
**list** [4] - 38:19, 44:9, 47:10, 136:13
**listed** [4] - 18:19, 196:11, 200:8, 207:16
**listen** [1] - 30:17
**lists** [1] - 65:6
**live** [4] - 8:4, 29:9, 187:18, 209:12

**lived** [1] - 43:4
**living** [4] - 97:13, 99:14, 103:19, 124:2
**Lizza** [3] - 1:24, 211:13, 211:14
**lizza/Christin** [1] - 211:3
**loaded** [2] - 108:8, 116:1
**local** [10] - 12:18, 13:10, 14:1, 14:14, 14:22, 15:12, 17:9, 125:9, 127:3, 127:14
**located** [15] - 65:8, 68:19, 72:19, 75:5, 83:1, 101:4, 101:16, 101:18, 104:19, 106:20, 110:18, 110:19, 112:15, 112:16, 149:18
**location** [12] - 62:21, 62:24, 64:4, 64:12, 65:7, 94:1, 99:3, 128:14, 128:15, 162:20, 163:1, 172:21
**locations** [1] - 132:6
**locker** [2] - 162:22, 179:3
**log** [2] - 34:1, 65:5
**logged** [1] - 33:8
**longest** [1] - 209:21
**look** [22] - 14:7, 45:19, 49:9, 76:12, 80:11, 87:6, 87:15, 88:5, 88:9, 88:23, 90:21, 102:23, 107:7, 117:17, 128:17, 133:25, 144:20, 148:13, 154:12, 161:5, 167:12, 182:23
**looked** [18] - 31:16, 56:18, 66:4, 66:8, 67:10, 67:12, 68:20, 69:6, 85:1, 85:5, 90:1, 91:16, 92:20, 130:16, 137:22, 151:22, 188:14, 191:5
**looking** [31] - 11:17, 12:6, 14:18, 19:18, 31:25, 58:5, 66:19, 71:6, 71:7, 72:15, 72:16, 72:18, 80:25, 99:2, 100:12, 106:17, 106:23, 109:16, 110:23, 128:25, 129:23, 131:19, 135:3,

137:2, 139:23, 143:15, 147:1, 168:17, 183:8, 186:14, 198:13

**looks** [26] - 19:4, 19:18, 56:1, 72:22, 75:22, 80:13, 82:7, 82:9, 82:13, 82:16, 82:23, 83:18, 84:25, 90:7, 98:10, 114:11, 116:17, 116:20, 117:11, 142:4, 154:18, 155:5, 188:11, 188:24, 189:2, 189:3

**lose** [1] - 10:13

**losing** [2] - 22:14, 190:3

**lost** [1] - 107:13

**lottery** [2] - 117:7, 117:8

**lower** [4] - 104:3, 104:4, 104:5, 194:8

**lowercase** [1] - 33:15

**lunch** [8] - 60:13, 94:10, 94:13, 113:16, 113:25, 114:4, 148:6, 209:18

**lurk** [1] - 59:1

**lurkers** [3] - 48:25, 58:21, 58:23

### M

**M4V** [1] - 14:23

**ma'am** [45] - 122:18, 122:24, 123:4, 123:22, 124:14, 126:13, 128:2, 129:18, 130:2, 130:5, 132:19, 136:12, 136:22, 138:21, 139:9, 140:3, 140:16, 140:19, 141:1, 145:4, 146:14, 147:22, 148:2, 148:8, 149:25, 151:4, 151:6, 158:4, 165:23, 167:7, 168:6, 169:5, 171:17, 171:19, 172:8, 173:12, 173:14, 174:23, 176:19, 177:22, 181:11, 186:18, 187:1, 187:5, 190:24

**magazine** [7] - 106:13, 107:3, 107:12, 107:17, 108:17,

115:21, 116:1

**magnet** [2] - 155:24

**mail** [3] - 95:24, 191:20, 191:21

**main** [1] - 181:6

**maintain** [1] - 126:11

**maintained** [1] - 153:25

**maintaining** [1] - 95:18

**majority** [1] - 197:22

**maker** [1] - 86:4

**Malone** [1] - 207:1

**manner** [1] - 130:20

**manuals** [1] - 82:10

**manufacture** [1] - 146:2

**March** [1] - 23:18

**mark** [8] - 98:15, 102:20, 122:11, 183:9, 183:11, 183:14, 183:20, 184:1

**Mark** [4] - 3:18, 122:3, 122:7, 122:21

**marked** [9] - 76:13, 99:4, 100:6, 100:14, 100:15, 105:11, 107:5, 157:16, 174:20

**marks** [1] - 196:4

**Marquette** [1] - 96:16

**Marshals** [1] - 8:8

**martyrs** [1] - 28:1

**mass** [2] - 124:23, 126:25

**master's** [1] - 96:16

**matches** [6] - 140:8, 141:4, 157:5, 157:6, 157:14

**Material** [1] - 6:22

**material** [31] - 127:7, 140:11, 158:25, 160:11, 162:13, 181:1, 181:4, 183:16, 195:25, 196:4, 196:14, 196:16, 196:18, 196:20, 196:21, 197:2, 197:4, 197:12, 197:14, 197:17, 197:19, 197:22, 197:24, 198:1, 198:5, 198:6, 198:21, 198:24

**materiality** [2] - 197:3, 198:1

**materials** [7] - 127:3, 127:8, 159:14, 160:3, 163:23,

167:25, 192:25

**mathematics** [1] - 62:3

**matter** [4] - 209:19, 210:2, 210:3, 211:4

**matters** [3] - 124:11, 125:20, 193:6

**mean** [22] - 26:7, 30:5, 39:22, 42:8, 43:6, 47:18, 54:7, 62:23, 67:3, 67:25, 68:6, 98:4, 104:11, 126:20, 132:1, 159:9, 161:24, 165:22, 197:12, 199:7, 201:5

**meaning** [8] - 33:25, 46:20, 129:16, 133:1, 197:15, 197:19, 198:2, 198:25

**meaningful** [1] - 198:4

**means** [6] - 58:1, 68:2, 68:7, 98:10, 104:12, 198:1

**meant** [3] - 16:4, 91:2, 130:17

**measure** [10] - 165:21, 180:9, 180:12, 180:15, 180:23, 181:8, 181:10, 183:22, 189:25, 190:5

**measurements** [1] - 180:3

**measuring** [1] - 144:22

**mechanical** [2] - 62:2, 62:6

**MED** [1] - 168:24

**media** [13] - 24:16, 26:18, 28:10, 29:24, 31:17, 37:2, 37:10, 39:25, 40:23, 46:25, 56:1

**Media** [5] - 26:15, 26:18, 26:24, 28:18, 28:20

**medical** [1] - 209:5

**meeting** [2] - 132:10, 190:11

**Meijer** [4] - 187:14, 187:17, 187:18

**member** [8] - 34:16, 62:14, 63:18, 65:25, 113:22, 124:19, 128:9, 192:11

**members** [21] - 8:24, 40:8, 40:12, 46:20, 47:10, 59:23, 60:12,

86:17, 94:16, 113:18, 114:25, 125:3, 126:5, 128:11, 131:8, 133:4, 133:10, 137:18, 148:20, 192:6

**meme** [2] - 48:19, 48:20

**memorable** [2] - 65:21, 99:21

**Memorial** [1] - 126:10

**mentioned** [9] - 46:7, 53:25, 64:20, 65:11, 90:23, 95:10, 98:4, 106:7, 185:11

**mentions** [1] - 198:9

**message** [40] - 12:7, 13:5, 13:6, 13:21, 14:10, 16:20, 18:21, 18:25, 19:23, 20:1, 21:24, 22:9, 22:11, 23:8, 23:10, 23:12, 27:14, 29:19, 30:12, 31:15, 31:23, 36:13, 36:14, 47:11, 47:12, 49:12, 49:17, 50:5, 53:16, 54:11, 54:24, 55:5, 55:15, 55:20, 56:19, 56:22, 58:2, 58:6

**messages** [31] - 11:1, 11:4, 11:22, 35:1, 35:6, 35:9, 35:14, 39:2, 44:21, 44:25, 47:6, 49:9, 50:1, 50:20, 51:8, 51:13, 51:19, 52:1, 52:11, 53:3, 53:15, 53:17, 53:20, 53:23, 54:1, 54:2, 54:3, 55:12, 56:13, 56:16

**messy** [1] - 67:8

**met** [2] - 97:7, 131:6

**metadata** [1] - 20:24

**metal** [1] - 155:25

**mh** [3] - 76:5, 88:2, 93:7

**mh-hmm** [3] - 76:5, 88:2, 93:7

**mic** [1] - 63:12

**MICHIGAN** [1] - 1:1

**Michigan** [16] - 1:12, 1:17, 2:4, 2:7, 7:2, 7:6, 8:17, 60:6, 66:9, 95:12, 114:9, 123:10, 123:15, 123:18, 128:8, 192:19

**microphone** [5] -

61:7, 61:10, 71:4, 72:17, 77:8

**middle** [12] - 14:7, 18:10, 18:23, 20:17, 23:6, 25:13, 76:1, 80:3, 88:1, 117:5, 118:12, 118:19

**midstream** [1] - 42:8

**might** [26] - 40:8, 40:11, 40:15, 41:20, 42:8, 42:25, 43:4, 48:25, 54:7, 56:5, 80:20, 82:16, 82:20, 121:1, 127:5, 130:21, 131:15, 131:17, 164:15, 177:6, 189:7, 189:8, 191:13, 198:24

**milk** [1] - 189:3

**milliliter** [1] - 154:18

**Milwaukee** [2] - 96:6, 96:17

**mind** [4] - 34:8, 34:9, 44:5, 49:10, 53:7, 150:9, 181:22, 206:11

**minimis** [4] - 196:14, 196:25, 198:9, 198:20

**minimum** [1] - 196:17

**minor** [1] - 205:18

**minutes** [10] - 8:5, 60:2, 94:13, 113:15, 128:25, 140:25, 143:2, 189:20, 192:15, 210:2

**miscellaneous** [1] - 88:24

**misremembered** [1] - 200:15

**miss** [1] - 194:14

**missed** [1] - 85:22

**missing** [2] - 118:4, 118:5

**mix** [1] - 146:19

**mixed** [1] - 34:21

**ml** [4] - 154:18, 171:21, 171:22, 183:7

**mobile** [2] - 140:21, 151:8

**model** [1] - 80:5

**moderation** [1] - 54:21

**modification** [1] - 202:7

**modifier** [1] - 198:3

**MOHAMMED** [1] - 1:6

**Mohammed** [1] - 7:10

**Mohsin** [15] - 3:5, 3:7,

3:19, 3:21, 7:13, 9:4,
57:8, 122:13,
148:24, 151:16,
169:18, 176:9,
189:22, 208:15,
208:22
**MOHSIN** [178] - 1:15,
7:13, 8:11, 9:5, 9:9,
11:10, 11:13, 11:15,
12:3, 12:5, 12:12,
12:14, 12:20, 12:21,
13:1, 13:3, 13:17,
13:19, 14:3, 14:4,
14:7, 14:9, 14:15,
14:17, 15:5, 15:6,
16:12, 16:14, 17:6,
17:7, 17:17, 17:18,
18:3, 18:4, 18:8,
18:9, 18:17, 18:18,
19:7, 19:8, 19:15,
19:16, 20:16, 20:18,
21:1, 21:2, 21:8,
21:9, 21:15, 21:18,
22:19, 22:22, 23:1,
23:3, 23:20, 23:21,
23:25, 24:1, 24:4,
24:5, 24:18, 24:19,
24:22, 24:23, 25:4,
25:5, 25:8, 25:9,
25:17, 25:18, 25:22,
25:23, 26:12, 26:13,
27:5, 27:7, 27:18,
27:19, 28:3, 28:4,
28:14, 28:15, 28:24,
28:25, 29:3, 29:4,
29:15, 29:16, 30:9,
30:10, 31:6, 31:7,
31:11, 31:13, 31:23,
31:24, 32:8, 32:13,
57:9, 57:12, 59:14,
114:15, 114:17,
114:20, 122:2,
122:14, 122:16,
132:20, 132:23,
132:24, 134:19,
134:21, 135:1,
135:2, 135:16,
135:19, 137:10,
137:12, 137:24,
138:3, 141:22,
141:25, 144:25,
145:1, 145:7,
145:13, 146:6,
146:7, 146:21,
146:23, 148:17,
148:25, 149:9,
149:15, 151:17,
151:20, 151:22,
151:25, 152:5,
167:3, 167:5, 168:7,
168:12, 168:14,

168:16, 169:10,
169:19, 169:24,
170:1, 170:7,
172:11, 172:14,
172:20, 173:17,
174:13, 174:14,
175:6, 175:10,
175:21, 175:23,
176:7, 181:13,
181:16, 189:19,
189:21, 189:24,
192:1, 192:21,
193:7, 193:9,
193:14, 193:16,
193:20, 193:22,
200:21, 208:12,
208:23, 209:23
**moment** [13] - 32:8,
57:2, 73:20, 86:9,
121:14, 148:17,
167:3, 169:10,
175:21, 189:14,
194:19, 195:6,
200:11
**Monday** [1] - 209:17
**monitor** [2] - 69:6,
82:6
**monotheist** [5] -
16:21, 16:23, 16:24,
19:9, 27:15
**monotheists** [2] -
24:25, 28:19
**MOON** [1] - 208:16
**morning** [21] - 7:13,
7:17, 7:18, 7:19,
7:22, 7:23, 7:24,
9:10, 9:11, 32:20,
32:21, 59:22, 60:19,
61:2, 61:3, 86:24,
86:25, 94:23, 94:24,
95:4, 95:5
**most** [4] - 17:21,
37:16, 68:14, 132:5
**mostly** [3] - 22:10,
33:25, 119:23
**Mosul** [1] - 20:7
**motion** [2] - 4:3, 70:11
**Motions/Other** [1] -
4:1
**motors** [1] - 83:18
**mount** [3] - 78:13,
78:17, 78:23
**move** [42] - 13:1,
49:23, 55:9, 69:22,
71:22, 72:24, 74:9,
76:22, 78:5, 79:5,
81:7, 83:22, 84:5,
84:15, 85:12, 94:1,
98:18, 100:9,
102:14, 105:24,

107:25, 109:14,
110:2, 112:6, 113:3,
135:12, 139:23,
144:19, 147:23,
149:3, 168:7,
169:19, 172:11,
175:6, 188:18,
189:12, 190:2,
199:14, 199:16,
199:18, 204:9,
208:24
**moved** [1] - 118:17
**moving** [3] - 137:2,
147:2, 199:21
**MP4** [6] - 12:9, 13:23,
14:20, 14:23, 17:3,
18:13
**MP4s** [2] - 18:20, 21:4
**MR** [222] - 7:19, 7:20,
60:16, 60:24, 61:1,
61:9, 66:12, 66:14,
66:22, 66:23, 68:22,
68:23, 69:9, 69:10,
69:22, 69:24, 70:1,
70:7, 70:11, 70:13,
70:16, 70:17, 70:23,
70:25, 71:2, 71:5,
71:11, 71:12, 71:22,
71:23, 72:1, 72:3,
72:12, 72:14, 72:24,
73:1, 73:5, 73:6,
73:12, 73:13, 73:17,
73:18, 73:23, 73:24,
74:9, 74:10, 74:13,
75:15, 75:17, 76:6,
76:7, 76:22, 76:23,
77:1, 77:16, 77:18,
78:5, 78:6, 78:9,
78:15, 78:16, 79:5,
79:6, 79:9, 79:18,
79:19, 79:22, 79:23,
80:19, 80:21, 81:7,
81:10, 81:11, 81:15,
83:22, 83:25, 84:1,
84:4, 84:15, 84:16,
84:19, 85:12, 85:13,
85:17, 86:7, 86:9,
86:12, 86:14, 86:23,
87:2, 87:3, 87:7,
87:10, 87:11, 88:8,
88:11, 88:14, 88:18,
88:21, 88:22, 89:19,
89:21, 91:6, 91:9,
91:19, 91:20, 92:18,
92:19, 93:15, 93:17,
93:20, 94:2, 94:9,
94:14, 94:19, 95:3,
98:18, 98:19, 98:22,
98:24, 100:9,
100:11, 101:9,

101:11, 102:14,
102:16, 102:25,
103:2, 104:21,
104:23, 105:6,
105:10, 105:24,
105:25, 106:3,
106:15, 106:16,
106:21, 106:22,
106:25, 107:1,
107:25, 108:2,
108:5, 108:7, 109:5,
109:7, 109:14,
109:15, 110:2,
110:3, 110:6,
110:20, 110:22,
111:18, 111:19,
112:6, 112:7,
112:10, 113:3,
113:4, 113:7,
113:10, 113:14,
114:14, 115:4,
115:6, 116:9,
116:10, 116:23,
116:25, 119:11,
119:13, 121:14,
121:17, 121:20,
122:7, 174:12,
193:5, 193:13,
194:3, 194:19,
194:23, 195:2,
195:10, 195:12,
195:16, 196:10,
196:22, 196:24,
197:6, 199:1, 199:7,
199:11, 199:15,
200:5, 200:15,
200:20, 200:25,
201:5, 201:7,
201:19, 202:4,
203:9, 203:21,
203:25, 204:7,
204:12, 204:16,
204:19, 205:3,
205:5, 205:13,
205:15, 205:18,
205:22, 206:6,
207:5, 207:9,
207:11, 207:18,
208:16
**MS** [303] - 7:13, 7:22,
7:23, 8:11, 9:5, 9:9,
11:10, 11:13, 11:15,
12:3, 12:5, 12:12,
12:14, 12:20, 12:21,
13:1, 13:3, 13:17,
13:19, 14:3, 14:4,
14:7, 14:9, 14:15,
14:17, 15:5, 15:6,
16:12, 16:14, 17:6,
17:7, 17:17, 17:18,
18:3, 18:4, 18:8,

18:9, 18:17, 18:18,
19:7, 19:8, 19:15,
19:16, 20:16, 20:18,
21:1, 21:2, 21:8,
21:9, 21:15, 21:18,
22:19, 22:22, 23:1,
23:3, 23:20, 23:21,
23:25, 24:1, 24:4,
24:5, 24:18, 24:19,
24:22, 24:23, 25:4,
25:5, 25:8, 25:9,
25:17, 25:18, 25:22,
25:23, 26:12, 26:13,
27:5, 27:7, 27:18,
27:19, 28:3, 28:4,
28:14, 28:15, 28:24,
28:25, 29:3, 29:4,
29:15, 29:16, 30:9,
30:10, 31:6, 31:7,
31:11, 31:13, 31:23,
31:24, 32:8, 32:13,
32:19, 33:4, 34:8,
34:10, 34:22, 34:24,
35:21, 35:22, 38:12,
38:14, 40:19, 40:20,
43:20, 44:5, 44:7,
44:15, 45:4, 45:5,
46:11, 46:14, 48:2,
49:11, 49:23, 49:25,
50:18, 50:19, 50:25,
51:1, 51:6, 51:7,
51:11, 51:12, 51:16,
51:17, 51:21, 51:22,
51:24, 51:25, 52:4,
52:5, 52:9, 52:10,
52:14, 52:15, 52:19,
52:20, 53:1, 53:2,
53:6, 53:9, 53:11,
53:13, 54:6, 54:9,
54:10, 55:9, 55:11,
55:18, 55:19, 56:7,
56:8, 56:11, 56:12,
57:2, 57:5, 57:9,
57:12, 59:14, 59:15,
59:18, 94:24,
114:15, 114:17,
114:20, 122:2,
122:14, 122:16,
132:20, 132:23,
132:24, 134:19,
134:21, 135:1,
135:2, 135:16,
135:19, 137:10,
137:12, 137:24,
138:3, 141:22,
141:25, 144:25,
145:1, 145:7,
145:13, 146:6,
146:7, 146:21,
146:23, 148:17,
148:25, 149:5,

149:9, 149:15, 151:17, 151:20, 151:22, 151:25, 152:5, 167:3, 167:5, 168:7, 168:9, 168:12, 168:14, 168:16, 169:10, 169:19, 169:21, 169:24, 170:1, 170:7, 172:11, 172:13, 172:14, 172:20, 173:8, 173:11, 173:13, 173:17, 174:13, 174:14, 175:6, 175:7, 175:10, 175:21, 175:23, 176:7, 176:12, 176:15, 176:17, 181:13, 181:16, 181:20, 182:1, 182:12, 182:15, 182:17, 184:12, 184:14, 185:9, 185:10, 187:20, 187:21, 187:25, 188:2, 188:7, 188:9, 188:18, 188:21, 189:12, 189:17, 189:19, 189:21, 189:24, 192:1, 192:21, 193:7, 193:9, 193:14, 193:16, 193:20, 193:22, 194:4, 194:20, 195:6, 195:20, 195:23, 197:8, 198:10, 198:15, 200:11, 200:21, 202:11, 202:16, 202:19, 202:21, 203:4, 203:18, 203:22, 204:4, 204:23, 206:3, 206:10, 206:17, 206:19, 206:24, 207:14, 208:4, 208:12, 208:19, 208:23, 209:23
**MSCG** [2] - 47:17, 47:19
**muddles** [1] - 203:13
**Muhajir** [1] - 31:19
**Muhammad** [1] - 31:20
**Mujahideen** [7] - 26:20, 34:19, 46:4, 46:16, 57:13, 57:22, 58:25

**Mujahideen_Secrets _bot** [1] - 53:24
**multiple** [8] - 38:8, 39:3, 41:20, 42:7, 44:21, 68:8, 93:23, 98:8
**Muslim** [1] - 23:14
**Muslims** [2] - 22:12, 22:13
**must** [8] - 113:21, 113:22, 136:16, 192:9, 192:10, 197:12, 198:4, 209:19

## N

**Naba** [2] - 29:23, 32:5
**Naba'** [2] - 29:20, 32:3
**nail** [1] - 179:6
**name** [13] - 13:7, 14:12, 16:16, 17:13, 22:1, 22:2, 22:3, 24:14, 26:15, 27:13, 33:14, 33:17, 44:3, 47:25, 54:14, 54:16, 61:5, 61:12, 61:14, 80:5, 95:7, 95:8, 95:9, 122:7, 122:19, 122:21, 146:4, 163:15, 163:18, 207:16
**named** [2] - 45:6, 45:15
**names** [4] - 48:8, 48:10, 48:11, 207:17
**narrow** [1] - 59:12
**Naser** [18] - 7:10, 7:21, 8:8, 43:25, 44:21, 50:6, 50:22, 51:4, 52:7, 52:12, 52:23, 53:3, 55:6, 55:12, 55:24, 56:17, 65:14, 96:22
**NASER** [1] - 1:6
**Naser's** [12] - 32:23, 34:16, 35:15, 44:8, 49:20, 50:15, 51:9, 51:14, 51:19, 52:1, 54:2, 54:16
**National** [1] - 7:16
**NATO** [2] - 126:3, 126:5
**nature** [2] - 41:17, 132:2
**navigate** [1] - 41:15
**near** [2] - 111:11, 182:9
**nearly** [1] - 123:24
**necessarily** [4] -

121:9, 121:10, 178:15, 190:1
**necessary** [3] - 165:25, 181:12, 208:2
**necessitate** [2] - 207:21, 207:22
**neck** [1] - 183:17
**need** [12] - 12:24, 37:17, 58:18, 73:21, 74:16, 87:24, 150:7, 150:15, 150:17, 180:10, 194:7, 194:9
**needed** [2] - 128:18, 137:17
**needs** [2] - 196:16, 197:3
**Nestle** [1] - 189:2
**Nestle's** [1] - 189:7
**never** [4] - 43:6, 44:25, 59:5, 183:15
**new** [5] - 10:10, 171:18, 194:16, 202:9, 204:18
**newly** [1] - 194:16
**news** [2] - 39:14, 39:16
**News** [3] - 20:4, 20:10, 23:22
**Newspaper** [2] - 29:20, 32:3
**next** [85] - 13:1, 13:17, 14:3, 14:15, 15:5, 16:12, 16:13, 17:6, 17:17, 18:3, 18:8, 18:17, 19:7, 19:15, 21:1, 21:8, 22:19, 23:1, 23:2, 23:20, 23:25, 24:4, 24:18, 24:22, 25:4, 25:8, 25:17, 25:22, 26:12, 27:5, 27:18, 28:3, 28:14, 28:24, 29:3, 29:15, 30:9, 31:6, 31:11, 50:25, 51:6, 51:11, 51:16, 51:21, 52:4, 52:9, 52:14, 52:19, 55:18, 60:15, 64:21, 72:11, 72:25, 84:5, 84:6, 93:1, 94:7, 94:18, 97:24, 97:25, 99:13, 99:23, 100:9, 101:9, 102:14, 103:4, 121:25, 123:13, 131:4, 131:21, 133:1, 135:5, 138:16, 143:24, 146:21, 163:2, 169:9, 171:6,

201:22, 204:9, 204:14, 204:25, 209:10, 210:3
**nice** [1] - 35:24
**nickname** [2] - 11:24, 11:25
**night** [1] - 207:19
**nine** [1] - 45:20
**none** [10] - 50:21, 51:4, 51:8, 51:13, 51:18, 52:1, 52:6, 52:11, 52:23, 53:3
**nonmetallic** [1] - 146:17
**nonstriking** [1] - 146:17
**normal** [5] - 99:19, 103:15, 165:14, 165:15
**Northwest** [1] - 127:24
**notable** [1] - 121:8
**NOTE** [1] - 6:22
**note** [4] - 102:7, 199:18, 205:3, 206:22
**noted** [2] - 170:4, 194:5
**notes** [3] - 32:25, 194:24, 211:8
**nothing** [4] - 32:13, 121:12, 189:17, 197:18
**noticed** [3] - 131:2, 131:4, 132:10
**notification** [2] - 36:8, 36:15
**notifications** [1] - 36:5
**nuclear** [1] - 127:1
**Number** [10] - 5:2, 6:6, 7:9, 82:1, 82:3, 82:8, 82:19, 83:17, 158:16, 162:7
**number** [41] - 10:10, 39:1, 41:8, 47:12, 50:14, 80:24, 81:17, 81:21, 82:5, 84:6, 85:20, 126:1, 127:18, 130:12, 140:6, 141:4, 145:25, 147:4, 147:19, 148:14, 149:17, 149:19, 150:23, 152:13, 154:19, 154:20, 155:2, 155:4, 155:18, 158:15, 162:6, 170:1, 170:19, 173:3, 173:8, 173:11,

182:18, 193:7, 193:9, 204:20
**numbered** [3] - 132:3, 133:8, 170:20
**numbers** [8] - 38:24, 80:20, 80:22, 83:16, 149:7, 149:20, 168:23, 193:11
**numeral** [1] - 195:24
**NW** [1] - 1:20

## O

**O'** [5] - 16:21, 16:23, 16:24, 19:9, 27:15
**oath** [3] - 9:3, 30:16, 115:2
**Oath** [3] - 32:3, 32:6, 32:7
**obey** [1] - 30:17
**objection** [29] - 69:24, 70:13, 71:23, 74:10, 76:23, 78:6, 79:6, 84:1, 84:16, 85:13, 88:10, 88:11, 98:19, 105:25, 108:2, 110:3, 112:7, 113:4, 149:2, 149:5, 149:7, 168:9, 169:21, 172:13, 172:17, 175:7, 181:15, 181:17, 206:2
**objections** [3] - 81:10, 148:18, 193:5
**observation** [2] - 129:6, 140:6
**observe** [1] - 139:15
**observed** [7] - 130:22, 131:8, 137:15, 140:4, 142:12, 157:10, 167:19
**Obtain** [1] - 1:24
**obtained** [1] - 20:5
**obtaining** [1] - 57:14
**obvious** [4] - 128:17, 128:23, 128:25, 131:17
**obviously** [2] - 118:9, 204:19
**occasionally** [1] - 41:9
**occurred** [1] - 165:14
**October** [8] - 65:19, 83:2, 96:19, 123:19, 126:15, 128:3, 132:9, 176:20
**OF** [5] - 1:1, 1:3, 3:1, 6:16, 211:1
**of_the** [1] - 14:13
**offered** [1] - 199:25
**office** [12] - 61:6,

61:13, 61:16, 61:17, 61:21, 62:12, 95:12, 95:13, 123:6, 124:5, 124:10, 163:5
**Office** [2] - 1:16, 2:6
**official** [6] - 20:11, 29:24, 39:14, 46:25, 56:1
**often** [3] - 98:8, 127:17, 164:9
**ogg** [1] - 25:15
**old** [2] - 143:9, 150:12
**old-style** [1] - 143:9
**once** [18] - 46:15, 64:22, 73:9, 73:10, 76:10, 78:2, 79:10, 112:18, 112:25, 131:11, 167:18, 172:17, 199:21, 200:2, 201:14, 201:21, 202:7, 202:14
**one** [134] - 10:12, 11:19, 11:22, 11:23, 14:7, 14:15, 15:5, 16:13, 16:17, 17:6, 17:17, 17:24, 18:6, 18:10, 18:20, 18:22, 18:23, 19:17, 20:11, 20:16, 20:17, 21:5, 23:5, 23:6, 25:11, 25:12, 25:13, 25:25, 26:1, 26:2, 26:14, 27:3, 27:23, 28:18, 28:21, 29:6, 29:8, 29:9, 29:22, 29:23, 29:24, 29:25, 32:8, 33:8, 33:9, 34:3, 38:4, 39:5, 41:20, 41:22, 42:6, 44:12, 44:18, 45:14, 45:19, 46:20, 46:25, 47:24, 49:19, 50:6, 50:12, 50:14, 55:12, 56:19, 57:2, 59:15, 66:1, 68:10, 68:11, 83:7, 83:14, 84:5, 84:20, 86:2, 86:9, 90:15, 93:17, 103:23, 106:8, 107:11, 108:12, 109:22, 110:9, 115:20, 121:5, 126:2, 127:13, 128:11, 131:23, 135:12, 140:18, 144:9, 150:5, 150:7, 152:25, 154:6, 154:21, 154:22, 156:11, 163:20,

164:2, 166:15, 167:3, 170:15, 170:16, 170:17, 171:1, 171:2, 171:9, 172:9, 173:4, 174:13, 175:21, 177:3, 180:23, 180:24, 185:9, 187:4, 187:6, 187:19, 188:25, 189:13, 189:14, 194:19, 195:6, 197:21, 200:20, 204:5, 205:3
**one-to-one** [1] - 10:12
**one-way** [1] - 38:4
**ones** [3] - 19:1, 56:18, 134:18
**ongoing** [3] - 125:20, 129:5
**ooh** [3] - 154:17, 155:12, 168:13
**open** [7] - 80:10, 105:19, 110:13, 112:18, 118:1, 118:3, 136:3, 140:1, 150:7, 151:10, 152:10, 152:25, 153:2, 165:8, 171:3, 173:4, 186:24
**opened** [8] - 73:10, 120:20, 144:4, 165:10, 165:15, 165:19, 166:17, 186:19
**opening** [1] - 75:7
**opens** [2] - 118:20, 153:21
**operate** [2] - 45:25, 46:6
**operations** [3] - 126:18, 126:20, 126:21
**operator** [1] - 124:17
**opinion** [4] - 44:17, 197:22, 197:25, 207:16
**opposed** [1] - 120:17
**optimistic** [2] - 209:6, 209:10
**order** [3] - 62:22, 126:22, 205:7
**ordering** [1] - 95:19
**organically** [1] - 39:20
**organized** [1] - 124:9
**organizing** [1] - 95:17
**orient** [1] - 102:4
**original** [3] - 171:16, 171:17, 186:17
**originally** [3] - 83:1,

161:21, 190:18
**Orion** [1] - 2:7
**otherwise** [2] - 20:25, 165:2
**ounces** [9] - 166:3, 171:20, 171:21, 183:4, 183:7, 183:16, 184:2, 184:4, 190:23
**outgoing** [1] - 35:6
**outlet** [5] - 26:18, 26:25, 28:10, 31:18, 39:25
**outlets** [3] - 20:11, 29:24, 47:1
**outreach** [3] - 127:2, 127:9, 127:10
**outside** [5] - 66:5, 97:8, 160:15, 160:18, 168:22
**overall** [8] - 98:9, 133:6, 133:7, 139:25, 188:5, 202:22, 202:24
**overpack** [1] - 161:8
**overruled** [1] - 181:18
**overseas** [2] - 126:1, 127:20
**overview** [1] - 35:24
**own** [5] - 9:20, 24:15, 26:24, 99:7, 203:16
**OX** [1] - 135:25
**oxidizers** [1] - 160:6

**P**

**p.m** [15] - 12:18, 14:1, 14:14, 94:25, 114:3, 114:5, 114:6, 114:24, 121:24, 122:11, 192:5, 192:14, 192:16, 192:17, 210:5
**pace** [1] - 208:23
**pack** [1] - 151:7
**package** [6] - 64:24, 118:3, 143:21, 153:21, 154:10, 154:11
**packaged** [7] - 64:11, 82:17, 83:5, 131:21, 153:15, 161:21, 191:1
**packages** [2] - 140:8, 157:16
**packaging** [17] - 68:4, 85:16, 105:19, 153:13, 153:14, 153:17, 153:22, 154:6, 154:7,

164:19, 164:25, 166:13, 171:15, 171:16, 171:17, 182:11, 186:17
**packet** [1] - 152:22
**packets** [2] - 175:16, 175:18
**packs** [2] - 82:21, 144:11
**padlock** [1] - 163:3
**page** [41] - 11:11, 12:3, 13:1, 14:3, 14:15, 15:5, 22:20, 34:9, 49:24, 50:4, 50:18, 50:25, 51:6, 51:11, 51:16, 51:21, 51:24, 52:4, 52:9, 52:11, 52:14, 52:19, 53:1, 53:6, 53:8, 53:12, 53:15, 55:10, 55:18, 100:9, 101:9, 102:6, 102:14, 194:16, 195:21, 195:24, 199:21, 205:25
**Page** [3] - 3:2, 3:23, 4:1
**pages** [2] - 205:2, 205:5
**pail** [1] - 179:3
**pails** [3] - 160:4, 163:4
**Palestine** [1] - 26:21
**paper** [6] - 50:8, 98:9, 117:14, 159:1, 160:6, 160:13
**paperwork** [7] - 64:25, 65:2, 65:4, 116:19, 132:16, 163:3, 163:5
**Par** [1] - 160:12
**Parafilm** [4] - 159:1, 160:12, 160:19, 160:20
**paragraph** [2] - 203:15, 206:8
**pardon** [1] - 94:22
**part** [15] - 38:23, 42:3, 42:6, 65:15, 65:16, 65:17, 65:18, 125:23, 135:8, 155:23, 158:5, 161:15, 201:9, 202:5, 203:12
**participate** [3] - 132:13, 134:7, 174:1
**participated** [1] - 103:14
**participating** [1] - 103:12
**particular** [23] - 14:10, 21:12, 26:9, 27:8,

35:18, 35:25, 36:22, 39:24, 47:20, 62:22, 63:14, 68:10, 128:6, 131:19, 136:15, 137:13, 139:2, 140:7, 140:23, 141:3, 154:3, 170:20, 177:24
**particularly** [1] - 48:8
**parties** [7] - 38:8, 194:1, 202:11, 202:21, 205:6, 205:9, 205:19
**partners** [5] - 68:8, 125:9, 127:3, 127:14
**parts** [8] - 85:2, 85:3, 102:21, 103:10, 125:22, 152:9, 152:11, 202:6
**party** [1] - 211:9
**pass** [1] - 88:9
**paste** [1] - 204:13
**pattern** [5] - 130:7, 130:18, 130:25, 135:11, 202:22
**Pattern** [1] - 202:20
**pause** [16] - 8:21, 54:8, 57:4, 60:9, 73:22, 86:11, 88:13, 88:17, 94:15, 114:10, 122:5, 152:16, 167:4, 175:22, 182:16, 207:6
**PDF** [1] - 25:25
**pencil** [1] - 98:8
**Pennsylvania** [1] - 1:20
**people** [31] - 9:21, 10:2, 23:13, 23:15, 36:3, 40:2, 40:4, 40:8, 40:11, 40:15, 41:7, 41:12, 46:8, 47:7, 47:12, 47:19, 47:20, 48:21, 58:9, 58:12, 58:22, 58:24, 59:4, 59:9, 93:23, 93:25, 103:9, 129:9, 129:22, 178:20, 180:20
**percent** [1] - 75:6
**percentage** [1] - 54:1
**perform** [1] - 45:10
**performance** [1] - 74:3
**performed** [2] - 128:16, 164:7
**performing** [1] - 42:14
**perimeter** [1] - 130:8
**period** [1] - 202:8

**periods** [1] - 59:1
**permission** [1] - 105:7
**permitted** [1] - 64:14
**peroxide** [7] - 58:13, 127:11, 164:17, 167:25, 168:1, 186:4, 186:5
**peroxide-based** [2] - 127:11, 167:25
**person** [3] - 65:12, 120:10, 128:12
**personal** [1] - 42:9
**personally** [4] - 103:17, 103:18, 103:21, 188:15
**personnel** [2] - 103:6, 104:12
**perspective** [3] - 130:4, 138:25, 177:6
**Peter** [1] - 123:15
**pharmacy** [2] - 187:14, 187:17
**phase** [1] - 175:16
**phone** [19] - 10:10, 15:16, 15:18, 22:6, 33:7, 33:8, 33:11, 33:22, 33:24, 34:14, 35:1, 35:15, 37:2, 37:3, 37:12, 45:24, 45:25, 54:2, 105:14
**phones** [3] - 36:9, 36:11, 47:9
**phonetic** [1] - 185:14
**photo** [17] - 69:18, 71:17, 73:10, 80:16, 81:20, 81:25, 136:25, 137:7, 138:22, 143:7, 145:14, 146:24, 167:6, 167:21, 184:12, 190:7, 190:8
**photograph** [12] - 64:9, 106:24, 107:3, 109:22, 110:25, 135:20, 142:2, 143:24, 146:21, 147:9, 167:9, 167:17
**photographed** [2] - 64:22, 142:15
**photographer** [10] - 64:6, 64:7, 97:25, 98:2, 98:3, 133:6, 133:12, 179:17, 179:19, 179:21
**photographing** [1] - 64:20
**photographs** [3] - 134:5, 134:18, 150:3
**photography** [2] - 103:3, 118:17

**photos** [2] - 118:18, 133:24
**phrase** [2] - 16:22, 41:19
**phrasing** [5] - 197:13, 197:15, 198:11, 198:15, 198:23
**physical** [2] - 129:21, 147:23
**physics** [1] - 62:3
**pick** [3] - 42:8, 70:2, 77:2
**picked** [4] - 71:9, 76:10, 99:18, 187:16
**pickle** [2] - 159:12
**picture** [30] - 64:7, 75:18, 75:23, 76:2, 91:22, 101:17, 101:23, 106:18, 106:19, 109:8, 109:10, 111:4, 111:12, 117:23, 139:14, 139:25, 142:25, 144:3, 167:12, 167:15, 172:4, 183:8, 183:24, 185:3, 185:4, 185:6, 188:3, 191:5, 191:8
**pictured** [9] - 69:18, 71:17, 80:18, 81:24, 82:2, 82:4, 82:8, 102:2, 105:14
**pictures** [13] - 37:19, 117:15, 133:6, 133:7, 133:12, 133:14, 133:21, 133:25, 138:10, 154:12, 169:8, 170:25, 179:23
**pieces** [1] - 153:5
**pillow** [1] - 72:22
**Pine** [1] - 188:12
**Pine-Sol** [1] - 188:12
**Pittsburgh** [6] - 61:6, 61:13, 61:16, 61:17, 61:20, 62:11
**place** [6] - 7:11, 64:7, 73:2, 107:13, 113:16, 211:5
**placed** [7] - 142:17, 147:10, 160:4, 161:7, 161:8, 163:4, 165:7
**Plaintiff** [2] - 1:4, 1:15
**plan** [6] - 98:9, 131:8, 131:19, 132:2, 132:15, 209:22
**plastic** [12] - 79:14, 79:20, 80:8, 143:13,

145:15, 146:12, 156:5, 157:14, 160:4, 179:8, 181:24, 186:25
**platform** [1] - 40:1
**play** [2] - 193:1, 193:2
**pledge** [1] - 30:23
**plenty** [1] - 41:16
**plug** [1] - 145:17
**plugged** [4] - 70:18, 70:20, 70:25, 71:8
**plugs** [1] - 84:7
**plus** [2] - 161:3, 202:25
**pocket** [4] - 109:4, 109:9, 109:13, 116:11
**poem** [1] - 31:18
**point** [13] - 24:12, 42:17, 44:10, 83:10, 83:23, 134:7, 177:12, 177:16, 177:19, 186:19, 205:9, 207:20, 207:25
**pointed** [3] - 117:5, 117:23, 182:4
**pointer** [6] - 44:13, 75:24, 111:7, 134:22, 142:9, 182:2
**police** [1] - 49:8
**policing** [3] - 42:19, 54:22, 54:23
**polish** [1] - 179:6
**polytheists** [3] - 14:13, 20:20, 20:22
**pool** [2] - 174:9, 178:23
**poor** [1] - 144:21
**pop** [2] - 36:11, 36:13
**pop-up** [2] - 36:11, 36:13
**popular** [1] - 48:19
**Port** [1] - 123:14
**portion** [3] - 7:25, 11:14, 13:18
**position** [4] - 96:18, 124:3, 197:11
**positions** [2] - 95:13, 95:24
**possibility** [1] - 44:19
**possible** [2] - 58:22, 64:8
**possibly** [4] - 8:6, 29:22, 72:22, 190:3
**Possibly** [1] - 55:22
**pot** [1] - 129:2
**potential** [3] - 136:7, 136:20, 207:19
**potentially** [6] - 177:9,

180:18, 180:25, 184:6, 184:17, 186:2
**pour** [2] - 160:9, 162:9
**poured** [2] - 165:7, 165:18
**power** [2] - 85:23, 116:7
**Power** [1] - 62:8
**PowerPoint** [1] - 22:23
**practice** [1] - 99:19
**Practices** [1] - 39:9
**preadmit** [2] - 169:20, 172:12
**precursor** [5] - 136:8, 140:11, 140:14, 177:9, 186:3
**precursors** [3] - 127:8, 140:15, 180:18
**preferred** [1] - 200:6
**preliminary** [1] - 164:6
**prep** [1] - 133:23
**prepared** [1] - 200:22
**prescription** [1] - 187:16
**present** [2] - 7:4, 134:15
**presentation** [2] - 16:23, 49:8
**presented** [1] - 192:22
**preserve** [1] - 206:2
**presiding** [1] - 7:7
**press** [2] - 76:1, 111:8
**pressure** [2] - 41:2, 41:9
**presumably** [1] - 54:24
**presume** [2] - 184:8, 200:18
**presumptive** [1] - 191:16
**pretty** [2] - 67:8, 90:18
**previous** [2] - 19:19, 67:21
**previously** [2] - 9:6, 200:1
**pride** [1] - 24:12
**primarily** [2] - 124:11, 178:7
**primary** [1] - 96:10
**print** [1] - 121:6
**printed** [1] - 121:5
**printed-out** [1] - 121:5
**prints** [1] - 176:3
**private** [1] - 44:9
**problem** [3] - 33:5, 92:10, 104:8
**procedure** [4] - 64:5, 160:22, 163:10,

209:5
**procedures** [4] - 63:9, 63:14, 63:17, 64:1
**proceed** [13] - 32:17, 57:10, 60:23, 87:1, 88:12, 88:19, 114:13, 115:3, 122:13, 148:24, 156:13, 176:14, 208:17
**proceeding** [1] - 7:25
**proceedings** [1] - 211:5
**Proceedings** [2] - 4:2, 210:5
**process** [3] - 63:21, 160:22, 163:10
**produce** [1] - 209:11
**product** [1] - 189:2
**products** [6] - 127:10, 127:11, 135:21, 135:22, 136:18, 154:8
**profiling** [1] - 96:7
**program** [5] - 10:2, 124:25, 125:5, 125:11, 126:2
**programmed** [2] - 9:15, 10:20
**programming** [3] - 10:5, 10:15, 10:23
**programs** [1] - 126:4
**progression** [1] - 137:4
**project** [1] - 156:24
**promote** [2] - 36:1, 39:16
**proof** [1] - 162:22
**propellers** [6] - 82:9, 82:13, 87:5, 87:12, 87:24, 87:25
**proper** [3] - 63:8, 64:1, 68:4
**properly** [3] - 62:25, 63:15, 163:22
**property** [8] - 97:21, 97:23, 98:1, 98:10, 101:14, 102:7, 103:8, 103:10
**prophecies** [1] - 24:13
**Prophet** [1] - 39:10
**Proposed** [3] - 167:1, 168:8, 174:21
**proposed** [4] - 198:24, 199:8, 200:1, 208:5
**propped** [2] - 75:13, 75:21
**propriety** [1] - 197:11
**prosecutor** [7] - 123:1, 123:2, 123:3,

123:17, 123:18, 124:5
**prosecutor's** [1] - 123:6
**protective** [8] - 104:2, 128:16, 128:20, 128:22, 130:7, 130:18, 131:12, 137:16
**proves** [1] - 30:20
**provide** [3] - 195:25, 196:3, 207:23
**provided** [4] - 27:14, 166:4, 176:11, 196:8
**provides** [1] - 197:15
**psychology** [1] - 96:15
**public** [3] - 40:23, 96:16, 192:24
**publish** [4] - 11:10, 21:15, 27:1, 168:12
**Publisher** [1] - 55:15
**pull** [10] - 16:1, 61:7, 66:12, 71:4, 79:10, 98:22, 106:15, 109:5, 186:23, 204:7
**pulled** [1] - 106:20
**pulling** [1] - 198:11
**punishment** [2] - 17:24, 27:23
**purpose** [7] - 10:21, 39:22, 57:13, 58:25, 146:19, 165:4, 175:1
**push** [2] - 36:5, 36:8
**put** [32] - 9:23, 10:3, 75:15, 77:9, 78:12, 79:13, 83:5, 83:8, 106:6, 126:4, 143:9, 145:19, 153:11, 156:10, 158:11, 158:20, 159:1, 159:2, 159:17, 159:19, 160:1, 160:6, 160:10, 160:15, 160:25, 168:23, 183:16, 183:19, 187:6, 187:19, 190:20, 191:25
**putting** [2] - 36:22, 191:20

## Q

**quality** [2] - 198:22, 198:25
**Quantico** [4] - 63:19, 96:6, 163:14, 163:17
**quantity** [6] - 142:11, 191:3, 198:6,
198:21, 198:25, 199:3
**questions** [10] - 9:12, 57:6, 86:7, 93:15, 94:2, 113:10, 121:17, 122:20, 129:17, 176:7
**quick** [6] - 84:20, 86:13, 94:11, 205:3, 208:8
**quickly** [3] - 128:23, 173:23, 208:24
**Quik** [1] - 189:7
**quotation** [1] - 196:4
**quotes** [1] - 6:23

## R

**racing** [3] - 79:15, 93:10, 93:11
**rack** [1] - 135:17
**rad** [1] - 126:25
**radio** [1] - 38:4
**radios** [3] - 140:21, 151:8, 152:1
**raise** [6] - 43:5, 60:19, 122:6, 122:9, 206:16, 208:6
**Raman** [1] - 164:22
**ran** [3] - 39:14, 124:3, 185:21
**ranch** [1] - 66:9
**ranch-style** [1] - 66:9
**range** [1] - 47:20
**rarely** [1] - 49:2
**rather** [3] - 197:9, 197:24, 209:4
**RDR** [4] - 1:24, 1:25, 211:14, 211:15
**reach** [1] - 127:13
**read** [24] - 6:22, 6:22, 15:7, 20:2, 23:10, 27:12, 30:14, 49:17, 50:1, 50:11, 53:14, 58:17, 80:5, 80:20, 80:22, 80:24, 81:16, 117:12, 117:19, 168:25, 182:18, 183:3, 197:20, 203:7
**reading** [3] - 32:22, 72:2, 185:24
**reads** [5] - 23:12, 23:13, 55:15, 55:22, 196:2
**real** [3] - 50:7, 86:13, 198:2
**really** [7] - 23:13, 35:24, 48:8, 56:2, 187:8, 200:20
**reason** [4] - 43:7,
48:17, 180:14, 201:23
**receipt** [1] - 208:4
**receive** [1] - 36:12
**received** [27] - 22:6, 35:11, 35:12, 49:2, 70:15, 71:25, 74:12, 76:25, 78:8, 79:8, 81:14, 84:3, 84:18, 85:15, 98:21, 106:2, 108:4, 110:5, 112:9, 113:6, 125:4, 149:14, 162:24, 168:11, 170:6, 172:18, 175:9
**Received** [2] - 5:2, 6:6
**recently** [1] - 133:17
**recertified** [1] - 125:14
**recess** [12] - 8:3, 8:12, 8:13, 8:14, 60:2, 60:3, 114:4, 114:5, 192:15, 192:16, 210:2, 210:4
**recipe** [4] - 22:24, 192:23, 193:10
**recipes** [1] - 58:13
**recipients** [1] - 47:24
**recognize** [22] - 24:8, 26:15, 69:15, 76:15, 77:23, 78:25, 83:15, 105:12, 107:8, 107:9, 109:19, 111:25, 112:19, 112:21, 126:17, 129:6, 136:14, 167:6, 167:8, 167:14, 169:4, 184:15
**recollection** [1] - 198:11
**record** [19] - 6:22, 6:22, 7:11, 8:15, 60:4, 64:23, 114:6, 145:6, 149:8, 151:22, 169:24, 170:4, 192:17, 195:7, 199:19, 203:25, 206:10, 206:22, 206:24
**record's** [1] - 151:15
**recorded** [2] - 121:2, 211:6
**recover** [1] - 47:9
**recovered** [8] - 11:4, 35:1, 35:9, 39:2, 54:2, 119:8, 141:18, 171:7
**recovers** [1] - 15:15
**recross** [1] - 59:16
**rectangle** [1] - 101:20
**red** [16] - 15:13, 43:5, 141:23, 142:1, 142:9, 146:12, 156:18, 156:19, 158:14, 165:7, 168:3, 168:5, 171:6, 179:8, 179:13, 205:14
**red-tip** [3] - 165:7, 168:3, 168:5
**red-top** [1] - 171:6
**Redirect** [3] - 3:7, 3:12, 3:21
**redirect** [2] - 57:8, 93:16, 121:19
**REDIRECT** [3] - 57:11, 93:19, 189:23
**Redstone** [1] - 125:6
**reduced** [1] - 211:6
**redundancy** [1] - 65:3
**refer** [5] - 50:8, 99:8, 99:9, 101:13, 151:18
**reference** [3] - 28:22, 58:23, 194:7
**referenced** [1] - 138:19
**referencing** [1] - 206:12
**referred** [1] - 93:11
**referring** [5] - 66:17, 100:24, 163:19, 166:22, 170:12
**refers** [3] - 13:24, 39:1, 202:23
**reflect** [1] - 6:23
**regarding** [7] - 9:13, 114:19, 125:20, 148:18, 193:24, 194:1, 208:13
**regulation** [2] - 40:22, 41:15
**related** [6] - 10:23, 129:3, 131:24, 136:21, 138:25, 211:8
**relative** [1] - 180:14
**relatively** [1] - 40:23
**release** [1] - 55:22
**religious** [2] - 22:10, 24:10
**remain** [3] - 16:11, 196:6, 206:5
**remaining** [1] - 191:3
**remains** [2] - 9:3, 115:2
**remember** [17] - 48:15, 66:1, 66:4, 66:19, 68:19, 72:7, 75:6, 75:12, 85:1, 104:16, 105:1,
113:18, 118:6, 119:14, 192:7, 195:12, 201:1
**remind** [3] - 84:13, 162:6, 207:15
**reminded** [1] - 57:24
**reminding** [1] - 201:1
**remote** [2] - 79:15, 80:17
**remotes** [1] - 80:1
**remove** [6] - 41:12, 42:25, 45:4, 64:8, 164:18, 201:20
**removed** [4] - 43:7, 111:22, 131:22, 157:13, 165:6, 176:1, 195:17, 204:13
**remover** [1] - 179:6
**removing** [1] - 153:13
**render** [3] - 126:18, 126:20, 126:21
**renew** [1] - 30:16
**renounce** [1] - 200:4
**renumber** [2] - 203:11, 204:13
**renunciation** [3] - 199:24, 201:18, 202:10
**repackaged** [5] - 153:18, 153:22, 157:14, 166:12, 166:14
**repetitive** [1] - 53:16
**rephrasing** [1] - 202:4
**replacement** [2] - 139:17, 172:4
**replacements** [1] - 145:17
**replenish** [1] - 143:8
**replied** [1] - 49:2
**report** [7] - 11:3, 11:18, 113:21, 130:21, 192:10
**REPORTER** [1] - 132:18
**reporter** [1] - 48:1
**REPORTER'S** [1] - 6:22
**REPORTERS** [2] - 6:16, 211:1
**reprimanded** [1] - 56:5
**request** [3] - 192:21, 201:16, 203:6
**requested** [2] - 121:19, 205:8
**requesting** [2] - 196:19, 207:20
**requests** [3] - 48:1,

58:9, 206:7
**require** [3] - 124:25, 125:10, 159:15
**required** [5] - 63:19, 65:11, 65:13, 125:12, 125:15
**requirement** [4] - 196:2, 197:1, 198:20, 202:1
**requirements** [1] - 64:25
**requisite** [3] - 199:22, 201:21, 203:6
**research** [2] - 113:19, 192:8
**residence** [1] - 128:7
**resides** [1] - 10:12
**resolution** [2] - 13:25, 15:11
**resolved** [1] - 194:23
**resolves** [1] - 203:17
**respect** [1] - 162:8
**responded** [1] - 55:2
**responders** [1] - 129:7
**response** [5] - 58:15, 58:16, 124:18, 128:19, 157:12
**Response** [12] - 62:13, 62:18, 62:19, 62:21, 63:18, 65:24, 95:14, 96:10, 96:19, 98:6, 115:10, 178:5
**responses** [2] - 127:18, 161:2
**responsibilities** [3] - 124:13, 124:15, 158:5
**responsibility** [5] - 67:1, 127:2, 129:6, 130:19, 177:5
**responsible** [8] - 63:8, 92:11, 92:14, 95:17, 104:9, 104:11, 127:23, 128:18
**rest** [3] - 120:17, 128:19, 207:21
**resting** [1] - 117:7
**results** [3] - 36:23, 58:5, 58:6
**retake** [1] - 8:20
**retire** [1] - 59:23
**retired** [2] - 123:24, 123:25
**retook** [1] - 9:6
**retrieve** [3] - 9:24, 87:8, 104:2
**return** [3] - 75:1, 110:15, 134:5
**returned** [1] - 114:12
**reveal** [1] - 144:4

**review** [3] - 47:24, 133:17, 134:1
**reviewed** [6] - 21:21, 33:23, 34:2, 44:20, 47:6
**reviewing** [1] - 197:9
**revisit** [1] - 209:9
**right-hand** [3] - 135:6, 137:2, 147:4
**RIP** [1] - 48:19
**rise** [13] - 7:5, 8:13, 8:16, 8:22, 59:25, 60:5, 60:10, 114:2, 114:7, 114:23, 192:13, 192:18, 210:4
**risk** [2] - 190:3, 197:13
**Riyah** [1] - 7:21
**RIYAH** [1] - 2:2
**RMR** [2] - 1:24, 211:14
**road** [1] - 101:22
**roar** [1] - 18:10
**Rocket** [1] - 29:21
**role** [8] - 96:21, 96:24, 120:9, 120:11, 128:13, 131:13, 131:14, 181:6
**roles** [2] - 95:22, 131:23
**roll** [3] - 153:5, 182:9, 187:2
**rolls** [1] - 186:24
**Roman** [1] - 195:24
**Room** [7] - 99:10, 99:13, 99:14, 99:15, 99:16, 105:4, 106:18
**room** [11] - 59:23, 65:7, 65:9, 68:10, 97:13, 99:7, 99:14, 103:19, 129:20, 130:10, 130:16
**rooms** [5] - 99:4, 99:9, 103:7, 106:8, 133:8
**roughly** [1] - 184:2
**rounding** [1] - 177:21
**routinely** [1] - 146:9
**RPR** [2] - 1:24, 211:14
**ruled** [2] - 206:4, 206:14
**ruling** [2] - 206:11, 208:9
**Rumiyah** [4] - 26:4, 26:5, 26:7, 26:8
**running** [1] - 45:20
**runs** [1] - 197:13
**Russian** [1] - 154:10

# S

**S/Christin** [1] - 211:13

**S/Leann** [1] - 211:13
**SABT** [4] - 164:1, 167:20, 168:22, 191:1
**safe** [4] - 126:18, 126:20, 126:21, 129:8
**safely** [1] - 162:14
**SAIMA** [1] - 1:15
**Saima** [1] - 7:13
**Sally's** [1] - 127:10
**sample** [1] - 11:23
**sampled** [1] - 166:11
**samples** [1] - 166:24
**sampling** [2] - 166:14, 166:21
**sandpaper** [2] - 143:21, 152:22
**Sanilac** [3] - 123:1, 123:18, 123:25
**Saran** [2] - 160:13, 160:14
**Saturn** [1] - 112:24
**saving** [1] - 149:10
**saw** [19] - 10:22, 16:21, 20:22, 44:25, 57:17, 68:7, 69:20, 74:18, 105:18, 132:15, 133:14, 133:15, 137:22, 144:2, 150:18, 170:25, 172:3, 179:1, 190:8
**scale** [4] - 64:9, 73:11, 98:7, 173:20
**scan** [1] - 50:20
**scene** [16] - 63:21, 97:6, 97:7, 98:6, 153:15, 158:11, 176:20, 176:25, 177:3, 179:2, 179:15, 179:18, 180:5, 180:20, 181:6, 182:24
**scenes** [1] - 127:15
**scenes_from** [1] - 13:8
**scheduling** [1] - 208:13
**scheme** [1] - 202:22
**School** [1] - 123:8
**school** [7] - 61:24, 96:11, 123:7, 123:12, 123:14, 125:7, 150:12
**science** [2] - 163:16, 163:17
**scissors** [6] - 74:16, 110:10, 150:8, 150:15, 150:17,

171:4
**scratch** [1] - 207:24
**screen** [6] - 66:15, 69:4, 101:1, 144:13, 144:20, 168:17
**screw** [4] - 160:4, 160:10, 160:16, 160:18
**screwdrivers** [1] - 84:8
**screws** [1] - 155:4
**scroll** [1] - 16:2
**seal** [3] - 4:3, 7:25, 159:2
**sealable** [2] - 159:7, 161:12
**Sealed** [1] - 4:2
**sealed** [10] - 110:9, 118:10, 153:21, 165:18, 190:18, 192:23, 192:25, 193:3, 193:6, 193:21
**sealing** [1] - 159:1
**search** [46] - 36:18, 57:22, 58:3, 58:7, 62:23, 63:1, 63:2, 64:2, 64:3, 64:5, 64:15, 64:18, 65:17, 65:18, 65:21, 65:24, 67:1, 90:13, 91:12, 96:21, 99:3, 101:14, 103:6, 103:8, 103:12, 103:14, 103:21, 104:9, 104:11, 104:12, 104:14, 104:16, 115:15, 119:4, 121:5, 128:7, 128:19, 129:10, 129:16, 129:25, 133:5, 133:19, 176:20, 179:18
**searched** [5] - 94:1, 102:18, 108:24, 120:21, 129:21
**searches** [4] - 95:18, 103:17, 103:18
**searching** [9] - 62:24, 64:13, 92:14, 93:21, 93:24, 93:25, 104:13, 115:18, 129:19
**seat** [1] - 89:18
**seated** [15] - 7:8, 8:25, 9:2, 32:16, 60:12, 60:14, 60:22, 95:1, 114:25, 115:1, 118:16, 122:12, 148:23, 169:17, 192:20

**second** [15] - 10:16, 21:5, 26:14, 28:1, 31:20, 55:20, 64:9, 65:12, 107:11, 174:13, 188:18, 194:24, 200:7, 202:1, 202:12
**secondary** [1] - 16:6
**secret** [1] - 10:7
**Secrets** [6] - 34:19, 46:4, 46:16, 57:13, 57:22, 58:25
**section** [3] - 204:14, 204:16, 204:18
**Section** [1] - 1:19
**secure** [1] - 162:20
**Security** [1] - 7:16
**see** [8] - 8:7, 10:24, 15:17, 22:5, 24:14, 34:25, 38:22, 44:8, 46:17, 47:12, 51:13, 52:11, 53:16, 53:23, 54:1, 56:13, 58:6, 58:10, 69:5, 69:6, 69:12, 73:16, 73:25, 75:18, 76:12, 80:16, 82:4, 82:6, 86:3, 87:19, 90:22, 91:14, 91:21, 93:1, 101:20, 105:22, 106:18, 109:13, 111:5, 116:17, 116:19, 117:9, 117:14, 117:16, 119:17, 121:11, 128:17, 133:21, 134:1, 135:25, 142:4, 142:7, 144:12, 144:18, 145:14, 153:13, 166:6, 174:5, 174:6, 185:3, 186:15, 187:10, 188:10, 193:14, 194:13, 198:14, 198:23, 199:5, 199:13, 199:17, 203:19, 205:20, 207:3, 208:7
**seeing** [4] - 15:13, 75:6, 91:11, 209:3
**seem** [2] - 165:25, 193:11
**segregate** [1] - 148:9
**seize** [10] - 68:7, 75:9, 78:13, 112:13, 119:22, 120:1, 131:25, 134:14, 136:5, 156:20
**seized** [26] - 67:23, 68:1, 91:5, 92:2,

92:11, 109:17, 109:23, 115:13, 115:18, 115:21, 119:20, 119:21, 134:15, 134:16, 143:4, 143:22, 147:6, 147:12, 147:25, 157:11, 169:7, 171:10, 174:5, 174:6, 174:17, 189:25
**seizing** [3] - 68:17, 104:16, 134:10
**seizure** [6] - 68:6, 72:7, 75:2, 79:14, 174:1, 179:25
**self** [4] - 42:19, 49:8, 54:22, 54:23
**self-police** [1] - 49:8
**self-policing** [3] - 42:19, 54:22, 54:23
**sell** [1] - 127:11
**seminal** [1] - 197:21
**send** [9] - 36:10, 47:11, 55:12, 58:15, 156:20, 159:13, 175:17, 191:11, 207:18
**sending** [4] - 44:21, 56:25, 58:2, 58:9
**sends** [3] - 36:5, 159:13, 185:23
**senior** [2] - 95:14, 95:17
**sense** [3] - 9:18, 203:10, 203:18
**sent** [50] - 12:18, 13:9, 13:11, 13:25, 14:14, 15:12, 17:10, 19:12, 35:10, 35:17, 35:19, 36:13, 37:11, 37:21, 45:1, 47:13, 49:17, 50:5, 51:8, 51:14, 51:19, 52:1, 52:7, 52:11, 52:23, 53:3, 53:20, 54:11, 54:14, 54:24, 55:5, 55:20, 56:16, 56:20, 153:16, 156:11, 157:8, 157:13, 157:20, 163:8, 165:10, 166:19, 167:22, 175:24, 185:11, 190:25, 191:1, 191:10
**sentence** [8] - 196:5, 196:8, 200:7, 202:3, 202:9, 202:12, 203:7, 204:7
**sentiment** [1] - 16:25

**separate** [3] - 89:7, 153:17, 154:20
**separated** [1] - 160:5
**separately** [2] - 74:24, 176:5
**series** [2] - 151:11, 169:9
**serious** [2] - 48:5, 48:10
**server** [3] - 13:14, 15:22, 15:24
**servers** [3] - 10:6, 10:9, 16:9
**service** [4] - 42:16, 96:16, 117:13, 117:18
**session** [5] - 7:7, 8:18, 60:7, 114:9, 192:20
**set** [8] - 88:7, 89:15, 146:10, 152:9, 157:25, 172:9, 184:11, 211:5
**settled** [1] - 115:9
**several** [6] - 68:10, 80:1, 95:24, 139:4, 144:8, 159:25
**shall** [1] - 30:18
**shaped** [2] - 172:22, 172:25
**share** [1] - 39:16
**shared** [1] - 190:11
**sharing** [1] - 30:3
**sharply** [1] - 57:24
**shed** [2] - 102:9, 102:11
**sheets** [2] - 98:8, 136:19
**Sheikh** [1] - 31:19
**shelf** [18] - 135:23, 140:7, 140:12, 140:20, 140:23, 140:25, 141:3, 143:4, 146:13, 151:2, 155:9, 155:10, 156:6, 156:16, 188:8, 188:19, 188:23
**shelves** [5] - 140:2, 140:4, 140:18, 150:5, 188:14
**shine** [1] - 185:23
**ship** [1] - 191:24
**shipping** [1] - 166:13
**shock** [1] - 178:23
**shorthand** [1] - 24:11
**shortly** [1] - 124:10
**shot** [4] - 48:17, 48:18, 137:25, 188:5
**show** [34] - 38:15, 56:9, 58:5, 64:2,

68:21, 70:3, 71:3, 72:4, 72:12, 74:14, 76:1, 77:3, 78:10, 78:15, 79:11, 79:18, 101:12, 106:4, 108:10, 108:12, 108:17, 110:7, 110:21, 111:8, 112:11, 113:8, 142:6, 150:25, 151:10, 171:3, 172:9, 173:23, 174:11, 174:20
**showing** [4] - 20:5, 73:2, 75:7, 106:20
**shown** [1] - 108:15
**shows** [1] - 35:5
**shrink** [1] - 84:7
**Shura** [1] - 26:20
**shut** [6] - 41:5, 41:7, 42:11, 42:12, 118:15
**shuts** [1] - 41:22
**shutting** [1] - 41:14
**sic** [6] - 29:5, 93:5, 151:23, 152:8, 171:13, 190:1
**sic]** [2] - 140:17, 173:5
**side** [10] - 93:2, 100:15, 100:17, 106:19, 111:2, 116:11, 135:12, 138:1, 142:5, 156:11
**sides** [2] - 22:17, 153:10
**sidewalk** [1] - 101:21
**siding** [1] - 66:10
**Siemens** [1] - 62:8
**significance** [2] - 24:10
**significant** [2] - 145:21, 146:15
**silly** [2] - 48:8, 48:11
**SIM** [1] - 82:23
**similar** [10] - 78:2, 79:2, 81:4, 144:8, 146:12, 171:7, 171:13, 172:4, 182:23, 183:2
**simplest** [1] - 27:16
**simply** [1] - 194:8
**simultaneously** [1] - 45:21
**single** [3] - 64:12, 170:17, 187:4
**sink** [1] - 100:23
**sit** [1] - 187:22
**site** [2] - 131:22, 159:21
**sites** [1] - 40:25
**sitting** [2] - 142:12,

155:8
**situations** [2] - 16:22, 145:25
**Sixth** [1] - 206:18
**sketch** [15] - 97:25, 98:4, 98:5, 98:6, 98:7, 98:12, 98:25, 99:11, 99:12, 101:2, 101:12, 101:19, 102:18, 103:3, 104:1
**sketcher** [1] - 98:1
**sketching** [1] - 98:1
**skipping** [1] - 204:17
**SLAVIN** [164] - 1:18, 7:19, 60:16, 60:24, 61:1, 61:9, 66:12, 66:14, 66:22, 66:23, 68:22, 68:23, 69:9, 69:10, 69:22, 70:1, 70:7, 70:11, 70:16, 70:17, 70:23, 70:25, 71:2, 71:5, 71:11, 71:12, 71:22, 72:1, 72:3, 72:12, 72:14, 72:24, 73:1, 73:5, 73:6, 73:12, 73:13, 73:17, 73:18, 73:23, 73:24, 74:9, 74:13, 75:15, 75:17, 76:6, 76:7, 76:22, 77:1, 77:16, 77:18, 78:5, 78:9, 78:15, 78:16, 79:5, 79:9, 79:18, 79:19, 79:22, 79:23, 80:21, 81:7, 81:11, 81:15, 83:22, 83:25, 84:4, 84:15, 84:19, 85:12, 85:17, 86:7, 86:14, 88:11, 93:17, 93:20, 94:2, 94:9, 94:14, 94:19, 95:3, 98:18, 98:22, 98:24, 100:9, 100:11, 101:9, 101:11, 102:14, 102:16, 102:25, 103:2, 104:21, 104:23, 105:6, 105:10, 105:24, 106:3, 106:15, 106:16, 106:21, 106:22, 106:25, 107:1, 107:25, 108:5, 108:7, 109:5, 109:7, 109:14, 109:15, 110:2, 110:6, 110:20, 110:22, 111:18, 111:19, 112:6, 112:10, 113:3, 113:7,

113:10, 121:20, 174:12, 193:13, 194:3, 195:2, 195:12, 195:16, 196:10, 196:22, 196:24, 197:6, 199:1, 199:7, 199:11, 199:15, 200:5, 200:15, 200:20, 200:25, 201:5, 201:7, 201:19, 202:4, 203:9, 203:21, 203:25, 204:7, 204:12, 204:16, 204:19, 205:3, 205:5, 205:13, 205:15, 205:18, 205:22, 206:6, 207:5, 207:9, 207:11, 207:18
**Slavin** [14] - 3:10, 3:12, 3:15, 7:16, 60:23, 73:20, 86:8, 86:12, 93:18, 202:7, 203:5, 205:24, 207:4, 207:7
**sleeping** [1] - 67:11
**slide** [40] - 13:17, 16:12, 17:6, 17:17, 18:3, 18:8, 18:17, 19:7, 19:15, 21:1, 21:8, 21:10, 22:19, 23:1, 23:2, 23:20, 23:22, 23:25, 24:4, 24:18, 24:22, 25:4, 25:8, 25:17, 25:22, 26:12, 27:5, 27:18, 28:3, 28:14, 28:24, 29:3, 29:5, 29:15, 31:6, 31:11, 38:13, 38:15, 56:11
**slides** [2] - 19:19, 33:2
**slow** [2] - 132:18, 132:23
**slower** [1] - 204:6
**small** [16] - 50:7, 67:16, 68:20, 82:20, 82:23, 84:8, 85:4, 141:19, 152:11, 166:1, 173:5, 180:10, 180:13, 180:14, 187:8, 190:2
**small-gauge** [1] - 141:19
**smushed** [1] - 90:9
**Snow** [2] - 117:15, 117:16
**so..** [3] - 168:14, 183:18, 184:10

**social** [3] - 37:10, 39:25, 40:23
**softener** [1] - 136:17
**software** [1] - 15:15
**Sol** [1] - 188:12
**soldier_of** [1] - 14:21
**someone** [11] - 9:25, 36:13, 45:6, 47:11, 54:24, 58:15, 65:12, 68:7, 130:10, 153:21, 188:15
**sometime** [1] - 209:25
**sometimes** [4] - 37:14, 59:7, 59:8, 63:2
**somewhat** [2] - 59:3
**somewhere** [2] - 9:23, 45:1
**song** [1] - 56:25
**soon** [1] - 41:22
**sorry** [41] - 12:10, 12:22, 19:12, 20:16, 21:17, 34:5, 53:8, 54:7, 69:12, 70:8, 71:2, 72:18, 77:2, 83:22, 87:6, 91:7, 91:8, 100:17, 104:7, 106:25, 107:13, 111:4, 129:17, 132:23, 136:21, 137:25, 142:10, 144:20, 150:16, 154:17, 158:7, 163:21, 168:4, 169:3, 173:8, 178:18, 181:9, 181:16, 199:7, 207:2
**sort** [22] - 16:24, 22:9, 26:23, 58:24, 85:5, 88:24, 89:11, 90:21, 92:14, 116:7, 116:11, 117:7, 117:11, 117:17, 118:19, 120:12, 120:17, 135:8, 164:6, 164:19, 171:15
**Sotomayor's** [1] - 197:24
**sound** [1] - 48:4
**sounds** [4] - 39:11, 39:12, 47:14, 61:11
**sources** [1] - 160:5
**SOUTHERN** [1] - 1:2
**southwest** [1] - 20:7
**space** [2] - 125:16, 136:15
**spaces** [1] - 103:7
**spark** [2] - 84:7, 146:18

**speaker** [1] - 155:24
**speaking** [2] - 37:12, 43:8
**special** [20] - 9:17, 61:5, 61:19, 62:10, 63:9, 63:16, 95:10, 95:13, 95:25, 96:1, 97:7, 123:21, 123:23, 124:16, 131:11, 132:10, 158:6, 159:5, 161:14, 164:9
**Special** [15] - 60:16, 72:15, 94:20, 95:8, 98:3, 110:23, 128:15, 132:11, 132:14, 164:1, 166:9, 174:18, 175:13, 175:19
**specific** [12] - 10:13, 10:14, 21:25, 40:7, 43:21, 65:8, 68:1, 84:22, 163:18, 165:16, 172:21, 196:3
**specifically** [13] - 59:2, 134:15, 136:3, 138:10, 138:25, 142:24, 154:12, 164:1, 172:14, 180:4, 180:15, 199:2, 205:7
**spectroscopy** [1] - 164:22
**speed** [1] - 81:9
**spell** [3] - 61:14, 95:8, 122:19
**spelling** [3] - 95:6, 122:7, 122:21
**spent** [1] - 90:11
**SPG-9** [1] - 29:21
**spill** [1] - 160:8
**spilling** [3] - 143:18, 161:12, 162:1
**spinning** [1] - 156:25
**spit** [1] - 36:22
**splashing** [1] - 189:3
**split** [3] - 93:22, 128:20, 206:25
**spokesman** [1] - 31:20
**sponsored** [2] - 125:7, 126:2
**spools** [2] - 153:3, 153:4
**sporadic** [1] - 41:14
**spread** [2] - 39:22, 155:6
**squad** [3] - 128:7, 128:11, 129:22

**square** [2] - 100:22
**squeeze** [8] - 144:8, 147:3, 171:14, 179:8, 179:13, 181:24, 182:23, 183:1
**squeeze-type** [1] - 144:8
**squeezing** [1] - 143:18
**staff** [4] - 113:22, 113:24, 192:11, 194:12
**stages** [1] - 118:17
**stairs** [6] - 90:1, 100:19, 100:20, 135:4, 135:6
**stand** [10] - 8:20, 9:6, 32:11, 73:19, 75:25, 86:20, 94:17, 110:10, 111:8, 169:14
**standard** [2] - 59:22, 63:23
**standards** [1] - 95:19
**standing** [4] - 32:9, 86:16, 148:20, 169:13
**Stanley** [1] - 150:13
**start** [13] - 8:6, 8:9, 13:2, 32:22, 41:23, 49:24, 66:3, 93:25, 97:2, 135:12, 170:21, 186:15, 194:13
**started** [8] - 26:24, 93:9, 97:4, 97:25, 98:1, 123:19, 124:9, 130:7
**starter** [1] - 174:9
**starting** [7] - 7:11, 34:12, 48:10, 173:2, 194:16, 202:12, 207:24
**starts** [3] - 33:11, 33:20, 34:5
**state** [5] - 122:19, 125:9, 127:2, 127:14, 149:7
**State** [4] - 20:12, 24:11, 31:1, 123:10
**State_executor** [1] - 14:22
**statement** [1] - 59:10
**statements** [1] - 208:8
**STATES** [3] - 1:1, 1:3, 1:10
**States** [15] - 1:11, 7:5, 7:10, 7:14, 7:15, 7:17, 8:16, 60:5,

94:19, 114:8, 127:20, 192:18, 198:12, 198:16, 207:1
**statute** [3] - 197:13, 197:20, 198:5
**stay** [4] - 55:2, 55:3, 125:15
**stays** [1] - 195:16
**steadfastness** [1] - 17:14
**Steel** [1] - 74:3
**steel** [1] - 23:13
**stenographic** [1] - 211:8
**stenographically** [1] - 211:6
**step** [21] - 10:5, 59:20, 94:4, 121:22, 137:1, 192:3, 199:22, 200:2, 201:3, 201:9, 201:11, 201:15, 201:22, 201:25, 202:8, 202:15, 203:1, 203:12, 203:14, 203:16
**Stephen** [2] - 128:16, 164:2
**stepping** [1] - 200:17
**sterile** [1] - 159:10
**Steve** [1] - 131:5
**sticker** [8] - 70:9, 149:21, 149:22, 152:15, 154:7, 155:17, 155:19, 155:21
**sticking** [1] - 56:2
**sticks** [2] - 141:6, 150:14
**still** [16] - 8:3, 10:6, 10:10, 10:11, 10:18, 16:2, 19:20, 28:11, 109:24, 177:16, 182:2, 182:10, 186:17, 187:3, 200:8, 202:2
**stop** [2] - 160:16, 160:18
**storage** [5] - 9:25, 10:4, 16:7, 132:4, 162:20
**store** [8] - 9:21, 44:18, 158:24, 161:16, 161:19, 161:25, 162:14, 187:18
**stored** [11] - 10:6, 10:9, 10:16, 13:13, 15:22, 16:8, 35:14, 37:3, 132:7, 161:20, 163:2

**storing** [1] - 16:4
**stove** [1] - 129:3
**straws** [1] - 82:17
**Street** [3] - 1:16, 2:3, 2:7
**stretch** [11] - 32:9, 32:11, 32:12, 86:16, 86:21, 94:11, 94:17, 148:20, 169:14, 169:15, 169:16
**Stretch** [1] - 86:18
**stretched** [1] - 160:14
**stretchy** [2] - 160:13
**stricken** [1] - 205:12
**strike** [3] - 91:6, 205:15, 205:16
**strike-through** [2] - 205:15, 205:16
**string** [1] - 82:14
**strings** [1] - 89:4
**striving** [1] - 22:16
**stuff** [8] - 90:22, 121:1, 168:13, 188:13, 188:22, 191:17, 191:19, 191:25
**style** [5] - 38:4, 66:9, 119:1, 119:2, 143:9
**Styrofoam** [1] - 143:12
**sub** [5] - 203:25, 204:1, 204:2
**submission** [1] - 176:2
**submitted** [3] - 175:4, 176:3, 194:16
**subparagraphs** [1] - 204:9
**subsection** [2] - 202:12, 202:23
**substantial** [15] - 199:22, 200:2, 201:3, 201:9, 201:11, 201:15, 201:22, 201:25, 202:8, 202:15, 203:1, 203:12, 203:13, 203:16
**substantially** [7] - 69:19, 71:19, 74:6, 78:2, 79:2, 81:4, 105:17
**succeed** [1] - 22:16
**sufficiency** [1] - 197:9
**sufficiency-of-the-evidence** [1] - 197:9
**sufficient** [1] - 196:21
**Suite** [3] - 1:16, 1:20, 2:7
**sulfuric** [1] - 156:9

**summarize** [1] - 125:3
**sun** [1] - 147:18
**Super** [1] - 141:12
**Supergroup** [1] - 46:18
**superseding** [1] - 194:7
**supervising** [1] - 103:13
**supplies** [1] - 95:19
**Supplies** [1] - 127:10
**support** [22] - 178:7, 196:1, 196:3, 196:14, 196:15, 196:17, 196:18, 196:20, 196:21, 197:1, 197:4, 197:5, 197:17, 197:18, 197:22, 197:24, 198:3, 198:4, 198:6, 198:7, 198:21
**supported** [1] - 202:18
**supporter** [2] - 24:14, 24:16
**supporters** [2] - 39:21, 48:7
**supporting** [2] - 30:6, 196:7
**supportive** [1] - 40:11
**supports** [2] - 40:7, 198:9
**supposed** [9] - 41:9, 42:15, 57:25, 64:20, 130:20, 133:11, 147:17, 159:7, 200:21
**Supreme** [1] - 197:22
**suspected** [2] - 126:18, 168:1
**sweep** [13] - 104:2, 128:16, 128:21, 128:22, 129:21, 130:1, 130:7, 130:18, 130:19, 131:12, 131:14, 135:8, 137:16
**swing** [1] - 137:2
**switch** [1] - 22:17
**sword** [3] - 75:2, 75:7, 92:6
**Sword** [1] - 21:6
**sworn** [8] - 9:6, 60:18, 60:21, 94:21, 94:22, 94:25, 122:4, 122:11
**Syma** [3] - 173:5, 173:15, 173:16
**Syma-brand** [1] - 173:5
**Syria** [1] - 24:9

**syringe** [8] - 141:9, 154:17, 154:18, 154:19, 187:7, 187:8, 187:10, 187:11
**syringes** [1] - 145:24
**system** [1] - 65:3

## T

**T-A-R-O-T** [1] - 77:11
**table** [41] - 68:20, 69:6, 84:22, 84:24, 84:25, 85:1, 85:5, 89:9, 89:13, 89:14, 89:22, 91:11, 91:12, 92:20, 92:23, 92:24, 101:2, 119:14, 119:18, 130:13, 137:16, 138:2, 138:5, 138:13, 138:15, 138:17, 138:24, 139:7, 139:11, 139:20, 144:1, 145:3, 145:12, 147:2, 147:12, 159:12, 170:10, 170:12, 170:17, 171:1, 172:1
**TABLE** [1] - 3:1
**tables** [9] - 90:8, 138:2, 138:7, 138:11, 138:19, 147:7, 170:15, 172:22, 172:25
**tactics** [1] - 46:9
**tagging** [1] - 141:6
**talkies** [4] - 140:22, 151:8, 152:1, 186:15
**tape** [3] - 84:8, 141:8, 182:7
**targets** [1] - 125:20
**Tarot** [3] - 75:9, 77:7, 77:11
**TAROT** [1] - 75:9
**task** [1] - 55:3
**TATP** [3] - 140:12, 193:1, 193:17
**Taymiyyah** [3] - 26:15, 26:18, 26:24
**teach** [1] - 63:20
**Team** [12] - 62:13, 62:18, 62:19, 62:21, 63:19, 65:25, 95:15, 96:10, 96:19, 98:6, 115:10, 178:5
**team** [20] - 65:17, 65:18, 93:21, 95:14, 95:16, 95:21, 96:21, 103:5, 115:10,

124:19, 128:9, 128:19, 131:6, 131:8, 133:3, 133:9, 133:10, 137:18, 184:25, 190:11
**team's** [1] - 133:3
**tear** [2] - 150:9, 150:10
**tech** [10] - 130:4, 131:11, 131:24, 158:6, 161:14, 162:24, 177:3, 177:6, 177:24, 178:8
**Tech** [2] - 132:11, 175:19
**technician** [14] - 124:17, 124:19, 124:21, 124:22, 124:25, 125:14, 125:15, 126:4, 126:8, 126:16, 126:17, 128:5, 128:12, 145:21
**Technician** [4] - 128:16, 164:2, 166:9, 174:18
**technicians** [5] - 97:8, 119:24, 119:25, 120:9, 120:10
**techniques** [1] - 126:21
**technology** [1] - 164:22
**techs** [4] - 104:1, 125:8, 164:9, 176:25
**Telegram** [29] - 9:17, 9:18, 11:19, 13:13, 15:16, 15:22, 16:5, 16:9, 21:25, 27:13, 30:6, 34:12, 35:23, 36:5, 36:18, 36:25, 37:9, 37:20, 38:16, 39:13, 39:25, 40:22, 41:1, 41:5, 42:11, 43:5, 44:8, 58:3
**Telegram's** [2] - 10:6, 10:9
**template** [1] - 102:18
**ten** [2] - 60:2, 62:6
**Tennessee** [1] - 198:18
**term** [1] - 180:14
**terminal** [1] - 127:24
**terms** [1] - 42:16
**test** [10] - 164:12, 164:19, 185:12, 185:21, 185:22, 186:6, 191:10, 191:11, 191:15, 191:16
**tested** [1] - 167:25

**testified** [12] - 9:13, 9:15, 10:22, 36:25, 37:25, 39:5, 57:14, 74:4, 87:12, 89:25, 105:14, 167:11
**testify** [2] - 148:10, 154:2
**testifying** [1] - 167:22
**testimony** [7] - 16:15, 59:19, 92:5, 94:3, 121:21, 192:2, 209:12
**testing** [1] - 176:4
**tests** [2] - 164:6, 164:10
**text** [10] - 12:8, 13:22, 14:12, 14:20, 15:9, 19:25, 30:14, 30:22, 55:15
**THE** [213] - 7:5, 7:18, 7:24, 8:2, 8:12, 8:13, 8:16, 8:19, 8:22, 8:24, 11:12, 12:13, 32:9, 32:15, 57:3, 57:7, 57:10, 59:17, 59:19, 59:22, 59:25, 60:2, 60:5, 60:8, 60:10, 60:12, 60:18, 60:19, 60:22, 60:23, 61:7, 61:8, 69:25, 70:14, 70:21, 70:24, 71:1, 71:24, 73:16, 73:20, 74:11, 76:24, 78:7, 79:7, 81:13, 83:24, 84:2, 84:17, 85:14, 86:8, 86:10, 86:16, 86:19, 87:1, 87:9, 88:10, 88:12, 88:19, 93:16, 93:18, 94:3, 94:5, 94:7, 94:12, 94:16, 94:21, 94:23, 95:1, 98:20, 105:9, 106:1, 108:3, 110:4, 112:8, 113:5, 113:12, 113:16, 114:2, 114:4, 114:7, 114:8, 114:11, 114:16, 114:18, 114:21, 114:23, 114:25, 121:15, 121:18, 121:21, 121:23, 121:25, 122:4, 122:6, 122:9, 122:12, 122:13, 132:18, 132:19, 145:5, 145:8, 145:10, 148:19, 148:23, 149:6, 149:11, 151:11, 151:13, 151:15,

151:19, 151:21, 151:24, 152:7, 168:10, 168:13, 169:11, 169:13, 169:17, 169:22, 169:25, 170:4, 172:16, 173:10, 173:12, 173:14, 175:8, 176:9, 176:13, 181:15, 181:18, 182:14, 189:15, 189:18, 189:20, 189:22, 192:2, 192:4, 192:6, 192:13, 192:15, 192:18, 193:6, 193:8, 193:15, 193:19, 193:21, 193:23, 194:5, 194:13, 194:21, 194:25, 195:5, 195:7, 195:11, 195:14, 195:18, 195:21, 195:24, 196:20, 196:23, 197:5, 197:7, 198:8, 198:13, 199:5, 199:9, 199:13, 199:16, 200:13, 200:18, 200:24, 201:4, 201:6, 201:17, 202:2, 202:6, 202:14, 202:17, 202:20, 203:3, 203:8, 203:19, 203:23, 204:5, 204:11, 204:15, 204:17, 204:20, 204:24, 205:4, 205:11, 205:14, 205:17, 205:20, 205:24, 206:4, 206:9, 206:13, 206:18, 206:20, 207:3, 207:7, 207:10, 207:13, 207:15, 208:3, 208:7, 208:15, 208:17, 208:21, 209:16, 209:24, 210:4
**the_detainees** [1] - 23:17
**themself** [1] - 157:8
**themselves** [2] - 24:15, 138:11
**Theodore** [1] - 1:11
**theory** [4] - 9:19, 10:3, 42:17, 206:12
**thereafter** [1] - 124:10

**therefore** [2] - 16:9, 23:14
**thinking** [2] - 48:10, 197:14
**thinks** [1] - 203:5
**third** [6] - 107:12, 138:2, 144:1, 162:3, 170:10, 194:7
**Thomas** [1] - 123:8
**thousands** [3] - 38:22, 46:20, 47:7
**threat** [2] - 125:20, 129:5
**threats** [2] - 127:1, 129:23
**three** [18] - 18:15, 42:2, 53:10, 90:7, 90:8, 108:3, 108:12, 125:13, 135:24, 157:24, 157:25, 175:16, 175:17, 175:18, 181:14, 184:21, 184:25, 189:20
**throughout** [3] - 68:8, 124:20, 126:12
**thumb** [13] - 70:20, 70:23, 70:24, 71:7, 71:17, 110:16, 110:19, 111:6, 111:9, 111:20, 112:3, 117:5, 118:16
**ticket** [2] - 117:7, 117:8
**ticking** [1] - 129:1
**tie** [1] - 84:8
**tied** [1] - 144:3
**tight** [1] - 165:5
**timepiece** [1] - 129:1
**timer** [4] - 139:12, 139:13, 144:6
**timers** [3] - 146:8, 146:9, 170:25
**timing** [1] - 8:4
**tip** [9] - 141:23, 142:1, 156:18, 156:19, 165:7, 168:3, 168:5, 179:8, 179:13
**tips** [1] - 146:12
**tired** [1] - 48:10
**title** [11] - 12:9, 12:16, 13:23, 14:10, 14:20, 15:10, 20:8, 27:12, 29:6, 29:8, 93:4
**titles** [1] - 18:19
**today** [6] - 7:15, 98:13, 114:15, 124:6, 133:23, 167:11
**together** [4] - 82:18, 89:8, 89:11, 90:9

**token** [1] - 41:11
**tolerated** [1] - 23:13
**tomorrow** [4] - 114:21, 114:22, 192:7, 209:4
**took** [9] - 128:24, 166:12, 167:18, 167:20, 174:15, 174:22, 179:2, 188:13
**tool** [2] - 77:15, 185:22
**tools** [5] - 85:5, 126:21, 130:14, 139:5, 140:8
**top** [40] - 11:13, 12:4, 13:2, 13:17, 13:18, 15:5, 19:17, 21:10, 26:2, 27:6, 28:5, 29:5, 29:17, 31:12, 56:5, 56:19, 63:23, 69:6, 80:3, 80:16, 80:18, 98:11, 101:6, 101:14, 102:6, 117:7, 117:12, 118:16, 130:13, 139:3, 144:12, 158:14, 158:25, 159:2, 160:14, 160:16, 171:6, 182:9, 183:17, 188:8
**top-down** [1] - 101:14
**top4top.net** [1] - 30:3
**topic** [6] - 49:5, 49:13, 54:25, 56:2, 59:10, 59:12
**tops** [2] - 160:4, 161:12
**total** [3] - 34:25, 123:6, 184:5
**tote** [1] - 80:8
**totes** [4] - 90:22, 90:25, 91:1, 91:3
**touch** [2] - 137:21, 142:14
**touching** [1] - 165:2
**toward** [2] - 101:20, 135:6
**track** [1] - 137:4
**train** [1] - 190:1
**trained** [8] - 124:16, 124:17, 124:18, 126:17, 161:14, 161:19, 189:25
**training** [26] - 63:16, 63:19, 63:23, 95:18, 125:1, 125:4, 125:5, 125:10, 125:18, 125:19, 125:20, 126:6, 145:20,

146:16, 151:9, 159:15, 161:2, 161:15, 162:23, 177:23, 177:24, 178:1, 178:5, 178:7, 178:9, 178:12
**trainings** [1] - 125:25
**trains** [1] - 125:8
**traitors** [2] - 17:24, 27:23
**transceiver** [2] - 173:21, 173:23
**transcribed** [1] - 6:22
**Transcript** [1] - 1:24
**transcript** [1] - 211:7
**transcription** [1] - 211:7
**transfer** [2] - 143:17, 167:20
**transferred** [1] - 17:21
**transferring** [1] - 10:25
**translate** [1] - 53:15
**translated** [12] - 12:9, 12:16, 13:7, 13:23, 14:12, 14:20, 15:9, 16:16, 16:21, 16:23, 20:8, 22:1
**translation** [7] - 18:25, 21:10, 21:11, 21:13, 21:19, 21:21, 23:12
**translations** [1] - 39:11
**transport** [5] - 8:8, 159:8, 162:17, 162:19
**transported** [2] - 162:20, 174:7
**travel** [2] - 209:4, 209:6
**treatment** [1] - 127:6
**tree** [8] - 139:18, 141:5, 142:22, 145:16, 145:24, 146:24, 150:22, 172:6
**triacetone** [1] - 140:12
**TRIAL** [1] - 1:9
**Trial** [1] - 7:15
**trial** [6] - 7:16, 133:23, 192:7, 207:21, 207:25, 209:17
**tried** [3] - 45:11, 45:12, 46:9
**triperoxide** [1] - 140:12
**true** [10] - 40:3, 51:2, 51:3, 51:18, 52:6, 52:16, 52:17, 52:21, 54:4, 211:7

**trust** [1] - 44:13
**truth** [1] - 23:15
**try** [1] - 182:12
**trying** [2] - 195:12, 200:22
**tubing** [1] - 84:7
**Tuesday** [5] - 209:1, 209:7, 209:8, 209:14, 209:19
**Turkish_air_strikes. mp4** [1] - 12:17
**turn** [4] - 69:11, 87:25, 135:6, 193:25
**turning** [1] - 65:14
**two** [42] - 14:25, 16:17, 33:7, 33:22, 35:5, 35:19, 53:22, 55:12, 56:16, 63:19, 90:7, 90:8, 90:15, 118:16, 138:1, 138:7, 138:19, 140:15, 144:10, 147:6, 151:7, 152:1, 157:7, 157:9, 170:3, 170:15, 170:25, 171:13, 171:21, 172:22, 176:25, 178:5, 180:20, 188:20, 189:20, 194:9, 194:10, 196:23, 204:8, 204:9, 205:8, 205:18
**two-count** [1] - 171:21
**two-pack** [1] - 151:7
**two-week** [2] - 63:19, 178:5
**type** [26] - 9:17, 46:17, 58:4, 69:7, 124:8, 125:3, 127:5, 136:18, 138:9, 139:3, 139:17, 144:8, 145:20, 146:11, 147:10, 155:7, 156:24, 159:1, 160:6, 160:11, 164:9, 189:2, 198:4, 198:5
**typed** [2] - 72:1, 198:15
**types** [2] - 144:10, 160:5
**typical** [4] - 59:3, 66:8, 67:9, 132:4
**typically** [3] - 93:24, 143:8, 143:17

**unable** [1] - 193:11
**uncommon** [1] - 48:7
**under** [10] - 7:25, 9:1, 9:3, 115:2, 120:17, 144:22, 147:18, 161:23, 201:7, 201:9
**undergrad** [1] - 123:12
**undergraduate** [2] - 96:14, 123:9
**underneath** [1] - 195:25
**unfolded** [1] - 76:19
**unfortunately** [3] - 186:10, 187:18, 199:11
**unidentified** [1] - 141:6
**Unit** [6] - 163:19, 163:20, 163:25, 164:3, 166:10, 167:17
**unit** [1] - 96:7
**UNITED** [3] - 1:1, 1:3, 1:10
**United** [15] - 1:11, 7:5, 7:10, 7:14, 7:15, 7:17, 8:16, 60:5, 94:19, 114:8, 127:20, 192:18, 198:12, 198:16, 207:1
**University** [2] - 96:16, 123:10
**unknown** [6] - 141:23, 158:19, 164:7, 164:10, 164:12, 164:14
**unless** [4] - 10:15, 30:19, 165:16, 205:1
**unopened** [1] - 182:11
**unorthodox** [1] - 148:25
**unreported** [1] - 198:17
**unusual** [1] - 165:14
**up** [78] - 16:1, 16:2, 25:25, 34:8, 34:21, 36:11, 36:13, 38:12, 40:19, 42:8, 43:15, 44:5, 46:11, 49:10, 54:6, 56:7, 63:13, 64:2, 66:12, 70:2, 71:9, 71:18, 74:16, 75:13, 75:15, 75:21, 76:10, 77:2, 77:3, 77:16, 79:10, 80:10, 81:9, 89:7, 89:16, 89:19, 93:22, 98:22, 104:21, 106:15,

**U**

**U.S** [1] - 1:16

106:24, 107:3, 109:5, 110:10, 111:20, 117:20, 118:20, 118:22, 120:8, 131:8, 132:2, 137:25, 139:14, 145:2, 145:11, 146:19, 146:24, 147:2, 147:6, 152:25, 171:3, 177:21, 178:22, 181:21, 182:2, 184:12, 186:13, 187:16, 187:20, 187:25, 198:12, 203:13, 207:20, 208:25, 209:2

**update** [2] - 208:13, 209:13

**upper** [1] - 91:21

**upright** [1] - 160:7

**upstairs** [4] - 131:5, 131:9, 133:10, 174:2

**user** [32] - 9:19, 10:24, 22:2, 22:3, 32:22, 33:7, 33:8, 33:9, 33:11, 33:14, 33:19, 33:22, 34:3, 34:16, 35:8, 35:10, 48:11, 49:5, 49:17, 49:19, 50:5, 50:6, 50:14, 50:15, 50:21, 51:4, 51:9, 51:14, 54:14, 57:19

**users** [7] - 41:13, 48:5, 48:22, 48:23, 48:25, 49:8, 51:14

**users'** [1] - 36:1

**uses** [6] - 9:16, 44:18, 164:21, 164:24, 198:11, 199:2

**utility** [1] - 141:19

**utilizing** [2] - 94:7, 176:10

## V

**value** [1] - 121:2

**variety** [2] - 40:1, 82:13

**various** [8] - 46:9, 82:14, 125:22, 130:14, 134:2, 141:2, 144:2

**Vaughan** [20] - 3:4, 9:3, 9:6, 9:12, 11:16, 12:6, 14:18, 32:20, 34:25, 39:24, 44:17, 46:17, 49:12, 50:20, 51:8, 51:13, 52:6,

52:16, 53:16, 57:5

**vehicle** [6] - 20:6, 96:22, 97:3, 101:15, 102:18, 111:1

**verbatim** [1] - 6:22

**verdict** [3] - 193:24, 194:1, 194:6

**verify** [1] - 193:10

**versions** [2] - 41:20, 42:2

**versus** [5] - 38:1, 160:6, 198:12, 198:16, 207:1

**Victims_and** [1] - 12:16

**video** [35] - 13:7, 13:11, 13:25, 15:2, 15:11, 16:15, 17:3, 17:10, 17:19, 17:22, 18:5, 18:13, 18:19, 19:3, 19:9, 20:5, 20:8, 20:19, 20:21, 23:22, 24:2, 24:25, 25:15, 27:10, 27:12, 27:20, 28:5, 29:7, 29:10, 29:12, 193:2, 193:3, 193:17

**video_obtained** [1] - 20:9

**video_showing_ detainees_and** [1] - 13:8

**videos** [14] - 15:1, 21:3, 23:4, 24:20, 25:6, 25:10, 25:19, 25:20, 25:24, 27:1, 27:3, 28:16, 29:1, 31:8

**view** [14] - 58:19, 68:14, 79:20, 98:10, 101:13, 101:14, 139:20, 144:21, 145:2, 145:12, 198:19, 206:1, 207:7

**viewed** [1] - 88:20

**viewing** [1] - 144:18

**vinyl** [3] - 66:10, 143:13, 156:5

**violating** [1] - 113:21

**Virginia** [2] - 96:7, 163:14

**visible** [1] - 109:10

**visually** [1] - 140:15

**VoIP** [1] - 41:8

**VOLUME** [1] - 1:9

**volume** [3] - 165:22, 183:15, 184:5

**Voyager** [1] - 74:3

**vs** [1] - 7:10

## W

**wait** [2] - 92:7, 129:17

**walk** [9] - 13:4, 64:1, 97:14, 97:15, 97:20, 128:25, 137:15, 137:20, 137:21

**walk-around** [3] - 97:15, 97:20, 128:25

**walk-through** [3] - 137:15, 137:20, 137:21

**walked** [5] - 66:21, 66:24, 67:7, 86:3, 97:18

**walkie** [4] - 140:22, 151:8, 152:1, 186:15

**walkie-talkies** [4] - 140:22, 151:8, 152:1, 186:15

**walking** [1] - 97:23

**wall** [6] - 75:14, 75:21, 129:2, 135:6, 137:3, 137:9

**wants** [3] - 57:21, 194:18, 200:9

**war** [1] - 17:13

**warrant** [8] - 62:24, 63:2, 64:2, 64:3, 64:5, 64:15, 129:10, 179:18

**washer** [3] - 100:22, 135:15, 135:17

**Washington** [1] - 1:21

**water** [2] - 117:12, 127:6

**Waterers** [1] - 21:5

**wax** [2] - 159:1, 160:13

**wax-type** [1] - 159:1

**ways** [2] - 16:17, 16:25

**weapon** [1] - 127:7

**weapons** [2] - 124:23, 126:25

**wear** [1] - 178:4

**website** [1] - 30:3

**Wednesday** [2] - 209:1, 209:15

**week** [7] - 63:19, 125:5, 125:10, 126:2, 126:7, 178:5, 209:10

**weekend** [1] - 126:10

**weeks** [3] - 184:22, 185:1, 190:12

**weight** [1] - 165:22

**welcome** [3] - 86:20, 94:16, 169:14

**welcoming** [1] - 46:8

**well-known** [1] - 59:4

**West** [3] - 1:11, 1:16, 19:5

**Westinghouse** [1] - 62:8

**Westland** [2] - 66:9, 128:7

**Westlaw** [2] - 198:16, 198:18

**wheel** [1] - 156:25

**whereas** [1] - 38:8

**white** [9] - 80:7, 82:4, 83:12, 83:15, 138:1, 147:7, 150:2, 171:7, 189:3

**whole** [6] - 53:12, 53:15, 67:2, 90:13, 153:5, 165:4

**wife** [1] - 136:17

**Wilayah** [1] - 19:5

**will_of** [1] - 14:21

**wire** [3] - 67:17, 152:24, 186:24

**wires** [6] - 67:17, 85:4, 141:14, 141:19, 155:4

**wiring** [2] - 139:5, 153:3

**Wisconsin** [3] - 96:6, 96:15, 96:17

**withdrawal** [4] - 199:23, 201:17, 202:3, 202:9

**WITNESS** [14] - 12:13, 61:8, 73:16, 83:24, 94:5, 121:23, 132:19, 145:10, 151:13, 168:13, 173:10, 173:12, 173:14, 192:4

**Witness** [2] - 121:24, 192:5

**witness** [23] - 8:20, 30:20, 59:21, 60:15, 65:12, 68:6, 68:11, 75:2, 75:25, 79:14, 80:19, 94:6, 94:8, 94:18, 105:7, 113:11, 122:1, 122:5, 148:16, 176:8, 176:11, 209:3, 209:9

**witnessed** [3] - 65:10, 65:11, 67:24

**witnessing** [2] - 72:7, 188:16

**WL** [1] - 198:18

**WMD** [5] - 124:23, 126:14, 126:15, 126:24, 128:5

**wonder** [1] - 203:9

**wooden** [4] - 144:9, 146:15, 146:16, 146:19

**word** [12] - 36:22, 117:14, 130:16, 152:2, 194:8, 194:17, 197:2, 197:12, 197:14, 199:2, 199:5

**words** [7] - 36:19, 128:10, 138:8, 201:14, 201:20, 201:22

**workshop** [5] - 67:13, 67:15, 89:22, 90:2

**world** [1] - 125:23

**worried** [2] - 146:18, 162:1

**wrap** [5] - 160:13, 160:14, 160:19, 187:3, 208:25

**wraps** [1] - 84:8

**write** [1] - 186:8

**writings** [1] - 167:14

**written** [2] - 77:5, 81:17

**wrote** [2] - 180:1, 205:8

**www. transcriptorders. com** [1] - 1:25

## X

**X-Acto** [4] - 77:12, 77:14, 77:19, 77:25

**X-ACTO** [1] - 67:18

**XXX** [1] - 33:15

## Y

**year** [2] - 123:3, 133:22

**years** [11] - 61:17, 61:19, 61:23, 62:6, 123:6, 123:24, 124:5, 124:12, 125:13, 177:19, 177:21

**yellow** [5] - 75:21, 149:21, 149:22, 155:15, 155:22

**Yemani** [1] - 50:13

**yesterday** [4] - 9:13, 28:9, 29:25, 31:17

**you-all** [4] - 192:12, 207:15, 209:22, 210:1

**yourself** [5] - 61:4,

71:4, 95:6, 103:13,
143:19

## Z

**zoo** [1] - 48:14
**zookeeper** [1] - 48:17
**zoom** [16] - 12:3, 12:4,
12:20, 14:3, 27:6,
34:22, 35:23, 46:13,
53:11, 135:16,
137:10, 141:22,
146:6, 181:24,
188:7, 188:19