# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                      CASE NO. 22-20504
                                        HON. JONATHAN J.C. GREY

v.

AWS MOHAMMED NASER,

      Defendant.

_____/

## ORDER TO REDACT JUROR NAMES FROM TRIAL TRANSCRIPT FOR JUNE 2, 2025

On June 2, 2025, while selecting the alternate jurors, the Court announced the names of the four alternate jurors. In the interests of justice, including the privacy of the jurors, whose names are not material to the issues before the Court,

**IT IS ORDERED** that the alternate jurors' names shall be, and hereby are, **REDACTED** from the trial transcript for June 2, 2025.

Dated: June 2, 2025           **s/Jonathan J.C. Grey**
                                          JONATHAN J.C. GREY
                                          UNITED STATES DISTRICT COURT

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 2, 2025.

s/ <b>S. Osorio</b><br>
Sandra Osorio<br>
Case Manager