UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                             Case Number: 22-20504

v.                                       Honorable: Jonathan J.C. Grey

AWS NASER,

        Defendant.

---

## MOTION FOR WITNESS EXPENSES UNDER 28 U.S.C. § 1821

---

Aws Naser called a witness at his trial, Michael Talia, and seeks payment to Mr. Talia of the statutorily ordered witness fee, mileage, and parking reimbursement. He requests this Court order the payment of such as provided by law.

### BRIEF IN SUPPORT

The defense subpoenaed Michael Talia as a trial witness. Mr. Talia appeared and testified on May 29, 2025. 28 U.S.C. section 1821 provides in relevant part that a witness in any court of the United States "shall be paid an attendance fee of $40 per day for each day's attendance." § 1821(b). Additionally, the witness is eligible for a mileage allowance commensurate with current GSA rates, and reimbursement of parking fees. § 1821(c)(2)-(3).

Mr. Talia having appeared and testified, Defendant asks this Court to enter an order for payment of witness fees.

Respectfully submitted,
**FEDERAL DEFENDER OFFICE**

s/Amanda N. Bashi

Amanda N. Bashi
Attorneys for Aws Naser
613 Abbott Street, 5th Floor
Detroit, MI 48226
Phone: (313) 967-5845
E-mail: amanda_bashi@fd.org

Date:  June 25, 2026

2